865 A.2d 8 (2004)
In Re: Nomination Paper of Ralph NADER and Peter Miguel Camejo as Candidates of an Independent Political Body for President and Vice President in the General Election of November 2, 2004.
Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen-Scott, Donald G. Brown and Julia A. O'Connell, Petitioners.
Commonwealth Court of Pennsylvania.
Argued September 27 through October 12, 2004.
Decided October 13, 2004.
*12 Jeffrey J. Bresch, Pittsburgh, William S. Gordon, Philadelphia, Christopher K. Walters, Philadelphia, Daniel I. Booker, Pittsburgh, Ira S. Lefton, Philadelphia, Jeremy D. Feinstein, Pittsburgh, Milind Madhukar Shah, Philadelphia, Barbara Kiely, Philadelphia, Efrem M. Grail, Pittsburgh, Nicholas R. Sabatine, III, Wind Gap, Cynthia E. Kernick, Pittsburgh, James M. Doerfler, Pittsburgh, Andrea B. Simonson, Philadelphia, Melissa J. Oretsky, Philadelphia, Mark L. Tamburri, Pittsburgh, John M. McIntyre, Pittsburgh, Kim M. Watterson, Pittsburgh, Lisa M. Campoli, Pittsburgh, James P. Williamson, Philadelphia, Brian A. Gordon, Philadelphia and Gregroy M. Harvey, for Petitioners.
Michelle Stirman Pierson, Wexford, Marcus J. Lemon, Harrisburg, J. Matthew Wolfe, Philadelphia, Ronald L. Hicks Jr., Pittsburgh, Andrew L. Noble, Pittsburgh, Michael E. Barrett, Pittsburgh, Basil Culyba, Washington, DC, for Respondents.
Ross A. Dreyer, Sausalito, CA, Sujay Mooss, Brooklyn, NY, Jonah Paisner, Lake Oswega, OR, James L. Cook III, Pittsburgh and Louis L. Boyle, Harrisburg, for Respondents.
Before COLINS, President Judge, MCGINLEY, J., SMITH-RIBNER, J., PELLEGRINI, J., FRIEDMAN, J., LEADBETTER, J., COHN JUBELIRER, J., SIMPSON, J., KELLEY, S.J., FLAHERTY, S.J., MIRARCHI, S.J., and JIULIANTE, S.J.

CONSOLIDATED FINDINGS, OPINION AND ORDER
COLINS, President Judge.
On September 20, 2004, the Supreme Court of Pennsylvania remanded this matter to this Court with directions to review every signature contained in the nomination papers of Ralph Nader and Peter Camejo (Candidates) to determine whether the Candidates had gathered a sufficient number of valid signatures to be listed on the Commonwealth's general election ballot. With the general election scheduled for November 2, 2004, and the 67 counties of this state waiting patiently to print their ballots, this Court, immediately upon receipt of the Supreme Court's directive, *13 dispatched 11 of its 13 judges[1] to various counties to review the challenges to the signatures submitted by the Candidates.
President Judge Colins, Judge Smith-Ribner, and Senior Judge Mirarchi[2] presided over the Philadelphia signature review, reviewing the signatures contained in Volumes A, B, C, D, E, and F of the Objections to the Candidates Nomination Papers. Judge McGinley and Judge Pellegrini presided in Allegheny County and reviewed the challenges involving Allegheny County. Senior Judge Kelley reviewed the challenges for the nomination papers circulated in the counties of Armstrong, Beaver, Blair, Butler, Cambria, Centre, Clearfield, Fayette, Fulton, Indiana, Jefferson, Somerset, Washington, and Westmoreland, and later assisted in the Philadelphia review. Senior Judge Jiuliante presided over the review of signatures for the nomination papers circulated in the counties of Clarion, Crawford, Elk, Erie, Lawrence, Mercer, Venango, and Warren; while Judge Friedman presided over the review of nomination papers circulated in Bucks County, and Judge Leadbetter presided over the nomination papers circulated in Montgomery County, later completing the review of Volume F of the Philadelphia challenges. Judge Cohn Jubelirer presided over the review of nomination papers circulated in Adams, Lancaster, Lebanon, Lehigh, Luzerne, Lycoming, Monroe, and Schuylkill Counties. Judge Simpson presided over the nomination papers circulated in Berks, Bradford, Columbia, Cumberland, Dauphin, and Lackawanna Counties, as well as those circulated in Montour, Northampton, Perry, Susquehanna, Wyoming, and York Counties. Senior Judge Flaherty presided over the signature review for those nomination papers circulated in Delaware and Chester Counties. There were four counties to which no challenges to the nomination papers were filed. Those counties are Carbon (total signatures 3), Franklin (total signatures 1), Greene (total signatures 3), and Bergen County, New Jersey [sic] (total signatures 1), for a total of 8 unchallenged signatures.
This line-by-line review of individual signatures was both exhaustive and exhausting. Several Judges of this Court worked nonstop, 16 hours a day in order to complete the Supreme Court's mandate within a reasonable timeframe. Our final review indicates that 1,183 pages of nomination papers were filed, containing a total of 51,273[3] signatures submitted by the candidates.
By this Court's Order of August 20, 2004, both sides were directed to be prepared to present their case in the various forums commencing Monday September 27, 2004 and were told that cooperation from both sides was necessary if the review were to be done in anything approaching a timely manner and that the Court would not tolerate intemperate or obstructionist conduct on the part of either the Candidates or the Objectors. The Candidates, through then counsel Samuel Stretton, Esq., were warned that a *14 review of over 50,000 signatures was an ominous undertaking requiring a great deal of manpower and expense and that the Candidates' pre-hearing cooperation in examining challenged signatures with the Objectors, such that potentially valid and invalid signatures could be stipulated to, would be essential to an efficient and timely review. The Candidates chose to ignore this Court's warning and proceeded to do as little as possible prior to the hearings, in an initial attempt to prevent an accurate tally of the signatures.
The review of signatures in Philadelphia was conducted in three ad hoc courtrooms that were made available to the Court by the Philadelphia Voter Registration Division of the Philadelphia City Commissioners. With the assistance of Commonwealth Court's Computer Department, each courtroom contained three computer monitors on which could be displayed voter registration information and scanned copies of voter signatures contained in the voter registration database of the Voter Registration Division. A fourth courtroom was subsequently added. The voter registration data reviewed by the Court was a true and accurate record of voter information contained in the Voter Registration Division's database as attested to by the Commission's Urban Registration Administrator, Robert Lee. A civil service employee of the Voter Registration Division operated a computer terminal in each courtroom. The Objectors provided the Court and the Candidates with three exhibits filed with the petitions to strike exhibit 1, being a six volume document detailing the Philadelphia Objections; exhibit 2 set forth the "Global"[4] challenges; and exhibit 3 set forth the forgery challenges. Exhibit 1 was distributed among President Judge Colins, who was initially assigned Volumes A and B, Judge Smith-Ribner, who was initially assigned Volumes C and D, and Senior Judge Mirarchi, who was initially assigned Volumes E and F. Prior to the hearing date of September 27, 2004, at the direction of this Court, Robert Lee, and members of his staff, prepared a detailed report of each signature challenged and prepared a detailed report setting forth their line-by-line findings regarding the Objectors' challenges to individual signatures. Copies of these reports were supplied to the candidates. The Court takes this opportunity to thank Mr. Lee and his entire staff for their tireless work on this project. Faced with an initial lack of cooperation from the Candidates, he and his staff produced records that were invaluable to this Court in resolving this matter.
When this Court's review began on September 27, 2004, the Candidates, in total disregard of this Court's order of August 20, 2004, were unprepared to respond to the allegations set forth in the Objectors Petition and chose instead to focus on delay and obfuscation. From the very outset of the Philadelphia hearings, the Candidates repeatedly, and without foundation, charged that this Court had improperly shifted the burden of proof from the Objectors to the Candidates, ignoring the fact that, at all times, the burden of proof would rest with the Objectors. Rather than focus on the task at hand, the Candidates raised groundless issues of due process violations and repeatedly challenged the validity of our Supreme Court's decisions in In re Nomination Petition of Silcox, 543 Pa. 647, 674 A.2d 224 (1996), and In re Nomination Petition of Flaherty, 564 Pa. 671, 770 A.2d 327 (2001), decisions that had been re-affirmed by our Supreme Court in opinions filed as late as September *15 29, 2004, two days after these hearings began. In that opinion, In Re: Nomination Papers of Ralph Nader, et al., No. 154 MAP 2004, ___ Pa. ___, 858 A.2d 1167, 2004 WL 2185351, Madame Justice Newman writing for a majority of the Supreme Court, (unanimous in reaffirming the holding of Flaherty and Silcox), held that
The Commonwealth Court identified the correct standards that we have mandated in Flaherty and Silcox, regarding late registrations and the requirements for review of signatures and addresses. Further, Candidates' due process rights were not violated by the Secretary's rejection of signatures. Candidates' request for application of lesser standards may well portend their inability to meet the requirements we have established.
Id. at 32, at ___, 858 A.2d at 1185.
After three weeks of hearings and the expenditure of nearly a quarter of a million dollars of the taxpayers' money, this Court concludes that the Candidates have submitted only 18,818 valid signatures, and are thus not eligible to have their names placed on the November 2004 ballot as candidates for President and Vice-President. The following procedures were employed to reach this conclusion.
The Candidates challenged the work product and methodology employed by the voter registration offices. Additionally, Candidates challenged the original election petitions, advancing the notion that there was no explanation for "black lines" and "red lines" that allegedly inexplicably appeared on the original nomination papers. In order to address these concerns, a joint hearing was held before President Judge Colins, Judge Smith-Ribner, and Senior Judge Mirarchi beginning on September 27, 2004.
The Court addressed the issue by placing on the record the procedures employed to maintain the chain of custody of the original nomination papers. The procedures are detailed as follows. The Department of State transported the nomination papers filed by the Candidates to the Harrisburg offices of the Commonwealth Court where the papers were immediately placed into the custody of an armed security officer of Commonwealth Court. That official transported the Philadelphia nomination papers to the office of this Judge. This Judge then caused the nomination papers to be distributed to both Judge Smith-Ribner and Senior Judge Mirarchi. At all times the papers have been in the custody and control of the Court. Having explained that procedure to the Candidates, Candidates continued to proffer the argument that there was no explanation of the black line or red markings on the nomination papers. This Judge then referenced the August 24, 2004 filing of the Department of State wherein the Department set forth that it reviewed the nomination papers and in instances where a defect was ascertained, the Department marked the signature with an "x" to the left of the line and circled the defect. This Court further noted that such is the Department of State's usual practice in reviewing all nomination petitions and papers it receives. (See Department of State August 24, 2004 filed title "Reply to the Order of the Court.") The Candidate continued to assert that there was no explanation for the black lines on the nomination petitions and sought to question Mr. Lee regarding the procedure employed for uploading information to the City of Philadelphia's voter registration database, and the manner employed to review signatures.
On direct examination by the Candidate, Mr. Lee testified as to his duties and qualifications as Urban Registration Administrator for the City of Philadelphia. Further, he described the procedures by which voter registration records are received *16 and maintained by the Division. Mr. Lee testified that he oversees the daily operations of the Voter Registration Division including maintaining the accuracy of the voter registration files. That process includes maintaining a file of eligible voters that is used at polling places for determining voter eligibility; a knowledge of and compliance with the National Voter Registration Act of 1993, P.L. 103-21, 42 U.S.C. §§ 1973gg-1  1973gg-10, Pennsylvania Voter Registration Act (PVRA), Act of June 30, 1995, P.L. 170, as amended, 25 P.S. §§ 961.101  961.5109; and the Voting Rights Act, Act of June 29, 1982, 42 U.S.C. § 1973aa-6. (Notes of Testimony September 27, 2004, pp. 8-9.) Regarding the technology employed by the Division, Mr. Lee testified that the system used is a CICS operation, with an installed imaging add-on that allows the Division to scan and index the signatures and affidavit images to the data record for each voter in the mainframe. This in turn eliminates paper documents. He further explained that the system is isolated and not on the City of Philadelphia's computer network or any other network. There is no outside access; the system is password protected at various levels. Only specific people in voter registration can access the system for maintenance and data input. (Notes of Testimony, September 27, 2004, pp. 9-12.) Finally, Mr. Lee testified that the system is designed so that once registrations have been entered; access is available to individual records by name, list of voters, and addresses. Mr. Lee testified that when preparing the reports for the Court, he did not use the original nomination papers but rather was working from copies of the nomination papers. The three Judges all found Mr. Lee's testimony 100% credible.
After it became obvious that the nomination papers were rife with forgeries, the campaign attorneys called Mr. Dominic Martino as a fact witness on September 29, 2004. Mr. Martino testified that he is the Campaign Coordinator for Pennsylvania. He testified that by June 2004 the campaign had gathered only 1,500 signatures on the nomination papers. (Notes of Testimony, September 29, 2004, p. 55.) John Sleven, proprietor of a professional "ballot access company", was called in to gather the remaining 24,000 signatures. That company prepared and distributed a flyer that stated:

CASH NOW!

$100.00 to $200.00

per day

Petition to allow Ralph Nader on

The November Ballot

* * * *

We pay Daily Cash Advances! Paid by Signature!
See Exhibit marked "Objector -2", 9/29/04, appended hereto.
Mr. Martino further explained that he and John Sleven were both aware that individuals were repeatedly signing the petitions, and that many of the signatures were not authenticated. Further, he testified that he himself, and other campaign workers, in reviewing the petitions prior to filing, "black lined" signatures that were obviously deficient. (See Notes of Testimony, September 29, 2004, pp. 55-60.) These "blacklined" signatures were tabulated by President Judge Colins as "withdrawn by candidate prior to submission." (This was in direct contravention of Mr. Nader's attorney's previous statements regarding the "blacklined" signatures.)
Based on the testimony presented this Judge makes the following findings.

*17 FINDINGS OF FACT

1. This Judge finds Mr. Lee's testimony credible.
2. This Judge accepts the work papers prepared by Mr. Lee and presented to this Judge at the hearings held September 27, 28, 29, 30, October 1, 4, 5, 7, 8, and 12. The findings made by Mr. Lee were reviewed by this Judge and have been incorporated into the document appended to this opinion and order and labeled findings of President Judge Colins.
3. Further, as to those signatures found to be a forgery, this Judge's findings are based on the credible testimony of Objectors' handwriting expert Ms. Renee Martin, as well as the Court's physical examination of the nomination papers.
4. This Judge finds the testimony of Mr. Martino credible as it relates to the gathering of signatures, and the "black lining" of signatures by Martino.
5. This Judge finds credible Mr. Martino's testimony that the campaign had knowledge that false signatures were submitted on the nomination papers of Candidates.
6. This Judge personally reviewed every line of those Philadelphia Nomination Papers occurring on Pages 4 to 230 from the whole of the nominating papers filed by the Candidates (referred to as the Volumes A and B pages).
7. This Judge incorporates by reference the findings of fact of Senior Judge Mirarchi as set forth at length as to the duplicate signatures.
8. This Judge incorporates fully the conclusions of Senior Judge Mirarchi regarding the fraud and impropriety involved in the Objector's circulation process.
9. This Judge's findings regarding the striking of individual signatures by page numbers and lines is set forth in the document attached hereto and named President Judge Colins Nader Summary Totals. This Judge merged the category of "forgery" and "signatures signed in the hand of another." (Silcox issue). This Judge merged the categories of Data Omitted and Printed Signatures.
10. This Judge's findings regarding the striking of signatures, represented in totals, are as follows:

 Total Signatures Reviewed 10794
 Total Signatures Not Registered 2304
 Total Signatures Not Registered at the
 Address 2100
 Total Signatures Not Registered on the
 Date Signed 714
 Total Signatures marked Non-Existent
 or Out of County 271
 Total Signatures Illegible 72
 Total Signatures where data omitted 237
 Total Signatures deemed forgeries 568
 Total Signatures marked duplicates 168
 Total Signatures withdrawn by Candidate
 at hearing 791
 Total Signatures Blacklined Prior to
 Submission by Candidate 291
 Total Signatures Stricken 7516
 Total Signatures Valid 3278

CONCLUSIONS
1. This Judge reviewed a total of 10,794 signatures.
2. After reviewing the 10,794 signatures this Judge finds that
 10,794 Signatures Reviewed
 7,516 Signatures Stricken
 3,278 Signatures Valid
3. With respect to Mr. Justice Saylor's concurring opinion in In re Nomination Papers of Nader, (No. 171 MM 2004, filed October 1, 2004), directing that we consider grounds for striking signatures other than the fact that the electors are not registered, we report that the following signatures were stricken only on the grounds that the elector was not registered (2,304) (however, the Court does not make the corollary finding that all of the electors were subsequently validly registered), not registered at the address at the *18 time of signing (2,100), and was not registered at the time of signing (714). The specific page numbers and line numbers are set forth in the exhibit marked President Judge Colins Nader Summary Totals.
In addition, this Court wishes to commend Basil Culyba, Esquire, admitted pro hac vice, who represented candidates commencing October 1, 2004 for showing the highest standards of professionalism and integrity. Mr. Culyba's conduct, legal knowledge, and ethics, as well as those of objectors' attorney, Gregory Harvey, are of the highest caliber ever witnessed by this Judge.

COURT CONSOLIDATED FINDINGS and CONCLUSIONS
1. The President Judge finds that the Candidates and Objectors, particularly in the nomination papers denominated the "Allegheny Petitions" entered various stipulations relating to withdrawn signatures. The President Judge finds that the total number of signatures submitted on the Candidates' nomination papers equals 51,273, 1,119 less than the recorded by the Department of State.
2. The President Judge incorporates all findings and conclusions of the Judges of this Court which and sets forth that the totals for all nomination papers are as follows:

 Total Signatures Not Registered 7506
 Total Signatures Registered After the
 Date of Signing 1470
 Total Signatures Not Registered at the
 Address 6411
 Total Signatures Data Omitted 1869
 Total Signatures Information Written
 in the Hand of Another 7851
 Total Signatures Printed 8
 Total Signatures Illegible 166
 Total Signatures Forged 687
 Total Signatures Nicknames or Initials 32
 Total Signatures Duplicates 1087
 Total Signatures Affidavit Problems 1855
 Total Signatures Other 3513
 Total Signatures Reviewed 51273
 Total Signatures Stricken 32455
 Total Signatures Valid 18818

3. After reviewing the 51,273 signatures this Court finds that
 51,273 Signatures Reviewed
 32,455 Signatures Stricken
 18,818 Signatures Valid
4. With respect to Mr. Justice Saylor's concurring opinion in In re Nomination Papers of Nader, (No. 171 MM 2004, filed October 1, 2004), directing that we consider grounds for striking signatures other than the fact that the electors are not registered, we report that the following signatures were stricken solely on the grounds that the elector was not registered at the time of signing (1,470), and that adding this number to the valid signatures would still leave the candidates 5,409 short. The specific page numbers and line numbers are set forth in the exhibit marked President Judge Colins Nader Summary Totals.

CONCLUSION
In conclusion, the President Judge must state that that he has served longer on the Commonwealth Court than any other Judge in the Court's history and, as a result thereof, has reviewed more nomination petitions than any other Judge in the Court's history. I am compelled to emphasize that this signature gathering process was the most deceitful and fraudulent exercise ever perpetrated upon this Court. The conduct of the Candidates, through their representatives (not their attorneys), shocks the conscience of the Court. In reviewing signatures, it became apparent that in addition to signing names such as "Mickey Mouse," "Fred Flintstone," "John Kerry," and the ubiquitous "Ralph Nader," there were thousands of names that were created at random and then randomly assigned either existent or non-existent addresses by the circulators.
*19 A detailed line-by-line breakdown of the pages and lines reviewed and the reasons for disqualification has been prepared by each judge and follows. Accordingly, the Court enters the following

ORDER
AND NOW this 13th day of October 2004, upon consideration of the Petitioner's Petition to set aside the nomination papers of Ralph Nader and Peter Miguel Camejo for the Office of President and Vice-President in the General Election of November 2, 2004 and the hearings related thereto conducted throughout the Commonwealth of Pennsylvania, we find as follows: that the number of signatures required on the nomination papers for the office of President and Vice-President is 25,697 (25 P.S. § 2911). The nomination papers consist of 51,273 signatures. Based on the evidence presented by Petitioner at the hearings, and the parties' various stipulations, the Court concludes that 18,818 valid signatures were submitted; therefore, the nomination papers contained 6,879 signatures less than the required 25,697 signatures. Accordingly, the petition to set aside is GRANTED.
Further, the Secretary of the Commonwealth is directed not to certify the names of Ralph Nader and Peter Miguel Camejo as candidates for President and Vice-President of the United States in the November 2, 2004 general election.
*20 
*21 
*22 
*23 
*24 
*25 
*26 
*27 
*28 
*29 
*30 
*31 
*32 
*33 
*34 
*35 
*36 
*37 
*38 

*39 Filed: October 12, 2004
SMITH-RIBNER, J.
Eleven days of hearings were conducted from September 27, 2004 through and including Saturday, October 9, 2004 on challenges filed by Petitioners (hereafter Objectors) to the Nomination Papers of Ralph Nader and Peter Miguel Camejo as Candidates of an Independent Political Body for President and Vice President of the United States, respectively. Candidates seek Pennsylvania ballot status in the General Election scheduled for November 2, 2004. This writer heard challenges to signature lines in pages contained in Volumes C and D of Exhibit 1 to Objectors' petition to set aside the nomination papers (Philadelphia nomination pages). Volumes C and D contained 159 pages: 258-270, 300-353 (303 omitted), 355-374, 376-393, 395-417, 419-427, 429-430, 456-466 and 480-489, with appropriate gaps for those circulated elsewhere. The signature lines for these volumes totaled 12,818, including those struck by the Secretary of State.[1]
Hearings were conducted in Courtroom B created at the facilities of the Philadelphia County Board of Elections, Voter Registration Division, located at 540 Delaware Avenue, Philadelphia, Pennsylvania, from September 27, 2004 through October 7, and at the Commonwealth Court Courtroom located in the Widener Building, Philadelphia, Pennsylvania, on October 8 and 9. Hearings generally began at 9:30 a.m. and adjourned 9 to 12 hours later on any given day.
On Monday, September 27, 2004, a three-judge panel of the Court (President Judge Colins, Judge Smith-Ribner an Senior Judge Charles P. Mirarchi) convened a hearing for the sole purpose of taking testimony from Mr. Robert Lee, Voter Registration Administrator, in connection with his office's review of voter registration records pursuant to the September 20, 2004 order of this Court. On Wednesday, September 29, 2004, the three-judge panel convened another hearing, at Candidates' request, for the purpose of taking testimony from Mr. Dan Martino, who serves as the campaign coordinator for "Nader 2004." Their testimony was incorporated into all hearing transcripts for the Philadelphia nominating pages. Ms. Dale Fries, Acting Supervisor of the Imaging Unit of the Voter Registration Division, testified in Courtroom B on October 6 and on October 7, 2004 regarding her supervisory functions in connection with the review of voter records, including deleted data files, in connection with the Court's September 2004 order.

FINDINGS AND CONCLUSIONS (PHILADELPHIA)

(A)
1. Mr. Lee credibly testified regarding his office's review of all registration-related challenges to the nomination papers, and he indicated his availability along with other supervisory staff, Mrs. Dale Fries and Mr. Gregory Irving, to testify in each of the courtrooms created for these hearings.
2. Mr. Lee credibly testified regarding the duties and functions of his office as well as his daily oversight of the operations of his office, the current status and accuracy of voter registration records maintained in the voter registration division's files, the determination of voter eligibility to vote and his knowledge of compliance with state and federal voting laws.
*40 3. Mr. Lee described in great detail the computer system that the voter registration division utilized as well as its date of installation and the stringent internal security controls in place, which limit access to voter registration records only to authorized personnel. He reviewed procedures for data entry of voter registration records and the multi-step process for completing this function and verifying the reliability and accuracy of the process.
4. Mr. Lee testified that he reviewed this Court's September 20, 2004 order directing a review of voter registration records in conjunction with the objections, and he explained the process for his office's review of voter records related to registration challenges to Philadelphia nominating pages. He noted the availability of 12 to 14 staff persons working in some cases of up to 18-hour days to facilitate the review of voter records with representatives of Objectors and Candidates.
5. Mr. Lee meticulously detailed the process followed by his office in preparing the Report identified as Court Exhibit 1, which included an Excel spread sheet prepared solely by Mr. Lee showing a compilation of the review of Philadelphia nominating pages' registration-related challenges, along with supporting worksheets. Court Exhibit 1 represents a compilation of the number of signers who listed a non-existent address or resided out of the county (NA/OC), who were not registered (NR), who were not registered at the address listed (NA), who were not registered at the date of signing (NRDS) or who were determined to be registered voters (RV). See Court Exhibit 1 (Volumes C/D), October 7, 2004. Mr. Lee described the added step of reviewing deleted data files for signers not registered on the date of signing.
6. Mr. Lee's testimony was credible as to the reliability of the voter registration record system that is maintained by his office, the procedures followed for complying with the Court's September 2004 order and his assessment of the accuracy of the Report that he prepared to comply with the order.
7. Candidates were given multiple opportunities to review voter registration records and to obtain assistance from Mr. Lee's staff during the review process. Mr. Lee and Mrs. Fries reported to the Court and to counsel in open court on various occasions that staff would be made available to assist Candidates' counsel or any of their volunteers from 8:30 a.m. each day until 9:30 p.m. on most days and until midnight on several days. Staff was made available also to assist any of the parties or their representatives in reviewing deleted data files in an effort to ascertain the status of signers recorded as not registered on the date of signing.
8. Ms. Fries described the extensive multi-step process in place for data-entry staff verification of the accuracy of voter information entered into the computers and the process for assigning voter registration numbers to persons who register to vote. She explained the instructions given to staff for their review of voter records in this case, see Court Exhibit 2, and she detailed her review of deleted data files to ascertain whether further voter information existed regarding electors who were reported as not registered on the date of signing. Thereafter, Ms. Fries provided a thorough analysis of the results contained in Court Exhibit 1 for Volumes C and D.
9. Mr. Martino was engaged by the campaign on June 18, 2004, when the campaign had gathered only 1500 signatures. He provided testimony regarding the campaign's signature gathering process and the campaign's review of that process before filing the nomination papers with the Secretary of State. Regarding the review *41 of voter records, Mr. Martino asserted that the search was incomplete as he was unaware of the deleted data file and that a thorough search could not be performed if all of the signatures are not viewed in this file.
10. On July 5, 2004, at Mr. Martino's behest, the Washington, D.C. campaign headquarters engaged Mr. John Slevin, owner of a petition circulation company, to conduct the signature gathering process. Mr. Slevin paid individuals cash advances at the end of each day to gather signatures on the nomination pages, see Objector Exh. 2, and when it came to Mr. Martino's attention that fraud was occurring in this process he informed Mr. Slevin, who already was aware that problems existed with some of the circulators.
11. Mr. Martino actually observed circulators signing the pages multiple times, and he stated that the campaign attempted to get rid of some of the bad pages either by not filing them or by drawing lines through forged names and crossing out duplicates. See, e.g., Objectors' Exhs. 4A-4B. In one instance, he crossed out 104 of 110 lines on page 558 because of forgeries. Objectors' Exh. 5A.
12. The Philadelphia nomination pages show in countless instances evidence of pervasive or massive and wholesale fraud and forgery and other irregularities throughout nomination pages. See, e.g., Nomination page 267.
13. The evidence of fraud and forgery was established, inter alia, by testimony from Ms. J. Wright Leonard and Mr. William J. Kelly, experts in forensic document examination and handwriting analysis called as witness for Objectors.
14. The evidence included, among other things, evidence of individuals who evidently took turns signing names in cursive, printing the names in the printed name column and inserting addresses and dates; evidence of a series or pattern of cursive signatures, printed names, addresses and numerous telephone numbers inserted in one hand; evidence of obviously fictitious or non-existent residential addresses, including but not limited to downtown Philadelphia office buildings and other facilities; evidence of disguised signatures throughout numerous pages; evidence indicating that one person filled in all of the dates on an entire side or sides of a page; evidence of "frequent" signers throughout the pages; and evidence of specific circulators who submitted pages that clearly were the product of fraud.
15. Through various legal representatives, Candidates conceded on many occasions that Objectors' evidence demonstrated fraudulent conduct by some of the circulators or signers during the signature gathering process as well as forgeries and repetitive signing of the nomination papers by particular individuals.
16. Because Candidates' agents had notice of such conduct prior to filing the nomination papers, Candidates likewise had notice.

(B)
1. Senior Judge Mirarchi issued an interim adjudication and order on October 7, 2004 striking duplicate signatures from nomination pages included in Volumes C and D, more fully set forth below and adjusted accordingly in the final rulings made regarding these volumes.
2. Senior Judge Mirarchi issued another order on October 8, 2004 striking nomination pages 399 (83 lines) and 461 (58 lines) because they were not in the hand of the electors whose names appeared on the pages and nomination pages 322 (51 lines) and 489 (80 lines) because Candidates withdrew the nomination pages with prejudice *42 due to the number of irregularities appearing in those pages.

(C)
1. Objectors initially presented evidence of the global challenges raised to the nomination pages, including, inter alia, objections based on claims of defective notarization or circulator affidavit and on claims of fraud and forgery and other irregularities. The specific evidence related to these challenges is contained in the record.
2. Counsel stipulated many of the strikes by the Secretary of State where challenged, and when counsel could not stipulate the Court heard evidence on the challenge or took judicial notice where the defect was apparent on its face.
3. Once Mr. Lee's Report was completed for Volumes C and D and Court Exhibit 1 was formally moved for admission into the record, Objectors then presented their registration-related challenges to the nomination pages.
4. Counsel for Objectors and Candidates entered into a stipulation identified as "Joint Exhibit 1," admitted into the record on October 8, 2004. The Joint Exhibit includes a listing for the majority of the nomination pages of all of the registration-related challenges that Objectors raised. Several pages were not included either because the parties could not agree or because they decided not to review the pages in light of the extraordinary time constraints imposed upon all participants to these proceedings. The Joint Exhibit was formulated based upon counsel's review of Court Exhibit 1, and it includes another listing "IDF=NRA" intended by counsel to refer to voters who were located in the deleted data file but who Candidates acknowledge were not registered at the address listed.
5. Objectors then moved the Court to strike all registration-related challenges to the signature lines in the nomination pages from Volumes C and D that were identified in the Joint Exhibit, and upon review of the parties' stipulation as to the preparation of this document and the limitations therein along with the objections stated for the record by Candidates, the Court granted Objectors' motion to strike all of the lines so identified in the Joint Exhibit.
6. Candidates raised objections throughout the hearings, among other matters, to the Court's consideration of Objectors' challenges to lines where, for example, the elector was not registered on the date he or she signed the nomination page but was registered at some later date; where the elector listed an out-of-county residence but nevertheless resided in Pennsylvania; where the elector listed an address identified as a homeless shelter although clearly no signature was invalidated for that reason; where the elector appeared by his or her signature to be elderly or disabled; or where the elector's residence in the voter registration records did not match the address listed on the nomination page. Candidates raised global objections to the creation of the Report (Court Exhibit 1) by elections officials. Candidates also claimed that they were prevented from adequately reviewing voter registration records despite repeated offers made by Mr. Lee and by Ms. Fries to make themselves available along with many other staff as often as 7 days per week, beginning at 8:30 a.m. and ending as late as midnight on some days, to assist Candidates in their review of voter registration records in general and the deleted data files in particular.

(D)
1. Based upon the credible evidence of record the Court concludes that Objectors *43 met their burden to prove a substantial portion of their challenges to Candidates' nomination pages as more fully set forth hereafter.
2. Where a particular signature line was struck at hearing and it was included as well in the Joint Exhibit or among the duplicates, it was counted only once as being struck. The listing hereafter uses underscoring to identify the entries that were not counted more than once. Due to time constraints, Objectors rested on the Joint Exhibit and/or duplicates for their remaining challenges to nomination pages not presented at hearing.
3. The rulings for each nomination page include the identification of each page number challenged, the total number of lines for each page, the lines struck at hearing based on the global and/or fraud and forgery related challenges or other irregularities, the lines struck due to registration-related challenges pursuant to the parties' Joint Exhibit, identification of the lines struck due to duplicate signatures pursuant to Senior Judge Mirarchi's October 7, 2004 order, the total tally for each category and, finally, the total tally for valid signatures remaining on each nomination page. The Court hereby makes the following rulings:

Page 258 (50 lines) 21 valid
Struck at Hearing: (9/28) 10, 11, 12, 13, 46, 47 (6)
 (10/4) 1, 2, 5, 18, 28, 29, 30, 36, 37, 39-42, 47 (14)
Joint Exhibit No. 1:
NA/OC
NR 12, 42
NRA 2, 4, 5, 18, 28, 29, 30, 36, 37, 39, 40
NRDS 9 not otherwise listed
IDF = NRA 1 6 + 14 + 9 = 29 struck
Duplicates: 3, 4, 6, 7, 19, 20 50 lines - 29 struck = 21 valid
Page 259 (54 lines) 21 valid
Struck at Hearing: 22, 24-27, 32-34, 36, 41, 48-50, 54, 55 (15)
 2, 3, 5, 10, 12, 15, 21, 23, 30, 31, 37, 40, 43, 46, 47, 48, 52, 53 (15)
Joint Exhibit No. 1:
NA/OC 24, 25, 26, 32, 33, 34, 36, 54
NR 3, 21, 23, 30
NRA 2, 5, 12, 37, 40, 43, 46, 52, 55
NRDS 19 3 not otherwise listed
IDF=NRA 15 + 15 + 3 = 33 struck
Duplicates: 1, 4 54 lines - 33 struck = 21 valid
Page 260 (100 lines) 42 valid
Struck at Hearing: 1, 2, 6, 11, 33, 34, 58, 61, 62, 64, 73-76, 82, 84, 85 (17)
 3-5, 7-9, 14-17, 23, 24, 32, 38, 43-49, 51-53, 59, 67-69, 72, 78, 79,
 82, 83, 87, 90, 91, 95, 97, 98, 100 (40)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 1 not otherwise listed
IDF=NRA 17 + 40 + 1 = 58 struck
Duplicates: 31 100 lines - 58 struck = 42 valid
Page 261 (52 lines) 20 valid
Struck at Hearing: 1-3, 6, 7, 10, 31-32, 40, 41, 50 (11)

*44
 8, 12, 14, 15, 17, 19, 20, 21, 22, 25, 28, 29, 30, 33, 35, 43, 44, 46, 49 (19)
Joint Exhibit No. 1:
NA/OC 1, 2, 3, 8, 29, 30, 49
NR 10, 12, 20, 21, 22, 31, 44
NRA 14, 15, 17, 25, 28, 32, 33, 43, 46
NRDS 2 not otherwise listed
IDF=NRA 11 + 19 + 2 = 32 struck
Duplicates: 23, 24 52 Lines - 32 struck = 20 valid
Page 262 (102 lines) 36 valid
Struck at Hearing: 24, 31, 35, 46, 51, 58, 59, 73, 81-84, 95, 96 (14)
 1, 4, 5, 8, 9, 13, 15-22, 25, 27-29, 32, 34, 36, 39, 40, 45, 52, 55, 56,
 61, 63, 65, 70-72, 75, 77, 78, 85-89, 91, 92, 101, 102 (47)
Joint Exhibit No. 1:
NA/OC
NR 5, 9, 16, 19, 21, 32, 39, 40, 55, 63, 65, 72, 77, 82, 86, 95, 98, 99,
 101, 102
NRA 1, 4, 8, 13, 15, 17, 18, 20, 27, 28, 29, 36, 45, 52, 61, 70, 71, 75, 78,
 85, 87, 88, 91, 96
NRDS 34, 56 5 not otherwise listed
IDF=NRA 22, 25, 35, 89, 92 14 + 47 + 5 = 66 struck
Duplicates: 30 102 lines - 66 struck = 36 valid
Page 263 (102 lines) 37 valid
Struck at Hearing: 10, 25, 35, 36, 38, 39, 41, 48, 49, 57, 57, 84-86, 88, 98-100 (18)
 7-9, 11-16, 20-23, 26-33, 37, 40, 44, 52, 53, 55, 56, 60, 62, 63, 65-67, (44)
 69, 75, 78-80, 87, 90, 91, 92, 93, 102
Joint Exhibit No. 1:
NA/OC 37, 57
NR 7, 11, 26, 55, 60, 78
NRA 8, 9, 10, 15, 20, 21, 27, 30, 39, 40, 44, 49, 52, 54, 58, 65, 67, 75, 79,
 80, 85, 91, 93, 98, 99
NRDS 62 3 not otherwise listed
IDF=NRA 12, 28, 32, 33, 40, 87, 90, 96 18 + 44 + 3 = 65 struck
Duplicates: 102 lines - 65 struck = 37 valid
Page 264 (57 lines) 15 valid
Struck at Hearing: 2, 6-9, 11, 13, 19-26, 31, 32, 34, 36, 39-44, 46, 51, 54, 55, 57 (30)
Joint Exhibit No. 1:
NA/OC 1, 2, 3, 8, 29, 30, 49
NR 10, 12, 20, 21, 22, 31, 44
NRA 14, 15, 17, 25, 28, 32, 33, 43, 46
NRDS
IDF=NRA
Duplicates:
Page 265 (105 lines) 3 valid
Struck at Hearing: 1-26, 28-51, 53-67, 69-105 (102)
Joint Exhibit No. 1:
NA/OC
NR 4, 5, 8, 10, 18, 19, 23, 24, 26, 28, 29, 30, 32, 33, 34, 36, 38, 50, 51,
 57, 58, 61, 63, 66, 67, 69, 70, 75, 76, 79, 80, 85, 86, 89, 90, 91, 94,
 95, 97, 99, 101, 102, 105
NRA 9, 20, 31, 35, 37, 39, 40, 43, 46, 48, 64, 65, 72, 74, 82, 83, 92, 93,
 100
NRDS 0 not otherwise listed
IDF=NRA 14 105 lines - 102 struck = 3 valid
Duplicates: 1, 2, 7, 12, 49, 71, 77, 87, 103

*45
Page 266 (52 lines) 21 valid
Struck at Hearing: 4, 8, 13, 26, 32, 39, 47 (7)
Joint Exhibit No. 1:
NA/OC 21, 28, 33, 40
NR 11, 12, 24, 30, 52
NRA 3, 5, 6, 10, 16, 20, 22, 38, 45, 46, 48, 50
NRDS 24 not otherwise listed
IDF=NRA 2, 14, 15 7 + 24 = 31 struck
Duplicates: 52 lines - 31 struck = 21 valid
Page 267 (51 lines) 2 valid
Struck at Hearing: 7-9, 11-15, 17-29, 31-41, 45, 47-51 (38)
 3-6, 10, 16, 30, 42-44, 46 (11)
Joint Exhibit No. 1:
NA/OC
NR 3, 11, 12, 13, 15, 17, 20, 21, 22, 23, 24, 26, 27, 28, 30, 31, 33, 34,
 36, 37, 38, 40, 49, 51
NRA 5, 6, 7, 8, 10, 14, 25, 32, 35, 39, 42, 44, 45, 47, 48, 50
NRDS
IDF = NRA 38 + 11 = 49 struck
Duplicates: 51 lines - 49 struck = 2 valid
Page 268 (110 lines) 0 valid
Struck at Hearing: 1-110 (110)
Joint Exhibit No. 1:
NA/OC
NR 6, 7, 10, 11, 12, 29, 22, 24, 26, 28, 29, 31, 32, 33, 38, 40, 42, 43, 54
 59, 67, 70, 76, 77, 78, 79, 81, 82, 87, 89, 91, 102, 109
NRA 2, 8, 13, 14, 27, 30, 35, 37, 45, 46, 47, 48, 49, 50, 51, 62, 63, 64, 71,
 74, 75, 80, 83, 85, 86, 88, 92, 95, 96, 97, 101, 105, 108
NRDS 18
IDF=NRA 16, 36, 39, 44, 53, 56, 65 110 lines - 110 struck = 0 valid
Duplicates: 1, 3, 4, 9, 15, 23, 41, 52, 100, 106, 110
Page 269 (101 lines) 5 valid
Struck at Hearing: 1-5, 7, 8, 10-13, 18-39, 41, 44, 46, 48-54, 56-59, 63-67, 69-71, 73,
 75, 77-80, 83-94, 97, 98, 100 (76)
 6, 9, 14, 15, 42, 43, 47, 55, 60, 61, 68, 74, 76, 82, 95, 97-100 (19)
Joint Exhibit No. 1:
NA/OC 2, 41, 42, 59, 63, 65, 67, 70, 71, 73, 77, 78, 79, 80, 83, 88, 89, 90,
 91, 92, 97
NR 24, 26, 31, 32, 37, 38
NRA 4, 6, 13, 18, 20, 22, 29, 44, 50, 60, 61, 68, 74, 82, 87, 93, 95, 98, 99,
 100
NRDS 23, 56, 94 1 not otherwise listed
IDF=NRA 7, 11, 19, 53, 55 76 + 19 + 1 = 96 struck
Duplicates: 8, 9, 28, 72 101 lines - 96 struck = 5 valid
Page 270 (110 lines) 8 valid
Struck at Hearing: 1-7, 9-39, 41-47, 49-53, 55-87, 89-97, 99, 100, 102-108, 110 (102)
Joint Exhibit No. 1:
NA/OC
NR 2, 3, 13, 21, 28, 35, 37, 38, 42, 46, 79, 90, 94, 95, 102, 110
NRA 4, 5, 6, 9, 11, 16, 17, 20, 25, 27, 33, 34, 39, 41, 44, 49, 55, 57, 66,
 71, 77, 78, 83, 85, 89, 92, 97, 99, 100, 103
NRDS 14, 32, 64, 65, 69
IDF=NRA 45, 58
Duplicates: 10, 15, 51 110 lines - 102 struck = 8 valid

*46
Page 300 (110 lines) 3 valid
Struck at Hearing: 7-10, 14-15, 16-17, 19-30, 44-52, 57, 62-63, 67, 69-70, 75-85, 87-90,
 95, 97-103, 106-110 (63)
 1-6, 11-13, 18, 31-42, 53-55, 58-61, 64-66, 71-74, 86, 91-94, 96, 104,
 105 (44)
Joint Exhibit No. 1:
NA/OC
NR 4, 27, 34, 39, 40, 41, 45, 47, 48, 53, 55, 58, 62, 64, 70, 75, 79, 85,
 86, 87, 89, 90, 93, 94, 95, 96, 99, 100, 102, 103, 106, 109, 110
NRA 8, 16, 17, 19, 20, 25, 26, 28, 30, 31, 32, 33, 35, 36, 37, 38, 42, 44,
 49, 50, 52, 54, 60, 63, 66, 71, 72, 73, 76, 78, 80, 82, 92, 97, 101, 107
NRDS
IDF=NRA 51 63 + 44 = 107 struck
Duplicates: 2, 5, 7, 9, 84, 88, 98 110 lines - 107 struck = 3 valid
Page 301 (100 lines) 1 valid
Struck at Hearing: 1-7, 9-23, 25-60, 62-66, 69-73, 76-78, 80-83, 85-89, 91-93, 95-100 (88)
 8, 24, 61, 67, 68, 74, 75, 79, 84, 90, 94 (11)
Joint Exhibit No. 1:
NA/OC 33, 34
NR 34, 36, 39, 40, 42, 57, 60, 61, 66, 67, 69, 70, 72, 73, 74, 76, 77, 87,
 88, 90, 92, 95, 97
NRA 35, 37, 38, 44, 46, 49, 51, 54, 55, 58, 59, 64, 65, 75, 78, 82, 86, 91,
 93, 94, 96, 98, 100
NRDS 47, 85 88 + 11 = 99 struck
IDF=NRA 100 lines - 99 struck = 1 valid
Duplicates: 20, 30, 46, 48, 56, 63, 78, 79, 81, 83
Page 302 (110 lines) 5 valid
Struck at Hearing: 6, 7, 10-14, 16, 20, 21, 28, 29, 36, 37, 41, 46, 47, 51-55, 59, 60, 63,
 64, 70, 71, 76-79, 82, 89, 91, 92, 94, 95, 104 (39)
 1, 2, 4, 5, 8, 9, 17, 19, 22-27, 30-35, 38-40, 42-45, 50, 56, 58, 61, 62,
 65, 66, 72, 73, 80, 81, 83-88, 90, 93, 96-103,
 105, 110 (60)
Joint Exhibit No. 1:
NA/OC
NR 13, 21, 22, 24, 27, 31, 32, 33, 34, 37, 44, 46, 53, 58, 59, 62, 63, 64,
 65, 71, 72, 86, 90, 105
NRA 1, 7, 12, 17, 23, 26, 28, 29, 30, 36, 38, 39, 42, 47, 51, 52, 54, 56, 66,
 78, 79, 81, 83, 85, 95, 97, 98, 107, 108, 110
NRDS 106
IDF=NRA 19, 35, 45, 70, 73, 84, 87, 89, 100
Duplicates: 5, 9, 19, 31, 35, 36, 37, 38, 40, 42, 43, 44, 48, 50, 54, 57, 58,
 69, 73, 83, 88, 93, 98, 105, 107 6 not otherwise listed
 39 + 60 + 6 = 105 struck
 110 lines - 105 struck = 5 valid
Page 304 (63 lines) 0 valid
Struck at Hearing: 1-63 (63)
Joint Exhibit No. 1:
NA/OC 40
NR 4, 12, 15, 16, 23, 28, 39, 42, 43, 45, 48, 50, 63, 89
NRA 2, 3, 5, 7, 10, 17, 18, 19, 20, 21, 25, 44, 49, 51, 53, 55
NRDS
IDF=NRA 100 63 lines - 63 struck = 0 valid
Duplicates: 38
Page 305 (100 lines) 0 valid
Struck at Hearing: 1-100 (100)

*47
Joint Exhibit No. 1:
NA/OC 18, 46
NR 8, 10, 12, 15, 17, 19, 20, 21, 41, 47, 48, 49, 50, 51, 52, 54, 55, 57,
 58, 60, 61, 63, 65, 68, 69, 70, 71, 72, 74, 75, 76, 82, 83, 84, 87, 88,
 89, 90, 96, 97, 100
NRA 4, 5, 6, 7, 9, 16, 25, 27, 28, 29, 31, 32, 34, 36, 40, 42, 43, 45, 53,
 56,59, 62, 64, 66, 67, 73, 77, 79, 80, 81, 85, 86, 92, 93, 94, 95 98, 99
NRDS 51
IDF=NRA 28, 43 100 lines - 100 struck = 0 valid
Duplicates:
Page 306 (54 lines) 1 valid
Struck at Hearing: 1-24, 26-28, 30-53 (51)
Joint Exhibit No. 1:
NA/OC
NR 15, 21, 23, 26, 27, 36, 37, 41, 52
NRA 2, 8, 9, 10, 11, 17, 18, 24, 30, 32, 32, 33, 34, 35, 42, 46, 48, 49
NRDS 51
IDF=NRA 28, 43
Duplicates: 7, 8, 9, 10, 11, 12, 14, 19, 20, 21, 25, 26, 28, 29, 30, 39, 40, 44,
 47, 51, 52 2 not otherwise listed
 51 + 2 = 53 struck
 54 lines - 53 struck = 1 valid
Page 307 (110 lines) 8 valid
Struck at Hearing: 1-44, 47-49, 51-66, 69-95, 97, 98, 100, 102-107, 109, 110 (102)
Joint Exhibit No. 1:
NA/OC 63, 73
NR 2, 4, 5, 8, 18, 29, 40, 66, 69, 75, 81, 82, 91, 93, 100, 102
NRA 1, 6, 7, 9, 12, 16, 61, 71, 74, 76, 83, 84, 86, 87, 89, 94, 95, 109
NRDS 23, 30
IDF=NRA 15, 22, 33, 58, 77, 85 110 lines - 102 struck = 8 valid
Duplicates:
Page 308 (92 lines) 10 valid
Struck at Hearing: 4, 5, 8-10, 12, 13, 15-18, 20-26, 29, 30, 34-36, 38-42, 48-51,
 58-62, 67, 70, 76-80, 82, 86-92 (52)
Joint Exhibit No. 1:
NA/OC 90, 92
NR 5, 7, 11, 16, 17, 24, 29, 52, 53, 55, 56, 60, 61, 62, 67, 68, 69, 76, 77,
 80, 81, 83, 84, 86, 88
NRA 2, 3, 12, 18, 23, 26, 30, 39, 43, 44, 48, 49, 51, 57, 58, 59, 64,
 66, 70, 79, 82, 85, 89, 91 30 not otherwise listed
NRDS 15 52 + 30 = 82 struck
IDF=NRA 1, 6, 38, 50 92 lines - 82 struck = 10 valid
Duplicates: 1, 2, 6, 7, 18, 31, 32, 33, 36, 37, 40, 41, 42, 43, 44, 45, 46, 47, 50,
 51, 65
Page 309 (49 lines) 6 valid
Struck at Hearing: 9-26, 31, 36, 42, 48, 50, 51, 101, 102 (26)
Joint Exhibit No. 1:
NA/OC 10
NR 7, 15, 16, 17, 19, 20, 24, 27, 40, 49
NRA 18, 22, 26, 28, 30, 33, 38, 39, 43, 47, 52, 53
NRDS 25 17 not otherwise listed
IDF=NRA 26 + 17 = 43 struck
Duplicates: 8, 9, 26, 32, 35, 46, 52 49 lines - 43 struck = 6 valid
Page 310 (57 lines) 14 valid

*48
Struck at Hearing: 4, 6, 17, 19-21, 28, 36, 43, 44, 45, 47 (12)
Joint Exhibit No. 1: 31 not otherwise listed
NA/OC 31 12 + 31 = 43 struck
NR 15, 16, 18, 57 57 lines - 43 struck = 14 valid
NRA 2, 8, 9, 13, 14, 22, 26, 27, 30, 32, 33, 34, 38, 42, 46, 48, 56
NRDS 25
IDF=NRA
Duplicates: 1, 3, 4, 7, 8, 10, 19, 21, 24, 25, 28, 39, 41, 48
Page 311 (107 lines) 31 valid
Struck at Hearing: 32, 46, 56, 83-85, 95, 98, 99, 107 (10)
Joint Exhibit No. 1:
NA/OC 79
NR 1, 4, 5, 6, 9, 11, 12, 13, 15, 16, 17, 24, 26, 30, 33, 35, 38, 39, 41, 42,
 43, 47, 49, 50, 53, 54, 55, 57, 59, 62, 64, 67, 69, 75, 76, 77, 78, 81,
 86, 87, 88, 89, 90, 91, 92, 93, 94, 97, 100, 104, 106
NRA 3, 8, 14, 19, 20, 21, 22, 25, 52, 58, 72, 73, 96, 102
NRDS 66 not otherwise listed
IDF=NRA 10 + 66 = 76 struck
Duplicates: 6 107 lines - 76 struck = 31 valid
Page 312 (96 lines) 43 valid
Struck at Hearing: 9, 13, 17, 19, 26-29, 35 36, 38-40, 42, 43, 68, 72, 82, 91, 94 (21)
Joint Exhibit No. 1:
NA/OC 7, 94
NR 2, 6 10, 22, 37, 44, 51, 57, 61, 69, 79, 80, 88
NRA 1, 3, 7, 11, 15, 16, 21, 49, 58, 63, 70, 75, 83, 84, 90
NRDS 5 32 not otherwise listed
IDF=NRA 21 + 32 = 53 struck
Duplicates: 86, 90, 93 96 lines - 53 struck = 43 valid
Page 313 (53 lines) 6 valid
Struck at Hearing: 3-6, 14-16, 21, 22, 36, 37, 39-43, 49, 50-52 (20)
Joint Exhibit No. 1:
NA/OC
NR 2, 7, 10, 20, 23, 24, 25, 26, 28, 29, 30, 31, 33, 34, 35, 44, 46 53, 54
NRA 8, 12, 17, 18, 19, 32, 38, 47
NRDS 27 not otherwise listed
IDF=NRA 20 + 27 = 47 struck
Duplicates: 53 lines - 47 struck = 6 valid
Page 314 (100 lines) 60 valid
Struck at Hearing: 5, 6, 8, 9, 29, 41, 52, 65-68, 76, 86, 89, 99, 100 (16)
 35, 39 (2)
Joint Exhibit No. 1:
NA/OC 71, 79, 99
NR 28, 45, 63, 87, 95
NRA 1, 5, 6, 8, 9, 11, 15, 29, 37, 38, 40, 42, 50, 57, 60, 61, 64, 70, 76
NRDS 56 22 not otherwise listed
IDF=NRA 84 16 + 2 + 22 = 40 struck
Duplicates: 100 lines - 40 struck = 60 valid
Page 315 (101 lines) 5 valid
Struck at Hearing: 2-5, 9-21, 23, 25-29, 32, 34-41, 43-47, 49-53, 55, 57, 58, 60-65,
 67, 68, 70-101 (88)
Joint Exhibit No. 1:
NA/OC 16
NR 1, 2, 19, 20, 35, 51, 52
NRA 7, 8, 10, 14, 15, 17, 18, 21, 23, 26, 28, 31, 33, 38, 39, 41, 48,

*49
 49, 50 8 not otherwise listed
NRDS 11, 30 88 + 8 = 96 struck
IDF=NRA 6, 12 101 lines - 96 struck = 5 valid
Duplicates: 1, 3, 6, 9, 11, 16, 27, 29, 30, 31, 33, 36, 37, 39, 101
Page 316 (48 lines) 5 valid
Struck at Hearing: 2-6, 14-18, 25, 26, 29, 34 (16)
Joint Exhibit No. 1:
NA/OC
NR 1, 8, 9, 19, 23, 30, 31, 33, 36, 38, 40, 41, 42, 45, 47
NRA 10, 11, 15, 20, 22, 24, 27, 32, 35, 37 39, 48
NRDS 27 not otherwise listed
IDF=NRA 13 16 + 27 = 43 struck
Duplicates: 48 lines - 43 struck = 5 valid
Page 317 (92 lines) 76 valid
Struck at Hearing: 4, 8, 9, 10, 16, 17, 24-26, 30, 34, 43, 57, 58, 76, 77 (16)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 92 lines - 16 struck = 76 valid
Duplicates:
Page 318 (106 lines) 12 valid
Struck at Hearing: 3-8, 10, 12-15, 17, 23, 25-32, 35, 38-43, 46, 47, 52, 53, 55-58,
 60-63, 65, 67-69, 71-73, 75, 76, 79-106 (78)
Joint Exhibit No. 1:
NA/OC
NR 2, 19, 20, 21, 24, 34, 54, 64
NRA 16, 18, 36, 37, 45, 49, 66, 70
NRDS 16 not otherwise listed
IDF=NRA 78 + 16 = 94 struck
Duplicates: 106 lines - 94 struck = 12 valid
Page 319 (100 lines) 14 valid
Struck at Hearing: 15-17, 23, 27-29, 35-37, 47, 49, 50, 53, 55, 73, 74, 91, 96,
 99, 100 (21)
Joint Exhibit No. 1:
NA/OC 22, 32, 60, 63, 71
NR 8, 25, 31, 34, 57, 58, 59, 61, 62, 69, 70, 80, 81, 82, 83, 85, 86, 87,
 88, 90, 98, 100
NRA 1, 2, 3, 5, 7, 9, 12, 13, 14, 19, 20, 21, 30, 39, 40, 41, 42, 43, 44, 45,
 51, 53, 54, 56, 65, 66, 68, 76, 78, 84, 89, 93, 94, 95
NRDS 65 not otherwise listed
IDF=NRA 21 + 65 = 86 struck
Duplicates: 4, 6, 9, 14, 33, 36, 37, 38, 40, 65 100lines - 86 struck = 14 valid
Page 320 (110 lines) 29 valid
Struck at Hearing: 2-6, 14-18, 25, 26, 29, 34 (16)
Joint Exhibit No. 1: 65 not otherwise listed
NA/OC 16 + 65 = 81 struck
NR 110 lines - 81 struck = 29 valid
NRA 1, 2, 3, 6, 8, 10, 11, 12, 14, 15, 16, 18, 20, 25, 28, 29, 30, 35, 36, 39,
 43, 46, 48, 49, 51, 54, 59, 60, 61, 64, 66, 67, 73, 74, 82, 84, 86, 87,
 89, 90, 91, 92, 93, 95, 96, 98, 99, 100, 101, 106
NRDS 32, 57, 72
IDF=NRA 9, 33, 37, 38, 65, 69, 70, 71

*50
Duplicates: 1, 2, 11, 12, 21, 23, 29, 33, 36, 38, 44, 48, 50, 51, 53, 57, 63, 69, 76,
 93, 95, 98, 99, 100, 101 106
Page 321 (110 lines) 12 valid
Struck at Hearing: 17, 18, 27, 29, 49, 51, 54-110 (63)
Joint Exhibit No. 1:
NA/OC 3, 5, 6, 8, 11, 16, 19, 21, 24, 25, 28, 33, 34
NR 4, 7, 12, 13, 23, 35, 36, 41, 43
NRA 9, 10, 22, 26, 30, 31, 37, 38, 42, 44, 46, 47
NRDS 35 not otherwise listed
IDF=NRA 14 63 + 35 = 98 struck
Duplicates: 110 lines - 98 struck = 12 valid
Page 322 (51 lines) 0 valid
Struck at Hearing: 1, 2, 4, 11, 13, 17, 23, 29, 30, 35, 36, 39, 40, 50 (14)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 51 lines - 51 struck = 0 valid
Duplicates: 27, 30, 36
Page 322 struck in its entirety by stipulation per order of Judge Mirarchi.
Page 323 (60 lines) 14 valid
Struck at Hearing: 13, 18, 35, 39, 48, 54, 56 (7)
Joint Exhibit No. 1:
NA/OC 5, 6, 8, 15, 16, 27, 38, 42, 44, 50, 57
NR 6, 19, 22, 23, 28, 41, 42, 43, 46, 50, 55, 57, 58
NRA 9, 11, 12, 29, 30, 36, 37, 45, 47, 49, 59
NRDS 39 not otherwise listed
IDF=NRA 7 + 39 = 46 struck
Duplicates: 1, 2, 5, 7, 59 60 lines - 46 struck = 14 valid
Page 324 (110 lines) 32 valid
Struck at Hearing: 12, 16, 17, 21, 32, 39, 40, 53, 63, 64, 90 (11)
Joint Exhibit No. 1:
NA/OC
NR 7, 8, 10, 15, 23, 25, 26, 27, 30, 33, 48, 56, 60, 62, 73, 82, 85, 88, 95,
 96, 97, 102, 103, 106, 107
NRA 2, 4, 9, 11, 13, 19, 22, 34, 36, 49, 51, 58, 66, 67, 70, 72, 74, 89, 91,
 92, 93, 94, 99, 100, 101, 104, 105, 109
NRDS 17, 20, 29, 31, 44
IDF=NRA 3, 41, 83
Duplicates: 5, 7, 19, 22, 36, 40, 41, 42, 45, 48, 63, 65, 70, 83, 96, 97, 99,
 101 67 not otherwise listed
 11 + 67 = 78 struck
 110 lines - 78 struck = 32 valid
Page 325 (110 lines) 15 valid
Struck at Hearing: 7, 13, 15, 17, 19, 20, 22, 24, 42, 45, 46, 57, 68, 70, 71, 76, 82,
 103, 106 (19)
Joint Exhibit No. 1:
NA/OC
NR 1, 3, 5, 6, 8, 9, 10, 11, 12, 14, 16, 25, 26, 27, 28, 31, 33, 34, 37, 40,
 41, 43, 44, 47, 49, 51, 52, 53, 54, 55, 56, 60, 61, 62, 63, 65, 66, 67,
 77, 79, 80, 84, 85, 87, 90, 91, 92, 95, 97, 98, 99, 100, 101, 102, 105,
 107, 108, 110
NRA 48, 50, 59, 64, 69, 72, 73, 75, 78, 83, 86, 96, 109

*51
NRDS 29 76 not otherwise listed
IDF=NRA 4 19 + 76 = 95 struck
Duplicates: 58, 59, 69, 74, 78 110 lines - 95 struck = 15 valid
Page 326 (45 lines) 11 valid
Struck at Hearing: 2, 3, 24, 27, 28, 36, 40 (7)
Joint Exhibit No. 1:
NA/OC 27, 28
NR 4, 5, 7, 17, 18, 19, 20, 31, 32, 33, 37, 39, 42, 45
NRA 12, 14, 16, 21, 22, 35, 37, 39, 45
NRDS 6, 11 27 not otherwise listed
IDF=NRA 30, 34 7 + 27 = 34 struck
Duplicates: 45 lines - 34 struck = 11 valid
Page 327 (60 lines) 14 valid
Struck at Hearing: 1-3, 10, 16, 28, 41, 51, 54, 55 (10)
Joint Exhibit No. 1:
NA/OC
NR 5, 9, 11, 17, 18, 22, 24, 30, 32, 33, 34, 37, 39, 42, 43, 44, 46, 48, 49,
 52, 59
NRA 6, 7, 8, 13, 14, 23, 27, 31, 47, 56, 58, 60
NRDS
IDF=NRA 15 36 not otherwise listed
Duplicates: 2, 3, 4, 16, 57 10 + 36 = 46 struck
 60 lines - 46 struck = 14 valid
Page 328 (65 lines) 5 valid
Struck at Hearing: 1, 2, 11, 12, 15-17, 23, 26-28, 31, 36, 37, 39, 48, 57, 65 (18)
Joint Exhibit No. 1:
NA/OC 4, 6, 31, 34, 35, 36, 42, 57, 62, 64, 65
NR 6, 10, 29, 32, 33, 41, 43, 44, 45, 52, 53, 55, 56, 61
NRA 5, 8, 13, 18, 21, 30, 40, 46, 47,
 49, 60 42 not otherwise listed
NRDS 18 + 42 = 60 struck
IDF=NRA 9 65 lines - 60 struck = 5 valid
Duplicates: 3, 5, 12, 13, 20, 21, 25, 29, 34, 36, 37, 38, 40, 41, 49, 50
Page 329 (100 lines) 22 valid
Struck at Hearing: 5, 6, 10-12, 21, 23, 24, 36, 37, 40, 42, 47, 51, 57, 59, 62, 68-70,
 72, 75, 78, 79, 81, 83, 89, 95, 98, 100 (30)
Joint Exhibit No. 1:
NA/OC 3, 47, 63, 67
NR 2, 43, 44, 45, 53, 54, 56, 58, 60, 64, 77, 88, 90, 91, 92, 93, 99
NRA 1, 4, 7, 13, 15, 20, 22, 26, 29, 30, 35, 38, 46, 49, 76, 81 84, 94
NRDS 48 not otherwise listed
IDF=NRA 31, 61, 73, 85, 96 30 + 48 = 78 struck
Duplicates: 2, 3, 6, 19, 28, 80, 85, 86 100 lines - 78 struck = 22 valid
Page 330 (100 lines) 16 valid
Struck at Hearing: 1, 2, 7, 9, 10, 12, 16-19, 22, 24, 27-29, 32, 33, 38, 40, 42, 44,
 45, 48, 52, 53, 69, 70, 72, 81, 88-90, 94, 96, 100 (35)
Joint Exhibit No. 1:
NA/OC 11, 18
NR 3, 5, 6, 41, 46, 49, 50, 58, 63, 67, 75, 77, 78, 82, 86, 90, 93, 95, 98
NRA 13, 14, 15, 23, 25, 34, 35, 36, 37, 39, 47, 57, 59, 60, 61, 62, 66, 68,
 71, 73, 74, 76, 79, 85, 87, 92, 97
NRDS 49 not otherwise struck
IDF=NRA 26, 83 35 + 49 = 84 struck
Duplicates: 93 100 lines - 84 struck = 16 valid

*52
Page 331 (53 lines) 5 valid
Struck at Hearing: 1, 3, 4, 5, 10, 12-15, 17-19, 21, 24-26, 28, 30-32, 35, 37, 39-43,
 48, 53 (30)
Joint Exhibit No. 1:
NA/OC 9, 11, 29
NR 6, 8, 9, 11, 20, 31, 34, 43, 49, 50
NRA 7, 23, 33, 36, 44, 45, 51
NRDS 2 18 not otherwise listed
IDF=NRA 16 30 + 18 = 48 struck
Duplicates: 53 lines - 48 struck = 5 valid
Page 332 (104 lines) 40 valid
Struck at Hearing: 1-5, 8, 9, 11, 13, 20, 31, 32, 36, 37, 47, 53, 59, 63, 71, 81-84,
 89, 91, 94, 99, 102, 104 (29)
Joint Exhibit No. 1:
NA/OC 99
NR 6, 23, 25, 48, 69, 96
NRA 10, 14, 15, 16, 17, 19, 24, 28, 35, 39, 40, 44, 46, 54, 55, 56, 67, 74,
 77, 88, 92, 95, 97, 98
NRDS 29 35 not otherwise listed
IDF=NRA 22, 30, 50 29 + 35 = 64 struck
Duplicates: 101 104 lines - 64 struck = 40 valid
Page 333 (103 lines) 49 valid
Struck at Hearing: 26, 27, 37, 38, 44-47, 51, 54, 55, 65, 67-70, 73, 74, 79, 80, 83,
 88-90, 93 (26)
Joint Exhibit No. 1:
NA/OC 65, 83, 90
NR 8, 19, 35, 49, 78
NRA 4, 5, 7, 16, 18, 28, 33, 41, 43, 52, 75, 84, 87
NRDS 22, 24 28 not otherwise listed
IDF=NRA 13, 25, 59, 66 26 + 28 = 54 struck
Duplicates: 1, 2, 3, 4, 59, 67, 68, 102 103 lines - 54 struck = 49 valid
Page 334 (81 lines) 46 valid
Struck at Hearing: 40, 50-53, 78-81 (9)
Joint Exhibit No. 1:
NA/OC
NR 1, 4, 12, 26, 29, 31, 32, 46, 47, 63, 73
NRA 20, 21, 28, 33, 34, 41, 43, 48, 65, 71, 81
NRDS 27 26 not otherwise listed
IDF=NRA 16, 25, 80 9 + 26 = 35 struck
Duplicates: 10 81 lines - 35 struck = 46 valid
Page 335 (93 lines) 30 valid
Struck at Hearing: 9, 17, 18, 21-26, 30, 34, 35, 39, 53, 61, 65, 66, 74, 80, 82,
 91 (21)
Joint Exhibit No. 1:
NA/OC 22, 82, 91
NR 8, 10, 11, 12, 22, 23, 28, 29, 37, 44, 55, 67, 84, 93
NRA 2, 3, 4, 5, 6, 14, 15, 19, 21, 33, 38, 45, 52, 57, 58, 63, 64, 68, 70, 71,
 79, 88, 90
NRDS 56, 78 42 not otherwise listed
IDF=NRA 41, 69, 92 21 + 42 = 63 struck
Duplicates: 77, 83, 89 93 lines - 63 struck = 30 valid
Page 336 (110 lines) 47 valid
Struck at Hearing: 1-3, 7-10, 15-17, 32-34, 37-40, 42, 44-49, 51, 52, 55-57, 72, 73,

*53
 75-78, 86-91, 96, 97 (43)
Joint Exhibit No. 1:
NA/OC
NR 59, 82
NRA 4, 12, 18, 19, 23, 29, 62, 84, 85, 92, 95, 105
NRDS 41 20 not otherwise listed
IDF=NRA 27, 58, 66, 79, 100 43 + 20 = 63 struck
Duplicates: 110 - 63 = 47 valid
Page 337 (105 lines) 102 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 3 not otherwise listed
Duplicates: 1, 7, 22 105 lines - 3 struck = 102 valid
Page 338 (51 lines) 20 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR 1, 11, 12, 13, 18, 39
NRA 5, 6, 8, 9, 10, 16, 17, 30, 32, 33, 44, 49, 50
NRDS 25 31 not otherwise listed
IDF=NRA 51 lines - 31 struck = 20 valid
Duplicates: 6, 11, 12, 16, 33, 35, 36, 37, 38, 42, 51
Page 339 (53 lines) 51 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 2 not otherwise listed
Duplicates: 1, 41 53 lines - 2 struck = 51 valid
Page 340 (45 lines) 15 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR 1, 2, 3, 8, 14, 15, 20, 29, 30, 33, 36, 45
NRA 4, 12, 18, 19, 22, 23, 26, 31
NRDS 30 not otherwise listed
IDF=NRA 11 45 - 30 struck = 15 valid
Duplicates: 8, 10, 11, 14, 16, 18, 19, 26, 28
Page 341 (110 lines) 0 valid
Struck at Hearing: 1-110 (110)
Joint Exhibit No. 1:
NA/OC 5
NR
NRA 4
NRDS 110 lines - 110 struck = 0 valid
IDF=NRA
Duplicates:

*54
Page 342 (71 lines) 0 valid
Struck at Hearing: 1-71 (71)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 71 lines - 71 struck = 0 valid
IDF=NRA
Duplicates:
Page 343 (105 lines) 13 valid
Struck at Hearing: 8, 12-17, 24-105 (89)
Joint Exhibit No. 1:
NA/OC
NR
NRA 7
NRDS 3 not otherwise listed
IDF=NRA 4, 9 89 + 3 = 92 struck
Duplicates: 105 lines - 9 struck = 13 valid
Page 344 (110 lines) 36 valid
Struck at Hearing: 3, 7, 9, 11, 15, 18, 19, 30, 37, 39, 64, 65, 69, 74, 79, 80, 89, 90,
 93, 95 (20)
Joint Exhibit No. 1:
NA/OC 7, 8, 46, 80, 83, 95
NR 13, 23, 24, 29, 32, 35, 38, 43, 45, 49, 57, 58, 62, 66, 67, 73, 84, 87,
 105, 106, 110
NRA 4, 5, 6, 21, 25, 26, 27, 34, 42, 48, 50, 54, 59, 70, 75, 76, 78, 83, 88,
 92, 96, 98, 100, 103
NRDS 54 not otherwise listed
IDF=NRA 36, 55, 56, 63, 91, 97 20 + 54 = 74 struck
Duplicates: 110 lines - 74 struck = 36 valid
Page 345 (36 lines) 10 valid
Struck at Hearing: 21, 23-26, 31, 32 (7)
Joint Exhibit No. 1:
NA/OC 2, 25
NR 1, 4, 13, 14, 16, 19, 20, 29, 33, 36
NRA 8, 10, 11, 12, 15, 22, 30
NRDS 19 not otherwise listed
IDF=NRA 7 7 + 19 = 26 struck
Duplicates: 36 lines = 26 struck = 10 valid
Page 346 (100 lines) 0 valid
Struck at Hearing: 1-100 (100)
Joint Exhibit No. 1:
NA/OC
NR 31, 34, 43, 49, 71, 75, 99, 100
NRA 7, 8, 9, 11, 14, 16, 18, 19, 20, 21, 27, 29, 33, 38, 39, 40, 53, 59, 60,
 74, 79, 88
NRDS 28, 35
IDF=NRA 17, 84 100 lines - 100 struck = 0 valid
Duplicates: 6
Page 347 (110 lines) 71 valid
Struck at Hearing: (0)
Joint Exhibit No. 1:
NA/OC 20, 21, 38, 40, 53, 88
NR 10, 19 30, 31, 21, 49, 57, 66, 72, 78, 83, 90, 104, 106

*55
NRA 16, 23, 26, 28, 34, 54, 56, 58, 59, 60, 65, 74, 75, 77, 97, 98
NRDS 87
IDF=NRA 29, 102 39 not otherwise listed
Duplicates: 110 lines - 39 struck = 71 valid
Page 348 (110 lines) 23 valid
Struck at Hearing: 8, 13, 18, 24, 36, 37, 42, 44, 45, 50, 60-63, 65, 68, 69, 80, 83,
 97, 100 (21)
Joint Exhibit No. 1:
NA/OC
NR 1, 3, 5, 11, 14, 15, 27, 28, 32, 33, 34, 35, 36, 41, 43, 46, 49, 51, 52,
 53, 57, 58, 66, 67, 73, 79, 81, 82, 84, 87, 89, 91, 92, 94, 99, 102,
 103, 104, 106, 108, 109
NRA 2, 4, 10, 21, 22, 29, 30, 31, 40, 47, 48, 70, 71, 75, 77, 86, 88, 93
NRDS 16 66 not otherwise listed
IDF=NRA 9, 90 21 + 66 = 87 struck
Duplicates: 2, 6, 9, 38, 47, 48, 77, 93, 95 110 lines - 87 struck = 23 valid
Page 349 (64 lines) 14 valid
Struck at Hearing: 4, 6, 7-14, 16, 17, 19, 20, 23, 24, 27, 30-32, 34, 38-40, 42, 43,
 47, 48, 50-53, 59-62 (36)
Joint Exhibit No. 1:
NA/OC 36, 40
NR 7, 10, 21, 22, 35, 41, 43, 52, 63
NRA 1, 3, 4, 9, 14, 15, 16, 20, 29, 31, 34, 55, 60
NRDS
IDF=NRA 8, 13, 53, 58 14 not otherwise listed
Duplicates: 1, 2, 3, 64 36 + 14 = 50 struck
 64 lines - 50 struck = 14 valid
Page 350 (103 lines) 2 valid
Struck at Hearing: 1-63, 65-81, 83-103 (101)
Joint Exhibit No. 1:
NA/OC
NR 3, 8, 9, 14, 15, 19, 23, 24, 32, 37, 38, 46, 48, 53, 58, 68, 69, 75, 76,
 83, 98, 100
NRA 12, 47, 67
NRDS 77
IDF=NRA 103 lines - 101 struck = 2 valid
Duplicates:
Page 351 (25 lines) 2 valid
Struck at Hearing: 2, 5, 6, 13, 22, 23 (6)
Joint Exhibit No. 1:
NA/OC 19, 24
NR 2, 3, 8, 10, 25
NRA 4, 7, 9, 14, 15, 16, 17, 20, 21
NRDS 11, 12 17 not otherwise listed
IDF=NRA 6 + 17 = 23 struck
Duplicates: 12 25 - 23 struck = 2 valid
Page 352 (50 lines) 14 valid
Struck at Hearing: 4-10, 12-15, 17, 19-24, 26-32, 34-38, 43-45, 47, 49, 50 (36)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 50 lines - 36 struck = 14 valid

*56
Duplicates:
Page 353 (110 lines) 67 valid
Struck at Hearing: 2, 3-6, 8, 10, 12, 14-16, 18-25, 28, 30, 33-41, 45, 46-48, 50, 59,
 67, 76, 85, 95, 98, 104-107 (43)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 110 lines - 43 struck = 67 valid
Duplicates:
Page 355 (106 lines) 14 valid
Struck at Hearing: 5, 15, 21, 22, 31, 32, 43, 44, 48, 51-53, 57-60, 62, 64-66, 74,
 75, 77, 81-87, 103, 105, 106 (33)
Joint Exhibit No. 1:
NA/OC 10, 15, 20, 21, 22, 31, 32, 42, 44, 45, 50, 51, 52, 53, 54, 57, 58, 59,
 60, 62, 64, 65, 66, 74, 75, 77, 78, 81, 82, 83, 84, 85, 86, 87, 93, 101,
 103, 105, 106
NR 3, 4, 5, 6, 7, 11, 16, 23, 24, 25, 26, 27, 28, 29, 33, 35, 36, 39, 40, 41,
 43, 48, 55, 61, 67, 68, 69, 71, 73, 88, 89, 91, 92, 95, 97, 100
NRA 1, 8, 12, 14, 19, 34, 38, 46, 47, 49, 63, 70, 90, 94, 99, 104
NRDS 13 59 not otherwise listed
IDF=NRA 33 + 59 = 92 struck
Duplicates: 106 lines - 92 struck = 14 valid
Page 356 (59 lines) 54 valid
Struck at Hearing: (0)
Joint Exhibit No. 1:
NA/OC
NR Not included in Joint Ex. 1
NRA
NRDS 5 not otherwise listed
IDF=NRA 59 lines - 5 struck = 54 valid
Duplicates: 24, 25, 39, 58, 59
Page 357 (55 lines) 28 valid
Struck at Hearing: (0)
Joint Exhibit No. 1:
NA/OC 14, 45, 50
NR 1, 10, 23, 40, 48
NRA 2, 5, 9, 13, 18, 22, 24, 25, 26, 28, 29, 30, 39, 44, 46, 47, 49, 55
NRDS
IDF=NRA 27 27 not otherwise listed
Duplicates: 55 lines - 27 struck = 28 valid
Page 358 (35 lines) 7 valid
Struck at Hearing: 1, 6, 14, 23, 24 (5)
Joint Exhibit No. 1:
NA/OC 12, 18
NR 3, 7, 9, 10, 26, 27
NRA 5, 15, 16, 17, 19, 20, 25, 28, 30, 31
NRDS 8, 29 23 not otherwise listed
IDF=NRA 21 5 + 23 = 28 struck
Duplicates: 5, 23, 35 35 lines - 28 struck = 7 valid
Page 359 (48 lines) 9 valid
Struck at Hearing: 11, 13 (2)

*57
Joint Exhibit No. 1:
NA/OC 7, 8, 12, 16, 18, 23, 24, 25, 26, 30, 31, 37, 40, 42, 46, 47
NR 2, 3, 4, 6, 10, 27, 34, 36, 38, 44, 48
NRA 5, 17, 20, 21, 33, 41, 43
NRDS 9, 22 37 not otherwise listed
IDF=NRA 29 2 + 37 = 39 struck
Duplicates: 48 lines - 39 struck = 9 valid
Page 360 (50 lines) 0 valid
Struck at Hearing: 1-50 (50)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 50 lines - 50 struck = 0 valid
Duplicates:
Page 361 (50 lines) 29 valid
Struck at Hearing: 1, 4-8, 15-17, 24-27, 32, 36, 38-43, 45 (20)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1 1 not otherwise listed
NRDS 20 + 1 = 21 struck
IDF=NRA 50 lines - 21 struck = 29 valid
Duplicates: 10, 45
Page 362 (50 lines) 32 valid
Struck at Hearing: 1, 2, 7, 10-13, 17, 19, 21, 28, 29, 32, 34, 35, 43, 44, 50 (18)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 50 lines - 18 struck = 32 valid
Duplicates:
Page 363 (58 lines) 11 valid
Struck at Hearing: 6, 17-19, 21, 33, 34-36, 38, 42, 44, 46, 49 (14)
Joint Exhibit No. 1:
NA/OC
NR 7, 14, 22, 23, 45, 51, 53, 58
NRA 12, 23, 26, 28, 39, 40, 47, 48, 52, 54, 56
NRDS
IDF=NRA 4, 5, 15, 29 33 not otherwise listed
Duplicates: 6, 8, 9, 10, 11, 13, 16, 24, 50, 14 + 33 = 47 struck
 55, 57
 58 lines - 47 struck = 11 valid
Page 364 (34 lines) 11 valid
Struck at Hearing: 1 (1)
Joint Exhibit No. 1:
NA/OC 9
NR 8, 11, 19, 26, 27, 34
NRA 7, 10, 12, 13, 14, 20, 29 22 not otherwise listed
NRDS 1 + 22 = 23 struck
IDF=NRA 34 lines - 23 struck = 11 valid
Duplicates: 15, 17, 18, 21, 22, 23, 25, 31

*58
Page 365 (60 lines) 34 valid
Struck at Hearing: 1-8, 11, 18, 23, 24, 34-36, 41-44, 47, 49, 50, 52, 55-57 (26)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 60 lines - 26 struck = 34 valid
IDF=NRA
Duplicates:
Page 366 (53 lines) 33 valid
Struck at Hearing: 24, 30, 31, 33, 36, 37, 40, 49-51, 53 (11)
Joint Exhibit No. 1:
NA/OC
NR 19, 21, 23
NRA 25, 32, 34, 38, 42, 48
NRDS 9 not otherwise listed
IDF=NRA 11 + 9 = 20 struck
Duplicates: 53 lines - 20 struck = 33 valid
Page 367 (80 lines) 0 valid
Struck at Hearing: 1-80 (80)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 80 lines - 80 struck = 0 valid
Duplicates:
Page 368 (6lines) 22 valid
Struck at Hearing: 2-5, 9, 12, 13, 16, 18-20, 24-31, 33-38, 40-44, 50-55, 58-60 (39)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 61 lines - 39 struck = 22 valid
Duplicates:
Page 369 (95 lines 29 valid
Struck at Hearing: 4, 24, 25, 29, 45, 58, 61, 69, 71, 76, 93, 94 (13)
Joint Exhibit No. 1:
NA/OC 15
NR 19, 22, 27, 28, 40, 42, 43, 68, 72, 87
NRA 3, 14, 16, 20, 25, 26, 32, 33, 35, 41, 46, 47, 51, 53, 58, 59, 64,
 81, 89, 91, 95 53 not otherwise listed
NRDS 18, 31, 36, 66, 80 13 + 53 = 66 struck
IDF=NRA 8, 50, 60 95 lines - 66 struck = 29 valid
Duplicates: 2, 7, 10, 30, 67, 74, 75, 78, 79, 82, 83, 84, 85, 86, 88
Page 370 (110 lines) 43 valid
Struck at Hearing: 53, 104 (2)
Joint Exhibit No. 1:
NA/OC 106
NR 12, 18, 20, 33, 44, 45, 57, 70, 87, 93

*59
NRA 5, 6, 7, 8, 19, 22, 24, 26, 27, 28, 30, 31, 39, 40, 42, 46, 48, 54, 59,
 60, 62, 63, 74, 66, 68, 69, 71, 72, 73, 74, 75, 76, 79, 82, 85, 88, 89,
 90, 92, 97, 99, 100, 101, 103, 110
NRDS 65 not otherwise listed
IDF=NRA 2 + 65 = 67 struck
Duplicates: 2, 3, 4, 11, 13, 32, 51, 61, 91 110 lines - 67 struck = 43 valid
Page 371 (35 lines) 13 valid
Struck at Hearing: 8, 9, 10, 13, 23, 32, 35 (7)
Joint Exhibit No. 1:
NA/OC 8, 10, 23, 27
NR 1, 5, 20
NRA 4, 7, 14, 15, 16, 18, 25, 26, 28, 31
NRDS 15 not otherwise listed
IDF=NRA 3 7 + 15 = 22 struck
Duplicates: 35 lines - 22 struck = 13 valid
Page 372 (110 lines) 26 valid
Struck at Hearing: 71, 75, 94, 99, 104 (5)
Joint Exhibit No. 1:
NA/OC 7
NR 3, 9, 14, 15, 18, 26, 27, 28, 33, 39, 44, 49, 52, 54, 60, 62, 64, 72, 74,
 77, 78, 80, 84, 85, 87, 88, 93, 98
NRA 2, 5, 6, 8, 10, 17, 19, 21, 25, 29, 30, 35, 36, 38, 40, 43, 46, 47, 58,
 61, 65, 66, 81, 82, 83, 86, 90, 95, 96, 97, 101, 102, 103, 105, 106,
 107
NRDS 37 79 not otherwise listed
IDF=NRA 4, 20, 50, 51, 68, 79, 91 5 + 79 = 84 struck
Duplicates: 1, 2, 6, 22, 31, 59 110 lines - 84 struck = 26 valid
Page 373 (40 lines) 25 valid
Struck at Hearing: 2, 5, 6, 7, 28, 33, 39, 40 (8)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 7 not otherwise listed
IDF=NRA 8 + 7 = 15 struck
Duplicates: 17, 21, 22, 31, 32, 34, 36 40 lines - 15 struck = 25 valid
Page 374 (104 lines) 32 valid
Struck at Hearing: 2, 8, 10, 18, 19, 21, 26, 30, 32, 42, 44, 51, 61, 62, 63, 72, 73,
 78, 79, 80, 81, 94, 101 (23)
Joint Exhibit No. 1:
NA/OC 55
NR 16, 34, 39, 43, 48, 54, 59, 68, 85, 87, 96, 98, 100
NRA 9, 15, 17, 20, 22, 24, 27, 29, 40, 41, 45, 46, 56, 58, 60, 66, 70,
 76, 77, 88, 99 49 not otherwise listed
NRDS 4 23 + 49 = 72 struck
IDF=NRA 11, 23, 38, 90 104 lines - 72 struck = 32 valid
Duplicates: 44, 50, 61, 62, 63, 64, 65, 67, 69, 71, 72, 82, 93
Page 376 (110 lines) 46 valid
Struck at Hearing: 1, 13, 14, 15, 21, 23, 24, 26, 27, 33, 34, 36, 37, 38, 42, 58, 69,
 70, 79, 100 (20)
Joint Exhibit No. 1:
NA/OC 35, 49, 53, 81, 86, 88, 99
NR 4, 8, 28, 30, 32, 60, 63, 76, 84, 85, 89, 104, 105, 106
NRA 12, 17, 44, 47, 54, 61, 72, 80, 87, 95, 97, 102, 103, 107, 109, 110

*60
NRDS 5 44 not otherwise listed
IDF=NRA 10, 22, 25, 39, 64, 66 20 + 44 = 64 struck
Duplicates: 110 lines - 64 struck = 46 valid
Page 377 (110 lines) 0 valid
Struck at Hearing: 1-110 (110)
Joint Exhibit No. 1:
NA/OC
NR Not included in Joint Ex. 1
NRA 110 lines - 110 struck = 0 valid
NRDS
IDF=NRA
Duplicates: 27, 30, 34, 35, 40, 55, 56, 58, 68, 70
Page 378 (110 lines) 16 valid
Struck at Hearing: 1, 9, 30, 31, 34, 35, 37, 46, 47, 49, 57, 62, 63, 68, 69, 78, 79,
 80, 86, 87, 98, 101, 107 (23)
Joint Exhibit No. 1:
NA/OC
NR 6, 10, 11, 12, 15, 25, 28, 33, 36, 38, 43, 51, 52, 53, 56, 59, 60, 61,
 65, 66, 67, 72, 73, 81, 82, 84, 85, 89, 90, 92, 95, 97, 100, 102, 103,
 104, 108, 109
NRA 3, 8, 13, 14, 18, 22, 27, 29, 40, 41, 44, 48, 50, 55, 64, 70, 71, 74, 75,
 77, 83, 91, 93, 94, 96, 105, 106, 110
NRDS 7 71 not otherwise listed
IDF=NRA 23 + 71 = 94 struck
Duplicates: 4, 17, 20, 23 110 lines - 94 struck = 16 valid
Page 379 (100 lines) 100 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 100 lines - 0 struck = 100 valid
Duplicates:
Page 380 (100 lines) 0 valid
Struck at Hearing: 1-100 (100)
Joint Exhibit No. 1:
NA/OC
NR 2, 5, 8, 12, 14, 15, 19, 20, 28, 30, 31, 34, 41, 45, 46, 56, 58, 64, 68,
 69, 73, 74, 75, 80, 86, 89, 91, 94, 95, 96, 99, 100
NRA 4, 10, 18, 27, 43, 48, 57
NRDS
IDF=NRA 100 lines - 100 struck = 0 valid
Duplicates:
Page 381 (110 lines) 52 valid
Struck at Hearing: 1, 3, 7, 8, 10, 20, 21, 33, 34, 36, 37, 64, 68, 81, 92, 99, 100,
 106 (18)
Joint Exhibit No. 1:
NA/OC 101
NR 59, 75, 78, 86, 87
NRA 4, 16, 17, 18, 23, 28, 52, 58, 60, 62, 63, 65, 67, 69, 71, 76, 77, 79,
 82, 83, 85, 89, 90, 91, 94, 98, 102, 104, 108, 109
NRDS 40 not otherwise listed
IDF=NRA 6, 19, 70, 88 18 + 40 = 58 struck

*61
Duplicates: 110 lines - 58 struck = 52 valid
Page 382 (100 lines) 30 valid
Struck at Hearing: 9, 10, 11, 12, 16, 27, 3, 35, 37, 38, 39, 40, 41, 42, 43, 60, 61,
 62, 63, 64, 65, 72, 81, 88, 89, 92, 94, 96, 97, 98, 99, 100 (33)
Joint Exhibit No. 1:
NA/OC 79, 84
NR 17, 47, 48, 54, 55, 56, 66, 83
NRA 15, 18, 20, 21, 23, 24, 30, 36, 44, 46, 50, 51, 52, 53, 67, 68, 69, 76,
 78, 82, 85, 86, 87, 91
NRDS 37 not otherwise listed
IDF=NRA 13, 25, 73 33 + 37 = 70 struck
Duplicates: 100 lines - 70 struck = 30 valid
Page 383 (60 lines) 36 valid
Struck at Hearing: 5, 9, 16, 17, 18, 19, 20, 21, 22, 23, 30, 34, 37, 53 (14)
Joint Exhibit No. 1:
NA/OC
NR 15, 31, 42
NRA 33, 38, 40, 41, 45
NRDS 10 not otherwise listed
IDF=NRA 11, 44 14 + 10 = 24 struck
Duplicates: 60 lines - 24 struck = 36 valid
Page 384 (110 lines) 7 valid
Struck at Hearing: 2, 8-14, 17-53, 54-74, 75-78, 84, 86, 88-90, 96-100, 103,
 105, 110 (86)
Joint Exhibit No. 1:
NA/OC 14, 48
NR 2, 4, 15, 18, 30, 38, 49, 58, 62, 69, 80, 110
NRA 3, 7, 19, 21, 27, 36, 42, 43, 46, 53, 60, 65, 68, 71, 79, 81, 82, 83, 84,
 85, 86, 87, 88, 91, 96, 98, 107, 109
NRDS 17 not otherwise listed
IDF=NRA 6, 10, 92, 97, 103 86 + 17 = 103 struck
Duplicates: 45, 59 110 lines - 103 struck = 7 valid
Page 385 (110 lines) 8 valid
Struck at Hearing: 2, 3, 11, 12, 15-53, 54-100, 101-107, 108, 109 (96)
Joint Exhibit No. 1:
NA/OC
NR 2, 5, 8, 14, 18, 20, 22, 24, 27, 31, 33, 47, 52, 58, 59, 60, 63, 65, 67,
 68, 69, 71, 72, 73, 80, 88, 90, 97, 99, 103
NRA 1, 3, 4, 6, 15, 21, 26, 28, 29, 34, 40, 41, 44, 53, 55, 61, 104, 105, 106
NRDS 6 not otherwise listed
IDF=NRA 43, 49, 62, 74, 92, 93 96 + 6 = 102 struck
Duplicates: 32, 102 110 lines - 102 struck = 8 valid
Page 386 (82 lines) 58 valid
Struck at Hearing: 5, 10-11, 13, 14, 26-30, 32, 33, 34, 35, 41, 42, 52, 53, 56, 57,
 65, 67, 71, 72 (24)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 82 lines - 24 struck = 58 valid
Duplicates:
Page 387 (55 lines) 25 valid

*62
Struck at Hearing: 23, 24, 26-28, 30-32, 34, 37, 45, 46, 53 (11)
Joint Exhibit No. 1:
NA/OC 34
NR 5, 7, 9, 11, 13, 31, 37, 40, 44, 46
NRA 6, 14, 15, 16, 19, 22, 23, 24, 25, 27, 38, 48, 49, 54
NRDS 19 not otherwise listed
IDF=NRA 4 11 + 19 = 30 struck
Duplicates: 55 lines - 30 struck = 25 valid
Page 388 (110 lines) 29 valid
Struck at Hearing: 8, 23, 35, 43, 44, 51, 53, 61, 74, 91, 95, 102 (12)
Joint Exhibit No. 1:
NA/OC 84
NR 1, 5, 15, 20, 24, 36, 39, 41, 42, 45, 46, 54, 56, 72, 75, 78, 80, 90, 96,
 100, 108, 109
NRA 3, 4, 6, 11, 13, 14, 18, 25, 26, 27, 28, 29, 31, 34, 48, 49, 50, 59, 62,
 63, 70, 79, 82, 83, 85, 93, 94, 104, 107
NRDS 69 not otherwise listed
IDF=NRA 33, 40, 55, 58, 66, 67, 87, 98,
 103 12 + 69 = 81 struck
Duplicates: 16, 19, 35, 37, 51, 57, 60, 69,
 76, 81 110 - 81 struck = 29 valid
Page 389 (53 lines) 10 valid
Struck at Hearing: 20, 44 (2)
Joint Exhibit No. 1:
NA/OC 42
NR 3, 8, 41, 45, 46, 47, 48, 52
NRA 2, 5, 6, 9, 10, 11, 12, 16, 19, 21, 23, 24, 28, 29, 30, 32, 33, 35, 36,
 37, 38, 40, 43, 50, 51, 53
NRDS 41 not otherwise listed
IDF=NRA 1, 7, 26, 39, 49 2 + 41 = 43 struck
Duplicates: 15 53 lines - 43 struck = 10 valid
Page 390 (110 lines) 28 valid
Struck at Hearing: 5, 19, 21, 28, 29, 50, 52, 53, 66, 73, 85, 90, 95, 96 (15)
Joint Exhibit No. 1:
NA/OC 37
NR 3, 11, 12, 18, 25, 35, 47, 48, 49, 54, 63, 67, 68, 70, 71, 77, 81, 84,
 86, 91, 93, 94, 99, 100, 105, 109, 110
NRA 9, 15, 17, 24, 26, 27, 31, 36, 41, 43, 44, 45, 56, 57, 59, 60, 62, 72,
 74, 75, 79, 83, 87, 88, 89, 97, 101, 102, 107
NRDS 67 not otherwise listed
IDF=NRA 7, 20, 23, 30, 51, 58, 61, 69, 82,
 108 15 + 67 = 82 struck
Duplicates: 110 lines - 82 struck = 28 valid
Page 391 (110 lines) 38 valid
Struck at Hearing: 10, 20, 26, 27, 28, 29, 30, 31, 42, 45, 46, 47, 48, 49, 50, 51, 52, 53,
 61, 62, 63, 66, 68, 69, 72, 73, 76, 78, 80, 85, 86, 87, 88, 91,
 92, 93, 95, 96, 97, 105, 109, 110 (42)
Joint Exhibit No. 1:
NA/OC 6, 12, 17
NR 2, 7, 37, 41, 44, 57, 58, 106
NRA 1, 9, 15, 32, 34, 35, 36, 54, 59, 60, 74, 75, 81, 82, 83, 84, 94
NRDS 30 not otherwise listed
IDF=NRA 39, 98 42 + 30 = 72 struck
Duplicates: 110 lines - 72 struck = 38 valid

*63
Page 392 (106 lines) 57 valid
Struck at Hearing: 27, 28, 33, 38, 39, 55, 56, 57, 58, 59, 60, 68, 93, 94, 95, 96,
 98, 106, 108, 109, 110 (21)
Joint Exhibit No. 1:
NA/OC 18, 87, 99
NR 16, 19, 35, 67, 83, 90, 97, 104
NRA 9, 10, 12, 13, 17, 37, 46, 61, 88, 92, 101
NRDS 1 28 not otherwise listed
IDF=NRA 8, 21, 30, 42, 66 21 + 28 = 49 struck
Duplicates: 106 lines - 49 struck = 57 valid
Page 393 (61 lines) 43 valid
Struck at Hearing: 29, 30, 49, 50, 54 (5)
Joint Exhibit No. 1:
NA/OC
NR 13 not otherwise listed
NRA Not included in Joint Ex. 1 5 + 13 = 18 struck
NRDS 61 lines - 18 struck = 43 valid
IDF=NRA
Duplicates: 3, 6, 8, 18, 20, 23, 24, 26, 37, 38, 53, 56, 57
Page 395 (60 lines) 34 valid
Struck at Hearing: 30, 32, 39 (3)
Joint Exhibit No. 1:
NA/OC
NR 5, 13, 16, 24, 25, 27, 31, 36, 45, 58, 59
NRA 17, 18, 26, 28, 38, 43, 50, 53
NRDS 23 not otherwise listed
IDF=NRA 22, 41, 44, 52 3 + 23 = 26 struck
Duplicates: 60 lines - 26 struck = 34 valid
Page 396 (52 lines) 26 valid
Struck at Hearing: 13, 14, 25, 31, 37, 38, 43 (7)
Joint Exhibit No. 1:
NA/OC
NR 12, 15, 22, 27
NRA 3, 4, 11, 16, 17, 18, 20, 30, 40, 41, 47, 50
NRDS 19 not otherwise listed
IDF=NRA 9, 39 7 + 19 = 26 struck
Duplicates: 42 52 lines - 26 struck = 26 valid
Page 397 (41 lines) 12 valid
Struck at Hearing: 5, 34, 35 (3)
Joint Exhibit No. 1:
NA/OC 1
NR 10, 11, 18, 25, 29, 37, 38, 41
NRA 4, 7, 12, 13, 14, 17, 19, 21, 24, 26, 28, 30, 31, 40
NRDS
IDF=NRA 2
Duplicates: 32, 36
Page 398 (53 lines) 3 valid
Struck at Hearing: 2, 7-11, 14-19, 24-29, 31-40, 42-44, 47, 51 (33)
Joint Exhibit No. 1:
NA/OC 31, 49
NR 14, 15, 16, 50
NRA 2, 3, 5, 9, 10, 11, 12, 13, 17, 18, 19, 20, 21, 24, 25, 26, 29, 34, 35,
 37, 41, 45, 48, 51, 52
NRDS 17 not otherwise listed

*64
IDF=NRA 42 33 + 17 = 50 struck
Duplicates: 53 lines50 struck = 3 valid
Page 399 (83 lines) 0 valid
Struck at Hearing: 1-83 (83)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 83 lines - 83 struck = 0 valid
Duplicates:
Page 399 struck in its entirety by stipulation per order of Judge Mirarchi.
Page 400 (110 lines) 108 valid
Struck at Hearing: 52, 53 (2)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 110 lines - 2 struck = 108 valid
Duplicates:
Page 401 (88 lines) 0 valid
Struck at Hearing: 1-88 (88)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 88 lines - 88 struck = 0 valid
Duplicates:
Page 402 (53 lines) 0 valid
Struck at Hearing: 1-53 (53)
Joint Exhibit No. 1:
NA/OC 19, 27, 34
NR 2, 6, 14, 21, 22, 26, 28, 29
NRA 1, 3, 4, 5, 7, 10, 11, 12, 16, 24, 25, 30, 32, 33
NRDS
IDF=NRA 53 lines - 53 struck = 0 valid
Duplicates:
Page 403 (110 lines) 24 valid
Struck at Hearing: 32, 35, 39, 42, 83, 90, 91, 103 (8)
Joint Exhibit No. 1:
NA/OC 9, 10, 12, 20, 25, 80, 84
NR 1, 19, 30, 31, 41, 43, 47, 49, 50, 55, 64, 65, 68, 69, 71, 72, 73, 76,
 77, 78, 79, 81, 82, 85, 87, 93, 95, 96, 105
NRA 2, 11, 21, 22, 26, 27, 28, 29, 33, 34, 36, 37, 38, 40, 44, 45, 46, 48,
 51, 52, 53, 54, 56, 57, 58, 60, 61, 62, 63, 74, 75, 86, 88, 89,
 92, 99, 100, 104, 106 109 78 not otherwise listed
NRDS 8 + 78 = 86 struck
IDF=NRA 110 lines - 86 struck = 24 valid
Duplicates: 13, 59
Page 404 (53 lines) 38 valid
Struck at Hearing: 3, 11, 12, 13, 15, 16, 27, 28, 51 (9)

*65
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 6 not otherwise listed
IDF=NRA 9 + 6 = 15 struck
Duplicates: 1, 5, 10, 20, 21, 53 53 lines - 15 struck = 38 valid
Page 405 (62 lines) 50 valid
Struck at Hearing: 6, 9, 11, 13, 16, 30, 31, 32, 33, 34, 59, 60 (12)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 62 lines - 12 struck = 50 valid
Duplicates: 59
Page 406 (110 lines) 30 valid
Struck at Hearing: 3, 4, 5, 7, 12, 15, 35, 40, 48-51, 53, 56, 69, 70, 71, 72, 76, 103 (20)
Joint Exhibit No. 1:
NA/OC 109
NR 11, 39, 41, 42, 43, 44, 47, 64, 73, 74, 80, 83, 85, 86
NRA 2, 6, 13, 14, 16, 18, 20, 21, 24, 26, 30, 31, 33, 34, 36, 37, 45, 59, 60,
 78, 79, 81, 82, 84, 87, 93, 94, 95, 96, 110
NRDS 57, 65
IDF=NRA 22, 62, 63, 75
Duplicates: 4, 5, 8, 9, 10, 19, 38, 51, 55, 56, 99, 102, 105
 60 not otherwise listed
 20 + 60 = 80 struck
 110 lines - 80 struck = 30 valid
Page 407 (100 lines) 6 valid
Struck at Hearing: 1-3, 7, 11, 12, 14, 20, 22, 26, 29, 31, 42, 45, 48, 50, 51, 57, 58,
 60, 70, 72, 86, 87 (25)
Joint Exhibit No. 1:
NA/OC 17, 18, 24, 25, 53, 69, 99
NR 8, 13, 19, 27, 30, 37, 40, 49, 55, 56, 61, 69, 83, 85, 90, 92, 94
NRA 4, 16, 21, 23, 28, 33, 34, 35, 38, 41, 44, 46, 47, 54, 64, 65, 67, 71,
 75, 81, 84, 88, 89, 90, 93, 95, 96, 97
NRDS 5, 36, 73
IDF=NRA 32, 39, 52, 62, 63
Duplicates: 1, 6, 7, 9, 10, 12, 13, 22, 29, 57, 60, 72, 76, 78, 79, 80, 91, 98
 69 not otherwise listed
 25 + 69 = 94 struck
 100 lines - 94 struck = 6 valid
Page 408 (48 lines) 18 valid
Struck at Hearing: 16, 17, 19, 22, 25, 33, 39, 41, 45 (9)
Joint Exhibit No. 1:
NA/OC 7
NR 4, 6, 8, 9, 11, 14, 29, 31, 35, 46
NRA 5, 30, 38, 43, 44
NRDS 21 not otherwise listed
IDF=NRA 9 + 21 = 30 struck
Duplicates: 1, 13, 26, 36, 42 48 lines - 30 struck = 18 valid
Page 409 (106 lines) 7 valid
Struck at Hearing: 6, 22, 30, 41, 46, 50, 105, 106 (8)

*66
Joint Exhibit No. 1:
NA/OC 9, 33, 38, 39, 61, 76, 83 95
NR 3, 11, 15, 16, 17, 20, 21, 23, 24, 25, 28, 43, 45, 52, 54, 55, 57, 58,
 62, 63, 65, 74, 75, 80, 82, 84, 87, 93, 98, 99, 100, 103
NRA 1, 2, 4, 8, 19, 26, 27, 29, 31, 33, 34, 36, 37, 40, 42, 44, 47, 48, 51,
 53, 56, 59, 60, 64, 66, 67, 68, 69, 70, 71, 72, 73, 77, 78, 79, 81, 85,
 88, 90, 92, 94, 96, 104
NRDS 91 not otherwise listed
IDF=NRA 10, 49, 86, 97 8 + 91 = 99 struck
Duplicates: 5, 7, 101, 102 106 lines - 99 struck = 7 valid
Page 410 (58 lines) 7 valid
Struck at Hearing: 11, 14, 35, 50-52, 55, 56, 49 (9)
Joint Exhibit No. 1:
NA/OC
NR 2, 9, 15, 16, 17, 18, 19, 21, 23, 24, 25, 26, 27, 30, 31, 32, 33, 34, 36,
 37, 38, 39, 40, 42, 46, 48, 49, 53, 54, 57
NRA 7, 12, 13, 29, 41, 44, 45, 47
NRDS 4 42 not otherwise listed
IDF=NRA 20 9 + 42 = 51 struck
Duplicates: 6, 8 58 lines - 51 struck = 7 valid
Page 411 (84 lines) 0 valid
Struck at Hearing: 1-84 (84)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 84 Lines - 84 struck = 0 valid
Duplicates:
Page 412 (50 lines) 9 valid
Struck at Hearing: 3, 6, 7, 8, 11, 13, 14, 16, 18, 20, 21, 23, 28, 37, 43, 44, 46-48 (19)
Joint Exhibit No. 1:
NA/OC
NR 9, 12, 17, 19, 24, 32, 33, 42, 49
NRA 22, 29, 34, 35, 36, 39, 41, 50
NRDS 22 not otherwise listed
IDF=NRA 30 19 + 22 = 41 struck
Duplicates: 4, 5, 10, 15 50 lines - 41 struck = 9 valid
Page 413 (53 lines) 14 valid
Struck at Hearing: 1, 5, 6, 9-12, 16, 21, 22, 25-30, 37, 38, 40-46, 58 (26)
Joint Exhibit No. 1:
NA/OC 36
NR 31, 34, 35
NRA 8, 17, 33, 57
NRDS 13 not otherwise listed
IDF=NRA 26 + 13 = 39 struck
Duplicates: 3, 4, 19, 59, 60 53 lines - 39 struck = 14 valid
Page 414 (36 lines) 8 valid
Struck at Hearing: 15, 16, 20, 28 (4)
Joint Exhibit No. 1:
NA/OC 4, 23, 24, 25, 31
NR 6, 12, 30, 34
NRA 19, 29, 32, 35
NRDS 14 not otherwise listed

*67
IDF=NRA 33 4 + 14 = 28 struck
Duplicates: 36 lines - 28 struck = 8 valid
Page 415 (88 lines) 0 valid
Struck at Hearing: 1-88 (88)
Joint Exhibit No. 1:
NA/OC 5, 14, 71, 78, 79, 80, 81, 87
NR 18, 36, 39, 40, 52, 61, 64, 66, 67, 68, 72
NRA 1, 13, 34, 41, 46, 47, 53, 54, 55, 57, 58, 62, 65, 69
NRDS
IDF=NRA 88 lines - 88 struck = 0 valid
Duplicates:
Page 416 (110 lines) 24 valid
Struck at Hearing: 2, 3, 5, 17, 19-23, 34, 37, 41, 42, 44, 45, 47, 48, 50, 55-57,
 60-62, 64-73, 80-82, 84-102, 105-110 (73)
Joint Exhibit No. 1:
NA/OC 12
NR 1, 2, 3, 7, 8, 13, 15, 16, 35, 38, 39, 41, 42, 43, 44, 45, 46, 83, 101,
 107, 108
NRA
NRDS 105 13 not otherwise listed
IDF=NRA 73 + 13 = 86 struck
Duplicates: 110 lines - 86 struck = 24 valid
Page 417 (30 lines) 5 valid
Struck at Hearing: 2, 3, 5, 6, 12-21, 23-26, 28-30 (21)
Joint Exhibit No. 1:
NA/OC
NR 7, 11
NRA 8, 10
NRDS 4 not otherwise listed
IDF=NRA 21 + 4 = 25 struck
Duplicates: 30 lines - 25 struck = 5 valid
Page 419 (53 lines) 0 valid
Struck at Hearing: 1-53 (53)
Joint Exhibit No. 1:
NA/OC 52
NR 6, 12, 14, 19, 21, 24, 28, 32, 34, 35, 37, 39, 40, 41
NRA 2, 3, 4, 5, 10, 16, 17, 20, 26, 27, 30, 33, 36, 38, 47, 49, 51
NRDS
IDF=NRA 53 lines - 53 struck = 0 valid
Duplicates:
Page 420 (73 lines) 25 valid
Struck at Hearing: 4, 5, 25, 26, 33, 48, 53, 68 (8)
Joint Exhibit No. 1:
NA/OC
NR 1, 2, 3, 14, 22, 29, 30, 32, 36, 45, 49, 51, 63
NRA 7, 10, 12, 13, 15, 31, 35, 40, 44, 47, 50, 55, 56, 57, 66, 69, 70, 73
NRDS 11, 64 40 not otherwise listed
IDF=NRA 16 8 + 40 = 48 struck
Duplicates: 18, 28, 34, 39, 58, 65 73 lines - 48 struck = 25 valid
Page 421 (50 lines) 1 valid
Struck at Hearing: 2, 5, 8-10, 19, 24-31, 33, 38, 39, 42, 45 (20)
Joint Exhibit No. 1:
NA/OC 1, 13, 14, 18

*68
NR 13, 15, 16, 17, 20, 21, 22, 34, 35, 43, 48, 49, 50
NRA 3, 4, 7, 11, 12, 23, 32, 36, 37, 44, 46, 47
NRDS 40 29 not otherwise listed
IDF=NRA 20 + 29 = 49 struck
Duplicates: 50 lines - 49 struck = 1 valid
Page 422 (100 lines) 10 valid
Struck at Hearing: 4, 7, 13, 26-28, 33, 39, 42, 46, 54-100 (57)
Joint Exhibit No. 1:
NA/OC 20, 25, 41
NR 2, 15, 17, 18, 22, 23, 32, 45, 48, 49, 50, 51, 53
NRA 6, 14, 16, 21, 24, 30, 34, 35, 36, 37, 38, 40, 44, 47, 52
NRDS 20 33 not otherwise listed
IDF=NRA 3, 5 57 + 33 = 90 struck
Duplicates: 28 100 lines - 90 struck = 10 valid
Page 423 (110 lines) 52 valid
Struck at Hearing: 6, 12-14, 16-22, 24-28, 31, 36-38, 43, 44, 46, 55-59, 62, 65, 66,
 68, 70, 74-76, 81, 84, 85, 87, 88, 90, 92-103 (54)
Joint Exhibit No. 1:
NA/OC
NR 5
NRA 1, 2, 4
NRDS 4 not otherwise listed
IDF=NRA 54 + 4 = 58 struck
Duplicates: 110 - 58 struck = 52 valid
Page 424 (110 lines) 22 valid
Struck at Hearing: 5, 6, 9, 11, 12, 14, 15, 17-20, 26-28, 30, 32, 36-38, 45, 52, 59,
 64, 66, 83, 88, 106 (27)
Joint Exhibit No. 1:
NA/OC 34, 35, 54, 65, 67, 78, 92
NR 7, 8, 16, 21, 22, 23, 29, 31, 33, 40, 55, 60, 70, 77, 79, 87, 89, 94, 99,
 100, 101, 104, 105, 107
NRA 2, 3, 4, 10, 13, 42, 44, 46, 47, 53, 57, 58, 62, 81, 82, 90, 93, 95, 97,
 110
NRDS 39, 48, 72, 84, 85, 98, 103 61 not otherwise listed
IDF=NRA 1, 25 27 + 61 = 88 struck
 110 lines - 88 struck = 22 valid
Duplicates: 30, 88, 108
Page 425 (110 lines) 14 valid
Struck at Hearing: 3, 7, 13-15, 25-27, 31, 36-110 (84)
Joint Exhibit No. 1:
NA/OC
NR 8, 12, 21, 22, 30, 32, 38, 43, 51, 52, 62, 69, 71, 72, 76, 87, 94, 104,
 106, 110
NRA 11, 24, 27, 34, 38, 70, 86
NRDS 9, 10, 44, 61 12 not otherwise listed
IDF=NRA 50 84 + 12 = 96 struck
Duplicates: 110 lines - 96 struck = 14 valid
Page 426 (101 lines) 68 valid
Struck at Hearing: 4, 6, 10, 12-14, 27, 29, 37, 38, 46-49, 52, 53, 62, 65, 73, 78, 83,
 86, 87, 93 96 (25)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1 8 not otherwise listed

*69
NRDS 25 + 8 = 33 struck
IDF=NRA 101 lines - 33 struck = 68 valid
Duplicates: 3, 10, 67, 69, 71, 77, 79, 92, 99
Page 427 (103 lines) 0 valid
Struck at Hearing: 1-103 (103)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 103 lines - 103 struck = 0 valid
Duplicates: 19, 90
Page 429 (103 lines) 0 valid
Struck at Hearing: 1-103 (103)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 103 lines - 103 struck = 0 valid
Duplicates:
Page 430 (100 lines) 0 valid
Struck at Hearing: 1-100 (100)
Joint Exhibit No. 1:
NA/OC
NR 1, 3, 4, 12, 13, 14, 16, 17, 24, 29, 32, 33, 34, 42, 48, 49, 59, 65, 67,
 70
NRA 2, 15, 19, 26, 35, 58, 60, 62, 69
NRDS
IDF=NRA 100 lines - 100 struck = 0 valid
Duplicates:
Page 456 (62 lines) 11 valid
Struck at Hearing: 2-4, 7-16, 20, 21, 24, 25, 54, 55 (19)
Joint Exhibit No. 1:
NA/OC 27, 28, 43, 44, 45, 57, 59
NR 2, 4, 25, 29, 30, 31, 51, 52
NRA 1, 5, 6, 17, 22, 26, 33, 34, 35, 37, 38, 46, 47, 48, 49, 50, 53, 58, 60,
 62
NRDS 32 not otherwise listed
IDF=NRA 19 + 32 = 51 struck
Duplicates: 62 lines - 51 struck = 11 valid
Page 457 (40 lines) 3 valid
Struck at Hearing: 2-6, 9-12, 16-33, 35-39 (32)
Joint Exhibit No. 1:
NA/OC
NR 18, 20, 22, 27, 29, 30, 31, 40
NRA 12, 13, 14, 21, 23, 24, 25, 28, 32, 34, 38, 39
NRDS 5 not otherwise listed
IDF=NRA 32 + 5 = 37 struck
Duplicates: 1, 2, 6, 14, 15, 16, 36, 39 40 lines - 37 struck = 3 valid
Page 458 (53 lines) 11 valid
Struck at Hearing: 1, 4, 13, 14, 26, 28, 30, 31, 33, 35-38, 43, 45, 46, 52 (18)
Joint Exhibit No. 1:

*70
NA/OC 8, 9, 20
NR 7, 11, 12, 15, 17, 25, 27, 28, 32, 37, 41, 47, 48, 50
NRA 2, 5, 6, 13, 14, 23, 24, 34, 49, 53
NRDS 24 not otherwise listed
IDF=NRA 16, 36, 38 18 + 24 = 42
Duplicates: 43 53 lines - 42 struck = 11 valid
Page 459 (100 lines) 2 valid
Struck at Hearing: 8-100 (93)
Joint Exhibit No. 1:
NA/OC 37
NR 6, 7, 9, 12, 13, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 29, 30, 31,
 32, 33, 35, 39, 40, 41, 42, 44, 45, 46, 48, 51, 61, 62, 63, 65, 67, 68,
 69, 73, 76, 78, 79, 81, 82, 84, 87, 88, 89, 90, 92, 93, 95, 96, 98, 99,
 100
NRA 4, 5, 8, 10, 11, 14, 15, 19, 28, 34, 36, 38, 43, 47, 49, 50, 52, 53, 54,
 55, 56, 57, 58, 59, 64, 66, 70, 71, 72, 74, 75, 77, 80, 83, 85, 86, 91,
 97
NRDS 5 not otherwise listed
IDF=NRA 93 + 5 =98 struck
Duplicates: 3 100 lines - 98 struck = 2 valid
Page 460 (57 lines) 43 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR 6, 32, 50
NRA 2, 4, 8, 14, 24, 27, 33, 52, 53
NRDS 14 not otherwise listed
IDF=NRA 1 57 lines - 14 struck = 43 valid
Duplicates: 7
Page 461 (58 lines) 0 valid
Struck at Hearing:
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 58 lines - 58 struck = 0 valid
Duplicates: 49
Page 461 struck in its entirety by stipulation per order of Judge Mirarchi.
Page 462 (51 lines) 30 valid
Struck at Hearing: 2, 6, 11, 15, 16, 18, 23-27, 30, 31, 34-37, 40, 42, 48 (20)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 1 not otherwise listed
IDF=NRA 20 + 1 = 21 struck
Duplicates: 51 51 lines - 21 struck = 30 valid
Page 463 (72 lines) 0 valid
Struck at Hearing: 1-72 (72)
Joint Exhibit No. 1:
NA/OC
NR 13, 28, 32, 34, 35, 39, 43, 46, 55, 61, 65, 68

*71
NRA 2, 3, 9, 11, 14, 15, 16, 17, 19, 24, 25, 26, 37, 41, 49, 50, 53, 54, 60,
 63
NRDS
IDF=NRA 48 72 lines - 72 struck = 0 valid
Duplicates:
Page 464 (98 lines) 30 valid
Struck at Hearing: 5, 15, 30, 44, 61-63, 79, 91 (9)
Joint Exhibit No. 1:
NA/OC 26, 80
NR 16, 17, 23, 25, 26, 27, 28, 29, 31, 32, 37, 38, 40, 41, 42, 45, 68, 72,
 78, 85, 86, 87, 93, 94, 95, 97
NRA 2, 9, 10, 14, 18, 20, 24, 34, 35, 36, 39, 46, 52, 54, 69, 70, 77, 82, 83,
 84, 92, 96, 98
NRDS 8 59 not otherwise listed
IDF=NRA 3, 6, 7, 21, 47 9 + 59 = 68 struck
Duplicates: 43, 55 98 lines - 68 struck = 30 valid
Page 465 (61 lines) 14 valid
Struck at Hearing: 4-8, 11, 14, 18, 28, 32, 48, 49, 55, 57, 59, 61 (16)
Joint Exhibit No. 1:
NA/OC 36
NR 15, 17, 23, 25, 26, 27, 29, 30, 34, 35, 37, 42, 43, 45, 56, 50
NRA 2, 3, 9, 24, 33, 40, 41, 44, 52, 53, 54
NRDS 31 not otherwise listed
IDF=NRA 16 + 31 = 47 struck
Duplicates: 1, 10, 12, 28, 32, 56, 60 61 lines - 47 struck = 14 valid
Page 466 (110 lines) 24 valid
Struck at Hearing: 5, 7, 9, 10, 21, 27-32, 39-42, 47, 51, 54, 66, 69, 76, 84, 85, 95,
 100, 103, 105, 110 (28)
Joint Exhibit No. 1:
NA/OC
NR 18, 19, 20, 23, 26, 35, 36, 44, 46, 48, 49, 50, 52, 53, 56, 67, 73, 77,
 83, 86, 88, 102, 104, 108
NRA 2, 8, 11, 12, 13, 22, 59, 60, 61, 71, 72, 75, 78, 80, 81, 82, 87, 90, 91,
 101, 106, 109
NRDS 57
IDF=NRA 107
Duplicates: 1, 6, 9, 10, 14, 15, 16, 17, 25, 33, 34, 79
 58 not otherwise listed
 28 + 58 = 86 struck
 110 lines - 86 struck = 24 valid
Page 480 (102 lines) 24 valid
Struck at Hearing: 9, 11-13, 23, 25, 27, 28, 32-36, 38-102 (78)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 102 lines - 78 struck = 24 valid
Duplicates:
Page 481 (55 lines) 11 valid
Struck at Hearing: 11, 13-55 (43)
Joint Exhibit No. 1:
NA/OC
NR Not included in Joint Ex. 1

*72
NRA 1 not otherwise listed
NRDS 43 + 1 = 44 struck
IDF=NRA 55 lines - 44 struck = 11 valid
Duplicates: 12, 20, 23, 30, 32, 40, 47, 51, 52
Page 482 (52 lines) 20 valid
Struck at Hearing: 2, 6, 9, 10, 18, 25, 26, 31, 32, 34, 39, 43-46 (15)
Joint Exhibit No. 1:
NA/OC Not included in Joint Ex. 1
NR 17 not otherwise listed
NRA 15 + 17 = 32 struck
NRDS 52 lines - 32 struck = 20 valid
IDF=NRA
Duplicates: 1, 3, 4, 5, 7, 11, 12, 13, 15, 16, 17, 19, 35, 37, 47, 50, 52
Page 483 (100 lines) 61 valid
Struck at Hearing: 7, 8, 9, 10, 13, 16, 29, 30, 36, 37, 39, 40, 41, 43, 44, 45, 47, 48,
 52, 57, 58, 63, 69, 70, 73, 74, 77-81, 87-89, 92, 93, 96, 98 (38)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 1 not otherwise listed
IDF=NRA 38 + 1 = 39 struck
Duplicates: 1 100 lines - 39 struck = 61 valid
Page 484 (71 lines) 36 valid
Struck at Hearing: 2, 3, 5, 7, 8, 9, 16, 18, 22-24, 30-40, 43, 44, 47, 49, 51-53,
 59, 62, 66, 67, 71 (34)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS 1 not otherwise listed
IDF=NRA 34 + 1 = 35 struck
Duplicates: 50 71 lines - 35 struck = 36 valid
Page 485 (64 lines) 0 valid
Struck at Hearing: 1-64 (64)
Joint Exhibit No. 1:
NA/OC
NR Not included in Joint Ex. 1
NRA
NRDS 64 lines - 64 struck = 0 valid
IDF=NRA
Duplicates: 1-5, 8, 9, 12, 14, 17, 19, 20, 22, 24, 26, 35, 38, 39, 42, 50, 53, 56, 59,
 63
Page 486 (110 lines) 0 valid
Struck at Hearing: 1-110 (110)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 110 lines - 110 struck = 0 valid
Duplicates:
Page 487 (110 lines) 34 valid

*73
Struck at Hearing: 7, 8, 12, 16, 26-35, 38, 44-47, 49, 51, 54, 58, 59, 62-66, 68-72, 75,
 81, 84, 93, 94, 104, 108-110 (42)
Joint Exhibit No. 1:
NA/OC
NR 9, 11, 14, 23, 24, 40, 48, 50, 53, 73, 79, 83, 87, 95, 105, 106, 107
NRA 1, 6, 39, 52, 56, 57, 61, 70, 85, 92, 96
NRDS 20, 37, 41, 42, 103 34 not otherwise listed
IDF=NRA 99 42 + 34 = 76 struck
Duplicates: 110 lines - 76 struck = 34 valid
Page 488 (110 lines) 20 valid
Struck at Hearing: 2, 4-7, 9-11, 13-22, 24-28, 30, 33, 34, 38, 40-53, 57, 59, 60-62,
 65-79, 81, 83, 85, 86, 88-90, 94, 96, 98, 102-104, 106-110 (81)
Joint Exhibit No. 1:
NA/OC Not included in Joint Ex. 1
NR 9 not otherwise listed
NRA 81 + 9 = 90 struck
NRDS 110 lines - 90 struck = 20 valid
IDF=NRA
Duplicates: 3, 12, 16, 18, 19, 23, 29, 31, 32, 39, 56, 64, 90
Page 489 (80 lines) 0 valid
Struck at Hearing: (0)
Joint Exhibit No. 1:
NA/OC
NR
NRA Not included in Joint Ex. 1
NRDS
IDF=NRA 80 lines - 80 struck = 0 valid
Duplicates: 4
Page 489 struck in its entirety by stipulation per order of Judge Mirarchi.

4. The number of lines included in nomination pages ranging from 258  489 in Volumes C and D total 12,818, the number of lines struck total 9,437 and the number of valid lines total 3,381.

Heard Sept. 27-30 and Oct. 1-2, 4-5, 2004.

INTERIM ADJUDICATION AND ORDER
MIRARCHI, Senior Judge.
AND NOW, this 7th Day of October 2004, after hearings held in the above-captioned matter before the undersigned on September 27th, 28th, 29th, 30th, and October 1st, 2nd, 4th and 5th, 2004 on Petitioners' objections to the Nomination Papers of Ralph Nader and Peter Miguel Camejo, Candidates of an Independent Political Body for President and Vice President in the General Election of November 2, 2004 (Candidates), filed in the City of Philadelphia, and upon consideration of Petitioners' challenges to certain signatures, i.e., signatures which were signed by individuals more than once or affixed by someone other than those individuals, the Court makes the following findings.
1. At the hearings, counsel for the Candidates conceded that all the signatures challenged by Petitioners as duplicate signatures, except approximately 80 signatures, should be stricken as invalid.
2. Counsel for the Candidates further stipulated that the individuals who signed the Nomination Papers five times or more committed fraudulent acts and that all signatures *74 of those individuals should be stricken.
3. Based on the parties' concession and stipulation and the credible evidence presented at the hearing, this Court finds that the following signatures should be stricken as invalid duplicate signatures. In the event that the same signatures invalidated in this order have been or will be stricken on any other ground, they will be counted only once in calculating the total signatures stricken by this Court:

 Page Line
 Number Number
 5 27
 5 68
 8 10
 15 93
 34 11
 34 12
 34 13
 34 14
 34 17
 34 23
 34 24
 34 25
 34 29
 34 35
 34 91
 35 66
 48 55
 48 63
 48 90
 49 10
 57 20
 57 29
 57 30
 57 32
 57 37
 57 38
 58 11
 58 69
 58 100
 58 103
 58 104
 66 20
 66 26
 68 1
 68 110
 69 16
 71 21
 71 22
 71 109
 72 4
 72 14
 72 27
 72 30
 72 33
 72 34
 72 36
 72 38
 72 41
 72 42
 72 44
 72 57
 72 60
 72 70
 72 74
 72 81
 72 91
 73 21
 73 34
 74 25
 77 26
 77 66
 77 75
 78 4
 79 1
 79 5
 79 10
 79 11
 79 12
 79 14
 79 15
 80 2
 80 4
 80 6
 81 78
 87 37
 88 50
 88 54
 88 62
 88 64
 89 6
 89 42
 89 55
 89 79
 92 40
 94 23
 96 15
 96 34
 98 36
 99 25
 99 57
 99 73
 99 83
 99 92
 99 93
 100 29
 100 38
 101 12
 102 59
 119 4

*75
 Page Line
 Number Number
 119 22
 119 24
 119 46
 119 53
 119 79
 120 2
 120 5
 120 13
 120 17
 120 19
 120 22
 120 24
 120 31
 120 32
 120 33
 120 40
 120 42
 120 45
 120 94
 120 97
 121 1
 121 4
 121 15
 121 17
 121 28
 127 40
 138 67
 139 10
 139 79
 160 81
 161 3
 161 4
 161 5
 161 6
 161 14
 161 26
 161 43
 161 49
 161 84
 173 1
 173 12
 173 84
 176 7
 177 5
 177 6
 177 18
 177 20
 177 28
 177 29
 177 30
 177 31
 177 33
 177 34
 177 36
 177 39
 177 41
 177 73
 177 76
 177 104
 178 78
 178 88
 180 1
 180 22
 180 54
 181 1
 181 2
 181 4
 182 1
 182 4
 182 5
 182 9
 183 4
 183 16
 183 19
 183 22
 183 26
 183 28
 183 29
 183 31
 183 39
 183 46
 183 48
 183 54
 183 67
 183 88
 183 93
 185 1
 185 4
 185 5
 185 12
 185 15
 185 50
 185 63
 185 64
 185 67
 185 70
 185 88
 186 1
 186 29
 187 1
 187 3
 187 6
 187 29
 187 38
 187 40
 187 54
 189 61
 189 95
 190 9
 190 11
 190 15
 190 17
 190 58
 190 60
 190 63
 190 70

*76
 Page Line
 Number Number
 190 75
 190 78
 190 87
 190 93
 190 94
 190 96
 190 97
 194 2
 194 3
 194 9
 194 21
 194 24
 194 27
 194 46
 194 50
 194 54
 194 55
 194 82
 194 87
 195 1
 195 3
 195 7
 195 8
 195 9
 195 10
 195 12
 195 13
 195 15
 195 18
 196 9
 196 22
 196 28
 196 30
 196 31
 196 34
 196 40
 196 41
 198 10
 199 49
 200 2
 200 3
 200 9
 200 10
 200 11
 200 12
 200 20
 200 28
 202 13
 202 24
 202 32
 204 2
 204 3
 204 4
 204 6
 204 7
 204 12
 204 13
 204 15
 204 20
 204 21
 204 27
 204 30
 204 34
 204 38
 204 44
 204 45
 204 47
 204 55
 204 58
 204 61
 204 65
 204 67
 204 68
 204 74
 205 6
 205 40
 207 9
 207 34
 207 35
 207 60
 207 95
 208 65
 209 59
 209 60
 211 32
 211 39
 212 5
 212 11
 212 21
 212 25
 212 32
 212 33
 212 34
 212 36
 212 37
 212 38
 215 86
 215 87
 215 103
 217 6
 217 9
 217 11
 217 12
 217 13
 217 21
 217 22
 217 25
 217 30
 217 58
 217 62
 217 63
 217 65
 217 70
 218 4
 218 36
 218 43

*77
 Page Line
 Number Number
 218 54
 218 61
 218 65
 218 75
 218 85
 218 109
 218 110
 219 2
 219 3
 219 15
 220 37
 224 7
 224 17
 224 56
 236 85
 236 100
 237 1
 237 2
 239 1
 239 3
 239 4
 239 5
 239 6
 239 10
 239 12
 239 16
 239 17
 239 18
 239 20
 240 11
 240 32
 240 37
 240 38
 240 40
 240 41
 240 45
 240 46
 240 48
 240 49
 241 25
 241 60
 241 88
 241 89
 242 5
 242 12
 242 21
 242 23
 242 25
 242 38
 242 42
 242 47
 242 54
 242 56
 242 57
 242 71
 242 87
 242 93
 242 94
 243 2
 243 69
 244 1
 244 10
 244 42
 244 43
 244 47
 244 48
 244 50
 244 52
 244 61
 244 65
 244 66
 244 67
 244 80
 244 83
 244 90
 244 92
 245 54
 245 60
 245 82
 248 10
 248 27
 248 37
 248 48
 248 49
 248 51
 248 77
 248 97
 248 99
 249 22
 249 25
 249 31
 249 70
 249 90
 249 91
 249 97
 249 99
 121 4
 121 15
 121 17
 121 28
 127 40
 138 67
 139 10
 139 79
 160 81
 161 3
 161 4
 161 5
 161 6
 161 14
 161 26
 161 43
 161 49
 161 84
 173 1
 173 12

*78
 Page Line
 Number Number
 173 84
 176 7
 177 5
 177 6
 177 18
 177 20
 177 28
 177 29
 177 30
 177 31
 177 33
 177 34
 177 36
 177 39
 177 41
 177 1
 177 76
 177 104
 178 78
 178 88
 180 1
 180 22
 180 54
 181 1
 181 2
 181 4
 182 1
 182 4
 182 5
 182 9
 183 4
 183 16
 183 19
 183 22
 183 26
 183 28
 183 29
 183 31
 183 39
 183 46
 183 48
 183 54
 183 67
 183 88
 183 93
 185 1
 185 4
 185 5
 185 12
 185 15
 185 50
 185 63
 185 64
 185 67
 185 70
 185 88
 186 1
 186 29
 187 1
 187 3
 187 6
 187 29
 187 38
 187 40
 187 54
 189 61
 189 95
 190 9
 190 11
 190 15
 190 17
 190 58
 190 60
 190 63
 190 70
 190 75
 190 78
 190 87
 190 93
 190 94
 190 96
 190 97
 194 2
 194 3
 194 9
 194 21
 194 24
 194 27
 194 46
 194 50
 194 54
 194 55
 194 82
 194 87
 195 1
 195 3
 195 7
 195 8
 195 9
 195 10
 195 12
 195 13
 195 15
 195 18
 196 9
 196 22
 196 28
 196 30
 196 31
 196 34
 196 40
 196 41
 198 10
 199 49
 200 2
 200 3

*79
 Page Line
 Number Number
 200 9
 200 10
 200 11
 200 12
 200 20
 200 28
 202 13
 202 24
 202 32
 204 2
 204 3
 204 4
 204 6
 204 7
 204 12
 204 13
 204 15
 204 20
 204 21
 204 27
 204 30
 204 34
 204 38
 204 44
 204 45
 204 47
 204 55
 204 58
 204 61
 204 65
 204 67
 204 68
 204 74
 205 8
 205 40
 207 9
 207 34
 207 35
 207 60
 207 95
 208 65
 209 59
 209 60
 211 32
 211 39
 212 5
 212 11
 212 21
 212 25
 212 32
 212 33
 212 34
 212 36
 212 37
 212 38
 215 86
 215 87
 216 103
 217 6
 217 9
 217 11
 217 12
 217 13
 217 21
 217 22
 217 25
 217 30
 217 58
 217 62
 217 63
 217 65
 217 70
 218 4
 218 36
 218 43
 218 54
 218 61
 218 65
 218 75
 218 85
 218 109
 218 110
 219 2
 219 3
 219 15
 220 37
 224 7
 224 17
 224 56
 236 85
 236 100
 237 1
 237 2
 239 1
 239 3
 239 4
 239 5
 239 6
 239 10
 239 12
 239 16
 239 17
 239 18
 239 20
 240 11
 240 32
 240 37
 240 38
 240 40
 240 41
 240 45
 240 46
 240 48
 240 49
 241 25
 241 60

*80
 Page Page
 Number Number
 241 88
 241 89
 242 5
 242 12
 242 21
 242 23
 242 25
 242 38
 242 42
 242 47
 242 54
 242 56
 242 57
 242 71
 242 87
 242 93
 242 94
 243 2
 243 69
 244 1
 244 10
 244 42
 244 43
 244 47
 244 48
 244 50
 244 52
 244 61
 244 65
 244 66
 244 67
 244 80
 244 83
 244 90
 244 92
 245 54
 245 60
 245 82
 248 10
 248 27
 248 37
 248 48
 248 49
 248 51
 248 77
 248 97
 248 99
 249 22
 249 25
 249 31
 249 70
 249 90
 249 91
 249 97
 249 99
 251 35
 252 5
 252 29
 252 30
 252 104
 253 42
 254 14
 256 24
 256 43
 256 103
 257 27
 258 3
 258 4
 258 6
 258 7
 258 19
 258 20
 259 1
 259 4
 260 31
 261 23
 261 24
 262 30
 265 1
 265 2
 265 7
 265 12
 265 49
 265 71
 265 77
 265 87
 265 103
 268 1
 268 3
 268 4
 268 9
 268 15
 268 23
 268 41
 268 52
 268 100
 268 106
 268 110
 269 8
 269 9
 269 28
 269 72
 270 10
 270 15
 270 51
 300 2
 300 5
 300 7
 300 9
 300 84
 300 88
 300 98
 301 20
 301 30
 301 46
 301 48

*81
 Page Line
 Number Number
 301 58
 301 63
 301 78
 301 79
 301 81
 301 83
 302 5
 302 9
 302 19
 302 31
 302 35
 302 36
 302 37
 302 38
 302 40
 302 42
 302 43
 302 44
 302 48
 302 50
 302 54
 302 57
 302 58
 302 69
 302 73
 302 83
 302 88
 302 93
 302 98
 302 105
 302 107
 304 38
 306 7
 306 8
 306 9
 306 10
 306 11
 306 12
 306 14
 306 19
 306 20
 306 21
 306 25
 306 26
 306 28
 306 29
 306 30
 306 39
 306 40
 306 44
 306 47
 306 51
 306 52
 308 1
 308 2
 308 6
 308 7
 308 18
 308 31
 308 32
 308 33
 308 36
 308 37
 308 40
 308 41
 308 42
 308 43
 308 44
 308 45
 308 46
 308 47
 308 50
 308 51
 308 85
 309 8
 309 9
 309 26
 309 32
 309 35
 309 46
 309 52
 310 1
 310 3
 310 4
 310 7
 310 8
 310 10
 310 19
 310 21
 310 24
 310 25
 310 28
 310 39
 310 41
 310 48
 311 6
 312 86
 312 90
 312 93
 315 1
 315 3
 315 8
 315 9
 315 11
 315 16
 315 17
 315 29
 315 30
 315 31
 315 33
 315 36
 315 37
 315 39
 315 101
 319 4
 319 6

*82
 Page Line
 Number Number
 319 9
 319 14
 319 33
 319 36
 319 37
 319 38
 319 40
 319 65
 320 1
 320 2
 320 11
 320 12
 320 21
 320 23
 320 29
 320 33
 320 36
 320 38
 320 44
 320 48
 320 50
 320 51
 320 53
 320 57
 320 63
 320 69
 320 76
 320 93
 320 95
 320 98
 320 99
 320 100
 320 101
 320 106
 322 27
 322 30
 322 36
 323 1
 323 2
 323 5
 323 7
 323 59
 324 5
 324 7
 324 19
 324 22
 324 36
 324 40
 324 41
 324 42
 324 45
 324 48
 324 63
 324 65
 324 70
 324 83
 324 96
 324 97
 324 99
 324 101
 325 58
 325 59
 325 69
 325 74
 325 78
 327 2
 327 3
 327 4
 327 16
 327 57
 328 3
 328 5
 328 12
 328 13
 328 20
 328 21
 328 25
 328 28
 328 34
 328 36
 328 37
 328 38
 328 40
 328 41
 328 49
 328 50
 329 2
 329 3
 329 6
 329 19
 329 28
 329 80
 329 85
 329 86
 330 93
 332 101
 333 1
 333 2
 333 3
 333 4
 333 59
 333 67
 333 68
 333 102
 334 10
 335 77
 335 83
 335 89
 337 1
 337 7
 337 22
 338 6
 338 11
 338 12
 338 16
 338 33

*83
 Page Line
 Number Number
 338 35
 338 36
 338 37
 338 38
 338 42
 338 51
 339 1
 339 41
 340 8
 340 10
 340 11
 340 14
 340 16
 340 18
 340 19
 340 26
 340 28
 346 6
 348 2
 348 6
 348 9
 348 38
 348 47
 348 48
 348 77
 348 93
 348 95
 349 1
 349 2
 349 3
 349 64
 351 12
 356 24
 356 25
 356 39
 356 58
 356 59
 356 5
 358 23
 358 35
 361 10
 361 45
 363 6
 363 8
 363 9
 363 10
 363 11
 363 13
 363 16
 363 24
 363 50
 363 55
 363 57
 364 15
 364 17
 364 18
 364 21
 364 22
 364 23
 364 25
 364 31
 369 2
 369 7
 369 10
 369 30
 369 67
 369 74
 369 75
 369 78
 369 79
 369 82
 369 83
 369 84
 369 85
 369 86
 369 88
 370 2
 370 3
 370 4
 370 11
 370 13
 370 32
 370 51
 370 61
 370 91
 372 1
 372 6
 372 22
 372 31
 372 59
 373 2
 373 17
 373 21
 373 22
 373 31
 373 32
 373 34
 373 36
 374 44
 374 50
 374 61
 374 62
 374 63
 374 64
 374 65
 374 67
 374 69
 374 71
 374 72
 374 82
 374 93
 377 27
 377 30
 377 34
 377 35
 377 40

*84
 Page Line
 Number Number
 377 55
 377 56
 377 58
 377 68
 377 70
 378 4
 378 17
 378 20
 378 23
 384 45
 384 59
 385 32
 385 102
 388 16
 388 19
 388 35
 388 37
 388 51
 388 57
 388 60
 388 69
 388 76
 388 81
 389 15
 393 3
 393 6
 393 8
 393 18
 393 20
 393 23
 393 24
 393 26
 393 37
 393 38
 393 53
 393 56
 393 57
 396 42
 397 32
 397 36
 403 13
 403 59
 404 1
 404 5
 404 10
 404 20
 404 21
 404 53
 405 59
 406 4
 406 5
 406 8
 406 9
 406 10
 406 19
 406 38
 406 51
 406 55
 406 56
 406 99
 406 102
 406 105
 407 1
 407 6
 407 7
 407 9
 407 10
 407 12
 407 13
 407 22
 407 29
 407 57
 407 60
 407 72
 407 76
 407 78
 407 79
 407 80
 407 91
 407 98
 408 1
 408 13
 408 26
 408 36
 408 42
 409 5
 409 7
 409 101
 409 102
 410 6
 410 8
 412 4
 412 5
 412 10
 412 15
 413 3
 413 4
 413 19
 413 59
 413 60
 420 18
 420 28
 420 34
 420 39
 420 58
 420 65
 422 28
 424 30
 424 88
 424 108
 426 3
 426 10
 426 67
 426 69
 426 71
 426 77

*85
 Page Line
 Number Number
 426 79
 426 92
 426 99
 427 19
 427 90
 457 1
 457 2
 457 6
 457 14
 457 15
 457 16
 457 36
 457 39
 458 43
 459 3
 460 7
 461 49
 462 51
 464 43
 464 55
 465 1
 465 10
 465 12
 465 28
 465 32
 465 56
 465 60
 466 1
 466 6
 466 9
 466 10
 466 14
 466 15
 466 16
 466 17
 466 25
 466 33
 466 34
 466 79
 481 12
 481 20
 481 23
 481 30
 481 32
 481 40
 481 47
 481 51
 481 52
 482 1
 482 3
 482 4
 482 5
 482 7
 482 11
 482 12
 482 13
 482 15
 482 16
 482 17
 482 19
 482 35
 482 37
 482 47
 482 50
 482 52
 483 19
 483 88
 484 50
 485 1
 485 3
 485 2
 485 4
 485 5
 485 8
 485 9
 485 12
 485 14
 485 17
 485 19
 485 20
 485 22
 485 24
 485 26
 485 35
 485 38
 485 39
 485 42
 485 50
 485 53
 485 56
 485 59
 485 63
 488 3
 488 12
 488 16
 488 18
 488 19
 488 23
 488 29
 488 31
 488 32
 488 39
 488 56
 488 64
 488 90
 489 4
 514 6
 514 15
 514 16
 514 18
 514 21
 514 23
 514 24
 514 27
 514 34
 514 35

*86
 Page Line
 Number Number
 514 44
 517 12
 518 1
 518 2
 518 5
 518 6
 518 7
 518 8
 518 9
 518 10
 518 12
 518 14
 518 15
 518 18
 518 19
 518 20
 519 16
 519 17
 519 35
 519 43
 519 61
 519 79
 520 2
 520 3
 520 7
 520 9
 520 17
 520 81
 520 109
 522 12
 522 29
 522 38
 523 3
 523 4
 523 6
 523 8
 523 9
 523 10
 523 11
 523 12
 523 14
 523 23
 523 24
 523 25
 523 26
 523 28
 523 34
 523 38
 523 39
 523 43
 523 44
 523 46
 523 47
 523 52
 523 56
 523 57
 523 58
 523 63
 523 81
 523 97
 523 99
 523 105
 523 106
 524 3
 524 5
 524 6
 524 7
 524 11
 524 12
 524 13
 524 14
 524 16
 524 38
 524 54
 524 59
 524 62
 524 64
 524 65
 524 66
 524 67
 524 69
 524 82
 525 1
 525 34
 525 47
 525 57
 526 12
 526 36
 526 39
 526 82
 526 84
 526 85
 526 88
 526 89
 526 91
 526 95
 526 96
 527 2
 527 19
 527 42
 527 48
 527 52
 527 59
 527 63
 529 5
 531 63
 531 74
 531 83
 533 30
 535 5
 535 6
 535 21
 535 53
 535 107
 536 6
 537 82

*87
 Page Line
 Number Number
 538 2
 538 3
 538 12
 538 13
 538 19
 538 23
 538 30
 538 37
 543 67
 543 71
 545 1
 545 4
 545 5
 545 6
 545 62
 545 68
 545 76
 547 75
 548 4
 548 5
 549 2
 549 54
 549 55
 549 57
 549 60
 549 81
 549 85
 549 86
 549 89
 549 92
 549 94
 549 95
 550 1
 552 11
 552 13
 552 15
 552 23
 552 38
 552 41
 552 46
 552 47
 552 48
 552 50
 552 51
 552 53
 552 54
 552 55
 552 57
 552 68
 552 71
 552 95
 555 14
 556 1
 556 2
 556 3
 556 8
 556 12
 556 13
 556 19
 556 29
 557 3
 557 5
 557 10
 557 49
 557 59
 559 38
 559 50
 559 52
 559 53
 559 83
 560 37
 567 16
 571 1
 571 4
 571 5
 571 6
 571 25
 571 28
 571 54
 572 2
 572 4
 572 5
 572 7
 572 8
 572 10
 572 11
 572 12
 572 31
 572 38
 572 74
 573 13
 573 14
 573 37
 574 4
 574 5
 574 15
 574 18
 574 21
 574 24
 574 25
 574 26
 574 27
 574 28
 574 31
 578 2
 578 9
 583 10
 583 12
 583 13
 583 36
 583 41
 583 45
 583 46
 583 47
 583 52
 586 1

*88
 Page Line
 Number Number
 586 2
 586 5
 586 7
 586 9
 586 11
 586 21
 586 29
 586 38
 586 40
 586 41
 586 45
 587 3
 587 8
 587 10
 587 11
 587 12
 587 14
 587 16
 587 18
 587 20
 587 21
 587 22
 587 23
 587 24
 587 25
 587 30
 587 33
 587 34
 587 35
 587 36
 587 37
 597 3
 597 5
 597 10
 597 11
 597 18
 606 28
 607 2
 634 1
 634 5
 634 8
 634 9
 634 24
 686 1
 686 3
 686 5
 686 8
 686 15
 686 16
 686 26
 689 4
 689 6
 689 7
 694 32
 694 44
 695 1
 695 3
 697 7
 697 8
 697 12
 697 15
 697 17
 697 18
 697 20
 697 21
 697 22
 697 23
 697 24
 697 26
 697 31
 697 35
 697 36
 697 38
 697 40
 697 43
 697 48
 697 50
 697 69
 697 86
 697 88
 697 90
 698 1
 698 20
 698 22
 698 30
 698 40
 698 41
 698 42
 752 22
 753 3
 753 4
 753 5
 765 10
 765 13
 765 15
 855 14
 855 16
 855 44
 856 3
 856 4
 856 15
 856 24
 856 25
 856 27
 856 31
 856 33
 856 34
 856 42
 856 47
 856 51
 856 54
 856 55
 856 81
 856 82
 856 86
 856 92
 970 1

*89
 Page Line
 Number Number
 970 16
 978 42
 978 85
 978 88
 978 91
 978 92
 978 95
 978 105
 978 106
 978 110
 982 6
 984 3
 1000 26
 1000 27
 1000 31
 1000 32
 1000 33
 1002 78
 1008 14
 1012 7
 1028 13
 1029 11
 1029 12
 1029 14
 1029 23
 1029 43
 1029 53
 1031 43
 1031 56
 1031 63
 1032 2
 1032 3
 1032 7
 1032 8
 1032 10
 1032 11
 1032 12
 1032 16
 1032 17
 1032 21
 1032 23
 1032 26
 1032 28
 1032 30
 1032 31
 1032 33
 1032 34
 1032 35
 1032 36
 1032 38
 1032 43
 1032 47
 1032 48
 1032 49
 1032 50
 1032 66
 1032 68
 1032 69
 1032 70
 1032 76
 1032 79
 1032 84
 1032 87
 1032 96
 1032 101
 1032 102
 1032 103
 1032 104
 1032 105
 1032 106
 1032 108
 1034 1
 1034 2
 1034 10
 1034 18
 1034 25
 1034 32
 1034 35
 1035 1
 1035 2
 1035 3
 1035 4
 1035 5
 1035 8
 1035 9
 1035 11
 1035 13
 1035 14
 1035 16
 1035 17
 1035 18
 1035 23
 1035 28
 1035 29
 1035 31
 1035 38
 1035 42
 1035 45
 1035 46
 1035 49
 1036 41
 1036 42
 1036 43
 1037 33
 1037 41
 1037 43
 1037 45
 1037 46
 1037 47
 1037 51
 1037 53
 1037 54
 1037 61
 1037 62
 1037 68
 1037 70
 1037 71
 1037 74

*90
 Page Line
 Number Number
 1037 78
 1037 79
 1037 81
 1126 13
 1156 3
 1156 4
 1156 12
 1159 3
 1159 10
 1159 11
 1159 12
 1159 14
 1159 17
 1188 21

ORDER
AND NOW, this 8th day of October, 2004, pursuant to stipulation of the parties made during the hearing on October 7, 2004, the Nomination Papers of Ralph Nader and Peter Miguel Camejo of an Independent Political Body for President and Vice President in the November 2, 2004 General Election (Candidates) filed in the County of Philadelphia are disposed of as follows:
1. The following Nomination Papers are stricken for the reason that they are in the hand of the circulators or other persons, not in the electors whose names appear in the Nomination Papers: # 117 (74 lines); # 162 (41 lines); # 163 (75 lines); # 164 (59 lines); # 244 (101 lines); # 248 (101 lines); # 249 (100 lines); # 251 (84 lines); # 253 (49 lines); # 399 (83 lines); # 461 (58 lines); # 681 (110 lines); # 1000 (33 lines); # 1031 (80 lines); # 1032 (110 lines); and # 1042 (75 lines).
2. The following Nomination Papers are stricken for the reason that the circulators filled in the electors' information: # 245 (100 lines); # 246 (110 lines); # 682 (110 lines); # 683 (100 lines); and # 643 (100 lines).
3. The signatures on lines 7 through 110 of the Nomination Paper # 1112 are stricken for the reason that the circulator filled in the electors' information.
4. The following Nomination Papers are withdrawn by the Candidates with prejudice due to a number of irregularities including the electors' information filled in by the circulators: # 198 (44 lines); # 218 (110 lines); # 322 (51 lines); # 489 (80 lines); # 536 (60 lines); # 571 (105 lines); # 580 (109 lines); and # 583 (53 lines).

Heard Sept. 27-30 and Oct. 1, 2, 4, 5, 7 and 8, 2004.

FINDINGS AND CONCLUSIONS
MIRARCHI, Senior Judge.
Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen-Scott, Donald G. Brown and Julia A. O'Connell (Petitioners) have filed objections to the Nomination Papers of Ralph Nader and Peter Miguel Camejo (Candidates) as Candidates of an Independent Political Body for President and Vice President of the United States in the General Election scheduled for November 2, 2004. This opinion disposes of challenges to nomination papers circulated in the City of Philadelphia (Philadelphia Nominating Pages) assigned to this Judge, as more particularly described in the Findings of Fact.

INTRODUCTION
On September 29, 2004, Dominic Daniel Martino, the 2004 Campaign Coordinator in Pennsylvania for the Candidates testified before a three-judge panel of this Court, including the undersigned. With great passion, he explained his belief in the necessity of third-party participation in the national and local political process to insure that competitive and innovative views *91 are available to the electorate. These are indeed laudatory ends. Mr. Martino and the Candidates, however, should take heed that in a genuine, mature, and functioning democracy, the ends are not justified by the means; rather the ends are inherent in the means.
During ten days of hearing before the undersigned, evidence has come to light of fraudulent and/or other improper behavior in the "creation" of many if not most of the nominating papers pertaining to Philadelphia electors submitted by the Candidates, in a scale, boldness, and transparency never before witnessed by this Judge in his thirty-three years on the bench. On October 7, 2004, the undersigned entered an Interim Adjudication and Order striking as void from the Philadelphia Nominating Papers, 1549 duplicate signatures, that is, signatures which were signed by individuals more than once or affixed by someone other than those individuals (Duplicate Signatures). What that Interim Adjudication and Order did not set forth, for reasons of brevity, is the fact that many of these Duplicate Signatures were signed in great numbers by persons who were also circulators for the Candidates, at least 37 times by one individual alone. Moreover, evidence established that certain circulators and other individuals set forth by their hand, on many of the Philadelphia Nominating Papers, the critical data required to be written by the electors pursuant to the Pennsylvania Election Code (Election Code).[1] An interim Order entered by the undersigned on October 8, 2004, and Court rulings from the bench voided many Philadelphia Nominating Papers on these grounds, as more particularly described in the below Findings of Fact. Some signatures were clearly forged. The following Findings of Fact detail only some of the fraudulent activity by persons procuring signatures for the Candidates revealed during the hearing.

FINDINGS OF FACT
1) Hearings were held by the undersigned on September 27, 28, 29, and 30, and October 1, 2, 4, 5, 7 and 8, 2004 in the above matter.
2) Three witnesses testified before the undersigned. Dale Fries, Supervisor of the Motor Vehicle Division of the County Board of Elections for the City and County of Philadelphia (Board of Elections), testified regarding the procedures taken by the Board of Elections to review the Petitioners' challenges to the Philadelphia Nominating Pages and the creation by the Board of Elections of Petition Page Worksheets, which set forth the records of the Board of Elections pertaining to each elector whose signature the Petitioners had challenged. William T. Dolbow III, Voter Registration Trades Helper of the County Board of Elections, brought forth computer data from the records of the County Board of Elections in the undersigned's courtroom during the ten days of hearings and testified with respect to the data requested by the Court and the parties. William J. Kelly, a handwriting expert employed by the Petitioners, testified with respect to whether certain electors completed signature lines in their hands or whether information was supplied by other hands. He further testified as to whether circulators supplied or completed information that was required by the Election Code to be set forth by the electors on such pages.
3) The undersigned finds the testimony of Ms. Fries, Mr. Dolbow, and Mr. Kelly to be credible and persuasive.
*92 4) Robert Lee, Voter Registration Administrator of the County Board of Elections, and the aforesaid Mr. Martino testified before a three-judge panel consisting of President Judge Colins, Judge Smith-Ribner, and the undersigned. Mr. Lee testified with respect to the security system and procedures regarding the voter registration records of the County Board of Elections and further testified with respect to the review by the County Board of Elections of the challenges made to the Philadelphia Nominating Pages and the creation of the aforesaid Worksheets setting forth the data regarding electors whose signatures had been challenged. The undersigned finds the testimony of Mr. Lee to be credible and persuasive.
5) The undersigned was originally assigned to review those Philadelphia Nominating Pages occurring on Pages 514 to 1189 from the whole of the nominating papers filed by the Candidates (sometimes referred to as the Volumes E and F pages).[2]
6) The undersigned made rulings on several Volume E and F pages, as described in subsequent Findings of Fact. The balance of the Volume E pages was thereafter assigned to Judge Leadbetter, and the balance of the Volume F pages was subsequently assigned to Senior Judge Kelley for disposition.[3]
7) On the afternoon of the first day of hearing, September 27, 2004, the undersigned was directed by our President Judge to postpone a page and line review of Pages 514 to 1189 of the Philadelphia Nominating Pages and to immediately undertake an examination of Duplicate Signatures occurring within all of the Philadelphia Nominating Pages originally assigned not only to the undersigned (those Philadelphia Nominating Pages found from Pages 514 to 1189) but also to those Philadelphia Nominating Pages originally assigned to President Judge Colins and Judge Smith-Ribner (those Philadelphia Nominating Pages found collectively from Pages 1 to 513, or sometimes referred to as the Volumes A, B, C, and D pages).
8) An exhaustive review of signatures challenged as invalid Duplicate Signatures resulted in the striking as void of 1549 Duplicate Signatures, pursuant to the undersigned's Interim Adjudication and Order filed in this matter on October 7, 2004. The Page and Line numbers for each stricken Duplicate Signature are set forth in the undersigned's Interim Adjudication and Order filed on October 7, 2004.
9) All but approximately 80 of the Duplicate Signatures were conceded by the Candidates to be invalid Duplicate Signatures. Many of the stricken Duplicate Signatures were stipulated by the parties to be invalid Duplicate Signatures, and the Court accepted such stipulation. Further, credible evidence of record supported the striking as invalid of all of the 1549 Duplicate Signatures set forth in the undersigned's Interim Adjudication and Order filed in this matter on October 7, 2004. All but approximately 10 of the Duplicate Signature challenges made by Petitioners were sustained by the undersigned.
*93 10) Although the undersigned was striking Duplicate Signatures throughout the whole of the Philadelphia Nominating Pages contemporaneously with the voiding by President Judge Colins and Judge Smith-Ribner of some of these same signatures on other grounds, the tabulation of stricken signatures maintained by this Court (Court Daily Tallies) only registered the striking of a page and line number one time.
11) Thus, the undersigned recorded in the Court Daily Tallies only those Duplicate Signatures stricken against Pages 514 to 1189 of the Philadelphia Nominating Pages, and only if such page and line numbers had not been previously stricken on other grounds.
12) When Judge Leadbetter and Senior Judge Kelley thereafter, commencing October 7 and 8, 2004, respectively, conducted their page and line review of these Volume E & F signatures, they did not record in the Court Daily Tallies those Duplicate Signatures previously stricken by the undersigned.
13) Many individuals signed, or their names appeared on the Philadelphia Nominating Pages more than one time. Many individuals signed five or more times (Serial Signers).
14) In an effort to distance themselves from the evidence of fraudulent activity that was emerging from the undersigned's review of the Philadelphia Nominating Pages, counsel for the Candidates agreed that the signatures of all persons signing five or more times, the Serial Signers, should be stricken as void.
15) Forty-four Serial Signers, and those who merely signed the Philadelphia Nominating Pages four times, were also circulators of the Philadelphia Nominating Pages. Their identities are set forth below, setting forth the number of times they signed Philadelphia Nominating Pages, the page numbers of the Philadelphia Nominating Pages they circulated, and whether they also signed a page or pages that they circulated:
Alan Andrews (signed 21 Philadelphia Nominating Page Lines), Circulated pages 1000, 1031, and 1032 (signed L. 47)
Daryl Baird (signed 13 Philadelphia Nominating Page Lines), Circulated page 194
Earl Boone (signed 11 Philadelphia Nominating Page Lines), Circulated pages 217 and 219
Edward Chappell (signed 19 Philadelphia Nominating Page Lines), Circulated pages 177 and 189
LeRoy Curtis (signed 12 Philadelphia Nominating Page Lines), Circulated page 196
James Bennett (signed 8 Philadelphia Nominating Page Lines), Circulated page 374
Ravenna Bey (signed 4 Philadelphia Nominating Page Lines), Circulated pages 978 and 1001
Michael Costner (signed 9 Philadelphia Nominating Page Lines), Circulated pages 98, 119, 300, 306, 318, 321, 552, and 856
Yolanda DeLeon (signed 9 Philadelphia Nominating Page Lines), Circulated pages 386 and 387
Kevin Dickson (signed 12 Philadelphia Nominating Page Lines), Circulated pages 198 and 583
Kim Dow (signed 7 Philadelphia Nominating Page Lines), Circulated pages 301, 302, and 1037
Terri Glenn (signed 12 Philadelphia Nominating Page Lines), Circulated page 244 (signed L. 66)

*94 James Glover (signed 20 Philadelphia Nominating Page Lines), Circulated pages 309 and 310
Michael Gross (signed 11 Philadelphia Nominating Page Lines), Circulated pages 242, 696, 697, and 991
Gregory Hamlett (signed 8 Philadelphia Nominating Page Lines), Circulated page 524
Janet Hawkins (signed 5 Philadelphia Nominating Page Lines), Circulated pages 457, 458, 459, and 522
Donzel Henderson (signed 4 Philadelphia Nominating Page Lines), Circulated pages 72, 90, 263, 520, 529, 530, 531, and 970
Juan Hill (signed 7 Philadelphia Nominating Page Lines), Circulated pages 239 (signed L. 1) and 391
George Hunt (signed 9 Philadelphia Nominating Page Lines), Circulated pages 182 and 240 (signed L. 49)
Quintincy Hunt (signed 7 Philadelphia Nominating Page Lines), Circulated pages 97, 342, and 597
Thomas Jimenez (signed 15 Philadelphia Nominating Page Lines), Circulated page 523 (signed L. 8)
Anthony Johnson (signed 11 Philadelphia Nominating Page Lines), Circulated page 356 (signed L. 50)
Bobby Johnson (signed 11 Philadelphia Nominating Page Lines), Circulated pages 356 and 357
Nuri Jones (signed 5 Philadelphia Nominating Page Lines), Circulated pages 95, 203, 204, 206, 210, 753, and 1166
Anthony Kearse (signed 5 Philadelphia Nominating Page Lines), Circulated pages 48, 175, 257 (signed L. 29), 351, 369, and 601
Dan Lindsey (signed 23 Philadelphia Nominating Page Lines), Circulated pages 67 and 333
Malik Harper (signed 4 Philadelphia Nominating Page Lines), Circulated pages 525, 526, and 527
Willis Petty (signed 6 Philadelphia Nominating Page Lines), Circulated pages 329 and 413
Michael Reed, Sr. and Michael Reed, Jr., (together signed a total of 67 Philadelphia Nominating Page Lines),[4]
Circulated pages 338, 339, 404, 405, 481, 482, 514, 579, 586, 1035, and Michael Reed, Jr. signed Page 338 at Line 12.
Roosevelt Rivers (signed 12 Philadelphia Nominating Page Lines), Circulated page 485 (signed L. 4)
Valerie Rogers (signed 6 Philadelphia Nominating Page Lines), Circulated pages 68, 70, 80, and 633
Larry Russell (signed 5 Philadelphia Nominating Page Lines), Circulated pages 578 and 587
Andrew Shaw (signed 15 Philadelphia Nominating Page Lines), Circulated page 328
Note: Andrew Shaw was not registered to vote when he circulated Page 328 or affixed his signature to 15 Philadelphia Nominating Page Lines.
Barry Shaw (signed 6 Philadelphia Nominating Page Lines), Circulated pages 308, 315, 532, 560, 567, and 573
Note: Barry Shaw was not registered to vote at the address he set forth when he signed or circulated the Philadelphia Nominating Pages.

*95 Annette Smith (signed 23 Philadelphia Nominating Page Lines), Circulated page 556 (signed L. 29)
Troy A. Smith (signed 9 Philadelphia Nominating Page Lines), Circulated pages 131 and 984 (signed L. 3)
Lola Thompson (signed 11 Philadelphia Nominating Page Lines), Circulated page 551
Hector Torres (signed 7 Philadelphia Nominating Page Lines), Circulated pages 16, 268 (signed L. 23), 557 (signed L. 10), 559
William Ward (signed 17 Philadelphia Nominating Page Lines), Circulated page 686 (signed L. 15)
Chris Watson (signed 14 Philadelphia Nominating Page Lines), Circulated pages 207 (signed L. 14), 400, and 401
Earl Watson (signed 12 Philadelphia Nominating Page Lines), Circulated page 420
Gregory White (signed 28 Philadelphia Nominating Page Lines), Circulated pages 79 and 218 (signed L. 11)
Note: Gregory White signed as circulator at a different address than as an elector on the same date. In fact, he signed petitions under three different addresses all within a three-day period.
Daniel Williams (signed 5 Philadelphia Nominating Page Lines), Circulated pages 58 and 550 (signed L. 1)
16) The undersigned personally viewed each of the signatures of the Serial Signers/Circulators identified in the preceding Finding of Fact, further noting that the address set forth by their signatures matched, except in the case of Gregory White. His signature, however, matched for all 28 times he signed Philadelphia Nominating Page Lines.[5]
17) Other individuals, not circulators, signed five or more times, as well. The following is a partial list of these individuals:
Lavelle Campbell (signed 10 Philadelphia Nominating Page Lines)
Carl Fletcher (signed 19 Philadelphia Nominating Page Lines)
Keith Grant (signed 23 Philadelphia Nominating Page Lines)
Lindsey Mackie (signed 14 Philadelphia Nominating Page Lines)
Samuel Johnson (signed 15 Philadelphia Nominating Page Lines)
Sanniyyah Jones (signed 8 Philadelphia Nominating Page Lines)
Charles Martin (signed 5 Philadelphia Nominating Page Lines)
Charles McCready (signed 5 Philadelphia Nominating Page Lines)
James Poindexter (signed 10 Philadelphia Nominating Page Lines)
Charles Ray (signed 5 Philadelphia Nominating Page Lines)
Ricardo Rivera (signed 5 Philadelphia Nominating Page Lines)
Brian Rosell (signed 8 Philadelphia Nominating Page Lines)
Donniece Roundtree (signed 11 Philadelphia Nominating Page Lines)
Charles Sarlo (signed 9 Philadelphia Nominating Page Lines)
Robert Simmons (signed 8 Philadelphia Nominating Page Lines)
Leon Spann (signed 5 Philadelphia Nominating Page Lines)
Jasmine Speller (signed 5 Philadelphia Nominating Page Lines)
Thomas Spruill (signed 5 Philadelphia Nominating Page Lines)

*96 Aaron Taylor (signed 6 Philadelphia Nominating Page Lines)
Robert Terrell (signed 8 Philadelphia Nominating Page Lines)
Anthony Walker (signed 12 Philadelphia Nominating Page Lines)
Alex Walley (signed 11 Philadelphia Nominating Page Lines)
Darren Wardlaw (signed 8 Philadelphia Nominating Page Lines)
Chris Watson (signed 14 Philadelphia Nominating Page Lines)
Darnell Webb (signed 5 Philadelphia Nominating Page Lines)
Ray Williams (signed 17 Philadelphia Nominating Page Lines)
Marc Wise (signed 11 Philadelphia Nominating Page Lines)
18) A review of the Duplicate Signatures revealed that many of the Serial Signer/Circulators and other Serial Signers signed many of the same Philadelphia Nominating Pages, giving evidence that such pages were "manufactured" rather than circulated among the electorate, at least in significant part, if not in whole. See, e.g., Philadelphia Nominating Pages 34, 58, 72, 80, 81, 88, 102, 120, 177, 181, 190, 195, 200, 204, 212, 239, 244, 306, 308, 310, 327, 328, 333, 369, 480, 485, 514, 519, 523, 559, 1029, 1032, and 1035.[6]
19) Evidence at the hearing, based on the credible testimony of Mr. Kelly, also established that data required to be filled out by the electors was filled out in the hand of certain circulators or other unknown individuals. This led to the withdrawal of many of the Philadelphia Nominating Pages by the Candidates or their stipulation on the record that many other such pages should be stricken.[7]
20) The Philadelphia Nominating Pages withdrawn, on record, at the hearings before the undersigned on October 7 and 8, 2004 by the Candidates, are as follows: Pages 12, 101, 115, 198, 218, 226, 227, 230, 322, 489, 536, 552, 571, 580, and 583.
21) Because these pages were under assignment to Judges other than the undersigned, the undersigned did not report the stricken lines in the Court Daily Tallies, but supplied the information to the Judges assigned to dispose of these pages for proper accounting.
22) The Philadelphia Nominating Pages stricken for fraud or other irregularities, based on the stipulation of the parties on record before the undersigned at the hearings on October 5 and 7, 2004 by the Candidates, are as follows: 117, 162, 163, 164, 239, 244, 245, 246, 248, 249, 251, 253, 399, 461, 519, 643, 681, 682, 683, 1000, 1031, 1032, and 1042. Additionally, Lines 7 through 110 of Page 112 were stricken by stipulation because the circulator filled in the electors' information.
23) The undersigned accepted the stipulations of the parties to strike the Philadelphia *97 Nominating Pages set forth in the immediately preceding Finding of Fact. Further, the undersigned's review of these pages clearly establishes that the stipulations to strike these pages were appropriate.
24) On October 8, 2004, the undersigned filed an Order in this matter disposing of Philadelphia Nominating Pages 117, 162, 163, 164, 244, 245, 246, 248, 249, 251, 253, 399, 461, 643, 681, 682, 683, 1000, 1031, 1032, and 1042, and Lines 7 through 110 of Page 112. Prior to filing this order, the undersigned requested that counsel for the parties review the order for accuracy as to its representation. Counsel for both parties consented to the filing of this order.
25) Because some of the pages stricken by stipulation were under assignment to Judges other than the undersigned, the undersigned reported only the number of signature lines stricken pertaining to those Philadelphia Nominating Pages assigned to him in the Court Daily Tallies, and supplied information regarding the other pages to the respective Judge assigned to dispose of these pages for proper accounting.
26) The Philadelphia Nominating Pages stricken by stipulation that were assigned to the undersigned are as follows: 239, 244, 245, 246, 248, 249, 251, 253, and 519.[8] A subsequent Finding of Fact will detail the number of signature lines stricken by the undersigned.
27) Because the proceedings before the undersigned established a broad picture of pervasive fraud in the creation of the Philadelphia Nominating Pages, which involved (1) many serial signers, (2) circulators that were also serial signers, and (3) circulators and others who literally filled in the blanks on many Philadelphia Nominating Pages, the Candidates agreed to withdraw or have stricken many thousands of signature lines and whole pages.
28) Although the following "Rulings on Pages Assigned to Senior Judge Mirarchi" reflect a review and disposal of 2970 signature lines, the undersigned in actuality reviewed and disposed of many thousands' more signature lines, as indicated by the preceding Findings of Fact. The signature lines not addressed in the following "Rulings on Pages Assigned to Senior Judge Mirarchi" are dealt with under the Findings and Conclusions of the other four Judges assigned to review the Philadelphia Nominating Pages.

RULINGS ON PAGES ASSIGNED TO SENIOR JUDGE MIRARCHI
29) The following Philadelphia Nominating Papers are struck as invalid because the Affidavit of Qualified Elector (Circulator's Affidavit) on such papers lacked the acknowledgment by a notary public or another person qualified to take acknowledgments. Counsel for the Candidates conceded that these Philadelphia Nominating Papers be stricken on that ground.
Page 518: 21 signature lines
Page 534: 36 signature lines
Page 537: 110 signature lines
Page 598: 26 signature lines
Page 681: 110 signature lines

Running Total: 303 signatures reviewed; 303 signatures stricken, 0 valid signatures
30) For informational purposes only, the Philadelphia Nominating Papers described in the immediately preceding Finding of Fact contained numerous Duplicate Signatures, *98 which were not reported for the Court Daily Tallies, as the page and line numbers were already stricken for the reasons set forth in the immediately preceding Finding of Fact. These Duplicate Signatures are as follows:
On Page 518: Lines 1, 2, 5, 6, 7, 8, 9, 10, 12, 14, 15, 18, 19, 20
On Page 534: 0 Duplicate Signatures
On Page 537: Line 82
On Page 598: 0 Duplicate Signatures
On Page 681: 0 Duplicate Signatures
31) The number of Duplicate Signatures appearing on pages 514 through 1189 of the Philadelphia Nominating Pages, and stricken as invalid by the undersigned as such, except where such signatures had been previously stricken, is 476.

Running Total: 779 signatures reviewed; 779 signatures stricken, 0 valid signatures
32) The following Philadelphia Nominating Papers were struck as invalid by the undersigned on the basis of fraudulent activity of the circulators or Serial Signers of such pages, based upon credible evidence placed on the record:
Page 515: 100 signature lines
Page 556: 30 signature lines
Page 557: 70 signature lines
Page 686: 28 signature lines
33) The Court previously struck as invalid Duplicate Signatures on the pages described in the immediately preceding Finding of Fact as follows:
Page 515: 0 Duplicate Signatures
Page 556: 8 Duplicate Signatures (Lines 1-3, 8, 12, 13, 19, and 29)
Page 557: 5 Duplicate Signatures (Lines 3, 5, 10, 49, and 59)
Page 686: 7 Duplicate Signatures (Lines 1, 3, 5, 8, 15, 16, and 26)
34) Accordingly the signatures stricken for the pages described in the two immediately preceding Finding of Fact are as follows:
Page 515: 100 signature lines
Page 556: 22 signature lines
Page 557: 65 signature lines
Page 686: 21 signature lines

Running Total: 987 signatures reviewed; 987 signatures stricken, 0 valid signatures
35) Lines 1, 2, and 4 on Page 556 are also invalid on the grounds that the individuals who signed on those lines set forth a date one day after the circulator and notary completed the Circulator's Affidavit on this Page.
36) With respect to Page 515, handwriting expert Edward J. Kelly credibly testified that information concerning the address, date of signing, and even printed name of the electors appearing on numerous lines on this page were either set forth in the hand of the circulator, David Otero, or in the hand of other individuals rather than the elector. These lines are as follows: 2, 5, 6, 8, 9, 10, 12, 13, 14, 15, 23, 24, 25, 26, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 42, 43, 44, 45, 55, 57, 60, and 90. Other lines probably had such defects as well. Counsel for the Candidates conceded that Page 515, Lines 2, 5, 8, 9, 10, 13, 14, 23, 24, 25, 31, and 32 should be stricken on the grounds that the evidence established that either the circulator, David Otero or other individuals, not the electors, set forth information regarding address, date, or, in some instances, the name of the elector.
37) Because the circulator, David Otero, and other unknown individuals clearly affixed information represented to be that of many of the electors on Page 515, Mr. Otero's Circulator Affidavit is rendered unreliable, a violation of his sworn affidavit, and fraudulent. Accordingly, the entire *99 Philadelphia Nominating Page 515 is invalid.
38) With respect to Page 556, credible evidence established that the circulator and affiant of this page, Annette Smith not only swore to the Circulator's Affidavit, but also signed Line 29 of Page 556 as an elector. She also affixed her signature to 22 other Philadelphia Nominating Pages all generally within the four-day period from July 20  24, 2004.[9] She signed two Philadelphia Nominating Pages twice (Page 409, Line 7, and Page 409, Line 101; and Page 556, Line 3, and Page 556, Line 29). Further, Ms. Smith set forth on Page 556 one address as an elector and another address as a circulator. She was not registered to vote at either address on the date of her signing.
39) When Annette Smith completed her Circulator's Affidavit for Page 556, it was done with the knowledge that she had signed numerous other Philadelphia Nominating Pages and with the knowledge that she was not registered to vote at the different addresses she set forth for herself in this document.[10] Her Circulator's Affidavit is therefore rendered unreliable, a violation of her sworn affidavit, and fraudulent. Accordingly, the entire Philadelphia Nominating Page 556 is invalid.
40) With respect to Page 557, credible evidence established that the circulator of this page, Hector Torres, was also a Serial Signer, having signed at least 7 Philadelphia Nominating Pages, including Line 10 of Page 557 as an elector.[11]
41) When Hector Torres completed his Circulator's Affidavit for Page 557, it was done with the knowledge that he had signed numerous other Philadelphia Nominating Pages. His Circulator's Affidavit is therefore rendered unreliable, a violation of his sworn affidavit, and fraudulent. Accordingly, the entire Philadelphia Nominating Page 557 is invalid.
42) With respect to Page 686, credible evidence established that the circulator of this page, William Ward, was also a Serial Signer, having signed at least 17 Philadelphia Nominating Pages.[12] He also signed Line 15 of Page 686 as an elector. Further, Mr. Ward set forth on Page 686 one address as an elector and another address as a circulator, and he signed Page 177 two times, at Lines 5 and 34.
43) Because William Ward completed his Circulator's Affidavit for Page 686 with the knowledge that he had signed numerous other Philadelphia Nominating Pages, and because he failed to set forth in his *100 Circulator's Affidavit the address for which he is a registered voter, his Circulator's Affidavit is rendered unreliable, a violation of his sworn affidavit, and fraudulent. Accordingly, the entire Philadelphia Nominating Page 686 is invalid.
44) Counsel for the Candidates conceded to strike as void the crossed-out portions of Page 527, consisting of Line 53 and Lines 64  110, for a total of 48 stricken lines. It is apparent that Lines 64  110 of Page 527 are forgeries, where two or three individuals signed and filled out all of these lines.
45) The undersigned did not review the balance of the signature lines for Page 527. Judge Leadbetter was assigned to perform that review.

Running Total: 1035 signatures reviewed; 1035 signatures stricken, 0 valid signatures
46) The parties stipulated that the following Philadelphia Nominating Pages should be stricken for the reason that they are in the hand of the circulators or other persons, not in the electors whose names appear in the Nomination Papers or for the reason that the circulators filled in the electors' information:
Page 239: 110 signature lines
Page 244: 101 signature lines
Page 245: 100 signature lines
Page 246: 110 signature lines
Page 248: 101 signature lines
Page 249: 100 signature lines
Page 251: 84 signature lines
Page 253: 49 signature lines
Page 519: 100 signature lines
47) The undersigned accepted the stipulation of the parties to strike the Philadelphia Nominating Pages set forth in the immediately preceding Finding of Fact. Further, the undersigned's review of these pages clearly establishes that the stipulation to strike these pages is appropriate.
48) Philadelphia Nominating Page 519 contains 6 Duplicate Signatures that were previously stricken by this Court.[13] No Duplicate Signatures were stricken from the other Philadelphia Nominating Pages set forth in Finding of Fact No. 46. Accordingly, the signature lines struck from the Philadelphia Nominating Pages set forth in Finding of Fact No. 46 are as follows:
Page 239: 110 signature lines
Page 244: 101 signature lines
Page 245: 100 signature lines
Page 246: 110 signature lines
Page 248: 101 signature lines
Page 249: 100 signature lines
Page 251: 84 signature lines
Page 253: 49 signature lines
Page 519: 94 signature lines

Running Total: 1884 signatures reviewed; 1884 signatures stricken, 0 valid signatures
49) Page 237, consisting of 43 signature lines, lacked the signature of the circulator in the Circulator's Affidavit. The Court permitted Candidates to amend this defect by producing the circulator to affix his signature by noon, October 8, 2004. The circulator failed to appear before the Court to effectuate the amendment. At the hearing held before the undersigned on October 8, 2004, Counsel for the Candidates conceded that because he was unable to produce the affiant to amend the Circulator's Affidavit, Page 237 should be stricken as void. The undersigned accordingly struck Page 237, with its 43 signature lines as void.

*101 Running Total: 1927 signatures reviewed; 1927 signatures stricken, 0 valid signatures
50) The undersigned conducted a page and line review of the following Philadelphia Nominating Pages: Pages 231 (100 signature lines), 234 (110 signature lines), 236 (110 signature lines), 240 (50 signature lines), 241 (110 signature lines), 242 (110 signature lines), 243 (100 signature lines), 252 (110 signature lines), 254 (77 signature lines), 256 (87 signature lines), and 257 (41 signature lines).
51) The following designations will be used to describe the disposition of the signature lines for the above Philadelphia Nominating Pages:
a) Valid signatures ("Valid Signatures").
b) Signatures stricken because the signature is a Duplicate Signature ("Dup").
c) Signatures stricken because the elector is not registered to vote and was not registered at the date of signing the Philadelphia Nominating Page ("NR").
d) Signatures stricken because the elector registered to vote after the date of signing the Philadelphia Nominating Page ("NRDS").
e) Signatures stricken because the elector is not registered to vote at the address set forth in the Philadelphia Nominating Page ("NRA").
f) Signatures stricken because the elector omitted required information, such as signature, address, printed name, and date signed ("DO").
g) Signatures stricken because some or all of the information required by the Election Code pertaining to an elector was written by an individual or individuals other than the elector ("Information Written by Others").
h) Signatures stricken as forged ("Forged").
i) Signatures stricken as illegible ("Illegible").
j) Signatures stricken because the "electors" affixed addresses that are not in the City and County of Philadelphia ("NA/OC").[14]
52) With respect to Page 231, with 100 signature lines, based on credible evidence, the following disposition was made:
a) 36 lines stricken as NR: Lines 6, 7, 8, 9, 10, 11, 12, 15, 18, 23, 24, 27, 29, 30, 31, 32, 34, 37, 39, 42, 43, 46, 48, 49, 53, 54, 56, 62, 63, 64, 67, 76, 79, 80, 99, 95 and 97.
b) 25 lines stricken as NRA: Lines 2, 4, 12, 13, 19, 25, 33, 41, 45, 50, 51, 52, 58, 59, 65, 66, 74, 81, 84, 87, 88, 91, 92, 94 and 96.
c) 13 lines stricken for DO: Lines 16, 22, 35, 38, 40, 44, 55, 57, 61, 69, 71, 73 and 83.
d) 5 lines stricken as Forged: Lines 72, 78, 86, 89 and 97.
e) 2 lines stricken as NA/OC: Lines 47 and 67.
f) 19 Valid Signatures.

Running Total: 2027 signatures reviewed; 2008 signatures stricken, 19 valid signatures
53) With respect to Page 234, with 110 signature lines, based on credible evidence, the following disposition was made:
a) 16 lines stricken as NR: Lines 1, 9, 13, 21, 41, 45, 55, 64, 67, 70, 71, 78, 79, 88, 89 and 105.
b) 26 lines stricken as NRA: Lines 3, 8, 12, 16, 17, 27, 31, 32, 40, 42, 43, 49, 50, 52, *102 58, 65, 83, 86, 87, 90, 91, 92, 95, 97, 108 and 109.
c) 8 lines stricken as NRDS: Lines 2, 7, 16, 19, 69, 77, 100 and 101.
d) 6 lines stricken for DO: Lines 5, 19, 28, 29, 75 and 107.
d) 1 line stricken for having Information Written by Others: Line 4.
e) 1 line stricken as Illegible: Line 93.
f) 52 Valid Signatures.

Running Total: 2137 signatures reviewed; 2066 signatures stricken, 71 valid signatures
54) With respect to Page 236, with 110 signature lines, based on credible evidence, the following disposition was made:
a) 2 lines stricken as Dup: Lines 85 and 100.
b) 30 lines stricken as NR: Lines 5, 13, 15, 18, 24, 26, 29, 32, 35, 40, 43, 44, 48, 53, 54, 59-62, 67, 71, 72, 80, 83, 86, 91, 96, 101, 102 and 107.
c) 15 lines stricken as NRA: Lines 3, 9, 10, 14, 31, 39, 45, 52, 63, 65, 79, 87, 90, 93 and 106.
d) 10 lines stricken as NRDS: Lines 16, 22, 36, 47, 57, 68, 82, 94, 108 and 109.
d) 7 lines stricken for DO: Lines 7, 11, 12, 58, 64, 75 and 77.
e) 1 line stricken for having Information Written by Others: Line 17.
f) 1 line stricken as Illegible: Line 89.
g) 7 lines stricken for being NA/OC: Lines 4, 30, 47, 70, 98, 99 and 103.
h) 37 Valid Signatures.

Running Total: 2247 signatures reviewed; 2139 signatures stricken, 108 valid signatures
55) With respect to Page 240, with 50 signature lines, based on credible evidence, the following disposition was made:
a) 10 lines stricken as Dup: Lines 11, 32, 37, 38, 40, 41, 45, 46, 48 and 49.
b) 12 lines stricken as NR: Lines 3, 4, 8, 10, 14, 17, 19, 20, 23, 30, 34 and 36.
c) 12 lines stricken as NRA: Lines 6, 9, 12, 16, 18, 21, 26, 27, 33, 39, 43 and 47.
d) 2 lines stricken as NRDS: Lines 22 and 26.
e) 4 lines stricken for DO: Lines 1, 24, 28 and 29.
f) 1 line stricken as Illegible: Line 42.
g) 1 line stricken for being NA/OC: Line 31.
h) 8 Valid Signatures.

Running Total: 2297 signatures reviewed; 2181 signatures stricken, 116 valid signatures
56) With respect to Page 241, with 110 signature lines, based on credible evidence, the following disposition was made:
a) 4 lines stricken as Dup: Lines 25, 60, 88 and 89.
b) 26 lines stricken as NR: Lines 2, 5, 7, 13, 15, 22, 35, 38, 50, 51, 56, 61, 68, 82, 85, 87, 90, 91, 98, 100, 102 and 105.
c) 42 lines stricken as NRA: Lines 3, 6, 8, 11, 17-20, 22, 25, 32, 34, 36, 37, 41, 42, 44, 45, 47, 52, 53, 54, 58, 62, 67, 70-72, 73, 78, 83, 84, 86, 92-96, 99, 104, 106 and 107.
d) 11 lines stricken as NRDS: Lines 14, 27, 29, 57, 59, 64, 65, 75, 77, 79 and 109.
e) 2 lines stricken as Illegible: Line 30 and 33.
f) 25 Valid Signatures.

Running Total: 2407 signatures reviewed; 2266 signatures stricken, 141 valid signatures
57) With respect to Page 242, with 110 signature lines, based on credible evidence, the following disposition was made:
*103 a) 18 lines stricken as Dup: Lines 5, 12, 21, 23, 25, 38, 42, 47, 54, 56, 57, 71, 87, 93 and 94.[15]
b) 24 lines stricken as NR: Lines 24, 28, 39, 45, 49, 58, 60, 62, 63, 66, 70, 72-74, 77, 80, 89, 91, 92, 95, 96, 99, 107 and 108.
c) 21 lines stricken as NRA: Lines 1-4, 6, 16, 18, 19, 30, 32, 35, 40, 44, 64, 68, 82, 86, 91, 104 and 110.
d) 1 line stricken as NRDS: Line 48.
e) 31 lines stricken for DO: Lines 7-9, 11, 13-15, 17, 22, 26, 27, 29, 31, 34, 36, 37, 41, 43, 46, 50-53, 55, 59, 61, 81, 85, 88, 97, 98 and 105.[16]
f) 1 line stricken as Illegible: Line 38.
g) 14 Valid Signatures.

Running Total: 2517 signatures reviewed; 2362 signatures stricken, 155 valid signatures
58) With respect to Page 243, with 100 signature lines, based on credible evidence, the following disposition was made:
a) 2 lines stricken as Dup: Lines 2 and 69.
b) 14 lines stricken as NR: Lines 6, 32, 37, 38, 40, 41, 47, 53, 67, 76, 77, 78, 97 and 98.
c) 37 lines stricken as NRA: Lines 1, 3, 4, 7, 8, 10, 11-13, 16, 17, 22-24, 26, 28, 30, 33, 35, 39, 42, 48, 51, 57, 61, 62-65, 79, 82, 88, 90, 93, 94, 96 and 100.
d) 7 lines stricken as NRDS: Lines 14, 25, 66, 68, 80, 81 and 95.
e) 3 lines stricken for DO: Lines 49, 59 and 73.
f) 1 line stricken as Illegible: Line 83.
g) 1 line stricken for being NA/OC: Line 74.
h) 35 Valid Signatures.

Running Total: 2617 signatures reviewed; 2427 signatures stricken, 190 valid signatures
59) With respect to Page 252 with 110 lines, based on credible evidence, the following disposition was made:
a) 4 lines stricken as Dup: Lines 5, 29, 30 and 104.
b) 25 lines are stricken as NR: 7, 14, 18, 27, 32, 33, 35, 36, 39, 44, 45, 46, 49, 63, 67, 79, 80, 82, 88, 93, 94, 95, 96, 105 and 109.
c) 28 lines are stricken as NRA: 3, 9 through 16, 21, 54, 55, 59, 61, 65, 68, 70, 73, 74, 76, 80, 83, 84, 92, 97, 99, 107, 108 and 110.
d) 7 lines for NRDS: 41, 48, 51, 60, 66, 90 and 98.
e) 13 lines are stricken for DO: 1, 2, 6, 19, 20, 37, 42, 56, 57, 71, 72, 91 and 100.
f) 4 lines are stricken for being NA/OC: 17, 40, 43 and 89.
g) 29 valid signatures.

Running Total: 2727 signatures reviewed; 2508 signatures stricken, 219 valid signatures
60) With respect to Page 254 with 77 lines, based on credible evidence, the following disposition was made:
a) 1 line stricken as Dup: Line 14.
b) 30 lines are stricken as NR: 1, 6, 8, 10, 12, 13, 15, 17, 20, 22, 24-29, 34, 35, 40, 42, 46, 48, 49, 54, 55, 57, 59, 62, 67 and 71.
c) 9 lines are stricken as NRA: 5, 7, 23, 33, 37-39, 43 and 68.
*104 d) 4 lines are stricken as NRDS: 30, 44, 64 and 69.
e) 4 lines are stricken for DO: 9, 26, 31 and 60.
f) 8 lines stricken for being NA/OC: 2-4, 58, 61, 65, 66 and 72.
g) 21 valid signatures.

Running Total: 2804 signatures reviewed; 2564 signatures stricken, 240 valid signatures
61) With respect to Page 256, with 87 signature lines,[17] based on credible evidence, the following disposition was made:
a) 3 lines stricken as Dup: Lines 24, 43 and 103.
b) 20 lines stricken as NR: Lines 10, 13, 15, 17, 21, 39, 42, 47-51, 55, 56, 60, 62, 64, 68, 76 and 77.
c) 34 lines stricken as NRA: Lines 8, 11, 14, 16, 18, 19, 22, 23, 29, 30, 31, 38, 40, 41, 44, 45, 46, 52, 59, 61, 63, 65-67, 69, 70-72, 79, 81, 82, 101, 104 and 105.
d) 3 lines stricken as NRDS: Lines 1, 12 and 73.
e) 11 lines stricken for DO: Lines 2-4, 9, 27, 28, 57, 58, 75, 78 and 102.
f) 16 Valid Signatures.

Running Total: 2891 signatures reviewed; 2635 signatures stricken, 256 valid signatures
62) With respect to Page 257, with 41 signature lines, based on credible evidence, the following disposition was made:
a) 1 line stricken as Dup: Line 27.
b) 7 lines stricken as NR: Lines 2-4, 15, 26, 31 and 40.
c) 6 lines stricken as NRA: Lines 13, 25, 29, 30, 32 and 35.
d) 12 lines stricken as NRDS: Lines 5-7, 9, 11, 12, 19, 28, 33, 34, 38 and 39.
e) 1 line stricken for DO: Line 1.
f) 14 Valid Signatures.

Running Total: 2932 signatures reviewed; 2662 signatures stricken, 270 valid signatures
63) Philadelphia Nominating Page 247, consisting of 38 signature lines, was withdrawn by counsel for the Candidates because of irregularities appearing throughout the page, based on clear evidence that the affiant had completed most if not all of the information set forth therein. This evidence was corroborated by the credible testimony of Mr. Kelly. Counsel for the Candidates moved for the withdrawal of Page 247, and the Court granted this unopposed motion.

Running Total: 2970 signatures reviewed; 2700 signatures stricken, 270 valid signatures

CONCLUSIONS
1) The undersigned reviewed the following Philadelphia Nominating Pages for which he reported numbers in the Court Daily Tallies: 231, 234, 236, 237, 239-249, 251-254, 256, 257, 515, 518, 519, 534, 537, 556, 557, 598, 681, and 686. Further, the undersigned reviewed Duplicate Signatures occurring on Philadelphia Nominating Pages 514-1189.
2) After review of these Pages and the Duplicate Signatures occurring on Philadelphia Nominating Pages 51-1189, the undersigned reports the following:
2970 Signatures Reviewed
2700 Signatures Stricken
270 Signatures Remain Valid
3) The undersigned made a page and line review of Philadelphia Nominating Pages 231, 234, 236, 240-243, 252, 254, 256, *105 and 257, in accordance with the standards of review for same set forth in In re Nomination Papers of Nader, --- Pa. ___, 858 A.2d 1167, 2004 WL 2185351 (No. 154 MAP 2004, filed September 29, 2004).
4) With respect to Justice Saylor's concurring opinion in In re Nomination Papers of Nader, (No. 171 MM 2004, filed October 1, 2004), directing that we consider grounds for striking signatures other than the fact that the electors are not registered, we report that the following signatures were stricken only on the grounds that the elector was not registered at the time of signing or by the time of the hearing (NR: 240 signatures), was not registered at the address affixed to the nominating page (NRA: 255 signatures), and was not registered at the time of signing (NRDS: 65 signatures). The page and line numbers of these individuals are set forth in Findings of Fact Nos. 52-62.
5) The Candidates conceded to the striking of the great majority of all other signature lines stricken by the undersigned.
6) The review of the Philadelphia Nominating Pages set forth in Conclusion No. 1, together with many other Philadelphia Nominating Pages as partially described in the Findings of Fact, revealed extensive impropriety and/or fraudulent activity in the creation of many Philadelphia Nominating Pages.
7) The evidence established that many Philadelphia Nominating Pages were simply manufactured, in whole or in part, by Serial Signer/Circulators, other Serial Signers, and other Circulators.
8) The evidence does not link the activities of the individuals described in the preceding Conclusion with the Candidates themselves, but the efforts of the Candidates to be on the ballot in November are clearly negatively impacted by this activity.
9) The legitimacy and integrity of the electoral process is negatively impacted by the activities of the Serial Signer/Circulators, other Serial Signers, and other Circulators, who, with obvious intent, attempted to pad the numbers for their Candidates in the Philadelphia Nominating Pages by fraud, deceit, and dishonesty.
10) Thus, the legal argument of the Candidates that the strict requirements of the Election Code and a thorough and timely review of their nominating pages is somehow fundamentally, and thus constitutionally unfair to them and serves to "disenfranchise" their supporters, is proven a clear farce.
11) On the contrary, the whole of the electorate is disenfranchised when the thorough and outrageous assault on the legitimacy and integrity of the electoral process, as revealed during our hearings on the Philadelphia Nominating Pages, is not prevented by judicial review based on firmly established standards of law.
12) In an effort to distance themselves from the clear evidence of fraud and impropriety that began emerging from the evidence deduced at the hearings, counsel for the Candidates ultimately agreed to withdraw a number of Philadelphia Nominating Pages in their entirety and conceded to the striking as void of many others and to the Duplicate Signatures.
13) Although legal counsel for the Candidates has not always been forthright and cooperative with the Court (see, e.g., the Memorandum Opinion and Order of President Judge Colins entered in this matter on September 23, 2004), there were attorneys for the Candidates who met or rose above the standards of their profession during the hearings. The undersigned would particularly wish to commend B. *106 Patrick Costello, Jr., Esquire, who acquitted himself with scrupulous honesty, integrity, and candor. While advocating with vigor for the Candidates, he nevertheless recognized his duty as an officer of the Court when faced with undeniable evidence of the fraud and other impropriety set forth in the Philadelphia Nominating Papers, and performed with great expeditiousness to aid the Court in properly disposing of these matters while maintaining the signatures of electors not tainted by the fraud and impropriety.

ORDER
AND NOW, this 13th day of October, 2004, the Court having been informed that Philadelphia Nominating Pages 536, 552, 566, 571, 580, 583, 643, 682, and 683, and the disposition of challenges, motions, and stipulations made thereto, were never previously counted in the Court Daily Tallies or in the Findings and Conclusions of the Judge to whom they had been assigned, and in an effort to ensure an accurate counting and disposition of all nominating pages filed by the Candidates, the undersigned, who received and accepted the motions to withdraw some of these Pages and the stipulations to strike the others, as more particularly described in the undersigned's Findings and Conclusions in this matter filed on October 12, 2004, hereby amends his Findings and Conclusions filed on October 12, 2004, as follows:
1) Finding of Fact No. 20 is amended to include Philadelphia Nominating Page 566 among those Philadelphia Nominating Pages withdrawn on the record by counsel for the Candidates on October 7 and 8, 2004.
2) Finding of Fact No. 22, second sentence, is amended to read, with the amended portion in bold and underline, as follows:
Additionally, Lines 7 through 110 of Page 1112 were stricken by stipulation because the circulator filled in the electors' information.
3) Finding of Fact No. 24, first sentence, is amended to read, with the amended portion in bold and underline, as follows:
On October 8, 2004, the undersigned filed an Order in this matter disposing of Philadelphia Nominating Pages 117, 162, 163, 164, 244, 245, 246, 248, 249, 251, 253, 399, 461, 643, 681, 682, 683, 1000, 1031, 1032, and 1042, and Lines 7 through 110 of Page 1112.

4) Finding of Fact No. 64 is added to find:
64) Because the following Philadelphia Nominating Pages, withdrawn by counsel for the Candidates, as set forth in Finding of Fact No. 20, or stipulated by the parties to be stricken as set forth in Finding of Fact No. 22, have not been previously counted in either the Court Daily Tallies as reviewed, withdrawn, or stricken, nor counted as reviewed, withdrawn or stricken in the Findings and Conclusions of the Judge to whom such pages were assigned at the time of their withdrawal or striking, the undersigned adds to his total of Reviewed and Stricken Signatures, the following Pages:
Page 536: 80 signature lines
Page 552: 101 signature lines
Page 566: 15 signature lines
Page 571: 105 signature lines
Page 580: 109 signature lines
Page 583: 53 signature lines
Page 643: 100 signature lines
Page 682: 110 signature lines
Page 683: 100 signature lines
*107 5) Finding of Fact No. 65 is added to find:
65) The Court previously struck as invalid Duplicate Signatures on the pages described in the immediately preceding Finding of Fact as follows:
Page 536: 1 Duplicate Signature (Line 6)
Page 552: 18 Duplicate Signatures (Lines 11, 13, 15, 23, 38, 41, 46-48, 50, 51, 53-55, 57, 68, 71 and 95)
Page 566: 0 Duplicate Signatures
Page 571: 7 Duplicate Signatures (Lines 1, 4-6, 25, 28 and 54)
Page 580: 0 Duplicate Signatures
Page 583: 9 Duplicate Signatures (Lines 10, 12, 13, 36, 41, 45-47 and 52)
Page 643: 0 Duplicate Signatures
Page 682: 0 Duplicate Signatures
Page 683: 0 Duplicate Signatures
6) Finding of Fact No. 66 is added to find:
66) Accordingly, the signatures stricken for the pages described in the two immediately preceding Findings of Fact are as follows:
Page 536: 79 signature lines
Page 552: 83 signature lines
Page 566: 15 signature lines
Page 571: 98 signature lines
Page 580: 109 signature lines
Page 583: 44 signature lines
Page 643: 100 signature lines
Page 682: 110 signature lines
Page 683: 100 signature lines
Running Total: 3708 signatures reviewed; 3438 signatures stricken; 270 valid signatures
7) Conclusion No. 1 is amended to read, with the added portions in bold and underline, as follows:
1) The undersigned reviewed the following Philadelphia Nominating Pages for which he reported numbers in the Court Daily Tallies: 231, 234, 236, 237, 239-249, 251-254, 256, 257, 515, 518, 519, 534, 536, 537, 552, 556, 557, 566, 571, 580, 583, 598, 643, 681, 682, 683, and 686. Further, the undersigned reviewed Duplicate Signatures occurring on Philadelphia Nominating Pages 514-1189.
8) Conclusion No. 2 is amended to read, with the added portions in bold and underline, as follows:
2) After review of these Pages and the Duplicate Signatures occurring on Philadelphia Nominating Pages 51-1189, the undersigned reports the following:

3708 Signatures Reviewed

3438 Signatures Stricken
270 Signatures Remain Valid

Oct. 12, 2004.

FINDINGS AND CONCLUSIONS RE: CHALLENGES TO PHILADELPHIA COUNTY NOMINATION PAPERS CONTAINED IN EXHIBIT 1, VOLUME E
LEADBETTER, Judge.
On October 7-11, 2004, a hearing was held to rule on certain challenges to nomination papers circulated in Philadelphia County on behalf of the candidacies of Ralph Nader and Peter Miguel Camejo. Both sides were represented by counsel. Assigned to this venue were those nomination papers from Philadelphia County challenged in Objectors' Exhibit No. 1, Volume E, excluding pages and lines struck by Judge Mirarchi as duplicate signatures. Between sessions in open court both counsel, James Cook and Ira Lefton, worked tirelessly and diligently to review voter registration records and work out stipulations. Their efforts were greatly aided, indeed made possible, by the willingness of representatives of the Voter Registration *108 Division, Philadelphia City Commissioners and of our court officer, Robert Snook, to work from early morning until late at night and through the weekend in order to complete this task in a timely manner. When counsel could not agree on an issue, it was submitted to the court for a ruling on the record, but because of the professionalism of counsel, such disputes were kept to a minimum. The court wishes to thank all involved for their professional and tireless work while tired, hungry and, undoubtedly, suffering eyestrain.
Based upon the stipulations presented and my rulings as described above, I find the following[1]:
1. The nomination papers from Philadelphia County assigned for my review contained a total of 4171 signature lines, not counting those struck by Judge Mirarchi as duplicates.
2. 441 of those lines were struck out by the candidates before filing the nomination papers with the Secretary of State, leaving a total of 3720 lines submitted.
3. 441 of those signature lines listed an address in Philadelphia County, but the name did not match that of any registered voter in the county. These lines must be stricken. In re Nomination Papers of Nader, ___ Pa. ___, ___-___, 858 A.2d 1167, 1182-84 (2004) (No. 154 MAP 2004, filed September 29, 2004) (2004 WL 2185351, *12-13); In re Nomination Petition of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001).[2]
4. 555 of those signature lines listed an address in Philadelphia County, and an elector by that name was registered in the county, but at a different address. Examination of the registration records of those electors did not reflect that any of them had previously lived at the address on the nomination paper. These lines must be stricken. In re Nomination Papers of Nader, ___ Pa. ___, ___-___, 858 A.2d 1167, 1182-84 (2004) (No. 154 MAP 2004, filed September 29, 2004) (2004 WL 2185351, *12-13); In re Nomination Petition of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001).[3] Where lines were signed by persons who were registered *109 voters at a different address in Philadelphia County on the date of signing the nomination paper, but before the hearing had notified the Registration Division of a change of address to that stated on the nomination papers in compliance with the Voter Registration Act,[4] I ruled that these persons were qualified electors, and their signatures were not stricken.
5. 119 of the signature lines were signed by persons not registered to vote in Philadelphia County at the time of signing the nomination papers. No evidence was presented as to the date that any of them postmarked or delivered an application to register. I therefore find that these persons were not qualified electors when they signed the nomination papers and, therefore, these lines must be stricken. Nader, ___ Pa. at ___-___, 858 A.2d at 1182-83 (2004 WL 2185351, *12).[5]
6. 85 lines on the nomination papers omitted information required by the Election Code,[6] and therefore must be stricken. Section 951 of the Election Code, as amended, 25 P.S. § 2911.[7] In their stipulations, counsel included in this category lines which had printed names rather than the signatures required by law. Nader, ___ Pa. at ___-___, 858 A.2d at 1183-84 (2004 WL 2185351, *13); Flaherty, 564 Pa. at 679, 770 A.2d at 332 (2001); In re Nomination Petition of Silcox, 543 Pa. 647, 650, 674 A.2d 224, 225 (1996).
7. 55 lines on the nomination papers were so illegible that neither the Registration Division nor counsel were able to ascertain whether they were signed by qualified electors. These must be stricken. In re Nomination Petition of Delle Donne, 779 A.2d 1, 11  12 (Pa.Cmwlth.2001).
8. 368 lines were stricken as forgeries.
9. One line was stricken because the signature and the printed name were entirely different names.
10. 45 lines were stricken because the address listed did not exist.[8]
*110 11. 11 lines were stricken because the signer resided outside the Commonwealth.[9]
12. Finally, 74 signatures on these nomination papers, challenged on the basis that the signers were not qualified electors, were of persons listing an address within the Commonwealth but in a county other than Philadelphia. Accordingly, the Registration Division had no way of ascertaining whether or not they were registered voters, and made no attempt to do so. No other evidence was presented on the point, and I find that objectors have failed to establish a prima facie case that these persons are not qualified electors. Section 951 of the Election Code provides, in pertinent part, that: "different sheets [of the nomination papers] must be used for signers resident in different counties." See 25 P.S. § 2911(d). These out-of-county signatures appeared on pages which purport, in both the Preamble and the concluding Affidavit, to contain signatures of persons residing in Philadelphia County. I need not decide here, however, whether a violation of Section 2911 invalidates all out of county signatures, as Objectors argue, or even the entire page, on the ground that the affidavit is false. No objection on any such ground was made in the Objections to the Nomination Papers, the lines were challenged, if at all, only on the ground that the signer was not registered.[10] Objectors failed to meet their burden of proof on the ground challenged.
13. Based upon the following, of the 3720 signatures before the court, 1680 must be stricken upon grounds specifically stated in the Objections to the Nomination Papers. They are itemized in the attached Appendix. 2040 valid signatures remain in support of Candidates' nomination.
An order will follow in due course.

*111 APPENDIX

*112 
*113 
*114 
*115 

*116 Heard Oct. 8 & 9, 2004.

Decided Oct. 13, 2004.
OPINION BY Senior Judge KELLEY.
Pursuant to this Court's September 20, 2004 order, hearings commenced before the undersigned on October 8, 2004 on the Objectors' challenges to certain Nomination Papers of Ralph Nader and Peter Miguel Camejo (Candidates), as Candidates of an Independent Political Body for President and Vice President in the General Election of November 2, 2004, circulated in the County of Philadelphia. The hearings in this matter concluded on October 9, 2004.
The Nomination Papers that were circulated in the aforementioned county and considered by the undersigned contain a total of 2713 signatures.[1] Based upon this Court's review of the aforementioned Nomination Papers and the evidence presented, the Court finds as follows.

I. NOT REGISTERED
Section 951 of the Pennsylvania Election Code (Election Code)[2] provides, in pertinent part, that "[e]ach person signing a nomination paper shall declare therein that he is a qualified elector of the State or district, as the case may be...." The following signatures are stricken because the signators were not registered to vote in Philadelphia County:[3]

*117
 PAGE# LINE#
 687 2
 687 10
 687 17
 687 18
 687 20
 687 21
 687 24
 690 2
 694 5
 694 9
 694 10
 694 20
 694 22
 694 31
 694 37
 694 41
 696 24
 696 49
 697 6
 697 9
 697 10
 697 14
 697 19
 697 37
 697 49
 697 52
 697 53
 697 61
 697 65
 697 67
 697 72
 697 76
 697 77
 697 83
 697 87
 697 89
 698 17
 698 29
 698 31
 698 38
 698 50
 699 1
 699 10
 699 14
 699 19
 699 20
 699 26
 699 29
 701 2
 746 1
 749 11
 749 15
 749 16
 749 20
 749 25
 752 3
 752 6
 752 7
 752 9
 752 13
 752 18
 752 24
 752 27

*118
 PAGE# LINE#
 752 32
 752 35
 752 39
 765 6
 765 11
 767 6
 767 16
 806 5
 806 8
 806 10
 810 4
 810 14
 810 16
 855 6
 855 19
 855 35
 855 45
 856 18
 856 35
 856 37
 856 46
 856 48
 856 49
 856 53
 856 78
 856 88
 856 89
 856 90
 856 94
 856 98
 856 99
 856 102
 856 103
 856 104
 856 106
 856 107
 856 108
 856 110
 883 9
 883 10
 907/909[4] 7
 929 2
 929 4
 953 1
 969 28
 977 3
 977 5
 978 1
 978 2
 978 3
 978 4
 978 5
 978 6
 978 17
 978 21
 978 45
 978 58
 978 63
 978 72
 978 73
 978 77
 978 80
 979 1
 979 11
 979 12
 979 13
 979 21
 979 28
 979 31
 979 40
 979 45
 979 46
 979 47
 979 48
 979 51
 979 54
 979 55
 979 58
 979 60
 979 62
 979 63
 979 64
 979 68
 979 69
 979 72
 979 74
 982 1
 984 5
 987 17
 987 23
 987 27
 989 5
 989 16
 989 17
 991 4
 991 5
 991 6
 1001 9
 1001 14
 1001 30
 1001 43
 1002 8
 1002 26
 1002 54

*119
 PAGE# LINE#
 1002 56
 1002 81
 1002 82
 1002 84
 1002 88
 1002 93
 1002 95
 1002 97
 1012 1
 1014 1
 1014 2
 1022 5
 1028 2
 1029 4
 1029 7
 1029 34
 1029 35
 1029 40
 1029 42
 1029 44
 1029 46
 1029 55
 1029 56
 1029 57
 1029 59
 1035 6
 1035 15
 1035 19
 1035 25
 1035 26
 1035 30
 1036 2
 1036 11
 1036 13
 1036 17
 1036 23
 1036 28
 1036 32
 1036 34
 1036 35
 1037 2
 1037 5
 1037 7
 1037 17
 1037 20
 1037 31
 1037 44
 1037 52
 1037 56
 1037 59
 1037 60
 1037 64
 1039 5
 1116 3
 1116 4
 1116 5
 1129 1
 1129 19
 1153 3
 1153 11
 1153 13
 1153 15
 1157 2
 1157 3
 1157 6
 1163 4
 1176 1
 1188 7
 1188 13
 1188 18
 1188 19

II. REGISTERED AFTER DATE OF SIGNING
Objectors challenged a number of the Nomination Papers on the basis that the signators signed the Nomination Papers before he or she became a registered voter in Philadelphia County.[5] Our Supreme Court, in its September 29, 2004 opinion in this matter, states that it agrees with this Court's determination, as stated in our August 30, 2004 opinion, that transmittal of a registration application is necessary to effectuate registration. In re: Nomination Papers of Nader, ___ Pa. at ___, 858 A.2d at 1183-84. Our Supreme Court agreed further with this Court that the signature of any individual whose application was delivered or postmarked after the day that he or she signed the Nomination Papers must be stricken. Id. In making this determination, this Court relied upon a case in which there was direct evidence of when the electors had signed voter registration cards. See In re: Nomination Papers of Nader, ___ Pa. at ___, 858 A.2d at 1174-75 (citing Nomination Petition of *120 Roth (Pa.Cmwlth., No. 121 M.D.2004, filed March 8, 2004) (single judge opinion by Feudale, S.J.)).
Herein, there was no evidence offered which showed the date that the relevant signators signed his or her voter registration cards or any evidence which showed when his or her voter registration cards/applications were received by the election officials in Philadelphia County. Thus, absent evidence to the contrary, this Court must accept the official voter registration date as found in the official voter registration record as the date these signators were registered to vote in Philadelphia County. The following signatures are stricken because the signators signed the Nomination Papers prior to the date he or she became a registered voter in Philadelphia County:

 PAGE # LINE #
 687 5
 687 7
 687 8
 687 9
 687 15
 688 15
 688 16
 689 1
 689 5
 690 3
 694 14
 695 6
 695 8
 695 19
 695 26
 696 26
 696 28
 696 50
 697 29
 697 30
 697 32
 697 42
 697 54
 697 81
 698 9
 698 18
 698 21
 698 24
 698 25
 698 26
 699 2
 699 15
 699 17
 699 18
 699 24
 746 3
 746 12
 749 3
 749 4
 749 7
 749 22
 752 1
 752 25
 767 2
 809 2
 855 7
 855 20
 855 30
 855 37
 855 51
 856 19
 856 21
 856 36
 856 40
 856 41
 856 62
 856 79
 856 80
 907/909 2
 969 1
 970 17
 977 1
 977 9
 978 61
 978 93
 978 99
 982 5
 987 29
 989 1
 989 7
 989 9
 989 10
 989 14
 992 2
 1001 3
 1001 11
 1001 12
 1001 20
 1001 23
 1001 26
 1001 41
 1002 12
 1002 13
 1002 19
 1002 29
 1002 37
 1002 40
 1002 50
 1002 52

*121
 PAGE # LINE #
 1002 55
 1002 66
 1002 86
 1002 89
 1002 104
 1003 2
 1008 9
 1008 10
 1008 18
 1012 12
 1012 13
 1021 2
 1028 1
 1028 14
 1029 8
 1029 16
 1029 17
 1029 20
 1029 24
 1029 26
 1029 27
 1029 36
 1034 8
 1034 23
 1034 26
 1035 7
 1035 21
 1035 40
 1035 50
 1036 26
 1036 27
 1036 38
 1036 40
 1037 50
 1037 66
 1037 69
 1037 75
 1037 82
 1039 4
 1094 6
 1129 2
 1129 21
 1129 22
 1153 6
 1156 6
 1156 7
 1156 9
 1157 5
 1157 9
 1164 10
 1164 12
 1188 3

III. NOT REGISTERED AT ADDRESS
Section 951 of the Election Code provides, in pertinent part, that "[e]ach person signing a nomination paper ... shall add to his signature his ... residence, giving city, borough or township, with street and number, if any...." The following signatures are stricken because the signators' addresses as each appears on the Nomination Papers do not correspond to the addresses found on their official voter registration, and the Candidates failed to show that the signators moved before signing the Nomination Papers and that the signators' change of address notices have not yet been recorded:[6]

*122
 PAGE # LINE #
 687 13
 688 23
 689 2
 689 3
 690 1
 694 4
 694 8
 694 17
 694 23
 694 27
 694 33
 694 43
 695 4
 695 12
 695 14
 695 21
 695 24
 695 27
 695 34
 696 30
 696 39
 696 42
 696 44
 696 47
 697 5
 697 13
 697 16
 697 33
 697 34
 697 44
 697 46
 697 51
 697 55
 697 56
 697 60
 697 62
 697 63
 697 70
 697 71
 697 74
 697 75
 697 79
 697 82
 697 85
 698 7
 698 13
 698 27
 698 32
 698 33
 698 46
 699 4
 699 9
 699 16
 699 21
 699 22
 699 23
 699 25
 699 27
 699 30
 699 32
 746 2
 746 10
 746 11
 746 13
 749 2
 749 10
 749 12
 749 14
 749 17
 749 18
 749 19
 749 24
 749 26
 752 4
 752 12
 752 23
 752 26
 752 31
 753 2
 765 3
 767 4
 767 14
 806 1
 806 11
 806 12
 810 3
 810 5
 810 8
 810 13
 855 2
 855 4
 855 5
 855 8
 855 11
 855 12
 855 13
 855 15
 855 23
 855 27
 855 28
 855 29
 855 32
 855 34
 855 42

*123
 PAGE # LINE #
 855 46
 855 47
 855 48
 855 52
 855 54
 856 2
 856 5
 856 11
 856 17
 856 22
 856 23
 856 30
 856 32
 856 43
 856 50
 856 52
 856 56
 856 61
 856 63
 856 64
 856 85
 856 87
 856 91
 856 93
 856 95
 856 97
 856 100
 856 101
 856 105
 856 109
 907/909 3
 907/909 4
 907/909 5
 907/909 6
 907/909 10
 961 5
 969 2
 969 15
 969 23
 969 27
 969 30
 970 2
 970 4
 970 5
 970 7
 970 9
 970 10
 970 11
 970 12
 970 13
 970 14
 970 15
 970 20
 970 21
 978 56
 978 60
 978 62
 978 64
 978 68
 978 69
 978 82
 978 84
 978 87
 978 102
 978 103
 978 109
 979 16
 979 18
 979 19
 979 22
 979 23
 979 24
 979 29
 979 30
 979 32
 979 33
 979 35
 979 37
 979 38
 979 39
 979 41
 979 42
 979 44
 979 49
 979 50
 979 52
 979 53
 979 56
 979 57
 979 59
 979 65
 979 66
 979 67
 979 70
 979 71
 979 73
 979 75
 982 2
 984 1
 984 2
 984 6
 987 1
 987 9
 987 18
 989 3
 989 8
 989 13
 989 15
 991 1
 991 3
 1001 5
 1001 10
 1001 28
 1001 36
 1001 37
 1001 39

*124
 1001 45
 1002 3
 1002 5
 1002 7
 1002 14
 1002 15
 1002 18
 1002 21
 1002 23
 1002 27
 1002 31
 1002 35
 1002 41
 1002 44
 1002 46
 1002 53
 1002 58
 1002 59
 1002 60
 1002 61
 1002 77
 1002 90
 1002 96
 1002 98
 1002 99
 1002 100
 1002 102
 1002 106
 1002 108
 1003 1
 1008 1
 1008 11
 1008 12
 1008 13
 1012 2
 1012 3
 1012 4
 1012 9
 1012 14
 1012 15
 1012 16
 1021 1
 1021 3
 1022 1
 1028 3
 1028 6
 1028 11
 1028 12
 1028 15
 1028 17
 1028 20
 1029 2
 1029 3
 1029 9
 1029 18
 1029 19
 1029 21
 1029 22
 1029 25
 1029 28
 1029 29
 1029 32
 1029 33
 1029 39
 1029 45
 1029 49
 1029 54
 1029 58
 1029 60
 1034 4
 1034 5
 1034 11
 1034 12
 1034 14
 1034 16
 1034 17
 1034 19
 1034 20
 1034 21
 1034 22
 1034 24
 1034 27
 1034 28
 1034 33
 1034 34
 1034 36
 1034 37
 1035 12
 1035 20
 1035 27
 1035 32
 1035 33
 1035 34
 1035 35
 1035 39
 1035 41
 1035 44
 1036 3
 1036 4
 1036 12
 1036 18
 1036 19
 1036 24
 1036 29
 1036 31
 1036 33
 1036 36
 1036 37
 1037 1
 1037 3
 1037 4
 1037 6
 1037 16
 1037 21
 1037 24
 1037 25

*125
 1037 27
 1037 28
 1037 30
 1037 36
 1037 38
 1037 40
 1037 48
 1037 49
 1037 55
 1037 57
 1037 58
 1037 65
 1037 67
 1039 9
 1039 12
 1041 2
 1041 3
 1041 5
 1094 5
 1095 1
 1095 2
 1095 6
 1116 2
 1129 13
 1129 14
 1129 17
 1129 26
 1129 27
 1134 2
 1134 6
 1148 2
 1156 8
 1156 10
 1157 4
 1157 7
 1164 1
 1164 2
 1164 4
 1164 5
 1164 7
 1164 8
 1164 9
 1164 11
 1164 13
 1164 14
 1164 16
 1168 2
 1176 3
 1176 4
 1188 5
 1188 6
 1188 11
 1188 12
 1188 14
 1188 15
 1188 16
 1188 17
 1188 20

IV. OMITTED INFORMATION
Section 951 of Election Code provides, in pertinent part, that "[e]ach person signing a nomination paper shall ... add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...." The following signatures are stricken because the signator failed to include the information required under Section 951:[7]

 PAGE # LINE #
 699 28
 970 18
 978 46
 1034 6
 1094 1
 1094 2
 1094 3
 1164 15

*126 V. INFORMATION WRITTEN IN THE HAND OF ANOTHER
As noted above, Section 951 of Election Code provides, in pertinent part, that "[e]ach person signing a nomination paper shall ... add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...." The following signatures are stricken because the required information was written in the hand of another:[8]

 PAGE # LINE #
 688 2
 688 3
 688 4
 688 5
 688 6
 688 7
 688 9
 688 10
 688 11
 688 12
 688 13
 688 14
 688 17
 688 18
 688 19
 688 20
 688 21
 688 22

VI. ILLEGIBLE SIGNATURES
Section 951 of the Election Code provides, in pertinent part, that "[e]ach person signing a nomination paper shall ... add to his signature his legibly printed name and residence, giving city, borough or township, with street and number...." (emphasis added). The following signatures are stricken because the signator failed to legibly provide the information required under Section 951:[9]

 PAGE # LINE #
 697 27
 697 41
 697 47
 697 58
 697 84
 856 13
 856 14
 856 28
 856 39
 856 44
 856 45
 856 57
 856 96
 978 40
 978 54
 978 70
 987 7
 1001 17
 1012 5
 1034 3
 1034 31

VII. NONEXISTENT ADDRESS/OTHER COUNTY
*127 Section 951 of the Election Code provides, in pertinent part:
[N]omination papers may be on one or more sheets and different sheets must be used for signers resident in different counties.... Each sheet shall have appended thereto the affidavit of some person, not necessarily a signer, and not necessarily the same person on each sheet, setting forth ... that they all reside in the county named in the affidavit....
The following signatures are stricken because the signators did not reside at addresses in Philadelphia County:[10]

 PAGE # LINE #
 694 24
 695 9
 695 15
 695 29
 695 31
 696 34
 697 25
 697 73
 699 13
 699 31
 752 30
 765 12
 883 4
 923 1
 961 102
 961 107
 969 4
 969 10
 969 25
 978 94
 978 97
 978 98
 979 15
 979 17
 979 25
 979 26
 979 27
 979 34
 979 43
 979 61
 1001 4
 1001 15
 1001 32
 1002 57
 1002 62
 1002 87
 1002 92
 1008 8
 1008 16
 1008 17
 1028 4
 1029 1
 1029 6
 1034 30
 1035 24

*128
 PAGE # LINE #
 1037 39
 1037 72
 1037 76
 1039 7
 1041 4
 1134 4

VIII. NICKNAMES OR INITIALS
Section 951 of the Election Code provides, in pertinent part, that "[e]ach person signing a nomination paper ... shall add to his signature his legibly printed name..." The following signatures are stricken because the signators used a nickname that differs from their name listed in the voter registration records:[11]

 PAGE # LINE #
 698 16
 979 3
 979 6
 979 7
 979 8

IX. DUPLICATE SIGNATURES[12]
Section 951 of the Election Code provides, in pertinent part, that "[n]o elector shall sign more than one nomination paper for each office to be filled, unless there are two or more persons to be elected to the same office...." The following signatures are stricken because the signators signed more than one of the Nomination Papers:[13]

 PAGE # LINE #
 695 1
 698 35
 814 1
 856 60
 1037 22
 1037 42
 1095 4

X. DEFECTIVE AFFIDAVIT
Section 951 of the Election Code provides, in pertinent part:
[E]ach sheet shall have appended thereto the affidavit of some person, not necessarily a signer, and not necessarily the same person on each sheet, setting forth  (1) that the affiant is a qualified elector of the State ... referred to in the nomination paper; (2) his residence, giving city, borough or township with street and number, if any; (3) that the signers signed with full knowledge of the contents of the nomination paper; (4) that their respective residences are correctly stated therein; (5) that they all reside in the county named in the affidavit; (6) that each signed on the date set opposite his name; and (7) that, to the best of affiant's knowledge and belief, *129 the signers are qualified electors of the State....
The following pages are stricken in their entirety because the Nomination Papers contained a defective affidavit as required by Section 951 which is a facial defect and for which no evidence to support amendment was introduced:[14]

 PAGE # TOTAL LINES #
 1118 14
 1122 7
 1128 12
 1127 13
 1126 15[15]
 1125 21
 1159 21[16]
 1189 50
 1161 70

XI. STIPULATED STRIKES
Counsel for Objectors and counsel for the Candidates stipulated on the record that the following signatures should be stricken because they are facially invalid. Therefore, the following signatures are stricken:

 PAGE # LINE #
 694 1
 694 2
 694 25
 694 26
 694 29
 694 34
 694 36
 698 39
 749 9
 752 20
 752 28
 752 29
 752 33
 752 34
 767 1
 767 3
 767 5
 806 4
 810 7
 855 1
 855 9
 855 10
 855 21
 855 22
 855 25
 855 31
 855 56
 855 57
 856 1
 856 7
 856 9
 856 10
 856 12
 856 20
 856 26
 856 58
 856 59
 856 65
 856 66
 856 67
 856 68
 856 69
 856 70
 856 71

*130
 PAGE # LINE #
 856 72
 856 73
 856 74
 856 75
 856 76
 856 77
 856 83
 856 84
 907/909 8
 929 6
 961 7
 961 8
 961 9
 961 10
 961 11
 961 12
 961 13
 961 14
 961 15
 961 16
 961 17
 961 18
 961 19
 961 20
 961 21
 961 22
 961 23
 961 24
 961 25
 961 26
 961 27
 961 28
 961 29
 961 30
 961 31
 961 32
 961 33
 961 34
 961 35
 961 36
 961 37
 961 38
 961 39
 961 40
 961 41
 961 42
 961 43
 961 44
 961 45
 961 46
 961 47
 961 48
 961 49
 961 50
 961 51
 961 52
 961 53
 961 54
 961 55
 961 56
 961 57
 961 58
 961 59
 961 60
 961 61
 961 62
 961 63
 961 64
 961 65
 961 66
 961 67
 961 68
 961 69
 961 70
 961 71
 961 72
 961 73
 961 74
 961 75
 961 76
 961 77
 961 78
 961 79
 961 80
 961 81
 961 82
 961 83
 961 84
 961 85
 961 86
 961 87
 961 88
 961 89
 961 90
 961 91
 961 92
 961 93
 961 94
 961 95
 961 96
 961 97
 961 98
 961 99
 961 100
 969 3
 969 6
 969 7
 969 20
 970 19
 978 7
 978 8
 978 9
 978 10
 978 11
 978 12
 978 13

*131
 PAGE # LINE #
 978 14
 978 15
 978 16
 978 18
 978 19
 978 22
 978 23
 978 24
 978 25
 978 26
 978 27
 978 28
 978 29
 978 30
 978 31
 978 32
 978 33
 978 34
 978 35
 978 36
 978 37
 978 38
 978 39
 978 41
 978 43
 978 44
 978 47
 978 48
 978 49
 978 50
 978 51
 978 52
 978 83
 978 86
 978 89
 978 90
 984 4
 984 7
 984 8
 984 9
 984 10
 984 11
 984 12
 984 13
 984 14
 984 15
 984 16
 984 17
 984 18
 984 19
 984 20
 984 21
 984 22
 984 23
 984 24
 984 25
 984 26
 984 27
 984 28
 984 29
 984 30
 984 31
 984 32
 984 33
 984 34
 984 35
 984 36
 984 37
 984 38
 984 39
 984 40
 984 41
 984 42
 984 43
 984 44
 984 45
 984 46
 984 47
 984 48
 984 49
 984 50
 984 51
 984 52
 984 53
 984 54
 984 55
 984 56
 984 57
 984 58
 984 59
 984 60
 984 61
 984 62
 984 63
 984 64
 984 65
 984 66
 984 67
 984 68
 984 69
 984 70
 984 71
 984 72
 984 73
 984 74
 984 75
 984 76
 984 77
 984 78
 984 79
 984 80
 984 81
 987 8
 987 10
 987 15
 987 20

*132
 PAGE # LINE #
 987 30
 987 31
 989 11
 989 12
 989 18
 991 8
 991 10
 991 12
 991 13
 991 18
 991 19
 991 23
 991 24
 991 25
 991 26
 991 29
 991 30
 991 31
 991 32
 991 35
 991 36
 991 38
 991 39
 991 40
 991 41
 991 42
 991 46
 991 50
 991 51
 991 52
 991 53
 992 4
 992 5
 992 7
 992 8
 992 12
 1001 1
 1001 13
 1001 19
 1001 40
 1001 42
 1002 4
 1002 85
 1003 4
 1012 11
 1022 2
 1022 3
 1028 7
 1028 16
 1029 13
 1029 47
 1029 50
 1029 51
 1029 52
 1030 9
 1030 10
 1030 20
 1030 22
 1030 23
 1030 43
 1030 51
 1030 52
 1030 69
 1030 73
 1030 74
 1030 86
 1030 90
 1030 92
 1030 95
 1030 97
 1030 99
 1035 51
 1036 5
 1036 6
 1036 7
 1036 9
 1036 10
 1036 14
 1036 15
 1036 16
 1036 20
 1037 8
 1037 9
 1037 10
 1037 11
 1037 12
 1037 13
 1037 14
 1037 15
 1037 18
 1037 19
 1037 23
 1037 37
 1037 73
 1037 77
 1041 1
 1041 7
 1041 8
 1041 9
 1041 10
 1041 11
 1041 12
 1041 13
 1093 2
 1093 3
 1093 4
 1093 5
 1093 6
 1093 17
 1093 18
 1093 19
 1093 20
 1093 21
 1093 22
 1093 23
 1093 24

*133
 PAGE # LINE #
 1093 25
 1093 26
 1093 27
 1093 28
 1093 29
 1093 30
 1093 31
 1093 32
 1093 33
 1093 34
 1093 35
 1093 36
 1093 37
 1093 38
 1093 39
 1093 40
 1093 41
 1093 42
 1093 43
 1093 44
 1093 45
 1093 46
 1093 47
 1093 48
 1095 22
 1095 23
 1095 24
 1095 25
 1095 26
 1095 27
 1095 28
 1095 29
 1095 30
 1095 31
 1095 32
 1095 33
 1095 34
 1095 35
 1095 36
 1095 37
 1095 38
 1095 39
 1095 40
 1095 41
 1095 42
 1095 43
 1095 44
 1095 45
 1095 46
 1095 47
 1095 48
 1095 49
 1095 50
 1095 51
 1095 52
 1095 53
 1119 6
 1129 8
 1129 9
 1129 10
 1129 11
 1129 12
 1129 16
 1129 30
 1134 12
 1148 17
 1153 2
 1153 4
 1153 10
 1153 16
 1156 11
 1157 10
 1164 6
 1164 17
 1164 20
 1164 21
 1164 22
 1164 23
 1188 1
 1188 2
 1188 4
 1188 8
 1188 9
 1188 10

XII. SIGNATURES STRICKEN BY THE SECRETARY
In In re: Nomination Papers of Nader, the Supreme Court stated the following, in pertinent part:
Where as here, the Secretary accepts Nomination Papers, the Commonwealth Court recognized the potential for signatures stricken by the Secretary to become a deciding factor in a later objection hearing. When this occurs, the court recognized that bringing a mandamus petition to reinstate the stricken signatures may not be practical due to time constraints. Instead, it approved the approach taken by Objectors, who included the signatures already rejected by the Secretary in their Objections to *134 the Nomination Papers. Because the Objectors utilized this procedure, the Candidates had notice of the stricken signatures, and the Objectors assumed the Secretary's burden to prove the invalidity of the signatures.
In re Nomination Papers of Nader, ___ Pa. at ___, 858 A.2d at 1184, 2004 WL 2185351 (footnote omitted).
As a result, with respect to the signatures challenged by Objectors on the basis that they were rejected by the Secretary, this Court has reviewed the signatures on the Nomination Papers for any facial defects which would require their rejection. The following signatures are stricken on the basis that they were properly stricken by the Secretary as facially invalid:[17]

 PAGE # LINE #
 687 25
 687 26
 687 27
 695 5
 695 36
 696 7
 697 1
 697 2
 697 3
 697 4
 697 11
 697 28
 697 39
 697 57
 698 2
 698 3
 698 4
 698 5
 698 6
 698 8
 698 10
 698 11
 698 14
 698 15
 698 28
 698 36
 698 37
 698 43
 698 44
 698 45
 698 48
 698 49

XIII. CONCLUSION
Therefore, of the 2713 total signatures found on the relevant Nomination Papers *135 circulated in Philadelphia County, the Court finds that a total of 1964 signatures are invalid leaving a total of 948 valid signatures.

FINDINGS AND CONCLUSIONS RE: CHALLENGES TO ALLEGHENY COUNTY NOMINATION PAPERS

I. Preliminary Procedure
On September 22, 2004, pursuant to this Court's order of September 20, 2004, counsel for Ralph Nader, Candidate of an Independent Political Party for President and Peter Miguel Camejo, Candidate of an Independent Political Party for Vice-President (Candidate/Candidates) and counsel for Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen-Scott, Donald G. Brown, and Julia A. O'Connell (Objectors) met with election staff under the supervision of Mark Wolosik, Director of Elections for Allegheny County, to compare Candidates' Nomination Papers with the official voter registration records of Allegheny County for the purpose of reporting to the Court, "by stipulation or evidence" as to the results of their review.
The review was conducted in two courtrooms located in the City-County Building, Pittsburgh, Pennsylvania, Allegheny County. In each court-room, there were two computer terminals (a total of four) and each computer terminal was operated by an election staff member. The voter registration data was a true and accurate record of voter information contained in the Statewide Uniform Registry of Electors (SURE) for Allegheny County as attested to by Pedro A. Cortes, Secretary of the Commonwealth of Pennsylvania, received and transmitted by John Moyer, Esquire, Staff Attorney for Commonwealth Court, and as found by this Court. The voter information contained the name, residential address and date of registration for each registered voter in Allegheny County. This voter registration data was reviewed at each computer terminal by an election staff member and counsel for Objectors and Candidates (or his/her designated representatives). After examination of the challenged signature lines on the nomination papers, the election staff member determined which signatures were defective based upon the criteria enumerated in this Court's September 20, 2004, order. The review commenced on September 22, 2004, at approximately 9:45 A.M. and concluded at 7:30 P.M. The review then continued each day from 8:30 A.M. until 7:30 P.M.[1a] until its conclusion on September 30, 2004.

II. Hearings.
Hearings were held before Judge McGinley on October 1, 2004, October 4, 2004, and October 5, 2004, to rule on challenges to the nomination papers circulated in Allegheny County on behalf of the candidacies of Ralph Nader and Peter Miguel Camejo other than challenges based upon alleged forgeries, illegibility, and also signatures struck by the Secretary of State at or about the time of filing. Hearings were also held before Judge Pellegrini on October 1, 2004, and October 4, 2004, to rule on challenges based upon alleged forgeries, illegibility, and signatures struck by the Secretary of State at or about the time of filing.

A. Before Judge McGinley.
Counsel for the Objectors called as a witness Mark Wolosik (Wolosik), Director of Elections, Allegheny County, who testified *136 and identified numerous exhibits. Pursuant to this Court's September 20, 2004, order, Wolosik and staff members of the Election Division, under his supervision, compared challenged signature lines on nomination papers against the Allegheny County voter registration records viewed on the four computer terminals located in each respective courtroom with respect to the categories listed in Paragraph 2 of this Court's September 20, 2004, order. Wolosik identified review sheets which Objectors compiled pursuant to this Court's September 20, 2004, order and which listed the determinations by the election staff, under Wolosik's supervision, of the challenged signature lines. Wolosik was found to be credible, and based upon his testimony, the Court found that that the review sheets [Objectors' Exhibits 1-105] accurately reflected the results of his examination of the original nomination papers and the Allegheny County voter registration records.
Candidates presented the testimony of Karen Mitchell (Mitchell) and Elizabeth Johnson (Johnson), temporary election staff employees who participated in the review process.
Mitchell testified that she received SURE training under the supervision of the Election Division for approximately one-half hour on September 20 or 21, 2004, her date of hire. Mitchell testified that on September 22, 2004, she operated a computer terminal whose data base contained only the registered voter's first and last name. She stated that she was able to search addresses in addition to the names the following day, September 23, 2004. On cross- examination, Mitchell testified that she made every effort to determine whether the challenged signature was a registered voter and when in doubt determined that the challenged failed. Johnson corroborated Mitchell's testimony. She, too, was a temporary employee who received SURE training and that she made every effort to determine the validity of the challenged signature line.
In addition to review of the signature lines by the Allegheny County Election Division, rulings were made from the bench on several additional challenges raised at hearing by counsel for the Objectors and counsel for the Candidates.
Based upon the testimony presented and Court review, as described above, the Court found the following:
1. Candidates moved to exclude Objectors' Exhibits 1-105 which consisted of the review sheets on the basis that a proper foundation for their admission into evidence. Specifically, Candidates argued that no one from Harrisburg authenticated the accuracy of the data base that was used for the preparation of the review sheets and/or the SURE system itself. This Court found the Objectors' foundation was adequate and Objectors' Exhibits were properly authenticated and admitted into evidence.
2. Candidates argued that the Court's focus should have been on whether a signature on a nomination paper was by someone who would be eighteen years old on the date of the election and a resident of the Commonwealth of Pennsylvania for thirty days rather than whether the person signing the nomination paper was a registered voter. The Court rejected this argument and found that the review process was proper.

B. Before Judge Pellegrini.
Ms. Michelle Dresbold testified as an expert witness as to whether certain signatures were forgery or information was added to a signature line not in the same hand. Her testimony was credible.

*137 III. Summary of the Court's Determinations.

Based upon this Court's review of the challenged signature lines, its credibility determinations, and legal arguments, the Court makes the following conclusions:
1. The nomination papers submitted by Candidates in Allegheny County contained a total of 12,444 signatures, not including any signatures that were struck through prior to filing with the Secretary of State.
2. 1,988 signature lines listed an address in Allegheny County but the name did not match that of any registered voter in Allegheny County. This total includes thirty-six names for which Candidates alleged that a person signed with a married name and the Election Division records indicated a maiden name. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 5, Not Registered, at 1-52. No evidence was offered in support of the Candidates' allegations.
3. 1,425 signature lines listed an address in Allegheny County, but the name did not match that of any registered voter in Allegheny County. No evidence was proffered that the registered elector and the person signing the nomination paper were the same, let alone that (s)he had moved from one address to the other and was within the statutory window to notify the Election of the change. These lines must be stricken. In re Nomination Papers of Nader, ___ Pa. ___-___, 858 A.2d 1182-84 (2004) (No. 154 MAP 2004, filed September 29, 2004) (2004 WL 2185351, *12-13); In re Nomination Petition of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001). See Post-Hearing Report, October 7, 2004, Tab No. 7, Not Registered at the Address, at 1-37.
4. 1,132 signature lines omitted information required by the Election Code.[2a] Section 951 of the Election Code, 25 P.S. § 2911, directs that a qualified elector signing a nomination paper "shall add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...." This category includes signature lines which contained no zip code or no zip code and no municipality. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 6, Data Omitted, at 1-30. No evidence was offered to cure these omissions.
5. 325 signature lines were signed by persons who were registered voters at the address given but not on or before the date he or she signed the nomination paper. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 8, Not Registered on Date Signed, at 1-9. Except for Sheena M. Merchant and Melvin L. Jones, See Respondent's Exhibits C and D, whose signatures were found to be by voters registered at the time the nomination paper was signed.
6. 77 signature lines were on nomination papers in which it was found that the affiant listed an address within Allegheny County and was a person for whom the registration records under review indicated an address other than that stated in the affidavit. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 9, Affiant Address Not Voting Address, at 1-3.
7. 48 signature lines were duplicates of another signature by the same elector. These lines must be stricken. See Post-Hearing *138 Report, October 7, 2004, Tab No. 10, Duplicate Entry, at 1-2.
8. 1,317 signature lines had the city, borough, or township information written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 1, Line Completed by Another, at 1-34.
9. 253 signature lines were struck by the Secretary of State at or about the time of filing. The parties have agreed that each of those lines contain defects. See Post-Hearing Report, October 7, 2004, Tab No. 2, Originally Struck by Secretary of State, at 1-7. Accordingly, all 253 lines are stricken.
10. 96 signature lines contained a date of signing written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 3, Date Forgery, at 1-3.
11. 111 signature lines where the elector's signature was written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 4, Signature or Name Forgery, at 1-3.
12. 6,772 signatures must be stricken.[3a]
/s/ Bernard L. McGinley
BERNARD L. MCGINLEY, Judge
/s/ Dan Pellegrini
DAN PELLEGRINI, Judge

AMENDED

FINDINGS AND CONCLUSIONS RE: CHALLENGES TO ALLEGHENY COUNTY NOMINATION PAPERS

I. Preliminary Procedure
On September 22, 2004, pursuant to this Court's order of September 20, 2004, counsel for Ralph Nader, Candidate of an Independent Political Party for President and Peter Miguel Camejo, Candidate of an Independent Political Party for Vice-President (Candidate/Candidates) and counsel for Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen-Scott, Donald G. Brown, and Julia A. O'Connell (Objectors) met with election staff under the supervision of Mark Wolosik, Director of Elections for Allegheny County, to compare Candidates' Nomination Papers with the official voter registration records of Allegheny County for the purpose of reporting to the Court, "by stipulation or evidence" as to the results of their review.
The review was conducted in two courtrooms located in the City-County Building, Pittsburgh, Pennsylvania, Allegheny County. In each court-room, there were two computer terminals (a total of four) and each computer terminal was operated by an election staff member. The voter registration data was a true and accurate record of voter information contained in the Statewide Uniform Registry of Electors (SURE) for Allegheny County as attested to by Pedro A. Cortes, Secretary of the Commonwealth of Pennsylvania, received and transmitted by John Moyer, Esquire, Staff Attorney for Commonwealth Court, and as found by this Court. The voter information contained the name, residential address and date of registration for each registered voter in Allegheny County. This voter registration data was reviewed at each computer terminal by an election staff member and counsel for Objectors and Candidates (or his/her designated representatives). After examination of the challenged signature lines on the *139 nomination papers, the election staff member determined which signatures were defective based upon the criteria enumerated in this Court's September 20, 2004, order. The review commenced on September 22, 2004, at approximately 9:45 A.M. and concluded at 7:30 P.M. The review then continued each day from 8:30 A.M. until 7:30 P.M.[1b] until its conclusion on September 30, 2004.

II. Hearings.
Hearings were held before Judge McGinley on October 1, 2004, October 4, 2004, and October 5, 2004, to rule on challenges to the nomination papers circulated in Allegheny County on behalf of the candidacies of Ralph Nader and Peter Miguel Camejo other than challenges based upon alleged forgeries, illegibility, and also signatures struck by the Secretary of State at or about the time of filing. Hearings were also held before Judge Pellegrini on October 1, 2004, and October 4, 2004, to rule on challenges based upon alleged forgeries, illegibility, and signatures struck by the Secretary of State at or about the time of filing.

A. Before Judge McGinley.
Counsel for the Objectors called as a witness Mark Wolosik (Wolosik), Director of Elections, Allegheny County, who testified and identified numerous exhibits. Pursuant to this Court's September 20, 2004, order, Wolosik and staff members of the Election Division, under his supervision, compared challenged signature lines on nomination papers against the Allegheny County voter registration records viewed on the four computer terminals located in each respective courtroom with respect to the categories listed in Paragraph 2 of this Court's September 20, 2004, order. Wolosik identified review sheets which Objectors compiled pursuant to this Court's September 20, 2004, order and which listed the determinations by the election staff, under Wolosik's supervision, of the challenged signature lines. Wolosik was found to be credible, and based upon his testimony, the Court found that that the review sheets [Objectors' Exhibits 1-105] accurately reflected the results of his examination of the original nomination papers and the Allegheny County voter registration records.
Candidates presented the testimony of Karen Mitchell (Mitchell) and Elizabeth Johnson (Johnson), temporary election staff employees who participated in the review process.
Mitchell testified that she received SURE training under the supervision of the Election Division for approximately one-half hour on September 20 or 21, 2004, her date of hire. Mitchell testified that on September 22, 2004, she operated a computer terminal whose data base contained only the registered voter's first and last name. She stated that she was able to search addresses in addition to the names the following day, September 23, 2004. On cross-examination, Mitchell testified that she made every effort to determine whether the challenged signature was a registered voter and when in doubt determined that the challenge failed. Johnson corroborated Mitchell's testimony. She, too, was a temporary employee who received SURE training and that she made every effort to determine the validity of the challenged signature line.
In addition to review of the signature lines by the Allegheny County Election Division, rulings were made from the bench on several additional challenges *140 raised at hearing by counsel for the Objectors and counsel for the Candidates.
Based upon the testimony presented and Court review, as described above, the Court found the following:
1. Candidates moved to exclude Objectors' Exhibits 1-105 which consisted of the review sheets on the basis that a proper foundation was not laid for their admission into evidence. Specifically, Candidates argued that no one from Harrisburg authenticated the accuracy of the data base that was used for the preparation of the review sheets and/or the SURE system itself. This Court found the Objectors' foundation was adequate and Objectors' Exhibits were properly authenticated and admitted into evidence.
2. Candidates argued that the Court's focus should have been on whether a signature on a nomination paper was by someone who would be eighteen years old on the date of the election and a resident of the Commonwealth of Pennsylvania for thirty days rather than whether the person signing the nomination paper was a registered voter. The Court rejected this argument and found that the review process was proper.

B. Before Judge Pellegrini.
Ms. Michelle Dresbold testified as an expert witness as to whether certain signatures were forgery or information was added to a signature line not in the same hand. Her testimony was credible.

III. Summary of the Court's Determinations.
Based upon this Court's review of the challenged signature lines, its credibility determinations, and legal arguments, the Court makes the following conclusions:
1. The nomination papers submitted by Candidates in Allegheny County contained a total of 12,444 signatures, not including any signatures that were struck through prior to filing with the Secretary of State.
2. 1,988 signature lines listed an address in Allegheny County but the name did not match that of any registered voter in Allegheny County. This total includes thirty-six names for which Candidates alleged that a person signed with a married name and the Election Division records indicated a maiden name. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 5, Not Registered, at 1-52. No evidence was offered in support of the Candidates' allegations.
3. 1,425 signature lines listed an address in Allegheny County, but the name did not match that of any registered voter in Allegheny County. No evidence was proffered that the registered elector and the person signing the nomination paper were the same, let alone that (s)he had moved from one address to the other and was within the statutory window to notify the Election of the change. These lines must be stricken. In re Nomination Papers of Nader, ___ Pa. ___-___, 858 A.2d 1182-84 (2004) (No. 154 MAP 2004, filed September 29, 2004) (2004 WL 2185351, *12-13); In re Nomination Petition of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001). See Post-Hearing Report, October 7, 2004, Tab No. 7, Not Registered at the Address, at 1-37.
4. 1,132 signature lines omitted information required by the Election Code.[2b] Section 951 of the Election Code, 25 P.S. § 2911, directs that a qualified elector signing a nomination paper "shall add to his signature his legibly printed name and *141 residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...." This category includes signature lines which contained no zip code or no zip code and no municipality. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 6, Data Omitted, at 1-30. No evidence was offered to cure these omissions.
5. 325 signature lines were signed by persons who were registered voters at the address given but not on or before the date he or she signed the nomination paper. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 8, Not Registered on Date Signed, at 1-9. Except for Sheena M. Merchant and Melvin L. Jones, See Respondent's Exhibits C and D, whose signatures were found to be by voters registered at the time the nomination paper was signed.
6. 77 signature lines were on nomination papers in which it was found that the affiant listed an address within Allegheny County and was a person for whom the registration records under review indicated an address other than that stated in the affidavit. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 9, Affiant Address Not Voting Address, at 1-3.
7. 48 signature lines were duplicates of another signature by the same elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 10, Duplicate Entry, at 1-2.
8. 1,317 signature lines had the city, borough, or township information written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 1, Line Completed by Another, at 1-34.
9. 253 signature lines were struck by the Secretary of State at or about the time of filing. The parties have agreed that each of those lines contain defects. See Post-Hearing Report, October 7, 2004, Tab No. 2, Originally Struck by Secretary of State, at 1-7. Accordingly, all 253 lines are stricken.
10. 96 signature lines contained a date of signing written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 3, Date Forgery, at 1-3.
11. 111 signature lines where the elector's signature was written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 4, Signature or Name Forgery, at 1-3.
12. The nomination papers submitted by Candidates in Allegheny County contained a total of 12,697 signatures (including the signatures stricken by the Secretary of State) of which 6,772 signatures are stricken[3b] leaving a total of 5,925 valid signatures.
/s/ Bernard L. McGinley
BERNARD L. MCGINLEY, Judge
/s/ Dan Pellegrini
DAN PELLEGRINI, Judge

SECOND AMENDED FINDINGS AND CONCLUSIONS RE: CHALLENGES TO ALLEGHENY COUNTY NOMINATION PAPERS

I. Preliminary Procedure
On September 22, 2004, pursuant to this Court's order of September 20, 2004, counsel *142 for Ralph Nader, Candidate of an Independent Political Party for President and Peter Miguel Camejo, Candidate of an Independent Political Party for Vice-President (Candidate/Candidates) and counsel for Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen-Scott, Donald G. Brown, and Julia A. O'Connell (Objectors) met with election staff under the supervision of Mark Wolosik, Director of Elections for Allegheny County, to compare Candidates' Nomination Papers with the official voter registration records of Allegheny County for the purpose of reporting to the Court, "by stipulation or evidence" as to the results of their review.
The review was conducted in two courtrooms located in the City-County Building, Pittsburgh, Pennsylvania, Allegheny County. In each court-room, there were two computer terminals (a total of four) and each computer terminal was operated by an election staff member. The voter registration data was a true and accurate record of voter information contained in the Statewide Uniform Registry of Electors (SURE) for Allegheny County as attested to by Pedro A. Cortes, Secretary of the Commonwealth of Pennsylvania, received and transmitted by John Moyer, Esquire, Staff Attorney for Commonwealth Court, and as found by this Court. The voter information contained the name, residential address and date of registration for each registered voter in Allegheny County. This voter registration data was reviewed at each computer terminal by an election staff member and counsel for Objectors and Candidates (or his/her designated representatives). After examination of the challenged signature lines on the nomination papers, the election staff member determined which signatures were defective based upon the criteria enumerated in this Court's September 20, 2004, order. The review commenced on September 22, 2004, at approximately 9:45 A.M. and concluded at 7:30 P.M. The review then continued each day from 8:30 A.M. until 7:30 P.M.[1c] until its conclusion on September 30, 2004.

II. Hearings.
Hearings were held before Judge McGinley on October 1, 2004, October 4, 2004, and October 5, 2004, to rule on challenges to the nomination papers circulated in Allegheny County on behalf of the candidacies of Ralph Nader and Peter Miguel Camejo other than challenges based upon alleged forgeries, illegibility, and also signatures struck by the Secretary of State at or about the time of filing. Hearings were also held before Judge Pellegrini on October 1, 2004, and October 4, 2004, to rule on challenges based upon alleged forgeries, illegibility, and signatures struck by the Secretary of State at or about the time of filing.

A. Before Judge McGinley.
Counsel for the Objectors called as a witness Mark Wolosik (Wolosik), Director of Elections, Allegheny County, who testified and identified numerous exhibits. Pursuant to this Court's September 20, 2004, order, Wolosik and staff members of the Election Division, under his supervision, compared challenged signature lines on nomination papers against the Allegheny County voter registration records viewed on the four computer terminals located in each respective courtroom with respect to the categories listed in Paragraph 2 of this Court's September 20, 2004, order. Wolosik identified review sheets which Objectors compiled pursuant *143 to this Court's September 20, 2004, order and which listed the determinations by the election staff, under Wolosik's supervision, of the challenged signature lines. Wolosik was found to be credible, and based upon his testimony, the Court found that that the review sheets [Objectors' Exhibits 1-105] accurately reflected the results of his examination of the original nomination papers and the Allegheny County voter registration records.
Candidates presented the testimony of Karen Mitchell (Mitchell) and Elizabeth Johnson (Johnson), temporary election staff employees who participated in the review process.
Mitchell testified that she received SURE training under the supervision of the Election Division for approximately one-half hour on September 20 or 21, 2004, her date of hire. Mitchell testified that on September 22, 2004, she operated a computer terminal whose data base contained only the registered voter's first and last name. She stated that she was able to search addresses in addition to the names the following day, September 23, 2004. On cross-examination, Mitchell testified that she made every effort to determine whether the challenged signature was a registered voter and when in doubt determined that the challenge failed. Johnson corroborated Mitchell's testimony. She, too, was a temporary employee who received SURE training and testified that she made every effort to determine the validity of the challenged signature line.
In addition to review of the signature lines by the Allegheny County Election Division, rulings were made from the bench on several additional challenges raised at hearing by counsel for the Objectors and counsel for the Candidates.
Based upon the testimony presented and Court review, as described above, the Court found the following:
1. Candidates moved to exclude Objectors' Exhibits 1-105 which consisted of the review sheets on the basis that a proper foundation was not laid for their admission into evidence. Specifically, Candidates argued that no one from Harrisburg authenticated the accuracy of the data base that was used for the preparation of the review sheets and/or the SURE system itself. This Court found the Objectors' foundation was adequate and Objectors' Exhibits were properly authenticated and admitted into evidence.
2. Candidates argued that the Court's focus should have been on whether a signature on a nomination paper was by someone who would be eighteen years old on the date of the election and a resident of the Commonwealth of Pennsylvania for thirty days rather than whether the person signing the nomination paper was a registered voter. The Court rejected this argument and found that the review process was proper.

B. Before Judge Pellegrini.
Ms. Michelle Dresbold testified as an expert witness as to whether certain signatures were forgery or information was added to a signature line not in the same hand. Her testimony was credible.

III. Summary of the Court's Determinations.
Based upon this Court's review of the challenged signature lines, its credibility determinations, and legal arguments, the Court makes the following conclusions:
1. The nomination papers submitted by Candidates in Allegheny County contained a total of 12,444 signatures, not including any signatures that were struck through prior to filing with the Secretary of State.
*144 2. 1,988 signature lines listed an address in Allegheny County but the name did not match that of any registered voter in Allegheny County. This total includes thirty-six names for which Candidates alleged that a person signed with a married name and the Election Division records indicated a maiden name. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 5, Not Registered, at 1-52. No evidence was offered in support of the Candidates' allegations.
3. 1,425 signature lines listed an address in Allegheny County, but the name did not match that of any registered voter in Allegheny County. No evidence was proffered that the registered elector and the person signing the nomination paper were the same, let alone that (s)he had moved from one address to the other and was within the statutory window to notify the Election Division of the change. These lines must be stricken. In re Nomination Papers of Nader, ___ Pa. ___-___, 858 A.2d 1182-84 (2004) (No. 154 MAP 2004, filed September 29, 2004) (2004 WL 2185351, *12-13); In re Nomination Petition of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001). See Post-Hearing Report, October 7, 2004, Tab No. 7, Not Registered at the Address, at 1-37.
4. 1,132 signature lines omitted information required by the Election Code.[2c] Section 951 of the Election Code, 25 P.S. § 2911, directs that a qualified elector signing a nomination paper "shall add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...." This category includes signature lines which contained no zip code or no zip code and no municipality. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 6, Data Omitted, at 1-30. No evidence was offered to cure these omissions.
5. 325 signature lines were signed by persons who were registered voters at the address given but not on or before the date he or she signed the nomination paper. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 8, Not Registered on Date Signed, at 1-9. Except for Sheena M. Merchant and Melvin L. Jones, See Respondent's Exhibits C and D, whose signatures were found to be by voters registered at the time the nomination paper was signed.
6. 77 signature lines were on nomination papers in which it was found that the affiant listed an address within Allegheny County and was a person for whom the registration records under review indicated an address other than that stated in the affidavit. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 9, Affiant Address Not Voting Address, at 1-3.
7. 48 signature lines were duplicates of another signature by the same elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 10, Duplicate Entry, at 1-2.
8. 1,317 signature lines had the city, borough, or township information written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 1, Line Completed by Another, at 1-34.
9. 253 signature lines were struck by the Secretary of State at or about the time of filing. The parties have agreed that each of those lines contain defects. See *145 Post-Hearing Report, October 7, 2004, Tab No. 2, Originally Struck by Secretary of State, at 1-7. Accordingly, all 253 lines are stricken.
10. 96 signature lines contained a date of signing written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 3, Date Forgery, at 1-3.
11. 111 signature lines where the elector's signature was written by someone other than the signing elector. These lines must be stricken. See Post-Hearing Report, October 7, 2004, Tab No. 4, Signature or Name Forgery, at 1-3.
12. The nomination papers submitted by Candidates in Allegheny County contained a total of 12,444 signatures of which 6,772 signatures are stricken[3c] leaving a total of 5,672 valid signatures.
/s/ Bernard L. McGinley
BERNARD L. MCGINLEY, Judge
/s/ Dan Pellegrini
DAN PELLEGRINI, Judge

Heard Sept. 27, 2004

Decided Oct. 6, 2004

OPINION BY Senior Judge KELLEY
Pursuant to this Court's September 20, 2004 order, hearings commenced before the undersigned on September 27, 2004 on the Objectors' challenges to the Nomination Papers of Ralph Nader and Peter Miguel Camejo (Candidates), as Candidates of an Independent Political Body for President and Vice President in the General Election of November 2, 2004, circulated in the counties of Armstrong, Beaver, Blair, Butler, Cambria, Centre, Clearfield, Fayette, Fulton, Indiana, Jefferson, Somerset, Washington, and Westmoreland. The hearings in this matter concluded on September 29, 2004.
The Nomination Papers circulated in the aforementioned fourteen counties contain a total of 891 signatures.[1] Objectors did not present any evidence with respect to their challenges to the Nomination Papers circulated in Blair, Fayette and Jefferson counties. Therefore, the total number of valid signatures contained on the Nomination Papers circulated in those counties is 15. Based upon this Court's review of the Nomination Papers circulated in the remaining eleven counties and the evidence presented, the Court finds as follows.

I. ARMSTRONG COUNTY
Ms. Wendy J. Buzard testified as to the registration records for the County of Armstrong. Ms. Buzard is the Director of Elections and Chief Registrar for Armstrong County. Ms. Buzard testified that the official voter registration records for Armstrong County are the records contained in and maintained by SURE  Statewide Uniform Registry of Electors. Ms. Buzard testified further that she utilized the SURE system when she conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Armstrong *146 County. This Court finds Ms. Buzard's testimony credible. Based on the credible testimony of Ms. Buzard and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED
The following signatures are stricken because the signators were not registered to vote in Armstrong County:[2]

*147
 PAGE # LINE #
 735 1
 750 7
 792 2
 949 1, 2

B. OMITTED INFORMATION
The following signature is stricken because the signator failed to include the information required under Section 951 of the Pennsylvania Election Code (Election Code), Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. § 2911, ("Each person signing a nomination paper shall ... add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers..."):

 PAGE # LINE #
 735 4

C. NICKNAMES
The following signatures are stricken because the signators used a nickname that differs from their voter registration records:[3]

 PAGE # LINE #
 750 4, 6

Accordingly, of the 23 total signatures found on the Nomination Papers circulated in Armstrong County, the Court finds that 8 are invalid leaving a total of 15 valid signatures.

II. BEAVER COUNTY
Ms. Dorene Mandity testified as to the registration records for the County of Beaver. Ms. Mandity is the Director of Elections for Beaver County. Ms. Mandity testified that the official voter registration records for Beaver County are the records contained in and maintained by SURE. Ms. Mandity testified further that she utilized the SURE system when she conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Beaver County. This Court finds Ms. Mandity's testimony credible. Based on the credible testimony of Ms. Mandity and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. DEFECTIVE AFFIDAVIT
Page 23 of the Nomination Papers, which contains 51 purported signatures, was stricken by the Secretary of the Commonwealth because the affidavit differed as to the county of the signers. Specifically, the affidavit affixed to Page 23 states that the county of the Nomination Paper signers' residence is Allegheny County and the front of Page 23 of the Nomination Papers states that the county of signers is Beaver County. In In re: Nomination Papers of Nader, the Supreme Court stated the following, in pertinent part:
Where as here, the Secretary accepts Nomination Papers, the Commonwealth Court recognized the potential for signatures stricken by the Secretary to become a deciding factor in a later objection hearing. When this occurs, the court recognized that bringing a mandamus petition to reinstate the stricken signatures may not be practical due to time constraints. Instead, it approved the approach taken by Objectors, who included the signatures already rejected by the Secretary in their Objections to *148 the Nomination Papers. Because the Objectors utilized this procedure, the Candidates had notice of the stricken signatures, and the Objectors assumed the Secretary's burden to prove the invalidity of the signatures.
In re Nomination Papers of Nader, ___ Pa. at ___, 858 A.2d at 1184 (footnote omitted).
As a result, with respect to the signatures challenged by Objectors on the basis that they were rejected by the Secretary, this Court has reviewed the signatures on the Nomination Papers for any facial defects which would require their rejection. See Section 976 of the Election Code, 25 P.S. § 2936 ("[W]hen any ... nomination paper is presented in the office of the Secretary of the Commonwealth ... for filing within the period limited by this act, it shall be the duty of the said officer ... to examine the same. No ... nomination paper ... shall be permitted to be filed if  (a) it contains material errors or defects apparent on the face thereof...."); Section 977 of the Election Code, 25 P.S. § 2937 ("[I]f the court shall find that said nomination ... paper is defective under the provisions of section 976 ... it shall be set aside....").[4]
Herein, Objectors presented a global challenge to Page 23 of the Nomination Papers in their Petition to Set Aside the Nomination Papers on the basis that it was rejected by the Secretary. Upon review, this Court finds that the defective affidavit is a facial defect and all 51 signatures contained thereon, for which no motion to amend was interposed, must be stricken.[5]

B. NOT REGISTERED
The following signatures are stricken because the signators are not registered to vote in Beaver County:

 PAGE # LINE #
 296[6] 10, 16, 19, 23, 24, 32
 659 2, 4
 714 1, 5
 719 3, 5, 8, 9, 10, 16
 722 1
 728 2, 3
 773 6, 8

*149 C. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signatures are stricken because the signators' addresses as each appears on the Nomination Papers do not correspond to the addresses found on their voter registration card and Candidates failed to show that the signators moved before signing the Nomination Papers and that the signators' change of address notices have not yet been recorded:[7]

 PAGE # LINE #
 296 1, 2, 22, 29, 30
 636 2
 684 5
 719 2, 14
 722 2
 773 1, 4

D. SIGNATOR REGISTERED AFTER DATE OF SIGNING
Objectors challenged line 9 of Page 296 of the Nomination Papers and line 2 of Page 1054 of the Nomination Papers on the basis that the signators signed the Nomination Papers before he or she became a registered voter in Beaver County.[8] With respect to line 9 of Page 296, the signator signed the Nomination Papers on July 25, 2004 and his voter registration record shows that he became registered to vote in Beaver County on July 30, 2004. See Objectors' Exhibit 28. With respect to line 2 of Page 1054, the signator signed the Nomination Paper on July 31, 2004 and her voter registration record shows that she became a registered voter in Beaver County on August 13, 2004. See Objectors' Exhibit 49.
Our Supreme Court in its September 29, 2004 opinion in this matter states that it agrees with this Court's determination, as stated in our August 30, 2004 opinion, that transmittal of a registration application is necessary to effectuate registration. In re: Nomination Papers of Nader, ___ Pa. at ___, 858 A.2d at 1183-84. Our Supreme Court agreed further with this Court that the signature of any individual whose application was delivered or postmarked after the day that he or she signed the Nomination Papers must be stricken. Id. In making this determination, this Court relied upon a case in which there was direct evidence of when the electors had signed voter registration cards. See In re: Nomination Papers of Nader, ___ Pa. at ___, 858 A.2d at 1174-75 (citing Nomination Petition of Roth (Pa.Cmwlth., No. 121 M.D.2004, filed March 8, 2004) (single judge opinion by Feudale, S.J.)).
Herein, there was no evidence offered which showed the date that the aforementioned signators signed his or her voter registration cards or any evidence which showed when his or her voter registration cards/applications were received by the *150 election officials in Beaver County. Ms. Mandity testified that, based on the signators' dates of registration and the ten day waiting period required by the National Voter Registration Act,[9] that the signators' applications would have been in her office ten days prior to each signator's official registration date. However, Ms. Mandity could not testify as to the exact date that her office received the signators' voter registration applications. Thus, since the SURE system is the official voter registration record for Beaver County, absent evidence to the contrary, this Court must accept the official voter registration date as found in SURE as the date these signators were registered to vote in Beaver County.
Accordingly, the following signatures are stricken because the signators signed the Nomination Papers prior to the date he or she became a registered voter in Beaver County:

 PAGE # LINE #
 296 9
 1054 2

E. OMITTED INFORMATION
The following signatures are stricken because the signators failed to include the information required under Section 951 of the Election Code:

 PAGE # LINE #
 659 8
 684 12
 1054 1

F. ILLEGIBLE DATA
The following signatures are stricken due to the signators' failure to legibly print their "city, borough or township" as required by Section 951 of the Election Code:

 PAGE # LINE #
 714 6
 719 13

Accordingly, of the 196 total signatures found on the Nomination Papers circulated in Beaver County, the Court finds that 91 are invalid leaving a total of 105 valid signatures.

III. BUTLER COUNTY
Mr. Regis L. Young testified as to the registration records for the County of Butler. Mr. Young is the Registrar for Butler County. Mr. Young testified that the official voter registration records for Butler County are the records contained in and maintained by SURE. Mr. Young testified further that he utilized the SURE system when he conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Butler County. This Court finds Mr. Young's testimony credible. Based on the credible testimony of Mr. Young and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED
The following signatures are stricken because the signators are not registered to vote in Butler County:

 PAGE # LINE #
 170 2, 6, 9
 238 4, 6, 11, 19, 22, 23, 24, 37,
 42, 48, 50, 54, 71, 73, 86,
 88
 299[10] 2, 5, 6, 14, 15, 29, 41, 50,
 59, 61
 635 1, 5
 748 5
 783 4, 5
 789 1, 4, 8
 902 1
 1052 28
 1057 1, 2

*151 B. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signatures are stricken because the signators' addresses as each appears on the Nomination Papers do not correspond to the addresses found on their voter registration cards and Candidates failed to show that the signators moved before signing the Nomination Papers and that the signators' change of address notices have not yet been recorded:

 PAGE # LINE #
 170 5, 7
 238 18
 703 5
 748 6
 768 2
 789 10
 1052 5, 10

C. SIGNATOR REGISTERED AFTER DATE OF SIGNING
Objectors challenged 4 signatures on the basis that the signators signed the Nomination Papers before he or she became a registered voter in Butler County.[11] With respect to these 4 signators, the evidence showed as follows: (1) the signator found on line 17 of Page 170 signed the Nomination Papers on July 25, 2004 and his voter registration record shows that he was officially registered to vote in Butler County on September 2, 2004 (See Objectors' Exhibit 54); (2) the signator found on line 23 of Page 170 signed the Nomination Papers on July 29, 2004 and his voter registration record shows that he was officially registered to vote in Butler County on August 23, 2004 (See Objectors' Exhibit 55); (3) the signator found on line 9 of Page 238 signed the Nomination Papers on July 10, 2004 and his voter registration record shows that he was officially registered to vote in Butler County on August 21, 2004 (See Objectors' Exhibit 56); and (4) the signator found on line 18 of Page 789 signed the Nomination Papers on July 28, 2004 and his voter registration record shows that he was officially registered to vote in Butler County on August 26, 2004 (See Objectors' Exhibit 72).
Herein, as in Beaver County, there was no evidence offered which showed the date that the signators signed their voter registration cards or any evidence which showed when their voter registration cards/applications were received by the election officials in Butler County. Mr. Young testified that pursuant to the National Voter Registration Act, each signator would have been officially registered ten days after his office received their voter registration applications and that the applications were entered into the SURE system on the same day that each was received. However, Mr. Young could not testify as to the exact date that his office received the signators' voter registration applications. Again, since the SURE system is the official voter registration record for Butler County, absent evidence to the contrary, this Court must accept the official voter registration date as found in SURE as the date these signators were registered to vote in Butler County.
*152 Accordingly, the following signatures are stricken because the signators signed the Nomination Papers prior to the date they each became a registered voter in Butler County:

 PAGE # LINE #
 170 17, 23
 238 9
 789 18

D. OMITTED INFORMATION
The following signatures are stricken because the signators failed to include the information required under Section 951 of the Election Code:

 PAGE # LINE #
 238 78, 91, 92
 299 22, 31, 56
 768 5
 783 3
 1052 25

E. ILLEGIBLE DATA
The following signatures are stricken due to the signators' failure to legibly print the information required by Section 951 of the Election Code:

 PAGE # LINE #
 170 8
 299 42
 703 6
 789 11
 1099 5

F. DUPLICATE SIGNATURES
The following signatures are stricken because they are duplicates of another signature on the Nomination Papers:

 PAGE # LINE #
 238 28 (Duplicate with line 29 of Page 238)
 238 49 (Duplicate with line 50 of Page 238)
 1057 5 (Duplicate with line 4 of Page 1057)

G. INFORMATION WRITTEN IN THE HAND OF ANOTHER
Objectors challenged certain lines of the Nomination Papers on the basis that the signators'"place of residence" had been entered in the hand of another. In support of these challenges, Objectors presented the testimony of handwriting expert Michelle Dresvold. The Court finds Ms. Dresvold's testimony credible. Based upon Ms. Dresvold's credible testimony and the Court's review of each challenged line, the following signatures are stricken because the challenged information contained thereon was written in the hand of another:

 PAGE # LINE #
 238 61, 64, 87

Accordingly, of the 316 total signatures found on the Nomination Papers circulated in Butler County, the Court finds that 74 are invalid leaving a total of 242 valid signatures.

IV. CAMBRIA COUNTY
Mr. Fred Smith testified as to the registration records for the County of Cambria. Mr. Smith is the Director of Elections for Cambria County. Mr. Smith testified that the official voter registration records for Cambria County are the records contained in and maintained by SURE. Mr. Smith testified further that he utilized the SURE system when he conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Cambria County. This Court finds Mr. Smith's testimony credible. Based on the credible testimony of Mr. Smith and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED
The following signature is stricken because the signator is not registered to vote in Cambria County:

 PAGE # LINE #
 705 1

Accordingly, of the 5 total signatures found on the Nomination Papers circulated in Cambria County, the Court finds that 1 *153 is invalid leaving a total of 4 valid signatures.

V. CENTRE COUNTY
Ms. Joyce McKinley testified as to the registration records for the County of Centre. Ms. McKinley is the Director of Voter Registration and Elections for Centre County. Ms. McKinley testified that the official voter registration records for Centre County are the records contained in and maintained by SURE. Ms. McKinley testified further that she utilized the SURE system and the original voter registration cards that were utilized prior to the county's implementation of the SURE system, when she conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Centre County. This Court finds Ms. McKinley's testimony credible. Based on the credible testimony of Ms. McKinley and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED
The following signatures are stricken because the signators are not registered to vote in Centre County:

 PAGE # LINE #
 876 2
 1120 8, 9

B. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signatures are stricken because the signators' addresses as each appears on the Nomination Papers do not correspond to the addresses found on their voter registration cards and Candidates failed to show that the signators moved before signing the Nomination Papers and that the signators' change of address notices have not yet been recorded:

 PAGE # LINE #
 778 4, 6, 7
 1120 10

Accordingly, of the 21 total signatures found on the Nomination Papers circulated in Centre County, the Court finds that 7 are invalid leaving a total of 14 valid signatures.

VI. CLEARFIELD COUNTY
With respect to Clearfield County, counsel for Objectors and counsel for Candidates stipulated that line 3 of Page 1106 of the Nomination Papers is invalid because the signator is not registered to vote in Clearfield County. Therefore, the following signature is stricken as per counsel's stipulation as reflected on the record in this matter:

 PAGE # LINE #
 1106 3

Accordingly, of the 6 total signatures found on the Nomination Papers circulated in Clearfield County, the Court finds that 1 is invalid leaving a total of 5 valid signatures.

VII. FULTON COUNTY
Mr. Richard L. Wible testified as to the registration records for the County of Fulton. Mr. Wible is the Chief Registrar for Fulton County. Mr. Wible testified that the official voter registration records for Fulton County are the records contained in and maintained by SURE. Mr. Wible testified further that he utilized the SURE system when he conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Fulton County. This Court finds Mr. Wible's testimony credible. Based on the credible testimony of Mr. Wible and examination of the original documents, the Court makes the following rulings for the stated reasons.

*154 A. NOT REGISTERED
The following signature is stricken because the signator is not registered to vote in Fulton County:

 PAGE # LINE #
 919 1

Accordingly, of the 1 total signature found on the Nomination Papers circulated in Fulton County, the Court finds that the signature is invalid leaving a total of 0 valid signatures.

VIII. INDIANA COUNTY
Ms. Donna Hoover testified as to the registration records for the County of Indiana. Ms. Hoover is the Chief Registrar for Indiana County. Ms. Hoover testified that the official voter registration records for Indiana County are the records contained in and maintained by SURE. Ms. Hoover testified further that she utilized the SURE system when she conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Indiana County. This Court finds Ms. Hoover's testimony credible. Based on the credible testimony of Ms. Hoover and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signature is stricken because the signator's address as it appears on the Nomination Papers does not correspond to the address found on her voter registration card and Candidates failed to show that the signator moved before signing the Nomination Papers and that the signator's change of address notice had not yet been recorded:

 PAGE # LINE #
 830 1

Accordingly, of the 9 total signatures found on the Nomination Papers circulated in Indiana County, the Court finds that 1 signature is invalid leaving a total of 8 valid signatures.

IX. SOMERSET COUNTY
Ms. Tina Pritts testified as to the registration records for the County of Somerset. Ms. Pritts is the Director of Elections for Somerset County. Ms. Pritts testified that the official voter registration records for Somerset County are the records contained in and maintained by SURE. Ms. Pritts testified further that she utilized the SURE system when she conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Somerset County. This Court finds Ms. Pritts's testimony credible. Based on the credible testimony of Ms. Pritts and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signature is stricken because the signator's address as it appears on the Nomination Papers does not correspond to the address found on her voter registration card and Candidates failed to show that the signator moved before signing the Nomination Papers and that the signator's change of address notice had not yet been recorded:

 PAGE # LINE #
 1135 1

B. SIGNATOR REGISTERED AFTER DATE OF SIGNING
Objectors challenged line 1 of Page 942 of the Nomination Papers on the basis that the signator signed the Nomination Papers before he became a registered voter in *155 Somerset County.[12] The evidence shows that the signator found on line 1 of Page 942 signed the Nomination Papers on July 31, 2004 and his voter registration record shows that he was officially registered to vote in Somerset County on September 18, 2004. See Objectors' Exhibit 23. In addition, counsel for Candidates entered into evidence a voter registration application for the signator which is dated August 27, 2004 and time stamped September 2, 2004. See Respondent's Exhibit 1. Therefore, based on the fact that the evidence clearly shows that the signator signed the Nomination Papers on July 31, 2004, a date well beyond the date he registered to vote in Somerset County, line 1 of Page 942 must be stricken as the signator was not registered to vote on the date he signed the Nomination Papers.
Accordingly, the following signature is stricken because the signator signed the Nomination Papers prior to the date he became a registered voter in Somerset County:

 PAGE # LINE #
 942 1

Accordingly, of the 2 total signatures found on the Nomination Papers circulated in Somerset County, the Court finds that 2 signatures are invalid leaving a total of 0 valid signatures.

X. WASHINGTON COUNTY
Mr. Larry Spahr testified as to the registration records for the County of Washington. Mr. Spahr is the Director of Elections for Washington County. Mr. Spahr testified that the official voter registration records for Washington County are the records contained in and maintained by SURE. Mr. Spahr testified further that he utilized the SURE system when he conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Washington County. This Court finds Mr. Spahr's testimony credible. Based on the credible testimony of Mr. Spahr and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED
The following signatures are stricken because the signators are not registered to vote in Washington County:

 PAGE # LINE #
 631 1, 3
 669 4, 5, 52
 680 12, 17, 19, 21
 700 1, 2, 4, 8, 11
 726 2
 729 1
 740 4, 10
 784 2, 3
 985 6
 1059 2

B. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signatures are stricken because the signators' addresses as they appear on the Nomination Papers do not correspond to the addresses found on his or her voter registration cards and Candidates failed to show that the signators moved before signing the Nomination Papers and that the signators' change of address notices have not yet been recorded:

 PAGE # LINE #
 669 3, 7, 51
 680 1, 2

C. SIGNATOR REGISTERED AFTER DATE OF SIGNING
Objectors challenged 2 signatures on the basis that the signators signed the Nomination Papers before he or she became a *156 registered voter in Washington County.[13] With respect to these 2 signators, the evidence showed as follows: (1) the signator found on line 7 of Page 700 signed the Nomination Papers on July 28, 2004 and her voter registration record shows that she was officially registered to vote in Washington County on September 30, 2004 (See Objectors' Exhibit 92); and (2) the signator found on line 13 of Page 700 signed the Nomination Papers on July 29, 2004 and his voter registration record shows that he was officially registered to vote in Washington County on September 18, 2004 (See Objectors' Exhibit 93).
Herein, as in Beaver and Butler Counties, there was no evidence offered with respect to line 13 of Page 700 which showed the date that the signator signed his voter registration card or any evidence which showed when his voter registration card/application was received by the election officials in Washington County. Mr. Spahr testified that pursuant to the National Voter Registration Act, each signator would have been officially registered ten days after his office received their voter registration applications and the applications were entered into the SURE system. However, Mr. Spahr could not testify as to the exact date that his office received this signator's voter registration application. Thus, since the SURE system is the official voter registration record for Washington County, absent evidence to the contrary, this Court must accept the official voter registration date as found in SURE as the date this signator was registered to vote in Washington County.
With respect to line 7 of Page 700, Mr. Spahr testified at the September 28, 2004 hearing that the signator originally registered to vote on August 20, 2004, but that her voter registration was on hold because an address verification notice had been sent to the signator. Mr. Spahr testified further that according to this signator's voter registration record, her registration would be active September 30, 2004 indicating, based on the ten day waiting period required by the National Voter Registration Act, that some change occurred on September 20, 2004. Finally, Mr. Spahr testified that he did not know on what date the signator's application was first processed. Therefore, based on Mr. Spahr's testimony and the signator's voter registration record, the Court finds that this signator was not registered to vote in Washington County at the time she signed the Nomination Papers on July 28, 2004.
Accordingly, the following signatures are stricken because the signators signed the Nomination Papers prior to the date they each became a registered voter in Washington County:

 PAGE # LINE #
 700 7, 13

D. OMITTED INFORMATION
The following signatures are stricken because the signators failed to include the information required under Section 951 of the Election Code:

 PAGE # LINE #
 724 1
 739 6, 9
 985 4

Accordingly, of the 116 total signatures found on the Nomination Papers circulated in Washington County, the Court finds that 33 signatures are invalid leaving a total of 83 valid signatures.

XI. WESTMORELAND COUNTY
Ms. Paula Pedicone testified as to the registration records for the County of Westmoreland. Ms. Pedicone is the Director *157 of Elections for Westmoreland County. Ms. Pedicone testified that the official voter registration records for Westmoreland County are the records contained in and maintained by SURE. Ms. Pedicone testified further that she utilized the SURE system when she conducted a search of the names and addresses of the elector's signatures that were being challenged by Objectors in Westmoreland County. This Court finds Ms. Pedicone's testimony credible. Based on the credible testimony of Ms. Pedicone and examination of the original documents, the Court makes the following rulings for the stated reasons.

A. NOT REGISTERED
The following signatures are stricken because the signators are not registered to vote in Westmoreland County:

 PAGE # LINE #
 645 1, 2, 23, 25
 713 3
 718 13
 720 3, 15
 754 6
 774 5
 776 2, 3, 4, 6, 8, 13, 18, 20, 21, 24, 28, 30, 31
 945 3
 1056 1, 4

B. NOT REGISTERED AT ADDRESS ON VOTER RECORD
The following signatures are stricken because the signators' addresses as they appear on the Nomination Papers do not correspond to the addresses found on his or her voter registration cards and Candidates failed to show that the signators moved before signing the Nomination Papers and that the signators' change of address notices have not yet been recorded:

 PAGE # LINE #
 718 11
 720 5
 776 26, 27

C. SIGNATOR REGISTERED AFTER DATE OF SIGNING
Objectors challenged line 1 of Page 713 of the Nomination Papers on the basis that the signator signed the Nomination Papers before she became a registered voter in Westmoreland County.[14] The evidence shows that the signator found on line 1 of Page 713 signed the Nomination Papers on July 27, 2004 and that she was officially registered to vote in Westmoreland County on August 6, 2004. See Objectors' Exhibit 105. However, Ms. Pedicone credibly testified that her office received the signator's initial voter registration application on July 22, 2004. Therefore, as there was direct evidence that the election officials of Westmoreland County received the signator's voter registration application prior to her signing the Nomination Papers, this Court declines to strike the challenged signature as invalid.

D. OMITTED INFORMATION
The following signatures are stricken because the signators failed to include the information required under Section 951 of the Election Code:

 PAGE # LINE #
 645 22
 720 9, 13
 898 1, 2
 946 2

E. DUPLICATE SIGNATURES
The following signature is stricken because it is a duplicate of another signature on the Nomination Papers:

 PAGE # LINE #
 774 7 (Duplicate with line 8 of Page 774)

*158 F. FACIALLY INVALID
Counsel for Objectors and counsel for the Candidate stipulated on the record that 3 signatures should be stricken because they are facially invalid. Therefore, the following signatures are stricken:

 PAGE # LINE #
 913 2
 945 2, 4

Accordingly, of the 181 total signatures found on the Nomination Papers circulated in Westmoreland County, the Court finds that 40 signatures are invalid leaving a total of 141 valid signatures.

XII. CONCLUSION
Therefore, of the 891 total signatures found on the Nomination Papers circulated in the aforementioned fourteen counties, the Court finds that a total of 259 signatures are invalid leaving a total of 632 valid signatures.

FINDINGS AND CONCLUSIONS
JIULIANTE, Senior Judge.
AND NOW, this 7th day of October, 2004, after hearings on September 27 and 28, 2004 regarding Petitioners' challenges to the Nomination Paper of Ralph Nader and Peter Miguel Camejo (Candidates)[1] as Candidates of an Independent Political body of President and Vice-President of the United States in the General Election scheduled for November 2, 2004, which were circulated in the Counties of Clarion, Crawford, Elk, Erie, Lawrence, Mercer, Venango and Warren, this Court finds as follows:
1) Ms. Donna Oberlander testified as to registration records for Clarion County. Ms. Oberlander is a Clarion County Commissioner and Chair of the Election Board in Clarion County. Her testimony was credible.
2) Ms. Marlene M. Robertson and Ms. Marsha Furno testified as to registration records for Crawford County. Ms. Robertson is Chief Clerk and Director of Voter Registration for Crawford County. Ms. Furno is Clerk of Elections for Crawford County Voter Services. Their testimonies were credible.
3) Ms. Kimberly Frey testified as to registration records for Elk County. Ms. Frey is Director of Elections and Voter Registration for Elk County. Her testimony was credible.
4) Ms. Sharon Drayer testified as to registration records for Erie County. Ms. Drayer is Election Director for Erie County. Her testimony was credible.
5) Ms. Maureen Gabriel testified as to registration records for Lawrence County. Ms. Gabriel is Director of Elections and Voter Registration for Lawrence County. Her testimony was credible.
6) Mr. James Bennington testified as to registration records for Mercer County. Mr. Bennington is Director of Voter Registration and Elections for Mercer County. His testimony was credible.
7) Ms. Denise W. Jones testified as to registration records for Venango County. Ms. Jones is Chief Clerk and Director of Elections for Venango County. Her testimony was credible.
8) Ms. Diane C. Bloomgren testified as to registration records for Warren County. Ms. Bloomgren is Director of Elections for Warren County. Her testimony was credible.
*159 9) Based on this Court's review of the nomination papers, the documentary evidence introduced into the record and the testimony of the above-witnesses, this Court makes the following rulings for the stated reasons:

 a). Clarion County
 Total signature lines: 8
 Total signatures lines to which objections raised: 5
 Total signature line challenges sustained: 2
 Forged alteration of affidavit 2: page 892/lines 1, 2
 b). Crawford County
 Total signature lines: 41
 Total signature lines to which objections raised: 33
 Total signature lines to which objections sustained: 14
 Not Registered (NR) 5: page 31/lines 7, 21, 26, 33, 36
 Not Registered at Address (NRA) 8: page 31/lines 1, 13, 14, 15, 20, 23, 32, 39
 Not Registered on Date Signed (NRDS) 1: page 31/line 40
 c). Elk County
 Total signature lines: 3
 Total signature lines to which objections raised: 3
 Total signature lines to which objections sustained: 1
 NR 1: page 899/line 1
 d). Erie County
 Total signature lines: 295
 Total signature lines to which objections raised: 241
 Total signature lines to which objections sustained: 95
 Crossed-out signature lines struck by Secretary of State 16: page 124/lines 2, 8, 10, 38, 53
 62; page 125/lines 6, 8, 17, 21, 23, 40, 43, 74, 107; page 126/line 13
 NR 31: page 124/lines 1, 14, 27, 34, 36, 65; page 125/lines 20, 26, 28 51, 60, 66, 75, 81, 87,
 89, 94, 108; page 126/lines 6, 17, 19, 27, 38, 39, 53, 66, 68, 83, 87, 88, 105; page 930/line 4
 Data Omitted (D.O.) 12: page 124/lines 3, 26, 60; page 125/line 5, 76; page 126/lines 4, 15,
 35, 73, 89, 100, page 930/line 2
 NRA 17: page 124/lines 6, 11, 33, 35, 40, 57, 63; page 125/lines 31, 41, 90, 93, 105; page
 126/line 29, 42, 47, 74, 75,
 NRDS 1: page 125/line 104
 Duplicate 1: page 667/line 5
 Initials/nickname 11: page 125/lines 54, 55; page 126/lines 14, 31, 44, 53, 64, 91, 92, 102,
 103,
 Affidavit/notary incomplete 4: page 639/lines 2, 3, 4, 5
 e). Lawrence County
 Total signature lines: 23
 Total signature lines to which objections raised: 20
 Total signature lines to which objections sustained: 15
 Forged alteration of affidavit 15: page 771/lines 1 through 15
 f). Mercer County
 Total signature lines: 22
 Total signature lines to which objections raised: 16
 Total signature lines to which objections sustained: 11
 NRA 1: page 702/line 1
 Forged alteration of affidavit 8: page 928/lines 1 though 8
 Affidavit missing 2: page 637/lines 1, 2

*160
 g). Venango County
 Total signature lines: 5
 Total signature lines to which objections raised: 5
 Total signature lines to which objections sustained: 5
 Forged alteration of affidavit 5: page 937/lines 1 through 5
 h). Warren County
 Total signature lines: 4
 Total signature lines to which objections raised: 4
 Total signature lines to which objections sustained: 1
 Forged alteration of affidavit 1: page 934/line 1
 Totals for all Eight Counties
 Total signature lines 401
 Total signature lines to which objections raised 327
 Total signature lines to which objections sustained: 143
 Total valid signature lines 258

AMENDED FINDINGS AND CONCLUSIONS
JIULIANTE, Senior Judge.
AND NOW, this 12th day of October, 2004, after hearings on September 27 and 28, 2004 regarding Petitioners' challenges to the Nomination Paper of Ralph Nader and Peter Miguel Camejo (Candidates)[1] as Candidates of an Independent Political body of President and Vice-President of the United States in the General Election scheduled for November 2, 2004, which were circulated in the Counties of Clarion, Crawford, Elk, Erie, Lawrence, Mercer, Venango and Warren, this Court finds as follows:
1) Ms. Donna Oberlander testified as to registration records for Clarion County. Ms. Oberlander is a Clarion County Commissioner and Chair of the Election Board in Clarion County. Her testimony was credible.
2) Ms. Marlene M. Robertson and Ms. Marsha Furno testified as to registration records for Crawford County. Ms. Robertson is Chief Clerk and Director of Voter Registration for Crawford County. Ms. Furno is Clerk of Elections for Crawford County Voter Services. Their testimonies were credible.
3) Ms. Kimberly Frey testified as to registration records for Elk County. Ms. Frey is Director of Elections and Voter Registration for Elk County. Her testimony was credible.
4) Ms. Sharon Drayer testified as to registration records for Erie County. Ms. Drayer is Election Director for Erie County. Her testimony was credible.
5) Ms. Maureen Gabriel testified as to registration records for Lawrence County. Ms. Gabriel is Director of Elections and Voter Registration for Lawrence County. Her testimony was credible.
6) Mr. James Bennington testified as to registration records for Mercer County. Mr. Bennington is Director of Voter Registration and Elections for Mercer County. His testimony was credible.
7) Ms. Denise W. Jones testified as to registration records for Venango County. *161 Ms. Jones is Chief Clerk and Director of Elections for Venango County. Her testimony was credible.
8) Ms. Diane C. Bloomgen testified as to registration records for Warren County. Ms. Bloomgren is Director of Elections for Warren County. Her testimony was credible.
9) Based on this Court's review of the nomination papers, the documentary evidence introduced into the record and the testimony of the above-witnesses, this Court makes the following rulings for the stated reasons:

 a). Clarion County
 Total signature lines: 8
 Total signatures lines to which objections raised: 5
 Total signature line challenges sustained: 2
 Forged alteration of affidavit 2: page 892/lines 1, 2
 b). Crawford County
 Total signature lines: 41
 Total signature lines to which objections raised: 33
 Total signature lines to which objections sustained: 14
 Not Registered (NR) 5: page 31/lines 7, 21, 26, 33, 36
 Not Registered at Address (NRA) 8: page 31/lines 1, 13, 14, 15, 20, 23, 32, 39
 Not Registered on Date Signed (NRDS) 1: page 31/line 40
 c). Elk County
 Total signature lines: 3
 Total signature lines to which objections raised: 3
 Total signature lines to which objections sustained: 1
 NR 1: page 899/line 1
 d). Erie County
 Total signature lines: 303
 Total signature lines to which objections raised: 241
 Total signature lines to which objections sustained: 94
 Crossed-out signature lines struck by Secretary of State 16: page 124/lines 2, 8, 10, 38, 53
 62; page 125/lines 6, 8, 17, 21, 23, 40, 43, 74, 107; page 126/line 13
 NR 32: page 124/lines 1, 14, 27, 34, 36, 65; page 125/lines 20, 26, 28 51, 60, 66, 75, 81, 87,
 89, 94, 108; page 126/lines 6, 17, 19, 27, 38, 39, 53, 66, 68, 83, 87, 88, 105; page 930/line 4
 Data Omitted (D.O.) 12: page 124/lines 3, 26, 60; page 125/line 5, 76; page 126/lines 4, 15,
 35, 73, 89, 100, page 930/line 2
 NRA 17: page 124/lines 6, 11, 33, 35, 40, 57, 63; page 125/lines 31, 41, 90, 93, 105; page
 126/line 29, 42, 47, 74, 75,
 NRDS 1: page 125/line 104
 Duplicate 1: page 667/line 5
 Initials/nickname 11: page 125/lines 54, 55; page 126/lines 14, 31, 44, 53, 64, 91, 92, 102,
 103,
 Affidavit/notary incomplete 4: page 639/lines 2, 3, 4, 5
 e). Lawrence County
 Total signature lines: 23
 Total signature lines to which objections raised: 20
 Total signature lines to which objections sustained: 15
 Forged alteration of affidavit 15: page 771/lines 1 through 15
 f). Mercer County
 Total signature lines: 22

*162
 Total signature lines to which objections raised: 16
 Total signature lines to which objections sustained: 11
 NRA 1: page 702/line 1
 Forged alteration of affidavit 8: page 928/lines 1 though 8
 Affidavit missing 2: page 637/lines 1, 2
 g). Venango County
 Total signature lines: 5
 Total signature lines to which objections raised: 5
 Total signature lines to which objections sustained: 5
 Forged alteration of affidavit 5: page 937/lines 1 through 5
 h). Warren County
 Total signature lines: 4
 Total signature lines to which objections raised: 4
 Total signature lines to which objections sustained: 1
 Forged alteration of affidavit 1: page 934/line 1
 Totals for all Eight Counties
 Total signature lines 409
 Total signature lines to which objections raised 327
 Total signature lines to which objections sustained: 143
 Total valid signature lines 266

SECOND AMENDED FINDINGS AND CONCLUSIONS
JIULIANTE, Senior Judge.
AND NOW, this 13th day of October, 2004, after hearings on September 27 and 28, 2004 regarding Petitioners' challenges to the Nomination Paper of Ralph Nader and Peter Miguel Camejo (Candidates)[1] as Candidates of an Independent Political body of President and Vice-President of the United States in the General Election scheduled for November 2, 2004, which were circulated in the Counties of Clarion, Crawford, Elk, Erie, Lawrence, Mercer, Venango and Warren, this Court finds as follows:
1) Ms. Donna Oberlander testified as to registration records for Clarion County. Ms. Oberlander is a Clarion County Commissioner and Chair of the Election Board in Clarion County. Her testimony was credible.
2) Ms. Marlene M. Robertson and Ms. Marsha Furno testified as to registration records for Crawford County. Ms. Robertson is Chief Clerk and Director of Voter Registration for Crawford County. Ms. Furno is Clerk of Elections for Crawford County Voter Services. Their testimonies were credible.
3) Ms. Kimberly Frey testified as to registration records for Elk County. Ms. Frey is Director of Elections and Voter Registration for Elk County. Her testimony was credible.
4) Ms. Sharon Drayer testified as to registration records for Erie County. Ms. Drayer is Election Director for Erie County. Her testimony was credible.
5) Ms. Maureen Gabriel testified as to registration records for Lawrence County. Ms. Gabriel is Director of Elections and Voter Registration for Lawrence County. Her testimony was credible.
*163 6) Mr. James Bennington testified as to registration records for Mercer County. Mr. Bennington is Director of Voter Registration and Elections for Mercer County. His testimony was credible.
7) Ms. Denise W. Jones testified as to registration records for Venango County. Ms. Jones is Chief Clerk and Director of Elections for Venango County. Her testimony was credible.
8) Ms. Diane C. Bloomgen testified as to registration records for Warren County. Ms. Bloomgren is Director of Elections for Warren County. Her testimony was credible.
9) Based on this Court's review of the nomination papers, the documentary evidence introduced into the record and the testimony of the above-witnesses, this Court makes the following rulings for the stated reasons:

 a). Clarion County
 Total signature lines: 8
 Total signatures lines to which objections raised: 5
 Total signature line challenges sustained: 2
 Forged alteration of affidavit 2: page 892/lines 1, 2
 b). Crawford County
 Total signature lines: 43
 Total signature lines to which objections raised: 33
 Total signature lines to which objections sustained: 14
 Not Registered (NR) 5: page 31/lines 7, 21, 26, 33, 36
 Not Registered at Address (NRA) 8: page 31/lines 1, 13, 14, 15, 20, 23, 32, 39
 Not Registered on Date Signed (NRDS) 1: page 31/line 40
 c). Elk County
 Total signature lines: 3
 Total signature lines to which objections raised: 3
 Total signature lines to which objections sustained: 1
 NR 1: page 899/line 1
 d). Erie County
 Total signature lines: 303
 Total signature lines to which objections raised: 241
 Total signature lines to which objections sustained: 94
 Crossed-out signature lines struck by Secretary of State 16: page 124/lines 2, 8, 10, 38, 53
 62; page 125/lines 6, 8, 17, 21, 23, 40, 43, 74, 107; page 126/line 13
 NR 32: page 124/lines 1, 14, 27, 34, 36, 65; page 125/lines 20, 26, 28 51, 60, 66, 75, 81, 87,
 89, 94, 108; page 126/lines 6, 17, 19, 27, 38, 39, 53, 66, 68, 83, 87, 88, 105; page 930/line 4
 Data Omitted (D.O.) 12: page 124/lines 3, 26, 60; page 125/line 5, 76; page 126/lines 4, 15,
 35, 73, 89, 100, page 930/line 2
 NRA 17: page 124/lines 6, 11, 33, 35, 40, 57, 63; page 125/lines 31, 41, 90, 93, 105; page
 126/line 29, 42, 47, 74, 75,
 NRDS 1: page 125/line 104
 Duplicate 1: page 667/line 5
 Initials/nickname 11: page 125/lines 54, 55; page 126/lines 14, 31, 44, 53, 64, 91, 92, 102,
 103,
 Affidavit/notary incomplete 4: page 639/lines 2, 3, 4, 5
 e). Lawrence County
 Total signature lines: 25

*164
 Total signature lines to which objections raised: 20
 Total signature lines to which objections sustained: 15
 Forged alteration of affidavit 15: page 771/lines 1 through 15
 f). Mercer County
 Total signature lines: 22
 Total signature lines to which objections raised: 16
 Total signature lines to which objections sustained: 11
 NRA 1: page 702/line 1
 Forged alteration of affidavit 8: page 928/lines 1 though 8
 Affidavit missing 2: page 637/lines 1, 2
 g). Venango County
 Total signature lines: 7
 Total signature lines to which objections raised: 5
 Total signature lines to which objections sustained: 5
 Forged alteration of affidavit 5: page 937/lines 1 through 5
 h). Warren County
 Total signature lines: 5
 Total signature lines to which objections raised: 4
 Total signature lines to which objections sustained: 1
 Forged alteration of affidavit 1: page 934/line 1
 Totals for all Eight Counties
 Total signature lines 416
 Total signature lines to which objections raised 327
 Total signature lines to which objections sustained: 143
 Total valid signature lines 273

FINDINGS AND CONCLUSIONS
SIMPSON, Judge.
AND NOW, this 27th day of September, 2004, after hearing this date to nominating petitions circulated in the counties of Berks, Columbia, Cumberland, Dauphin, Bradford and Lackawanna, the Court finds as follows:
1) Mr. Steven Chiavetta testified as to registration records for the County of Dauphin. Mr. Chiavetta is the Director of the Bureau of Registration and Elections in Dauphin County. His testimony was credible.
2) Ms. Wanda S. Zeigler testified as to registration records for the County of Cumberland. Ms. Zeigler is the Election Manager for Cumberland County. Her testimony was credible.
3) Mr. Vincent Kurt Bellman testified as to registration records for the County of Berks. Mr. Bellman is the Director of Elections and Chief Clerk to the Board of Electors of Berks County. His testimony was credible.
4) Ms. Joann K. Reichart testified by telephone as to registration records for the County of Columbia. Ms. Reichart is the Chief Registrar/Director of Elections in Columbia County. Her testimony was credible.
5) The parties resolved the facts for challenges to nominating signatures in Lackawanna County by stipulation, and the challenge to nominating signatures in Bradford County was withdrawn.
6) As necessary, counsel and the Court examined the original papers.
7) Based on the credible testimony received and examination of the original documents, the Court made the following rulings for the stated reasons.

 a. Dauphin County
 Total signatures: 52;

*165
 Total signatures to which initial objections
 raised: 49;
 Total signatures to which objections
 sustained: 49;
 1 page 708/side4affidavit differed
 as to county of signers;
 47 page 802/side4  affidavit of
 circulator not notarized;
 1 page 908/side 1/line1no date
 of signing.
 b. Cumberland County
 Total signatures: 13;
 Total signatures to which initial objections
 raised: 12;
 Total signatures to which objections
 sustained: 12;
 11 page 803/side4  affidavit of
 circulator not notarized;
 1 page 925/side 1/line1  did not
 reside in state.
 c. Berks County
 Total signatures: 33;
 Total signatures to which initial objections
 raised: 20;
 Total signatures to which objections
 sustained: 11;
 5 page 757/side4  affidavit differed
 as to county;
 1 page 827/side 1/line2  not
 registered;
 1 page 848/side 1/line1  affidavit
 inconsistent with residence;
 2 page 914/side4  affidavit executed
 before signatures dated;
 1 page 932/side4  affidavit altered
 as to county;
 1 page 1184/side 2/line7  use of
 initial rather than full name as registered.
 d. Columbia County
 Total signatures: 3;
 Total signatures to which initial objections
 raised: 3;
 Total signatures to which objections
 sustained: 3;
 1 page 886/side 1/line1  incorrect
 address, in different county;
 1 page 933/side4  affidavit altered
 as to county;
 1 page 1062/side4  affidavit altered
 as to county;
 e. Lackawanna County
 Total signatures: 15;
 Total signatures to which initial objections
 raised: 11;
 Total signatures to which objections
 sustained: 11;
 3 page 738/side4  affidavit altered
 as to county of signers;
 1 page 823/side 1/line1  registered
 at different address;
 1 page 889/side 1/line2  registered
 at different address;
 1 page 889/side 1/line4  registered
 at different address;
 1 page 893/side 1/line1  registered
 at different address;
 1 page 963/side 1/line1  registered
 at different address;
 1 page 889/side 1/line3  illegible
 signature and name;
 1 page 893/side 1/line2  address
 out of county;
 1 page 1015/side4  affidavit inconsistent
 with county of residence.

FINDINGS AND CONCLUSIONS
AND NOW, this 30th day of September, 2004, after hearing on September 29, 2004 to nominating petitions circulated in the counties of York, Perry, Montour, Wyoming, Susquehanna, Pike, Northampton and Northumberland, the Court finds as follows:
1) Mr. John Vernon Scott testified as to registration records for the County of York. Mr. Scott is the Director of the *166 Elections and Voter Registration in York County. His testimony was credible.
2) Ms. Bonnie Delancey testified by telephone as to registration records for the County of Perry. Ms. Delancey is the Director of Voter Registration and Elections for Perry County. Her testimony was credible.
3) Ms. Holly Brandon testified by telephone as to registration records for the County of Montour. Ms. Brandon is the Chief Clerk and Director of Elections for Montour County. Her testimony was credible.
4) Ms. Celine Reich testified by telephone as to registration records for the County of Wyoming. Ms. Reich is the Director of Elections for Wyoming County. Her testimony was credible.
5) Ms. Janice DeFebo testified by telephone as to registration records for the County of Pike. Ms. DeFebo is a clerk in the Bureau of Elections Office in Pike County. Her testimony was credible.
6) Ms. Linda Arcury testified as to registration records for the County of Northampton. Ms. Arcury is the Director of the Bureau of Elections for Northampton County. Her testimony was credible.
7) Ms. Lori Weaver of the Northampton County Bureau of Elections assisted Ms. Arcury by telephone with information concerning voter registration records in Northampton County.
8) No challenges were presented to nominating signatures in the counties of Susquehanna or Northumberland.
9) As necessary, counsel and the Court examined the original papers.
10) Based on the credible testimony received and examination of the original documents, the Court made the following rulings for the stated reasons.

 a. York County
 Total signatures: 56;
 Total signatures to which initial objections
 raised: 40;
 Total signatures to which objections
 sustained: 11;
 1 page 428/side 1/line4  not registered;
 1 page 428/side 1/line5  not registered;
 1 page 428/side 2/line 11  not registered;
 1 page 428/side 2/line 14  not registered
 under name signed;
 1 page 428/side 2/line 22  registered
 at different address;
 1 page 428/side 2/line 27  not registered;
 1 page 428/side 2/line 30  registered
 at different address;
 4 page 1110/side4  affidavit of
 circulator not notarized.
 b. Perry County
 Total signatures: 3;
 Total signatures to which initial objections
 raised: 3;
 Total signatures to which objections
 sustained: 0.
 c. Montour County
 Total signatures: 2;
 Total signatures to which initial objections
 raised: 2;
 Total signatures to which objections
 sustained: 1;
 1 page 832/side 1/line1  not registered.
 d. Wyoming County
 Total signatures: 6;
 Total signatures to which initial objections
 raised: 2;
 Total signatures to which objections
 sustained: 1;

*167
 1 page 881/side 1/line3not registered
 on date signed.
 e. Pike County
 Total signatures: 2;
 Total signatures to which initial objections
 raised: 2;
 Total signatures to which objections
 sustained: 0.
 f. Northampton County
 Total signatures: 70;
 Total signatures to which initial objections
 raised: 46;
 Total signatures to which objections
 sustained: 21;
 1 page 132/side 1/line5not registered;
 1 page 132/side 1/line6not registered;
 1 page 132/side 2/line 13not registered;
 1 page 132/side 2/line 15not registered;
 1 page 132/side 2/line 16not registered;
 1 page 132/side 2/line 22not registered;
 1 page 132/side 2/line 27not registered;
 1 page 692/side 1/line2not registered;
 1 page 692/side 2/line8not registered;
 3 page 804/side4no affidavit by
 circulator; affidavit of circulator not
 notarized;
 1 page 894/side4affidavit altered
 as to county;
 1 page 1019/side 1/line1not registered;
 1 page 1019/side 1/line2not registered;
 1 page 1151/side 1/line2not registered;
 1 page 1151/side 1/line5not registered;
 1 page 1151/side 1/line6not registered;
 1 page 1151/side 2/line8not registered;
 1 page 1151/side 2/line9not registered;
 1 page 1151/side 2/line 12not
 registered on date signed.

FINDINGS AND CONCLUSIONS
COHN JUBELIRER, Judge.
AND NOW, this 8th day of October, 2004, after a hearing held on September 28, 2004[1], on the Petition to Set Aside the Nomination Paper of Ralph Nader and Peter Miguel Camejo as Candidates of an Independent Political Body for President and Vice-President of the United States regarding nominating papers circulated in the counties of Adams, Lancaster, Lebanon, Lehigh, Luzerne, Lycoming, Monroe and Schuylkill, the Court finds as follows:
1. The Petitioners presented testimony from the following witnesses:
a.) Ms. Mary Z. Stehman testified as to registration records for the County of Lancaster. Ms. Stehman is the Chief Registrar of Voter Registration. Her testimony was credible.
b.) Ms. Elaine F. Ludwig testified as to registration records via the telephone for the County of Lebanon. Ms. Ludwig is the Chief Clerk of Elections and Voter Registration. Her testimony was credible.

*168 c.) Ms. Elizabeth A. Hillwig testified as to registration records for the County of Lehigh. Ms. Hillwig is the Chief Clerk of Voter Registration and Election Bureau. Her testimony was credible.
d.) Mr. Leonard C Piazza, III testified as to registration records for the County of Luzerne. Mr. Piazza is the Director of Elections. His testimony was credible.
e.) Ms. Alice Bair testified as to registration records via the telephone for the County of Lycoming. Ms. Bair is the Assistant Voter Registrar. Her testimony was credible.
f.) Ms. Gina Taylor testified as to registration records for the County of Monroe. Ms. Taylor is the Acting Director of the Voter Registration/Elections. Her testimony was credible.
2. The nomination papers attributed to the counties of Adams, Lancaster, Lebanon, Lehigh, Luzerne, Lycoming, Monroe and Schuylkill and assigned for my review contained a total of 210 signatures. The Petition to Set Aside contained both Individual Line Challenges and "Global" challenges to an entire nominating paper. As necessary, counsel, witnesses and the Court examined the original papers and exhibits prepared by the witnesses.
3. With regard to signatures or pages which the Secretary of State had preliminarily stricken, Petitioners had to include all such signatures or pages, in their Petition to Set Aside the Nominating Papers, in accordance with the opinion of the Supreme Court in Nomination Papers of Ralph and Peter Miguel Camejo, ___ Pa. ___, ___-___, 858 A.2d 1167, 1184-85, 2004 WL 2185351 (154 M.A.P. 2004, filed September 29, 2004) (hereinafter "Supreme Court Opinion"). Where Petitioners did not object to such signatures or pages, this Court will not strike them.
4. The Global Challenges to entire nominating papers involve allegations that the Circulators' Affidavits are invalid because they either are blank, do not contain a notarization, or contain a mistake in line 1 ("County of Nomination Paper Signers' Residence"). This Court will strike affidavits which are blank or do not contain a notarization. At the Hearing, the Candidates orally made a Motion to Amend the Defects in the Circulators' Affidavits, which the Court orally granted. The Court advised the parties that it would accept notarized affidavits from the circulators whose affidavits contain a mistake in line 1 that is apparent from the face of the nomination paper, and also those whose affidavits contain a correction of that mistake. Amendment by affidavit was previously permitted by this Court in In re: Nomination Petition of Victor R. Delle Donne, 779 A.2d 1 (Pa.Cmwlth.2001), affirmed per curiam, 565 Pa. 561, 777 A.2d 412 (2001), when faced with the same challenge to a circulator's affidavit as presented here. Here, the circulator placed the county of his or her residence, rather than that of the signatories to the petition, on line 1 of the affidavit. As in Delle Donne, because the mistake is apparent on the face of the paper, the Court here permitted amendment by allowing the circulator to submit an affidavit indicating that he or she had incorrectly filled out line 1 of the circulator's affidavit by mistakenly filling in his or her county of residence rather than the county of residence of those persons who had signed the nomination paper. All affidavits had to be filed *169 no later than 12:00 noon, on Friday, October 1, 2004. Where the Court received such affidavits, the Global challenge to the paper was not sustained.
5. Some of the Individual Line Challenges involve allegations that the signers were not registered to vote. Candidates argued at the hearing that the signers of nomination papers did not need to be registered to vote to be a "qualified elector" under Section 951 of the Pennsylvania Election Code, Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. § 2911(d), because the definition for "qualified elector" in Section 101 of the Pennsylvania Election Code, 25 P.S. § 2602, does not specifically contain a registration requirement. In support of their argument, Candidates cited Morrill v. Weaver, 224 F.Supp.2d 882 (E.D.Pa.2002), where the district court held that under Section 951(d) of the Pennsylvania Election Code, to be a "qualified elector," circulator/affiants did not have to be registered voters. Id. at 900. Mr. Justice Saylor specifically directed this Court "to separately review, with respect to each signature and affidavit, whether the signature or affidavit meets the requirements imposed by law assuming that voter registration is not required." In re Nomination Paper of Ralph Nader, (No. 171 MM 2004, filed October 1, 2004)(Saylor, J., concurring). Therefore, I will separately tally and discuss, with respect to each signature and affidavit that is stricken due to lack of registration, whether the signature would otherwise meet the requirements imposed by law.
6. Based on the credible testimony received, examination of the original documents, Petitioners' Exhibits entered without objection, and circulators' affidavits, the Court makes the following rulings for the stated reasons:[2]
a. Global ChallengeBlank Affidavit: 15 lines are stricken because the Circulators' Affidavit is blank.
b. Global ChallengeLack of Notarization: 3 lines are stricken because the Circulators' Affidavit was not notarized.
c. Global ChallengeCounty of Signers is Incorrect on Affidavit: 4 lines are stricken because of the incorrect county. The Court received an affidavit amending the defect for page 666, and on page 846 the County was corrected and the correction initialed with the circulator's initials. Thus, the signatures on pages 666 and 846 are not stricken.
d. Not registered12 of the signature lines listed an address, but the name did not match that of any registered voter in the county. Those lines are stricken. However, all signatures were dated August 1, 2004 or earlier. Therefore, since there was no evidence to suggest that the addresses listed were inaccurate, all signers resided in the state more than 90 days immediately preceding the election. While it would seem unlikely that very many were non-citizens or minors, no evidence was presented as to the age or citizenship of any of them, other than the affiants' affidavits stating that the signers are qualified electors. To the extent that the burden of persuasion lies with Petitioners to establish *170 that the signers are not qualified electors, they have established only that the signers are not registered to vote, but have failed to establish that they lack the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution. To the extent that lack of registration is deemed to satisfy Petitioners' prima facie case, candidates have failed to rebut that case with evidence that the signers nonetheless possess the age and citizenship qualifications of Article VII, Section 1.
e. Not registered at address4 signers were not registered to vote at the address at which they signed the paper, although they were registered to vote at another address in the county. Those signatures are stricken. However, since these 4 signers were registered to vote in the county, albeit at another address, I find that they possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
f. Registered after date of signing1 signer registered to vote after the date of signing, and therefore must be stricken. However, since this signer was registered to vote in the county, albeit after the date of signing, I find that the signer possesses the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
g. Registered in Another County1 signer's registration had been transferred from Lebanon County to Allegheny County prior to the paper being signed. Therefore, this signature is stricken. However, with regard to whether the signers possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution, the analysis in section 6(d) applies.
h. The Address of Signer is located in another County4 signatures on these nomination papers, challenged on the basis that the signers were not registered, were of persons listing an address within the Commonwealth in a county other than the one listed on the paper. Therefore, those signatures are stricken. However, no other evidence was presented on whether these individuals are registered in the county in which their address is located. Thus, I find that there is no evidence as to whether or not these possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
i. Signature illegible1 signature is illegible and is therefore stricken.
j. Mismatched signatures6 signatures were challenged on the basis that they were forged and 1 on the basis that it was printed. No expert testimony was presented on this issue. Candidates objected to Mr. Piazza, the Director of Elections of Luzerne County, offering expert testimony regarding whether specific signatures on the affidavits were forgeries. Based upon Mr. Piazza's testimony that he has had no training in handwriting analysis and did not know what a handwriting expert would do to determine whether the signatures were forgeries, I sustain the objection and do not accept Mr. Piazza as an expert in handwriting analysis. Based on my review, I find that 3 signatures are not in the handwriting of the signer and are therefore stricken.
7. Based upon the foregoing, of the 210 signatures on the nomination petitions circulated in the Counties of Adams, Lancaster, Lebanon, Lehigh, Luzerne, *171 Lycoming, Monroe and Schuylkill, 48 must be stricken upon grounds specifically stated in the Objections to the Nomination Papers. They are itemized in the attached Appendix. 162 valid signatures remain in support of Candidates' nomination. The Objectors had challenged 87 signatures.

APPENDIX

COUNTY PARAGRAPH CATEGORY PAGE LINE
------------------------------------------------------------------------
Monroe 6a Global ChallengeBlank 1132 1-14
 Affidavit
------------------------------------------------------------------------
Schuylkill 819 1
------------------------------------------------------------------------
Adams 6b Global ChallengeLack of 857 1, 2
 Notarization
------------------------------------------------------------------------
Lancaster 801 1
------------------------------------------------------------------------
Lancaster 6c Global ChallengeCounty 1010 1, 2
 of Signors Incorrect on
 Affidavit
------------------------------------------------------------------------
Lehigh 626 1
------------------------------------------------------------------------
 653 1
------------------------------------------------------------------------
Lancaster 6d Not Registered 644 1
------------------------------------------------------------------------
 759 1
------------------------------------------------------------------------
 1186 4
------------------------------------------------------------------------
Lehigh 614 1
------------------------------------------------------------------------
 845 1
------------------------------------------------------------------------
 846 2, 9
------------------------------------------------------------------------
 859 1
------------------------------------------------------------------------
 1105 3
------------------------------------------------------------------------
Luzerne 880 13
------------------------------------------------------------------------
Lycoming 1107 1
------------------------------------------------------------------------
Monroe 825 1
------------------------------------------------------------------------
Lancaster 6e Not Registered at Address 869 1
------------------------------------------------------------------------
 938 1
------------------------------------------------------------------------
Lehigh 846 4
------------------------------------------------------------------------
Monroe 811 1
------------------------------------------------------------------------
Lehigh 6f Registered After Date of 846 1
 Signing
------------------------------------------------------------------------
Lebanon 6g Registered in Another County 927 1
------------------------------------------------------------------------
Lancaster 6h Address in Another County 958 1
------------------------------------------------------------------------
Lehigh 846 3
------------------------------------------------------------------------
 1006 1
------------------------------------------------------------------------
 1139 4
------------------------------------------------------------------------
Lancaster 6i Illegible 731 1
------------------------------------------------------------------------
Luzerne 6j Mismatched Signature 554 2
------------------------------------------------------------------------
 880 2, 15

*172 AMENDING ORDER

COHN JUBELIRER, Judge.
AND NOW, this 12th day of October, 2004, the citation appearing on page 3, line 2, of the above-captioned opinion, filed October 8, 2004, is hereby amended as follows:
FROM: Nomination Papers of Ralph and Peter Miguel Camejo, ___ Pa. ___, ___ _ ___, 858 A.2d 1167, 1184-85, 2004 WL 2185351 (154 M.A.P. 2004, filed September 29, 2004).
TO: Nomination Papers of Ralph Nader and Peter Miguel Camejo, ___ Pa. ___, ___ _ ___, 858 A.2d 1167, 1184-85, 2004 WL 2185351 (154 M.A.P. 2004, filed September 29, 2004).

Heard Sept. 30, 2004

FINDINGS AND CONCLUSIONS

RE: CHALLENGES TO DELAWARE AND CHESTER COUNTY NOMINATION PETITIONS
FLAHERTY, Senior Judge.
AND NOW, this 8th day of October, 2004, after a hearing before the undersigned (Trial Court) on the validity of signatures on the nominating papers circulated in Delaware and Chester counties in Pennsylvania to place the names of Ralph Nader and Peter Miguel Camejo (collectively, Candidate) on the November 4, 2004 ballot as independent candidates for the offices of President of the United States and Vice President of the United States, respectively, Trial Court finds as follows:
Candidate filed nominating papers with the Secretary of the Commonwealth that included signatures of electors from, inter alia, Chester and Delaware counties. Objectors Serody, Sweets, Bergman, Tinclisti, Cohen-Scott, Brown and O'Connell (collectively, Objectors) filed timely objections to the nominating papers, which Trial Court has managed by assigning the two counties of Chester and Delaware to this Trial Court for a hearing on the matter of the validity of the signatures challenged by Objectors.
Candidate filed 388 signatures from. Delaware County and 565 signatures from Chester County for a total of 953 signature lines submitted to this Trial Court for adjudication of the 723 line-by-line objections and numerous other affidavit objections.
Ms. Mary Jo Headley testified as to the registration records for the County of Delaware as custodian of the voter registration records in her capacity as the Director of Voter Registration Commission in Delaware County. Her testimony was found to be credible. Ms. Linda Cummings testified as to the registration records for the County of Chester as the custodian of the voter records in her capacity as Director of Voter Registration in Chester County. Her testimony was found to be credible. Both Objector and Candidate had their respective counsel present.
Court was convened, matters were discussed on the record, and then the hearing was recessed to give Objector and Candidate an opportunity to meet with the election officials and reach stipulations. Counsel and Court examined the original nomination papers, which were present and available in the courtroom. Trial Court noticed red marks made on the *173 original nomination papers and Trial Court noted that Trial Court had made NO marks on the original nominating papers and no admissible evidence was offered as to where those marks originated.
Court was reconvened and a hearing held on the record. Other opinions in Trial Court and the Supreme Court have held that the parties (both sides) as represented in other courtrooms have been uncooperative with the court and have presented stall tactics. It is essential to assure all involved that the attorneys and public officials who presented themselves in these proceedings for Delaware and Chester counties were a most professional, cooperative group in coming to stipulations and in attempting to resolve the legal matters presented so as NOT to tax the resources of Trial Court or the citizens of the Commonwealth. They are hereby commended and appreciated.
Based upon the stipulations of the parties and the evidence presented, Trial Court made the following findings of fact, based upon the law as stated, as demonstrated in detail in the tables attached.
388 signatures were collected and submitted from Delaware County. 565 signatures were collected and submitted from Chester County for a total of 953 signatures. Of these, Objectors challenged and Trial Court reviewed 723 signature lines. Of these 723 signatures with objections, 364 were stipulated or found to be not registered at all and were struck for being not registered.[1] One (1) signature was registered after the date of signing and was struck for being not registered on the date of signing.[2] Twenty-two (22) signatures were registered at an address differently from that on the voter registration card and were struck for being not registered at the voting address. Twenty-seven (27) lines were struck for having line information which was required, but omitted. Three (3) signatures were struck for having a printed signature. Fourteen (14) otherwise valid lines were struck on nomination papers where the circulator affidavits were held to be invalid and therefore invalidated the entire nomination paper.
Therefore, 431 lines were struck from the nomination papers, leaving 522 valid signatures collected from Delaware and Chester counties.

CONCLUSIONS OF LAW RELIED UPON
This particular hearing was held on September 30, 2004, giving Trial Court the benefit of following the majority of Pennsylvania's Supreme Court's September 29, 2004 opinion in the instant case at In re Nomination Papers of Nader, ___ *174 Pa. ___, 858 A.2d 1167, 2004 WL 2185351, 2004 Pa. LEXIS 2241 (Newman, Justice at 154 MAP 2004, J-176-2004, filed September 29, 2004) filed in the case sub judice. Based on that majority opinion, we must consider the longstanding and overriding policy in our Commonwealth to protect the elective franchise. See Weiskerger Appeal, 447 Pa. 418, 419-421, 290 A.2d 108, 109 (1972). In promoting that policy, Trial Court has made clear that the Election Code must be liberally construed in order to protect a candidate's right to run for office and the voters' right to elect the candidate of their choice. In re Nomination Petition of Flaherty, 564 Pa. 671, 679, 770 A.2d 327, 331 (2001). Furthermore, nomination petitions are presumed to be valid and an objector has the burden of proving that a nomination petition is invalid. See In re Nomination Petition of Driscoll, 577 Pa. 501, 508, 847 A.2d 44, 49 (2004), see also Section 977 of the Election Code, 25 P.S. § 2937.
Because the Supreme Court continues to direct Trial Court to construe the Pennsylvania Election Code liberally in order to protect a candidate's right to run for office and the voters' rights to elect the candidate of their choice, a party alleging defects in a nominating petition has the burden of proving those defects. Where a court is not convinced that the challenged signatures (or in this case, other information) are other than genuine, the challenge is to be resolved in favor of the candidate. In re Petition to Set Aside Nomination of Fitzpatrick, 822 A.2d 867 (Pa.Cmwlth.2003). In this case, there were no handwriting experts proffered from either side.

LINE CHALLENGES
Trial Court followed the direction of the Supreme Court in Nader (9/29/2004) to adhere to the stringent signature requirement outlined in In re Nomination Petition of Silcox, 543 Pa. 647, 674 A.2d 224 (1996) (where an elector who signs a nomination petition must personally write his occupation, place of residence and date on the petition). Additionally, the stringent signature requirements of Flaherty will be upheld (printing is not permitted where a signature is required, names and addresses must match the voters' registration cards, circulators must be present when the elector signs the petition). Collectively, the Supreme Court has now adopted a `stringent signature requirement' as outlined in Nader (9/29/2004), which Trial Court followed.
Where the Supreme Court did not opine directly on the invalidity of the signatures stricken by the Secretary of the Commonwealth, the Supreme Court did take notice that the Election Code requires the Secretary of the Commonwealth to strike those signatures that are "material errors or defects apparent on their face, or on the face of the appended or accompanying affidavits...."[3] In the instant case, the parties stipulated that the signatures struck by the Secretary of the Commonwealth are invalid based on the defect appearing on the face of the nomination paper and Trial Court acknowledged the defects and struck the signatures.
After a hearing on the evidence, Trial Court acknowledges that the Candidate's position is that electors who may be qualified electors from one county and signed on a nomination paper for a county other than their county of residence should be considered valid signators.[4] Trial *175 Court disagrees. Section 951(d) of the Election Code, 25 P.S. 2911(d) clearly states that, "Nomination papers may be on one or more sheets and different sheets must be used for signers resident in different counties [emphasis added]." Therefore, signatures were stricken where the electors resided in a county outside of Delaware County for the Delaware petitions and Chester County for the Chester petitions.
Where the only objection to the line was that ditto marks were used to indicate that the elector intended the same address, municipality or date, contrary to some previously published single-judge opinions of this court, today Trial Court struck all signatures using ditto marks for omitted line information.[5]
Objectors attempted to indicate that some signatures were "forgeries." The word "forgery" is a term of art in the criminal code of Pennsylvania and is beyond the scope of Trial Court's inquiry. Trial Court was willing to accept that a signature or a line may have been penned by a person other than the registered elector and that line was stricken as a `signature signed by another' person other than the elector. No consideration of the concept of "forgery" was considered. Except for provisions for elderly or disabled persons unable to write, as outlined in Petition to Set Aside Nomination of Fitzpatrick, 822 A.2d 867 (Pa.Cmwlth.2003), appeal denied, 573 Pa. 700, 825 A.2d 1262 (2003), entries made in whole or in part by someone other than the registered voter must be stricken. Petition of Thompson, 102 Pa.Cmwlth. 110, 516 A.2d 1278 (1984).
Signatures may have been stricken as `line signed by another', indicating that some piece of the line information (including printed name) was signed by a person other than the registered elector which is not permitted as a valid signature under the Supreme Court's `stringent signature requirement'. Nader (9/28/2004); Thompson.
Signatures may have been stricken for having `incomplete or omitted line information' under the Supreme Court's `stringent signature requirement'. Nader (9/29/2004). These lines had obvious defects on their face of missing information required to be entered by the elector under Section 908 of the Election Code, 25 P.S. § 2868.
Signatures were stricken for having initials or nicknames instead of the signature as presented by the elector's voter registration card. Flaherty. Signatures using nicknames or initials that differ from voter registration cards are not valid. It is a curable defect and requires direct evidence that the signer intended the initial to be a substitute for the first name in the signature, but where the only evidence is the voter registration card with a full name, the signature with initial is invalid. In re Petition for Agenda Initiative, 821 A.2d 203 (Pa.Cmwlth.2003). Because the Candidate offered no rehabilitation or cure for the defects, the signatures were stricken.
*176 Signatures were stricken for having illegible signatures or illegible line information in contravention of Section 908 of the Election Code, 25 P.S. § 2868. See also, Elliot Nomination Petition, 26 Pa.Cmwlth. 20, 362 A.2d 438 (1976), aff'd, 466 Pa. 463, 353 A.2d 446 (1976).

CIRCULATOR AFFIDAVIT CHALLENGES
In addition, there were numerous challenges to the affidavits required to be notarized and attached to each nomination paper. The court reviewed the challenges presented and overruled the objection to a number of challenges where the information on the affidavit had been crossed-out and re-written and where there was no extrinsic evidence presented to indicate where, when or how the strike-out and re-writing took place. Without evidence (proof) that the affiant did not make the notation, the objector failed to meet its burden of proof and the affidavit was upheld.
To the contrary, where the affidavit was defective on its face (as in the case of the incorrect county being entered in affidavit portion of the nomination paper), the need for extrinsic evidence was not necessary for the objector to carry its burden of proving that the circulator affidavit was invalid. This instance occurred in three factual situations.
First, the circulator affidavit was found to be invalid where the information on the affidavit required to be written by the circulator was the county of the electors and the affiant wrote the county of his own residence instead. This is contrary to Section 951 of the Election Code at 25 P.S. § 2911(d)(5), which requires the county of the electors to be indicated on this line in the affidavit.[6] Since this is a material defect on the face, the circulator's affidavit was invalidated and any remaining valid signature lines which Objector had put on notice of a line-by-line challenge on that nomination paper were stricken.
Second, where the notary failed to use their stamp to notarize the affidavit, Trial Court found that the notarization was unable to be authenticated under 57 P.S. § 158, Section 6 of the Notary Public Law of 1953, as amended,[7] which requires notaries to use a one-inch by three-and-one-half-inch rubber stamp indicating their name and commission information in order to authenticate instruments.[8] Therefore, on the pages where the notary failed to use the notarial stamp, the circulator's affidavit was deemed invalid for failure to be *177 properly notarized and any additional valid signature lines which Objector had put on notice of a line-by-line challenge on that nomination paper was struck as invalid.

TABLES REGARDING SPECIFIC FINDINGS

FINDINGS OF FACT REGARDING CIRCULATOR AFFIDAVITS

 ADDT'L
 LINES
 STRUCK
 DEFECT AFFIDAVIT BY COURT
PAGE NOTED BY VALID OR PAGE.
NO. COUNTY CHALLENGE COURT INVALID LINE
---------------------------------------------------------------------------------------
148 CHESTER Forged all None Valid None
 signaturesno
 evidence
 presented
---------------------------------------------------------------------------------------
638 CHESTER Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
760 CHESTER Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
799 CHESTER Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
818 CHESTER Defective Montgomery Invalid as to 818.01
 Affidavit County entered all signatures
 Information instead of on
 Chester County nomination
 paper
---------------------------------------------------------------------------------------
847 CHESTER Defective Philadelphia Invalid as to 847.01
 Affidavit County entered all signatures
 Information instead of on
 Chester County nomination
 paper
---------------------------------------------------------------------------------------
849 CHESTER Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
851 CHESTER Defective Delaware County Invalid as to 851.02
 Affidavit entered instead all signatures 851.04
 Information of on
 Chester County nomination
 paper
---------------------------------------------------------------------------------------
84 CHESTER Defective No Notary Invalid as to None
 Notary Seal Stamp all signatures
 on

*178
 ADDT'L
 LINES
 STRUCK
 DEFECT AFFIDAVIT BY COURT
PAGE NOTED BY VALID OR PAGE.
NO. COUNTY CHALLENGE COURT INVALID LINE
---------------------------------------------------------------------------------------
 nomination
 paper
---------------------------------------------------------------------------------------
862 CHESTER Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
1016 CHESTER Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
1172 CHESTER Defective Montgomery Invalid as to None
 Affidavit County entered all signatures
 Information instead of on
 Chester County nomination
 paper
---------------------------------------------------------------------------------------
616 DELAWARE Defective No Notary Invalid as to 616.01
 Notary Seal Stamp all signatures 616.03
 on
 nomination
 paper
---------------------------------------------------------------------------------------
622 DELAWARE Defective Philadelphia Invalid as to None
 Affidavit County entered all signatures
 Information instead of on
 Chester County nomination
 paper
---------------------------------------------------------------------------------------
628 DELAWARE Defective Philadelphia Invalid as to None
 Affidavit County entered all signatures
 Information instead of on
 Chester County nomination
 paper
---------------------------------------------------------------------------------------
685 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
736 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
737 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
742 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
758 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented

*179
 ADDT'L
 LINES
 STRUCK
 DEFECT AFFIDAVIT BY COURT
PAGE NOTED BY VALID OR PAGE.
NO. COUNTY CHALLENGE COURT INVALID LINE
=======================================================================================
800 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
824 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
826 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
843 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
844 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
891 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
972 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
972 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
998 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
1045 DELAWARE Affidavit None Valid None
 forgeryno
 evidence
 presented
---------------------------------------------------------------------------------------
1119 DELAWARE Defective Philadelphia Invalid as to 1119.01
 Affidavit County entered all signatures 1119.02
 Information instead of on 1119.03
 Chester County nomination 1119.04
 paper 1119.05
---------------------------------------------------------------------------------------
1133 DELAWARE Defective No Notary Invalid as to 1133.01
 Notary Seal Stamp all signatures
 on
 nomination
 paper
---------------------------------------------------------------------------------------

*180
 ADDT'L
 LINES
 STRUCK
 DEFECT AFFIDAVIT BY COURT
PAGE NOTED BY VALID OR PAGE
NO. COUNTY CHALLENGE COURT INVALID LINE
---------------------------------------------------------------------------------------
1154 DELAWARE Defective Philadelphia Invalid as to 1154.01
 Affidavit County entered all signatures 1154.02
 Information instead of on
 Chester County nomination
 paper
_______________________________________________________________________________________
TOTAL NUMBER OF ADDITIONAL SIGNATURES STRICKEN 14

FINDINGS OF FACT REGARDING THE LINE CHALLENGES (includes the lines stricken from papers with affidavit problems invalidating page)

 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 144.02 VALID
 Chester 144.03 VALID
 Chester 144.05 VALID
 Chester 144.10 VALID
 Chester 144.13 VALID
 Chester 144.14 VALID
 Chester 144.15 VALID
 Chester 144.16 VALID
 Chester 144.17 VALID
 Chester 144.21 VALID
 Chester 144.24 VALID
 Chester 144.30 VALID
 Chester 144.31 VALID
 Chester 144.33 VALID
 Chester 145.03 VALID
 Chester 145.06 VALID
 Chester 145.08 VALID
 Chester 145.09 VALID
 Chester 145.14 VALID
 Chester 145.15 VALID
 Chester 145.16 VALID
 Chester 145.18 VALID
 Chester 145.22 VALID
 Chester 145.25 VALID
 Chester 145.31 VALID
 Chester 145.33 VALID
 Chester 145.35 VALID
 Chester 145.37 VALID
 Chester 145.38 VALID
 Chester 145.39 VALID
 Chester 145.43 VALID
 Chester 145.45 VALID
 Chester 145.47 VALID
 Chester 145.56 VALID
 Chester 145.57 VALID
 Chester 146.02 VALID
 Chester 146.03 VALID
 Chester 146.05 VALID
 Chester 146.06 VALID
 Chester 146.11 VALID
 Chester 146.16 VALID
 Chester 146.17 VALID
 Chester 146.19 VALID

*181
 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 146.21 VALID
 Chester 146.23 VALID
 Chester 146.24 VALID
 Chester 146.25 VALID
 Chester 146.26 VALID
 Chester 146.27 VALID
 Chester 146.30 VALID
 Chester 146.33 VALID
 Chester 146.35 VALID
 Chester 146.36 VALID
 Chester 146.37 VALID
 Chester 146.38 VALID
 Chester 146.39 VALID
 Chester 146.43 VALID
 Chester 146.47 VALID
 Chester 146.49 VALID
 Chester 146.50 VALID
 Chester 146.51 VALID
 Chester 146.52 VALID
 Chester 146.57 VALID
 Chester 146.58 VALID
 Chester 146.61 VALID
 Chester 146.65 VALID
 Chester 147.04 VALID
 Chester 147.05 VALID
 Chester 147.08 VALID
 Chester 147.13 VALID
 Chester 147.16 VALID
 Chester 147.17 VALID
 Chester 147.19 VALID
 Chester 147.20 VALID
 Chester 147.21 VALID
 Chester 147.25 VALID
 Chester 147.26 VALID
 Chester 147.28 VALID
 Chester 147.29 VALID
 Chester 147.31 VALID
 Chester 148.01 VALID
 Chester 148.03 VALID
 Chester 148.04 VALID
 Chester 148.05 VALID
 Chester 148.06 VALID
 Chester 148.07 VALID
 Chester 148.10 VALID
 Chester 148.11 VALID
 Chester 148.12 VALID
 Chester 148.13 VALID
 Chester 148.14 VALID
 Chester 148.15 VALID
 Chester 148.17 VALID
 Chester 148.18 VALID
 Chester 148.19 VALID
 Chester 148.20 VALID
 Chester 148.21 VALID
 Chester 148.22 VALID
 Chester 148.24 VALID
 Chester 148.26 VALID
 Chester 148.27 VALID
 Chester 148.28 VALID

*182
 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 148.29 VALID
 Chester 148.30 VALID
 Chester 148.32 VALID
 Chester 148.33 VALID
 Chester 148.34 VALID
 Chester 148.35 VALID
 Chester 148.37 VALID
 Chester 148.39 VALID
 Chester 148.41 VALID
 Chester 148.41 VALID
 Chester 148.42 VALID
 Chester 148.43 VALID
 Chester 148.44 VALID
 Chester 232.06 VALID
 Chester 232.09 VALID
 Chester 232.10 VALID
 Chester 232.10 VALID
 Chester 232.101 VALID
 Chester 232.103 VALID
 Chester 232.105 VALID
 Chester 232.11 VALID
 Chester 232.12 VALID
 Chester 232.13 VALID
 Chester 232.19 VALID
 Chester 232.23 VALID
 Chester 232.27 VALID
 Chester 232.30 VALID
 Chester 232.33 VALID
 Chester 232.34 VALID
 Chester 232.42 VALID
 Chester 232.45 VALID
 Chester 232.51 VALID
 Chester 232.54 VALID
 Chester 232.55 VALID
 Chester 232.64 VALID
 Chester 232.80 VALID
 Chester 232.81 VALID
 Chester 232.82 VALID
 Chester 232.88 VALID
 Chester 232.89 VALID
 Chester 232.91 VALID
 Chester 232.92 VALID
 Chester 232.93 VALID
 Chester 232.95 VALID
 Chester 232.96 VALID
 Chester 232.97 VALID
 Chester 638.01 VALID
 Chester 744.04 VALID
 Chester 744.07 VALID
 Chester 744.10 VALID
 Chester 744.11 VALID
 Chester 744.12 VALID
 Chester 760.01 VALID
 Chester 760.02 VALID
 Chester 760.03 VALID
 Chester 799.01 VALID
 Chester 813.01 VALID
 Chester 813.02 VALID
 Chester 862.01 VALID

*183
 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 872.03 VALID
 Chester 872.04 VALID
 Chester 872.05 VALID
 Chester 872.06 VALID
 Chester 872.07 VALID
 Chester 872.08 VALID
 Chester 872.09 VALID
 Chester 872.13 VALID
 Chester 872.15 VALID
 Chester 872.22 VALID
 Chester 872.23 VALID
 Chester 872.24 VALID
 Chester 872.25 VALID
 Chester 873.01 VALID
 Chester 875.02 VALID
 Chester 875.03 VALID
 Chester 875.05 VALID
 Chester 875.06 VALID
 Chester 875.07 VALID
 Chester 877.05 VALID
 Chester 877.15 VALID
 Chester 877.22 VALID
 Chester 877.23 VALID
 Chester 884.01 VALID
 Chester 884.02 VALID
 Chester 884.04 VALID
 Chester 884.05 VALID
 Chester 884.10 VALID
 Chester 926.01 VALID
 Chester 926.02 VALID
 Chester 960.01 VALID
 Chester 960.02 VALID
 Chester 1005.01 VALID
 Chester 1016.01 VALID
 Chester 1016.02 VALID
 Chester 1016.04 VALID
 Chester 1016.05 VALID
 Chester 1016.06 VALID
 Chester 1017.07 VALID
 Chester 1017.08 VALID
 Chester 1017.09 VALID
 Chester 1049.01 VALID
 Chester 1175.01 VALID
 Chester 1175.02 VALID
 Chester 1175.03 VALID
 Chester Valid 206
 Delaware 233.01 VALID
 Delaware 233.02 VALID
 Delaware 233.03 VALID
 Delaware 233.05 VALID
 Delaware 233.10 VALID
 Delaware 233.12 VALID
 Delaware 233.13 VALID
 Delaware 233.16 VALID
 Delaware 233.18 VALID
 Delaware 233.20 VALID
 Delaware 233.21 VALID
 Delaware 233.23 VALID
 Delaware 233.24 VALID

*184
 TOTALS COUNTY PAGE. LINE FINDINGS
 Delaware 233.25 VALID
 Delaware 233.26 VALID
 Delaware 233.27 VALID
 Delaware 233.30 VALID
 Delaware 233.32 VALID
 Delaware 233.40 VALID
 Delaware 233.41 VALID
 Delaware 233.42 VALID
 Delaware 233.43 VALID
 Delaware 233.50 VALID
 Delaware 233.51 VALID
 Delaware 233.53 VALID
 Delaware 604.01 VALID
 Delaware 604.02 VALID
 Delaware 605.01 VALID
 Delaware 609.02 VALID
 Delaware 622.01 VALID
 Delaware 685.02 VALID
 Delaware 736.01 VALID
 Delaware 736.02 VALID
 Delaware 736.03 VALID
 Delaware 737.01 VALID
 Delaware 742.01 VALID
 Delaware 742.02 VALID
 Delaware 742.04 VALID
 Delaware 742.05 VALID
 Delaware 742.06 VALID
 Delaware 758.01 VALID
 Delaware 758.03 VALID
 Delaware 758.05 VALID
 Delaware 800.01 VALID
 Delaware 834.01 VALID
 Delaware 844.01 VALID
 Delaware 868.01 VALID
 Delaware 879.01 VALID
 Delaware 921.01 VALID
 Delaware 972.01 VALID
 Delaware 972.02 VALID
 Delaware 974.01 VALID
 Delaware 974.03 VALID
 Delaware 974.04 VALID
 Delaware 974.05 VALID
 Delaware 974.07 VALID
 Delaware 974.09 VALID
 Delaware 974.10 VALID
 Delaware 974.11 VALID
 Delaware 974.12 VALID
 Delaware 974.13 VALID
 Delaware 974.14 VALID
 Delaware 974.16 VALID
 Delaware 974.17 VALID
 Delaware 974.18 VALID
 Delaware 974.19 VALID
 Delaware 974.20 VALID
 Delaware 974.22 VALID
 Delaware 974.24 VALID
 Delaware 974.25 VALID
 Delaware 974.27 VALID
 Delaware 975.01 VALID

*185
 TOTALS COUNTY PAGE. LINE FINDINGS
 Delaware 975.02 VALID
 Delaware 981.01 VALID
 Delaware 1027.03 VALID
 Delaware 1027.04 VALID
 Delaware 1045.01 VALID
 Delaware 1045.02 VALID
 Delaware 1045.03 VALID
 Delaware 1113.01 VALID
 Delaware 1113.02 VALID
 Delaware 1130.03 VALID
 Delaware 1144.01 VALID
 Delaware 1144.02 VALID
 Delaware 1144.05 VALID
 Delaware 1150.02 VALID
 Delaware Valid 86
 TOTAL VALID 292

SIGNATURES STRUCK THROUGH STIPULATION OR LITIGATION *Signature was stipulated as invalid unless noted as litigated. Litigated was struck by Court at hearing after testimony

 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 144.06 REGISTERED LATE Litigated
 Chester
 Registered Late 1
 TOTAL
 REGISTERED
 LATE 1
 Chester 232.62 PRINTING
 Chester 232.99 PRINTING
 Chester 147.10 PRINTING LITIGATED
 Chester Printing 3
 TOTAL
 PRINTING 3
 OUT OF COUNTY NOT
 Chester 144.07 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 144.08 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 144.20 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 144.36 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 145.11 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 145.21 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 145.27 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 854.01 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 854.10 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 854.20 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 854.26 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 872.12 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 872.26 REGISTERED Litigated

*186
 TOTALS COUNTY PAGE. LINE FINDINGS
 OUT OF COUNTY NOT
 Chester 900.02 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.04 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.07 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.09 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.10 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.11 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.12 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.14 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.15 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.19 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.20 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.21 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.22 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.23 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 900.24 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 952.01 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 983.02 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 1013.04 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 1013.05 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 1013.07 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 1013.09 REGISTERED Litigated
 OUT OF COUNTY NOT
 Chester 1162.01 REGISTERED Litigated
 Chester Out of
 County 35
 TOTAL OUT
 OF COUNTY 35
 Chester 144.04 NOT REGISTERED
 Chester 144.25 NOT REGISTERED
 Chester 144.27 NOT REGISTERED
 Chester 144.28 NOT REGISTERED
 Chester 144.29 NOT REGISTERED
 Chester 144.32 NOT REGISTERED
 Chester 144.34 NOT REGISTERED
 Chester 144.35 NOT REGISTERED
 Chester 145.04 NOT REGISTERED
 Chester 145.19 NOT REGISTERED
 Chester 145.19 NOT REGISTERED

*187
 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 145.24 NOT REGISTERED
 Chester 145.34 NOT REGISTERED
 Chester 145.48 NOT REGISTERED
 Chester 145.51 NOT REGISTERED
 Chester 146.12 NOT REGISTERED
 Chester 146.31 NOT REGISTERED
 Chester 146.41 NOT REGISTERED
 Chester 146.54 NOT REGISTERED
 Chester 146.56 NOT REGISTERED
 Chester 146.59 NOT REGISTERED
 Chester 147.11 NOT REGISTERED
 Chester 147.18 NOT REGISTERED
 Chester 148.08 NOT REGISTERED
 Chester 148.09 NOT REGISTERED
 Chester 148.16 NOT REGISTERED
 Chester 148.23 NOT REGISTERED
 Chester 148.25 NOT REGISTERED
 Chester 148.36 NOT REGISTERED
 Chester 148.40 NOT REGISTERED
 Chester 232.01 NOT REGISTERED
 Chester 232.04 NOT REGISTERED
 Chester 232.05 NOT REGISTERED
 Chester 232.08 NOT REGISTERED
 Chester 232.102 NOT REGISTERED
 Chester 232.16 NOT REGISTERED
 Chester 232.17 NOT REGISTERED
 Chester 232.21 NOT REGISTERED
 Chester 232.24 NOT REGISTERED
 Chester 232.26 NOT REGISTERED
 Chester 232.29 NOT REGISTERED
 Chester 232.31 NOT REGISTERED
 Chester 232.50 NOT REGISTERED
 Chester 232.52 NOT REGISTERED
 Chester 232.61 NOT REGISTERED
 Chester 232.63 NOT REGISTERED
 Chester 232.78 NOT REGISTERED
 Chester 744.01 NOT REGISTERED
 Chester 744.02 NOT REGISTERED
 Chester 744.03 NOT REGISTERED
 Chester 744.08 NOT REGISTERED
 Chester 744.09 NOT REGISTERED
 Chester 849.01 NOT REGISTERED
 Chester 849.02 NOT REGISTERED
 Chester 849.03 NOT REGISTERED
 Chester 851.01 NOT REGISTERED
 Chester 854.02 NOT REGISTERED
 Chester 854.03 NOT REGISTERED
 Chester 854.04 NOT REGISTERED
 Chester 854.05 NOT REGISTERED
 Chester 854.06 NOT REGISTERED
 Chester 854.07 NOT REGISTERED
 Chester 854.08 NOT REGISTERED
 Chester 854.09 NOT REGISTERED
 Chester 854.11 NOT REGISTERED
 Chester 854.12 NOT REGISTERED
 Chester 854.13 NOT REGISTERED
 Chester 854.15 NOT REGISTERED
 Chester 854.16 NOT REGISTERED
 Chester 854.17 NOT REGISTERED

*188
 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 854.18 NOT REGISTERED
 Chester 854.19 NOT REGISTERED
 Chester 854.21 NOT REGISTERED
 Chester 854.22 NOT REGISTERED
 Chester 854.23 NOT REGISTERED
 Chester 854.24 NOT REGISTERED
 Chester 854.25 NOT REGISTERED
 Chester 872.01 NOT REGISTERED
 Chester 872.16 NOT REGISTERED
 Chester 872.17 NOT REGISTERED
 Chester 872.18 NOT REGISTERED
 Chester 872.21 NOT REGISTERED
 Chester 884.06 NOT REGISTERED
 Chester 884.08 NOT REGISTERED
 Chester 900.01 NOT REGISTERED
 Chester 900.03 NOT REGISTERED
 Chester 900.05 NOT REGISTERED
 Chester 900.08 NOT REGISTERED
 Chester 900.13 NOT REGISTERED
 Chester 900.16 NOT REGISTERED
 Chester 900.17 NOT REGISTERED
 Chester 900.18 NOT REGISTERED
 Chester 900.25 NOT REGISTERED
 Chester 900.26 NOT REGISTERED
 Chester 952.02 NOT REGISTERED
 Chester 952.03 NOT REGISTERED
 Chester 952.04 NOT REGISTERED
 Chester 952.04 NOT REGISTERED
 Chester 952.05 NOT REGISTERED
 Chester 952.07 NOT REGISTERED
 Chester 952.08 NOT REGISTERED
 Chester 952.09 NOT REGISTERED
 Chester 952.10 NOT REGISTERED
 Chester 952.11 NOT REGISTERED
 Chester 952.12 NOT REGISTERED
 Chester 952.13 NOT REGISTERED
 Chester 952.14 NOT REGISTERED
 Chester 952.15 NOT REGISTERED
 Chester 960.04 NOT REGISTERED
 Chester 983.01 NOT REGISTERED
 Chester 983.03 NOT REGISTERED
 Chester 1013.01 NOT REGISTERED
 Chester 1013.02 NOT REGISTERED
 Chester 1013.03 NOT REGISTERED
 Chester 1013.06 NOT REGISTERED
 Chester 1013.08 NOT REGISTERED
 Chester 1013.10 NOT REGISTERED
 Chester 1013.11 NOT REGISTERED
 Chester 1172.01 NOT REGISTERED
 Chester 1172.02 NOT REGISTERED
 Chester 232.35 NOT REGISTERED  Litigated
 Chester 232.41 NOT REGISTERED  Litigated
 Chester 851.03 NOT REGISTERED  Litigated
 Chester 884.03 NOT REGISTERED  Litigated
 Chester Not
 Registered 124
 Delaware 233.06 NOT REGISTERED
 Delaware 233.08 NOT REGISTERED
 Delaware 233.09 NOT REGISTERED

*189
 TOTALS COUNTY PAGE. LINE FINDINGS
 Delaware 233.14 NOT REGISTERED
 Delaware 233.22 NOT REGISTERED
 Delaware 233.28 NOT REGISTERED
 Delaware 233.29 NOT REGISTERED
 Delaware 233.31 NOT REGISTERED
 Delaware 233.34 NOT REGISTERED
 Delaware 233.35 NOT REGISTERED
 Delaware 233.36 NOT REGISTERED
 Delaware 233.37 NOT REGISTERED
 Delaware 233.39 NOT REGISTERED
 Delaware 233.44 NOT REGISTERED
 Delaware 233.45 NOT REGISTERED
 Delaware 233.46 NOT REGISTERED
 Delaware 233.48 NOT REGISTERED
 Delaware 233.49 NOT REGISTERED
 Delaware 233.52 NOT REGISTERED
 Delaware 233.54 NOT REGISTERED
 Delaware 233.55 NOT REGISTERED
 Delaware 233.56 NOT REGISTERED
 Delaware 233.74 NOT REGISTERED
 Delaware 291.23 NOT REGISTERED
 Delaware 291.24 NOT REGISTERED
 Delaware 602.01 NOT REGISTERED
 Delaware 605.02 NOT REGISTERED
 Delaware 605.03 NOT REGISTERED
 Delaware 616.02 NOT REGISTERED
 Delaware 616.04 NOT REGISTERED
 Delaware 616.05 NOT REGISTERED
 Delaware 616.06 NOT REGISTERED
 Delaware 622.02 NOT REGISTERED
 Delaware 628.01 NOT REGISTERED
 Delaware 628.02 NOT REGISTERED
 Delaware 655.01 NOT REGISTERED
 Delaware 655.04 NOT REGISTERED
 Delaware 655.05 NOT REGISTERED
 Delaware 655.06 NOT REGISTERED
 Delaware 655.07 NOT REGISTERED
 Delaware 685.01 NOT REGISTERED
 Delaware 685.03 NOT REGISTERED
 Delaware 685.04 NOT REGISTERED
 Delaware 685.05 NOT REGISTERED
 Delaware 742.03 NOT REGISTERED
 Delaware 758.02 NOT REGISTERED
 Delaware 758.04 NOT REGISTERED
 Delaware 824.01 NOT REGISTERED
 Delaware 824.02 NOT REGISTERED
 Delaware 824.03 NOT REGISTERED
 Delaware 824.04 NOT REGISTERED
 Delaware 824.05 NOT REGISTERED
 Delaware 824.06 NOT REGISTERED
 Delaware 824.06 NOT REGISTERED
 Delaware 824.07 NOT REGISTERED
 Delaware 824.08 NOT REGISTERED
 Delaware 824.09 NOT REGISTERED
 Delaware 824.11 NOT REGISTERED
 Delaware 824.12 NOT REGISTERED
 Delaware 824.13 NOT REGISTERED
 Delaware 824.14 NOT REGISTERED
 Delaware 824.15 NOT REGISTERED

*190
 TOTALS COUNTY PAGE. LINE FINDINGS
 Delaware 824.16 NOT REGISTERED
 Delaware 824.18 NOT REGISTERED
 Delaware 824.19 NOT REGISTERED
 Delaware 824.20 NOT REGISTERED
 Delaware 824.21 NOT REGISTERED
 Delaware 824.22 NOT REGISTERED
 Delaware 824.23 NOT REGISTERED
 Delaware 824.24 NOT REGISTERED
 Delaware 824.25 NOT REGISTERED
 Delaware 824.26 NOT REGISTERED
 Delaware 824.27 NOT REGISTERED
 Delaware 824.28 NOT REGISTERED
 Delaware 826.01 NOT REGISTERED
 Delaware 826.02 NOT REGISTERED
 Delaware 826.03 NOT REGISTERED
 Delaware 826.04 NOT REGISTERED
 Delaware 826.05 NOT REGISTERED
 Delaware 826.06 NOT REGISTERED
 Delaware 826.07 NOT REGISTERED
 Delaware 826.08 NOT REGISTERED
 Delaware 826.09 NOT REGISTERED
 Delaware 826.10 NOT REGISTERED
 Delaware 843.01 NOT REGISTERED
 Delaware 843.02 NOT REGISTERED
 Delaware 843.03 NOT REGISTERED
 Delaware 843.04 NOT REGISTERED
 Delaware 843.05 NOT REGISTERED
 Delaware 843.06 NOT REGISTERED
 Delaware 843.07 NOT REGISTERED
 Delaware 843.08 NOT REGISTERED
 Delaware 843.09 NOT REGISTERED
 Delaware 844.02 NOT REGISTERED
 Delaware 844.03 NOT REGISTERED
 Delaware 868.02 NOT REGISTERED
 Delaware 878.00 NOT REGISTERED
 Delaware 878.01 NOT REGISTERED
 Delaware 878.02 NOT REGISTERED
 Delaware 878.04 NOT REGISTERED
 Delaware 882.01 NOT REGISTERED
 Delaware 891.01 NOT REGISTERED
 Delaware 891.02 NOT REGISTERED
 Delaware 891.03 NOT REGISTERED
 Delaware 891.04 NOT REGISTERED
 Delaware 891.05 NOT REGISTERED
 Delaware 891.06 NOT REGISTERED
 Delaware 891.07 NOT REGISTERED
 Delaware 891.08 NOT REGISTERED
 Delaware 891.09 NOT REGISTERED
 Delaware 891.10 NOT REGISTERED
 Delaware 891.11 NOT REGISTERED
 Delaware 891.12 NOT REGISTERED
 Delaware 891.13 NOT REGISTERED
 Delaware 891.14 NOT REGISTERED
 Delaware 891.15 NOT REGISTERED
 Delaware 891.16 NOT REGISTERED
 Delaware 891.17 NOT REGISTERED
 Delaware 891.18 NOT REGISTERED
 Delaware 891.19 NOT REGISTERED
 Delaware 891.20 NOT REGISTERED

*191
 TOTALS COUNTY PAGE. LINE FINDINGS
 Delaware 891.21 NOT REGISTERED
 Delaware 891.22 NOT REGISTERED
 Delaware 891.25 NOT REGISTERED
 Delaware 891.26 NOT REGISTERED
 Delaware 891.27 NOT REGISTERED
 Delaware 920.19 NOT REGISTERED
 Delaware 950.01 NOT REGISTERED
 Delaware 950.02 NOT REGISTERED
 Delaware 950.03 NOT REGISTERED
 Delaware 950.04 NOT REGISTERED
 Delaware 950.05 NOT REGISTERED
 Delaware 950.06 NOT REGISTERED
 Delaware 950.07 NOT REGISTERED
 Delaware 950.08 NOT REGISTERED
 Delaware 950.09 NOT REGISTERED
 Delaware 950.10 NOT REGISTERED
 Delaware 950.11 NOT REGISTERED
 Delaware 950.12 NOT REGISTERED
 Delaware 950.13 NOT REGISTERED
 Delaware 950.14 NOT REGISTERED
 Delaware 950.15 NOT REGISTERED
 Delaware 950.16 NOT REGISTERED
 Delaware 950.17 NOT REGISTERED
 Delaware 950.18 NOT REGISTERED
 Delaware 950.20 NOT REGISTERED
 Delaware 950.21 NOT REGISTERED
 Delaware 950.22 NOT REGISTERED
 Delaware 950.23 NOT REGISTERED
 Delaware 950.24 NOT REGISTERED
 Delaware 950.25 NOT REGISTERED
 Delaware 950.26 NOT REGISTERED
 Delaware 950.27 NOT REGISTERED
 Delaware 954.01 NOT REGISTERED
 Delaware 954.02 NOT REGISTERED
 Delaware 954.03 NOT REGISTERED
 Delaware 954.04 NOT REGISTERED
 Delaware 954.05 NOT REGISTERED
 Delaware 954.06 NOT REGISTERED
 Delaware 954.07 NOT REGISTERED
 Delaware 954.08 NOT REGISTERED
 Delaware 954.09 NOT REGISTERED
 Delaware 954.10 NOT REGISTERED
 Delaware 954.11 NOT REGISTERED
 Delaware 954.12 NOT REGISTERED
 Delaware 954.13 NOT REGISTERED
 Delaware 954.14 NOT REGISTERED
 Delaware 954.15 NOT REGISTERED
 Delaware 954.16 NOT REGISTERED
 Delaware 954.17 NOT REGISTERED
 Delaware 954.18 NOT REGISTERED
 Delaware 954.19 NOT REGISTERED
 Delaware 954.20 NOT REGISTERED
 Delaware 974.02 NOT REGISTERED
 Delaware 974.06 NOT REGISTERED
 Delaware 974.08 NOT REGISTERED
 Delaware 974.15 NOT REGISTERED
 Delaware 974.21 NOT REGISTERED
 Delaware 974.23 NOT REGISTERED
 Delaware 974.26 NOT REGISTERED

*192
 TOTALS COUNTY PAGE. LINE FINDINGS
 Delaware 974.28 NOT REGISTERED
 Delaware 975.04 NOT REGISTERED
 Delaware 975.05 NOT REGISTERED
 Delaware 975.06 NOT REGISTERED
 Delaware 998.01 NOT REGISTERED
 Delaware 998.02 NOT REGISTERED
 Delaware 1060.01 NOT REGISTERED
 Delaware 1060.02 NOT REGISTERED
 Delaware 1060.03 NOT REGISTERED
 Delaware 1060.04 NOT REGISTERED
 Delaware 1060.05 NOT REGISTERED
 Delaware 1060.07 NOT REGISTERED
 Delaware 1060.08 NOT REGISTERED
 Delaware 1060.09 NOT REGISTERED
 Delaware 1060.10 NOT REGISTERED
 Delaware 1060.11 NOT REGISTERED
 Delaware 1060.12 NOT REGISTERED
 Delaware 1060.13 NOT REGISTERED
 Delaware 1060.14 NOT REGISTERED
 Delaware 1060.15 NOT REGISTERED
 Delaware 1060.16 NOT REGISTERED
 Delaware 1060.17 NOT REGISTERED
 Delaware 1113.03 NOT REGISTERED
 Delaware 1130.02 NOT REGISTERED
 Delaware 1144.06 NOT REGISTERED
 Delaware Not
 Registered 205
 TOTAL NOT
 REGISTERED 329
 Chester 144.22 LINE INFORMATION INVALID
 Chester 144.23 LINE INFORMATION INVALID
 Chester 146.55 LINE INFORMATION INVALID
 Chester 232.32 LINE INFORMATION INVALID
 Chester 232.73 LINE INFORMATION INVALID
 Chester 744.05 LINE INFORMATION INVALID
 Chester 877.02 LINE INFORMATION INVALID 
 Litigated
 Chester 877.04 LINE INFORMATION INVALID 
 Litigated
 Chester 877.13 LINE INFORMATION INVALID 
 Litigated
 Chester 877.14 LINE INFORMATION INVALID 
 Litigated
 Chester 877.16 LINE INFORMATION INVALID 
 Litigated
 Chester 877.17 LINE INFORMATION INVALID 
 Litigated
 Chester 877.18 LINE INFORMATION INVALID 
 Litigated
 Chester Line
 Information 13
 TOTAL LINE
 INFORMATION 13
 Delaware 233.33 INITIALS
 Delaware 233.19 INITIALS  Litigated
 Delaware Initials 2
 Chester 146.42 INITIALS  Litigated
 Chester 147.32 INITIALS  Litigated

*193
 TOTALS COUNTY PAGE. LINE FINDINGS
 Chester 147.35 INITIALS  Litigated
 Chester 147.36 INITIALS  Litigated
 Chester 148.31 INITIALS  Litigated
 Chester 232.14 INITIALS  Litigated
 Chester 232.46 INITIALS  Litigated
 Chester 232.48 INITIALS  Litigated
 Chester 232.71 INITIALS  Litigated
 Chester 884.07 INITIALS  Litigated
 Chester 960.03 INITIALS  Litigated
 Chester 960.05 INITIALS  Litigated
 Chester Initials 12
 TOTAL INITIALS 14
 Chester 144.09 DIFFERENT ADDRESS  Litigated
 Chester 145.02 DIFFERENT ADDRESS  Litigated
 Chester 145.05 DIFFERENT ADDRESS  Litigated
 Chester 145.41 DIFFERENT ADDRESS  Litigated
 Chester 145.42 DIFFERENT ADDRESS  Litigated
 Chester 145.46 DIFFERENT ADDRESS  Litigated
 Chester 145.55 DIFFERENT ADDRESS  Litigated
 Chester 45.58 DIFFERENT ADDRESS  Litigated
 Chester 146.01 DIFFERENT ADDRESS  Litigated
 Chester 146.10 DIFFERENT ADDRESS  Litigated
 Chester 146.28 DIFFERENT ADDRESS  Litigated
 Chester 146.67 DIFFERENT ADDRESS  Litigated
 Chester 147.03 DIFFERENT ADDRESS  Litigated
 Chester 148.02 DIFFERENT ADDRESS  Litigated
 Chester 232.25 DIFFERENT ADDRESS  Litigated
 Chester 232.28 DIFFERENT ADDRESS  Litigated
 Chester 232.39 DIFFERENT ADDRESS  Litigated
 Chester 232.66 DIFFERENT ADDRESS  Litigated
 Chester 232.70 DIFFERENT ADDRESS  Litigated
 Chester 608.01 DIFFERENT ADDRESS  Litigated
 Chester 847.02 DIFFERENT ADDRESS  Litigated
 Chester 875.01 DIFFERENT ADDRESS  Litigated
 Chester Count 22
 TOTAL
 DIFFERENT
 ADDRESS 22
 COUNTY LINE WRONG ON
 Chester 818.01 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Chester 847.01 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Chester 851.02 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Chester 851.04 AFFIDAVIT  Litigated
 Chester Affidavit 4
 COUNTY LINE WRONG ON
 Delaware 1119.01 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Delaware 1119.02 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Delaware 1119.03 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Delaware 1119.04 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Delaware 1119.05 AFFIDAVIT  Litigated
 COUNTY LINE WRONG ON
 Delaware 1154.01 AFFIDAVIT  Litigated

*194
 TOTALS COUNTY PAGE. LINE FINDINGS
 COUNTY LINE WRONG ON
 Delaware 1154.02 AFFIDAVIT  Litigated
 Delaware
 Affidavit 7
 TOTAL
 AFFIDAVIT 11
 Delaware 616.01 AFFIDAVIT MISSING NOTARY
 STAMP  Litigated
 Delaware 616.03 AFFIDAVIT MISSING NOTARY
 STAMP  Litigated
 Delaware 1133.01 AFFIDAVIT MISSING NOTARY
 STAMP  Litigated
 Delaware Notary
 Stamp 3
 TOTAL
 NOTARY
 STAMP 3
 TOTALS OF ALL SIGNATURES
 Signatures Collected
 Delaware 388
 Signatures Collected
 Chester 565
 TOTAL SIGNATURES COLLECTED 953
 TOTAL LITIGATED 723
 TOTAL STRUCK 522
 TOTAL VALID 431

CORRECTED FINDINGS AND CONCLUSIONS

RE: CHALLENGES TO DELAWARE AND CHESTER COUNTY NOMINATION PETITIONS
FLAHERTY, Senior Judge.
AND NOW, this 13th day of October, 2004, the Findings and Conclusions filed on October 8th, 2004 in this matter are hereby WITHDRAWN and REPLACED by these corrected Findings and Conclusions.
After a hearing before the undersigned (Trial Court) on the validity of signatures on the nominating papers circulated in Delaware and Chester counties in Pennsylvania to place the names of Ralph Nader and Peter Miguel Camejo (collectively, Candidate) on the November 4, 2004 ballot as independent candidates for the offices of President of the United States and Vice President of the United States, respectively, Trial Court finds as follows:
Candidate filed nominating papers with the Secretary of the Commonwealth that included signatures of electors from, inter alia, Chester and Delaware counties. Objectors Serody, Sweets, Bergman, Tinclisti, Cohen-Scott, Brown and O'Connell (collectively, Objectors) filed timely objections to the nominating papers, which Trial Court has managed by assigning the two counties of Chester and Delaware to this Trial Court for a hearing on the matter of the validity of the signatures challenged by Objectors.
Candidate filed 388 signatures from Delaware County and 565 signatures from Chester County for a total of 953 signature lines submitted to this Trial Court for adjudication of the 723 line-by-line objections and numerous other affidavit objections.
Ms. Mary Jo Headley testified as to the registration records for the County of Delaware as custodian of the voter registration records in her capacity as the Director of Voter Registration Commission in Delaware County. Her testimony was found to be credible. Ms. Linda Cummings testified as to the registration records for the *195 County of Chester as the custodian of the voter records in her capacity as Director of Voter Registration in Chester County. Her testimony was found to be credible. Both Objector and Candidate had their respective counsel present.
Court was convened, matters were discussed on the record, and then the hearing was recessed to give Objector and Candidate an opportunity to meet with the election officials and reach stipulations. Counsel and Court examined the original nomination papers, which were present and available in the courtroom. Trial Court noticed red marks made on the original nomination papers and Trial Court noted that Trial Court had made NO marks on the original nominating papers and no admissible evidence was offered as to where those marks originated.
Court was reconvened and a hearing held on the record. Other opinions in Trial Court and the Supreme Court have held that the parties (both sides) as represented in other courtrooms have been uncooperative with the court and have presented stall tactics. It is essential to assure all involved that the attorneys and public officials who presented themselves in these proceedings for Delaware and Chester counties were a most professional, cooperative group in coming to stipulations and in attempting to resolve the legal matters presented so as NOT to tax the resources of Trial Court or the citizens of the Commonwealth. They are hereby commended and appreciated.
Based upon the stipulations of the parties and the evidence presented, Trial Court made the following findings of fact, based upon the law as stated, as demonstrated in detail in the attached appendices (Summary Appendix, Appendix A and Appendix B).
Therefore, 430 lines were struck from the nomination papers, leaving 523 valid signatures collected from Delaware and Chester counties. The numbers are more accurately broken down, by county (at the request of the candidate), in the attached appendices.

CONCLUSIONS OF LAW RELIED UPON
This particular hearing was held on September 30, 2004, giving Trial Court the benefit of following the majority of Pennsylvania's Supreme Court's September 29, 2004 opinion in the instant case at In re Nomination Papers of Nader, ___ Pa. ___, 858 A.2d 1167, 2004 WL 2185351, 2004 Pa. LEXIS 2241 (Newman, Justice at 154 MAP 2004, J-176-2004, filed September 29, 2004) filed in the case sub judice. Based on that majority opinion, we must consider the longstanding and overriding policy in our Commonwealth to protect the elective franchise. See Weiskerger Appeal, 447 Pa. 418, 419-421, 290 A.2d 108, 109 (1972). In promoting that policy, Trial Court has made clear that the Election Code must be liberally construed in order to protect a candidate's right to run for office and the voters' right to elect the candidate of their choice. In re Nomination Petition of Flaherty, 564 Pa. 671, 679, 770 A.2d 327, 331 (Pa.2001). Furthermore, nomination petitions are presumed to be valid and an objector has the burden of proving that a nomination petition is invalid. See In re Nomination Petition of Driscoll, 577 Pa. 501, 508, 847 A.2d 44, 49 (2004), see also Section 977 of the Election Code, 25 P.S. § 2937.
Because the Supreme Court continues to direct Trial Court to construe the Pennsylvania Election Code liberally in order to protect a candidate's right to run for office and the voters' rights to elect the candidate of their choice, a party alleging defects in a nominating petition has the burden of proving those defects. Where a *196 court is not convinced that the challenged signatures (or in this case, other information) are other than genuine, the challenge is to be resolved in favor of the candidate. In re Petition to Set Aside Nomination of Fitzpatrick, 822 A.2d 867 (Pa.Cmwlth.2003). In this case, there were no handwriting experts proffered from either side.

LINE CHALLENGES
Trial Court followed the direction of the Supreme Court in Nader (9/29/2004) to adhere to the stringent signature requirement outlined in In re Nomination Petition of Silcox, 543 Pa. 647, 674 A.2d 224 (1996) (where an elector who signs a nomination petition must personally write his occupation, place of residence and date on the petition). Additionally, the stringent signature requirements of Flaherty will be upheld (printing is not permitted where a signature is required, names and addresses must match the voters' registration cards, circulators must be present when the elector signs the petition). Collectively, the Supreme Court has now adopted a `stringent signature requirement' as outlined in Nader (9/29/2004), which Trial Court followed.
Where the Supreme Court did not opine directly on the invalidity of the signatures stricken by the Secretary of the Commonwealth, the Supreme Court did take notice that the Election Code requires the Secretary of the Commonwealth to strike those signatures that are "material errors or defects apparent on their face, or on the face of the appended or accompanying affidavits...."[1] In the instant case, the parties stipulated that the signatures struck by the Secretary of the Commonwealth are invalid based on the defect appearing on the face of the nomination paper and Trial Court acknowledged the defects and struck the signatures.
After a hearing on the evidence, Trial Court acknowledges that the Candidate's position is that electors who may be qualified electors from one county and signed on a nomination paper for a county other than their county of residence should be considered valid signators.[2] Trial Court disagrees. Section 951(d) of the Election Code, 25 P.S. 2911(d) clearly states that, "Nomination papers may be on one or more sheets and different sheets must be used for signers resident in different counties [emphasis added]." Therefore, signatures were stricken where the electors resided in a county outside of Delaware County for the Delaware petitions and Chester County for the Chester petitions.
Where the only objection to the line was that ditto marks were used to indicate that the elector intended the same address, municipality or date, contrary to some previously published single-judge opinions of this court, today Trial Court struck all signatures using ditto marks for omitted line information.[3]
Objectors attempted to indicate that some signatures were "forgeries." The word "forgery" is a term of art in the *197 criminal code of Pennsylvania and is beyond the scope of Trial Court's inquiry. Trial Court was willing to accept that a signature or a line may have been penned by a person other than the registered elector and that line was stricken as a `signature signed by another' person other than the elector. No consideration of the concept of "forgery" was considered. Except for provisions for elderly or disabled persons unable to write, as outlined in Petition to Set Aside Nomination of Fitzpatrick, 822 A.2d 867 (Pa.Cmwlth.2003), appeal denied, 573 Pa. 700, 825 A.2d 1262 (2003), entries made in whole or in part by someone other than the registered voter must be stricken. Petition of Thompson, 102 Pa.Cmwlth. 110, 516 A.2d 1278 (1984).
Signatures may have been stricken as `line signed by another', indicating that some piece of the line information (including printed name) was signed by a person other than the registered elector which is not permitted as a valid signature under the Supreme Court's `stringent signature requirement'. Nader (9/28/2004); Thompson.
Signatures may have been stricken for having `incomplete or omitted line information' under the Supreme Court's `stringent signature requirement'. Nader (9/29/2004). These lines had obvious defects on their face of missing information required to be entered by the elector under Section 908 of the Election Code, 25 P.S. § 2868.
Signatures were stricken for having initials or nicknames instead of the signature as presented by the elector's voter registration card. Flaherty. Signatures using nicknames or initials that differ from voter registration cards are not valid. It is a curable defect and requires direct evidence that the signer intended the initial to be a substitute for the first name in the signature, but where the only evidence is the voter registration card with a full name, the signature with initial is invalid. In re Petition for Agenda Initiative, 821 A.2d 203 (Pa.Cmwlth.2003). Because the Candidate offered no rehabilitation or cure for the defects, the signatures were stricken.
Signatures were stricken for having illegible signatures or illegible line information in contravention of Section 908 of the Election Code, 25 P.S. § 2868. See also, Elliot Nomination Petition, 26 Pa.Cmwlth. 20, 362 A.2d 438 (1976), aff'd, 466 Pa. 463, 353 A.2d 446 (1976).

CIRCULATOR AFFIDAVIT CHALLENGES
In addition, there were numerous challenges to the affidavits required to be notarized and attached to each nomination paper. The court reviewed the challenges presented and overruled the objection to a number of challenges where the information on the affidavit had been crossed-out and re-written and where there was no extrinsic evidence presented to indicate where, when or how the strike-out and re-writing took place. Without evidence (proof) that the affiant did not make the notation, the objector failed to meet its burden of proof and the affidavit was upheld.
To the contrary, where the affidavit was defective on its face (as in the case of the incorrect county being entered in affidavit portion of the nomination paper), the need for extrinsic evidence was not necessary for the objector to carry its burden of proving that the circulator affidavit was invalid. This instance occurred in three factual situations.
First, the circulator affidavit was found to be invalid where the information on the affidavit required to be written by the circulator was the county of the electors and the affiant wrote the county of his own residence instead. This is contrary to Section *198 951 of the Election Code at 25 P.S. § 2911(d)(5), which requires the county of the electors to be indicated on this line in the affidavit.[4] Since this is a material defect on the face, the circulator's affidavit was invalidated and any remaining valid signature lines which Objector had put on notice of a line-by-line challenge on that nomination paper were stricken.
Second, where the notaries failed to use their respective stamp to notarize the affidavit, Trial Court found that the notarization was unable to be authenticated under 57 P.S. § 158, Section 6 of the Notary Public Law of 1953, as amended,[5] which requires notaries to use a one-inch by three-and-one-half-inch rubber stamp indicating their name and commission information in order to authenticate instruments.[6] Therefore, on the pages where the notary failed to use the notarial stamp, the circulator's affidavit was deemed invalid for failure to be properly notarized and any additional valid signature lines which Objector had put on notice of a line-by-line challenge on that nomination paper was struck as invalid.
Therefore, with the inclusion of the attached appendices, these Findings of Facts and Conclusions of Law are hereby respectfully submitted.

*199
 --------------------------------------------------------------------------------------
| ADJUDICATION | CHESTER | DELAWARE | TOTAL |
|--------------------------------------------------|-----------|------------|----------|
| VALID SIGNATURES | 206 | 87 | 293 |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE DEFECTIVE AFFIDAVIT | 4 | 10 | 14 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE DIFFERENT ADDRESS | 23 | 0 | 23 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE INITIALS | 12 | 0 | 12 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE LINE INFORMATION INVLAID | 13 | 5 | 18 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE NOT REGISTERED | 121 | 200 | 321 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE OUT OF COUNTY ADDRESS (not registered) | 37 | 0 | 37 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE PRINTING | 3 | 0 | 3 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE LATE REGISTRATION | 1 | 0 | 1 |
|--------------------------------------------------|-----------|------------|----------|
| STRIKE USED NICKNAME | | 1 | 1 |
|--------------------------------------------------|-----------|------------|----------|
| TOTAL LINES STRICKEN | 214 | 216 | 430 |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| TOTAL SIGNATURES SUBMITTED | 565 | 388 | 953 |
|--------------------------------------------------|-----------|------------|----------|
| LESS TOTAL LINES STRICKEN FROM ABOVE | -214 | -216 | -430 |
|--------------------------------------------------|-----------|------------|----------|
| TOTAL VALID SIGNATURES SUBMITTED | 351 | 172 | 523 |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
|--------------------------------------------------|-----------|------------|----------|
| | | | |
 --------------------------------------------------|-----------|------------|----------|

SUMMARY APPENDIX

*200
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| BEGIN CHESTER COUNTY | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 818.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 847.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.02 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.04 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|-------------------------------------------------|--------------|---------------------------------|----------------------------|
| Chester Strike Defective Affidavit County Line | | 4 | |
|-------------------------------------------------|--------------|---------------------------------|----------------------------|
| Chester | 144.09 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.02 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.05 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.41 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.42 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.46 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.55 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.58 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.01 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.10 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.28 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.67 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.03 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.02 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.21 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.25 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.28 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.39 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.66 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.70 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 608.01 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 847.02 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.01 | STRIKE | DIFFERENT ADDRESS | Litigated |
 ------------------------------------|------------|--------------|---------------------------------|----------------------------|

APPENDIX A

*201
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Strike Different Address | | | 23 | |
 ------------------------------------|------------|--------------|---------------------------------|----------------------------|

*202
 --------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.42 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.32 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.35 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.36 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.31 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.46 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.48 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.47 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.71 | STRIKE | INITIALS | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.07 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.03 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.05 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Strike Initials | | | 12 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.22 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.23 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.55 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.32 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.73 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.05 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.02 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.04 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.13 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.14 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.16 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.17 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.18 | STRIKE | LINE INFORMATION INVALID | Litigated |
|-------------------------------------------------|--------------|---------------------------------|----------------------------|
| Chester Strike Invalid Line Information | | 13 | |
---------------------------------------------------------------------------------------------------------------------------------

*203
---------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
-------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.27 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.28 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.29 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.32 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.34 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.35 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.34 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.48 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.49 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.51 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.31 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.41 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.51 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.56 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.59 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.16 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.25 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.36 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.39 | STRIKE | NOT REGISTERED | |
|--------------------------------------------------------------------------------------------------------------------------------

*204
---------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.102 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.29 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.31 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.41 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.50 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.52 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.61 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.63 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.78 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 849.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 849.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 849.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.03 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.04 | STRIKE | NOT REGISTERED | |
---------------------------------------------------------------------------------------------------------------------------------

*205
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.12 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.13 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*206
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|-------------------------------------------------------------------------------------------------------------------------------|
| Chester | 900.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 983.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 983.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1172.01 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*207
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|-------------------------------------------------------------------------------------------------------------------------------|
| Chester | 1172.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Strike Not Registered | | | 121 | |
 -------------------------------------------------------------------------------------------------------------------------------

*208
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.07 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.08 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.20 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.36 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.11 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.21 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.27 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.35 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.01 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.10 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.20 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.26 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.12 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.26 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.03 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.02 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.04 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.07 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.09 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.10 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.11 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.12 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.14 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.15 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.19 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.20 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.21 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.22 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.23 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.24 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
 --------------------------------------------------------------------------------------------------------------------------------

*209
---------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.01 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 983.02 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.04 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.05 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.07 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.09 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1162.01 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Strike Out of County Not Registered | | 37 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.62 | STRIKE | PRINTING | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.99 | STRIKE | PRINTING | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.10 | STRIKE | PRINTING | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Strike Printing | | | 3 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.06 | STRIKE | REGISTERED LATE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Strike Registered Late | | | 1 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Total Stricken | | 214 | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.13 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.14 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.17 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.21 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.31 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.33 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*210
-------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
-------------------------------------------------------------------------------------------------------------------------------
| Chester | 145.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.14 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.16 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.18 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.22 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.31 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.33 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.35 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.37 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.38 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.39 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.43 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.45 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.47 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.56 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.57 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.17 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.19 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.21 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*211
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.26 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.27 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.33 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.35 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.36 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.37 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.38 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.39 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.43 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.47 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.49 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.50 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.52 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.54 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.57 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.58 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.61 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.65 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.13 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.17 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.19 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.20 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*212
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.21 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.26 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.28 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.29 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.31 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.04 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.06 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.07 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.10 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.11 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.12 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.13 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.14 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.15 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.17 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.18 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.19 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.20 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.21 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.22 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.24 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.26 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.27 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.28 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.29 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.30 | VALID | VALID | Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*213
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.32 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.33 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.34 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.35 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.37 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.38 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.40 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.41 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.42 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.43 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.44 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.100 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.101 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.103 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.105 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.12 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.13 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.19 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.33 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.34 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.42 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.45 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.51 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.54 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*214
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.55 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.57 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.64 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.80 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.81 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.82 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.88 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.89 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.91 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.92 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.93 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.95 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.96 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.97 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 638.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.12 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 760.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 760.02 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 760.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 799.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 813.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 813.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 862.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.05 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*215
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.13 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.22 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 873.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.22 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 926.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 926.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1005.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|

*216
|-------------------------------------------------------------------------------------------------------------------------------|
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1017.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1017.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1017.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1049.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1175.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1175.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1175.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Total Valid | | | 206 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Total Objections | | | | 420 |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|

*217
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| BEGING DELAWARE COUNTY | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.02 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.03 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.04 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.05 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1154.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1154.02 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Strike Defective Affidavit County Line | | 7 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.01 | STRIKE | AFFIDAVIT - NOTARY | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.03 | STRIKE | AFFIDAVIT - NOTARY | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1133.01 | STRIKE | AFFIDAVIT - NOTARY | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Strike Defective Affidavit Notary Box | | 3 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.09 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.28 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.29 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.33 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.06 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Strike Line Information Invalid | | 5 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.31 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.34 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.35 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.36 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.37 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.39 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*218
 --------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.44 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.45 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.46 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.48 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.49 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.52 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.54 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.55 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.56 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 602.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 605.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 605.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 622.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 628.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 628.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.02 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*219
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.27 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.28 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.03 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*220
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 844.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 844.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 868.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 882.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.06 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*221
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.27 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.09 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*222
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.27 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.12 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*223
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.28 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 998.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 998.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.11 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*224
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1113.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1130.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1150.02 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Strike Not Registered | | | 200 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.19 | STRIKE | USED NICKNAME | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Strike Used Nickname | | | 1 | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Total Stricken | | 216 | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.12 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.14 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.18 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.20 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.21 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.26 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*225
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.27 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.32 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.40 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.41 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.42 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.43 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.50 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.51 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.53 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 604.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 604.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 605.01 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 609.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 622.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.02 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 736.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 736.02 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 736.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 737.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.02 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.04 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.06 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 800.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 834.01 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*226
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 844.01 | VALID | VALID | |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 868.01 | VALID | VALID | |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 921.01 | VALID | VALID | |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 972.01 | VALID | VALID | |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 972.01 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 972.02 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.01 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.03 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.04 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.05 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.07 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.09 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.10 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.11 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.12 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.13 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.14 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.16 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.17 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.18 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.19 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.20 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.22 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.24 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.25 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 974.27 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 975.01 | VALID | VALID | |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 975.03 | VALID | VALID | |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 981.01 | VALID | VALID | Signature Not Litigated |
|---------------------|-------------|----------------|--------------------------|-------------------------|
| Delaware | 1027.03 | VALID | VALID | Signature Not Litigated |
 ---------------------|-------------|----------------|--------------------------|-------------------------

*227
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------------------------------------------------------------------------------------
| Delaware | 1027.04 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1045.01 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1045.02 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1045.03 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1113.01 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1113.02 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1130.03 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1144.01 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1144.02 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1144.05 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware | 1144.06 | VALID | VALID | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware Valid | | 87 | | |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| Delaware Objections Total | | | | 303 |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| TOTAL OBJECTIONS | | | | 723 |
|-----------------------------|--------------|----------------|--------------------------|-------------------------|
| | END OF APPENDIX | |
 ------------------------------------------------------------------------------------------------------------------

*228
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
|BEGIN CHESTER COUNTY | | | | |
| | | | | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.02 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.03 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.04 | STRIKE | NOT REGISTERED | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.05 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.06 | STRIKE | REGISTERED LATE | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.07 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.08 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.09 | STRIKE | DIFFERENT ADDRESS | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.10 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.13 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.14 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.15 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.16 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.17 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.20 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.21 | VALID | VALID | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.22 | STRIKE | LINE INFORMATION INVALID | Litigated |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.23 | STRIKE | LINE INFORMATION INVALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.24 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.25 | STRIKE | NOT REGISTERED | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.27 | STRIKE | NOT REGISTERED | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.28 | STRIKE | NOT REGISTERED | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.29 | STRIKE | NOT REGISTERED | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.30 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.31 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.32 | STRIKE | NOT REGISTERED | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.33 | VALID | VALID | |
|----------------------|-------------|----------------|-------------------------------|-------------------------|
| Chester | 144.34 | STRIKE | NOT REGISTERED | |
 ---------------------------------------------------------------------------------------------------------------

*229
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.35 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 144.36 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.02 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.05 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.11 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.14 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.16 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.18 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.21 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.22 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.27 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.31 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.33 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.34 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.35 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.37 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.38 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.39 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.41 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.42 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.43 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*230
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|-------------------------------------------------------------------------------------------------------------------------------
| Chester | 145.45 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.46 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.47 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.48 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.49 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.51 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.55 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.56 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.57 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 145.58 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.01 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.10 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.17 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.19 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.21 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.26 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.27 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.28 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.31 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*231
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|---------------------------------------------------------------------------------------------------------------------------
| Chester | 146.33 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.35 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.36 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.37 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.38 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.39 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.41 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.42 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.43 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.47 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.49 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.50 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.51 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.52 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.54 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.55 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.56 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.57 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.58 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.59 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.61 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.65 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 146.67 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.03 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.10 | STRIKE | PRINTING | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.13 | VALID | VALID | |
 --------------------------------------------------------------------------------------------------------------------------------

*232
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.17 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.19 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.20 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.21 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.26 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.28 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.29 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.31 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.32 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.35 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 147.36 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.02 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.04 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.06 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.07 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.10 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.11 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.12 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.13 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.14 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.15 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.16 | STRIKE | NOT REGISTERED | Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*233
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|-------------------------------------------------------------------------------------------------------------------------------
| Chester | 148.17 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.18 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.19 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.20 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.21 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.22 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.24 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.25 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.26 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.27 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.28 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.29 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.30 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.31 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.32 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.33 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.34 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.35 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.36 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.37 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.38 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.39 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.40 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.41 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.42 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.43 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 148.44 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.04 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*234
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|-------------------------------------------------------------------------------------------------------------------------------
| Chester | 232.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.100 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.101 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.102 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.103 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.105 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.12 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.13 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.19 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.21 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.25 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.28 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.29 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.31 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.32 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.33 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.34 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.35 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.39 | STRIKE | DIFFERENT ADDRESS | Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*235
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.41 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.42 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.45 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.46 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.47 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.48 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.50 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.51 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.52 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.54 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.55 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.57 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.61 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.62 | STRIKE | PRINTING | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.63 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.64 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.66 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.70 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.71 | STRIKE | INITIALS | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.73 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.78 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.80 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.81 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.82 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.88 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.89 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.91 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.92 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.93 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.95 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*236
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.96 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.97 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 232.99 | STRIKE | PRINTING | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 608.01 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 638.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.05 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 744.12 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 760.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 760.02 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 760.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 799.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 813.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 813.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 818.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 847.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 847.02 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 849.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 849.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 849.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.02 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*237
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.03 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 851.04 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.01 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.10 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.12 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.20 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 854.26 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 862.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.03 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*238
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.12 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.13 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.22 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 872.26 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 873.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.01 | STRIKE | DIFFERENT ADDRESS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 875.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.02 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.04 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.13 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.14 | STRIKE | LINE INFORMATION INVALID | Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*239
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.15 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.16 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.17 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.18 | STRIKE | LINE INFORMATION INVALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.22 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 877.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.03 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.07 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 884.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.02 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.04 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.07 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.09 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.10 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.11 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.12 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.14 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.15 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.16 | STRIKE | NOT REGISTERED | |
 ------------------------------------|------------|--------------|---------------------------------|----------------------------

*240
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.19 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.20 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.21 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.22 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.23 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.24 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 900.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 926.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 926.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.01 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 952.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.03 | STRIKE | INITIALS | Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*241
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 960.05 | STRIKE | INITIALS | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 983.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 983.02 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 983.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1005.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.04 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.05 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.07 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.09 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1013.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1016.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1017.07 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1017.08 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1017.09 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1049.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1162.01 | STRIKE | OUT OF COUNTY NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1172.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1172.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1175.01 | VALID | VALID | |
 --------------------------------------------------------------------------------------------------------------------------------

*242
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1175.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester | 1175.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Chester Count | | 420 | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
 -------------------------------------------------------------------------------------------------------------------------------

*243
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| BEGIN DELAWARE COUNTY | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.09 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.10 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.11 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.12 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.14 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.16 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.18 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.19 | STRIKE | USED NICKNAME | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.20 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.21 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.23 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.24 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.25 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.26 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.27 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.28 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.29 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.30 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.31 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*244
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.32 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.33 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.34 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.35 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.36 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.37 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.39 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.40 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.41 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.42 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.43 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.44 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.45 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.46 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.48 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.49 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.50 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.51 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.52 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.53 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.54 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.55 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 233.56 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 602.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 604.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 604.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 605.01 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 605.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 605.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 609.02 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*245
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.01 | STRIKE | AFFIDAVIT - NOTARY | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.03 | STRIKE | AFFIDAVIT - NOTARY | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 616.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 622.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 622.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 628.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 628.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 655.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.02 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 685.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 736.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 736.02 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 736.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 737.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.02 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.04 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 742.06 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|

*246
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.03 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 758.05 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 800.01 | VALID | VALID | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|

*247
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.27 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 824.28 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 826.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 834.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 843.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 844.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 844.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 844.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 868.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 868.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.03 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*248
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 878.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 879.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 882.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 891.27 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*249
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 921.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.22 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.24 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.25 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 950.27 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.02 | STRIKE | NOT REGISTERED | |
 -------------------------------------------------------------------------------------------------------------------------------

*250
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.18 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.19 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 954.20 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 972.01 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 972.02 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.01 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.03 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.04 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.05 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.06 | STRIKE | LINE INFORMATION INVALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.07 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.08 | VALID | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.09 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.10 | VALID | VALID | Signature Not Litigated |
 -------------------------------------------------------------------------------------------------------------------------------

*251
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.11 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.12 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.13 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.14 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.16 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.17 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.18 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.19 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.20 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.21 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.22 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.23 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.24 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.25 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.26 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.27 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 974.28 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 975.06 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 981.01 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 998.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 998.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1027.03 | VALID | VALID | Signature Not Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1027.04 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1045.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1045.02 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*252
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1045.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.01 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.04 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.05 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.07 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.08 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.09 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.10 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.11 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.12 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.13 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.14 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.15 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.16 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1060.17 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1113.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1113.02 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1113.03 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.02 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.03 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.04 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1119.05 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1130.02 | STRIKE | NOT REGISTERED | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1130.03 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1133.01 | STRIKE | AFFIDAVIT - NOTARY | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1144.01 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1144.02 | VALID | VALID | |
 -------------------------------------------------------------------------------------------------------------------------------

*253
 -------------------------------------------------------------------------------------------------------------------------------
| COUNTY | PAGE.LINE | VALID/STRIKE | ADJUDICATION | LITIGATED |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1144.05 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1144.06 | VALID | VALID | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1150.02 | STRIKE | NOT REGISTERED | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1154.01 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware | 1154.02 | STRIKE | AFFIDAVIT - COUNTY LINE | Litigated |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| Delaware Count | | 303 | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| | | | | |
|------------------------------------|------------|--------------|---------------------------------|----------------------------|
| TOTAL OBJECTIONS | | 723 | | |
 -------------------------------------------------------------------------------------------------------------------------------

*254 Oct. 8, 2004.

FINDINGS AND CONCLUSIONS RE: CHALLENGES TO BUCKS COUNTY NOMINATION PAPERS
FRIEDMAN, Judge.
Linda S. Serody, Roderick J. Sweets, Ronald Bergman, Richard Trinclisti, Terry Trinclisti, Bernie Cohen-Scott, Donald G. Brown and Julia A. O'Connell (Objectors) have filed objections to the Nomination Papers of Ralph Nader and Peter Miguel Camejo (Candidates) as Candidates of an Independent Political Body for President and Vice President of the United States in the General Election scheduled for November 2, 2004. This opinion disposes of challenges to nomination papers circulated in Bucks County.
The Candidates circulated sixty-six nomination papers in Bucks County, collecting 1,149 signatures. Objectors filed a petition challenging a substantial number of the Bucks County signatures. A hearing was conducted on Monday, September 27, 2004, in Bucks County to determine the validity of those signatures.
The objectors have the burden of proving alleged defects in a nomination petition and that the petition does not contain the statutorily required number of signatures. In re Nomination of Flaherty, 564 Pa. 671, 770 A.2d 327 (2001). Where a court is not convinced that challenged signatures are other than genuine, the challenge is to be resolved in favor of the candidate. Id.

I. Not Registered
At the September 27, 2004, hearing, Objectors challenged numerous signatures as invalid because they were signed by persons not registered to vote in Bucks County.[1] Here, in support of their challenges, *255 Objectors offered the testimony of Deena K. Dean, Director of the Bucks County Board of Elections and Voter Registration (Director). Based on her credible testimony that the signers were not registered to vote in Bucks County, this court struck the following 183 signatures on Candidates' nomination papers:

 PAGE # LINE #
 30 5, 11
 32 1, 2, 11, 18, 20, 26, 31, 35, 38
 33 16, 24, 25, 26
 86 2, 4, 5, 8, 13, 17, 22, 24, 26, 27,
 29
 133 5, 12, 15, 33, 34, 46
 134 3
 135 1
 140 11, 17, 18, 24, 36, 44, 52, 56, 58,
 64, 70
 141 13, 21, 29, 32, 37, 52, 61, 62
 375 32
 579 1
 613 1, 2, 3, 4
 615 9
 660 9, 10, 11, 23, 27, 28, 32, 33, 38,
 41, 44, 47
 670 2
 672 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12
 673 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13,
 14, 15, 16, 17, 18, 19, 20, 21, 22,
 23, 24, 25
 676 1
 764 1, 5
 779 8, 12
 805 4, 7, 9, 10, 11, 12
 815 1, 4
 821 3
 835 4, 7, 9
 837 4, 7, 12, 19, 27, 28
 839 2
 840 1, 2, 3, 4, 5, 6, 7, 8, 9
 841 1
 866 1, 2, 3, 4, 5, 7, 8, 9, 10
 870 1
 890 1, 3, 4, 5, 6, 8, 9, 10, 11
 959 2
 986 2
 1007 6, 9, 15, 21
 1044 4
 1098 1
 1100 1
 1115 3, 6, 12, 57, 58
 1117 5, 12, 13, 21, 22, 26
 1141 5
 1179 6

II. Not Registered on Date of Signing
Objectors challenged certain signatures because, although the signer is now registered to vote in Bucks County, the signer was not registered to vote in Bucks County on the date he or she signed the nomination paper.[2] Here, Objectors challenged nine (9) signatures as persons who, although now registered to vote in Bucks County, were not registered at the time they signed the nomination papers. At the hearing, this court struck the following signatures on this basis:

 PAGE # LINE #
 32 7, 12
 33 5, 31
 86 3
 140 34
 141 35
 375 49
 1179 17[3]

*256 III. Not Registered at Address
Objectors challenged certain signatures because the address given by the signer did not match the address shown on the voter registration card.[4] Here, in support of their challenges, Objectors offered the testimony of the Director. Candidates were not represented at the hearing while the court was considering these challenges. Thus, Candidates did not object to these challenges. Accordingly, this court struck the following twenty-two (22) signatures:

 PAGE # LINE #
 32 36, 37
 33 12
 86 11, 20, 25
 140 41
 141 54, 67, 75, 91
 615 3
 805 2
 815 2
 890 2, 7
 986 1
 1007 13
 1115 16
 1141 6
 1171 13
 1179 12[5]

IV. Missing Information
Objectors challenged certain signature lines because the signer omitted certain required information.[6] Here, the court struck the following three (3) signatures on this basis:

 PAGE # LINE #
 32 32
 743 1
 1115 13

Moreover, the parties stipulated that certain signatures should be stricken because of missing information. The court strikes the following six (6) signatures on this basis:

 PAGE # LINE #
 134 6
 140 19, 31, 51, 75
 615 12[7]

*257 V. Handwriting Challenges
Objectors challenged a number of signatures alleging that some of the information on the signature line was written in the hand of someone other than the signer.[8] Here, the court struck the following thirteen (13) signatures because information on the signature line was in the hand of someone other than the signer:

 PAGE # LINE #
 33 4
 135 2, 3, 4, 5, 6
 140 16, 65
 375 20
 579 4
 837 15
 1007 10
 1117 23

VI. Illegible
Objectors challenged certain signatures alleging that the signature or other information is so illegible as to preclude verification.[9] Here, the court struck the following four (4) signatures as illegible:

 PAGE # LINE #
 140 35
 766 4, 5, 6

VII. Conclusion

TOTAL SIGNATURES 1149
STRICKEN SIGNATURES
 Not Registered 183
 Not Registered on Date of Signing 9
 Not Registered at Address 22
 Missing Information 9
 Handwriting Challenges 13
 Illegibility 4
 TOTAL STRICKEN - 240
 ______
TOTAL VALID SIGNATURES 909

ADDENDUM 1 TO THE OPINION FILED OCTOBER 8, 2004 BY THE HONORABLE ROCHELLE S. FRIEDMAN

*258 IN RE NOMINATION PAPER OF RALPH NADER NO. 568 M.D. 2004

BUCKS COUNTY SIGNATURE TOTALS BY TYPE OF CHALLENGE

Challenge Number Stricken Running Total of Valid Signatures
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
 1149
----------------------------------------------------------------------------------------
Not Registered 183 966
----------------------------------------------------------------------------------------
Not Registered on Date of Signing 9 957
----------------------------------------------------------------------------------------
Not Registered at Address 22 935
----------------------------------------------------------------------------------------
Missing Information 3 932
----------------------------------------------------------------------------------------
Missing Information (Stipulated) 6 926
----------------------------------------------------------------------------------------
Handwriting Challenges 13 913
----------------------------------------------------------------------------------------
Illegible 4 909
----------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------
Total 240 909

ADDENDUM 2 TO THE OPINION FILED OCTOBER 8, 2004 BY THE HONORABLE ROCHELLE S. FRIEDMAN

IN RE NOMINATION PAPER OF RALPH NADER NO. 568 M.D. 2004

BUCKS COUNTY SIGNATURE TOTALS BY PAGE

 Page Sign. Lines Stricken Valid
 --------------------------------------------------------------------------
 1 30 39 -2 37
 --------------------------------------------------------------------------
 2 32 39 -14 25
 --------------------------------------------------------------------------
 3 33 33 -8 25
 --------------------------------------------------------------------------
 4 86 30 -15 15
 --------------------------------------------------------------------------
 5 133 47 -6 41
 --------------------------------------------------------------------------
 6 134 79 -2 77
 --------------------------------------------------------------------------
 7 135 69 -6 63
 --------------------------------------------------------------------------
 8 136 69 0 69
 --------------------------------------------------------------------------
 9 137 36 0 36
 --------------------------------------------------------------------------
 10 140 91 -20 71
 --------------------------------------------------------------------------
 11 141 106 -13 93
 --------------------------------------------------------------------------
 12 375 61 -3 58
 --------------------------------------------------------------------------
 13 441 25 0 25
 --------------------------------------------------------------------------
 14 579 5 -2 3
 --------------------------------------------------------------------------
 15 613 4 -4 0
 --------------------------------------------------------------------------
 16 615 13 -3 10
 --------------------------------------------------------------------------
 17 660 51 -12 39
 --------------------------------------------------------------------------
 18 664 6 0 6

*259
 Page Sign. Lines Stricken Valid
 ==========================================================================
 19 668 2 0 2
 --------------------------------------------------------------------------
 20 670 2 -1 1
 --------------------------------------------------------------------------
 21 671 1 0 1
 --------------------------------------------------------------------------
 22 672 12 -11 1
 --------------------------------------------------------------------------
 23 673 25 -24 1
 --------------------------------------------------------------------------
 24 676 2 -1 1
 --------------------------------------------------------------------------
 25 743 6 -1 5
 --------------------------------------------------------------------------
 26 764 6 -2 4
 --------------------------------------------------------------------------
 27 766 6 -3 3
 --------------------------------------------------------------------------
 28 779 12 -2 10
 --------------------------------------------------------------------------
 29 805 12 -7 5
 --------------------------------------------------------------------------
 30 815 4 -3 1
 --------------------------------------------------------------------------
 31 821 10 -1 9
 --------------------------------------------------------------------------
 32 828 2 0 2
 --------------------------------------------------------------------------
 33 835 9 -3 6
 --------------------------------------------------------------------------
 34 836 2 0 2
 --------------------------------------------------------------------------
 35 837 30 -7 23
 --------------------------------------------------------------------------
 36 839 2 -1 1
 --------------------------------------------------------------------------
 37 840 9 -9 0
 --------------------------------------------------------------------------
 38 841 2 -1 1
 --------------------------------------------------------------------------
 39 852 2 0 2
 --------------------------------------------------------------------------
 40 853 1 0 1
 --------------------------------------------------------------------------
 41 860 1 0 1
 --------------------------------------------------------------------------
 42 861 1 0 1
 --------------------------------------------------------------------------
 43 866 10 -9 1
 --------------------------------------------------------------------------
 44 870 1 -1 0
 --------------------------------------------------------------------------
 45 890 11 -11 0
 --------------------------------------------------------------------------
 46 924 2 0 2
 --------------------------------------------------------------------------
 47 951 5 0 5
 --------------------------------------------------------------------------
 48 959 2 -1 1
 --------------------------------------------------------------------------
 49 964 2 0 2
 --------------------------------------------------------------------------
 50 973 1 0 1
 --------------------------------------------------------------------------
 51 986 2 -2 0
 --------------------------------------------------------------------------
 52 1004 3 0 3
 --------------------------------------------------------------------------
 53 1007 21 -6 15
 --------------------------------------------------------------------------
 54 1044 4 -1 3
 --------------------------------------------------------------------------
 55 1068 1 0 1
 --------------------------------------------------------------------------
 56 1082 1 0 1
 --------------------------------------------------------------------------
 57 1098 1 -1 0
 --------------------------------------------------------------------------
 58 1100 1 -1 0
 --------------------------------------------------------------------------
 59 1115 21 -7 14
 --------------------------------------------------------------------------
 60 1117 26 -7 19

*260
 Page Sign. Lines Stricken Valid
 ==========================================================================
 61 1121 13 0 13
 --------------------------------------------------------------------------
 62 1141 12 -2 10
 --------------------------------------------------------------------------
 63 1152 1 0 1
 --------------------------------------------------------------------------
 64 1160 2 0 2
 --------------------------------------------------------------------------
 65 1171 22 -1 21
 --------------------------------------------------------------------------
 66 1179 20 -3 17
 --------------------------------------------------------------------------
 TOTALS: 1149 -240 909

Oct. 4, 2004

FINDINGS AND CONCLUSIONS RE: CHALLENGES TO MONTGOMERY COUNTY NOMINATION PAPERS
LEADBETTER, Judge.
On September 27, 2004, a hearing was held to rule on challenges to nomination petitions circulated in Montgomery County on behalf of the candidacies of Ralph Nader and Peter Miguel Camejo. In addition to written notice of the scheduled hearing, several days before the hearing, the court contacted counsel for both sides requesting the name of the attorney who would represent their respective clients. Candidates did not supply the court with this information and neither they nor counsel on their behalf attended the hearing. Prior to proceeding, the court requested counsel for objectors, Ira Lefton, to again contact counsel for the candidates to determine their intentions. The first attorney, Pennsylvania counsel of record, referred Lefton to a Washington, D.C. attorney. The Washington, D.C. attorney referred Lefton to yet a third lawyer who was not in his office. At this point, the court directed that the hearing proceed.
Counsel for objectors called as a witness Mr. Joseph Passarella, Department Head of Voter Services for Montgomery County, who testified and identified documents. Pursuant to this court's order of September 20, 2004 [9/20 Order], Mr. Passarella and three staff members of Voter Services working under his supervision compared challenged signature lines on nomination papers against the Montgomery County voter registration records with respect to the categories listed in the 9/20 Order. He identified one tally sheet for each challenged page of the nomination papers, which set forth the results of his examination as to each challenged line, and entered a total for each category. Where particular voter registration records were relevant, copies of those records were attached to the tally sheet. Mr Passarella was found to be credible, and based upon his testimony, I found that the documents accurately reflected the results of his examination of copies of the nomination papers and the original Montgomery County voter registration records. Accordingly, the documents were admitted into evidence. In each instance where Montgomery County Voter Services found a line to be defective, I have personally examined the original nomination papers at issue, as well as the documents introduced and the Objections to the Nomination Papers, in order to make independent rulings. In addition to review of the lines found defective by Montgomery County Voter Services, rulings were made from the bench on several additional lines raised at the hearing by counsel for objectors.
Based upon the testimony presented and my review as described above, I find the following:

*261 1. The nomination papers attributed to Montgomery County and assigned for my review contained a total of 990 signatures.
2. 342 of those signature lines listed an address in Montgomery County, but the name did not match that of any registered voter in the county. These lines must be stricken.
3. 16 of those signature lines listed an address in Montgomery County, and an elector by that name was registered in the county, but at a different address. Examination of the registration records of those electors did not reflect that any of them had ever lived at the address on the nomination paper. Further, no evidence was proffered that the registered elector and the person signing the nomination paper were the same, let alone that (s)he had moved from one address to the other and was within the statutory window to notify Voter Services of the change. These lines must be stricken. In re Nomination Papers of Nader, ___ Pa. ___, ___-___, 858 A.2d 1167, 1182-84 (2004) (No. 154 MAP 2004, filed September 29, 2004) (2004 WL 2185351, *12-13); In re Nomination Petition of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001).
4. 3 of those signature lines were signed by persons who were registered voters at a different address in Montgomery County on the date of signing the nomination paper, but before the hearing had notified Voter Services of a change of address to that stated on the nomination papers in compliance with the Voter Registration Act.[1] These persons were qualified electors, and their signatures will not be stricken.
5. 13 of the signature lines were signed by persons who first registered to vote in Montgomery County after signing the nomination papers. No evidence was presented as to the date that any of them postmarked or delivered an application to register. I therefore find that these persons were not qualified electors when they signed the nomination papers and, therefore, these lines must be stricken. Nader, ___ Pa. at ___-___, 858 A.2d at 1182-83 (2004 WL 2185351, *12).
6. 5 lines on the nomination papers had printed signatures and must be stricken. Nader, ___ Pa. at ___, 858 A.2d at 1183-84 (2004 WL 2185351, * 13); Flaherty, 564 Pa. at 679, 770 A.2d at 332; In re Nomination Petition of Silcox, 543 Pa. 647, 650, 674 A.2d 224, 225 (1996).
7. 21 lines on the nomination papers omitted information required by the Election Code,[2] and therefore must be stricken. Section 951 of the Election Code, as amended, 25 P.S. § 2911.[3]
8. 5 lines on the nomination papers were so illegible that Voter Services was unable to ascertain whether they were signed by qualified electors. These must be stricken. In re Nomination *262 Petition of Delle Donne, 779 A.2d 1, 11  12 (Pa.Cmwlth.2001).
9. Page 235, line 11 was challenged on the ground that the elector's city of residence was forged, but no expert testimony was presented on this issue. Upon review, it did not appear that the printing of this entry was significantly different from the printing of the name and street address. Therefore, I was unable to determine that the entry was other than that of the elector, and denied the motion to strike.
10. Pages 54 and 354 were challenged on the ground that the affiant had listed an address different from the address listed by an elector of the same name signing line 2 on page 54. Counsel argued that, therefore, one address must have been false. Although the name was the same, neither the printed name nor the cursive signature on line 2 of page 54 appeared to be in the same hand as those on the affidavits, and the address was entirely different.[4] I find it most likely that the affiant on pages 54 and 354 and the signer of page 54, line 2 are different persons with the same name and, therefore, the address difference is of no moment. There is no basis to strike pages 54 and 354.
11. At the hearing, counsel for objectors asked that multiple lines on page 303 be stricken. Although these signatures had not been challenged in the Objections to the Nomination Papers, counsel asserted that they had already been stricken by the Secretary of State, thus abrogating the rule that lines not challenged within seven days of filing of the nomination papers may not be challenged later. In re Nomination Petition of Bryant, 578 Pa. 421, 852 A.2d 1193 (2004). While I note the presence of red circles and "x" marks adjacent to these lines, there was no agreement of counsel as to who made these notations or when they were made. Further, I can find no statute, regulation or other information of which I can take judicial notice that such marks represent strikes by the Secretary of State, and no evidence was presented upon which I could base such a finding. Moreover, even assuming that these marks represent his strikes, the lack of any requirement that the Secretary memorialize his actions and the reasons for them in some more formal way strongly suggests that his strikes are intended to be for his administrative use in carrying out his duties under Section 976 of the Election Code, as amended, 25 P.S. § 2936, and that once he accepts nomination papers for filing, our review of any objections to the papers is de novo. Finally, in remanding this matter, our Supreme Court has addressed this issue, albeit in the context of a different argument. "Because the Objectors [included the signatures already rejected by the Secretary in their Objections to the Nomination Papers], the Candidates had notice of the stricken signatures, and the Objectors assumed the Secretary's burden to prove the invalidity of the signatures....Here, the procedure that was used, and approved, by the court provided for the Candidates to be advised of the signatures that the Secretary had rejected, thereby giving them an opportunity to rebut *263 the arguments and evidence presented by the Objectors in support of the Secretary's striking of the signatures. Accordingly, the requirements of due process were met...." Nader, ___ Pa. at ___-___, 858 A.2d at 1185 (2004 WL 2185351, *14). In the particular instance before me, the lines at issue were not challenged in the Objections to the Nomination Papers, but were first challenged by Objectors at the hearing. These challenges will be denied as untimely.
12. Finally, 53 signatures on these nomination papers, challenged on the basis that the signers were not qualified electors, were of persons listing an address within the Commonwealth but in a county other than Montgomery. Accordingly, the Montgomery County Voter Services had no way of ascertaining whether or not they were registered voters, and made no attempt to do so. No other evidence was presented on the point, and I find that objectors have failed to establish a prima facie case that these persons are not qualified electors. Counsel for Objectors bases his argument upon Section 951 of the Election Code, which provides, in pertinent part, that: "different sheets [of the nomination papers] must be used for signers resident in different counties." See 25 P.S. § 2911(d). These out-of-county signatures appeared on pages which purport, in both the Preamble and the concluding Affidavit, to contain signatures of persons residing in Montgomery County. I need not decide here, however, whether a violation of Section 2911 invalidates all out of county signatures, as Objectors argue, or even the entire page on the ground that the affidavit is false. No objection on any such ground was made in the Objections to the Nomination Papers; the lines were challenged, if at all, only on the ground that the signer was not registered.[5] Objectors failed to meet their burden of proof on this ground.
13. Based upon the following, of the 990 signatures on the nomination petitions circulated in Montgomery County, 402 must be stricken upon grounds specifically stated in the Objections to the Nomination Papers. They are itemized in the attached Appendix. 588 valid signatures remain in support of Candidates' nomination.
An order will follow in due course.

APPENDIX

Paragraph Category Page Line(s)
----------------------------------------------------------------------------------------------------
2 Not Registered 29 2
----------------------------------------------------------------------------------------------------
 54 1-3, 5, 7-13, 15-16, 20-21, 23-25, 30, 32, 33, 35-36, 38-45,
 48-49, 51, 54, 56-63, 65-68, 71-72, 75-75, 77, 81-82,
 84-89, 94-99, 101-02, 104, 107-08, 110
----------------------------------------------------------------------------------------------------

*264
Paragraph Category Page Line(s)
----------------------------------------------------------------------------------------------------
 60 1, 3-6, 9-12, 14, 18-20, 22-23, 25-29, 31-33, 35-38, 41-46
----------------------------------------------------------------------------------------------------
 76 5, 7
----------------------------------------------------------------------------------------------------
 235 4, 10, 31
----------------------------------------------------------------------------------------------------
 250 1, 6, 17, 28, 32, 37-38, 41-42
----------------------------------------------------------------------------------------------------
 354 1, 3-7, 9-10, 13-16, 18-19, 21-24, 26-33, 36-39, 41-42,
 44-46, 50, 52-55, 57-58, 61-70, 72-82, 84-92
----------------------------------------------------------------------------------------------------
 394 1, 4, 8, 11, 14, 22, 42
----------------------------------------------------------------------------------------------------
 418 2-7, 11-12, 15-16, 18, 20-21, 24-27, 30-31, 34-35, 37-38,
 40, 42, 44, 46, 48, 50-62, 64, 67, 75
----------------------------------------------------------------------------------------------------
 553 3
----------------------------------------------------------------------------------------------------
 563 1-2
----------------------------------------------------------------------------------------------------
 648 5
----------------------------------------------------------------------------------------------------
 651 3-9, 11-14
----------------------------------------------------------------------------------------------------
 657 2
----------------------------------------------------------------------------------------------------
 662 3
----------------------------------------------------------------------------------------------------
 675 2, 13, 14
----------------------------------------------------------------------------------------------------
 745 2, 8, 10, 17
----------------------------------------------------------------------------------------------------
 761 6, 8, 9, 11
----------------------------------------------------------------------------------------------------
 772 2, 13, 14
----------------------------------------------------------------------------------------------------
 787 3, 7, 9, 11-13, 17, 27
----------------------------------------------------------------------------------------------------
 807 2
----------------------------------------------------------------------------------------------------
 864 1-3, 5-14, 16-24
----------------------------------------------------------------------------------------------------
 874 1
----------------------------------------------------------------------------------------------------
 887 1-11, 13-18
----------------------------------------------------------------------------------------------------
 903 10, 14, 23
----------------------------------------------------------------------------------------------------
 957 3, 4
----------------------------------------------------------------------------------------------------
 962 5, 12
----------------------------------------------------------------------------------------------------
 997 1
----------------------------------------------------------------------------------------------------
 1011 1-3
----------------------------------------------------------------------------------------------------
 1046 2
----------------------------------------------------------------------------------------------------
 1111 2
----------------------------------------------------------------------------------------------------
 1124 1, 6
----------------------------------------------------------------------------------------------------
 1167 1
----------------------------------------------------------------------------------------------------
 1170 1-3
----------------------------------------------------------------------------------------------------
3 Not registered at 29 10
 address
----------------------------------------------------------------------------------------------------
 54 4, 17, 46, 53, 93
----------------------------------------------------------------------------------------------------
 60 15
----------------------------------------------------------------------------------------------------
 394 27-28
----------------------------------------------------------------------------------------------------
 418 13, 29
----------------------------------------------------------------------------------------------------
 553 1
----------------------------------------------------------------------------------------------------
 787 6

*265
Paragraph Category Page Line(s)
----------------------------------------------------------------------------------------------------
 1046 1
----------------------------------------------------------------------------------------------------
 1131 5, 20
----------------------------------------------------------------------------------------------------
5 Not registered on 54 37, 70, 83, 109
 date signed
 papers
----------------------------------------------------------------------------------------------------
 250 5
----------------------------------------------------------------------------------------------------
 354 25
----------------------------------------------------------------------------------------------------
 394 9, 29, 43
----------------------------------------------------------------------------------------------------
 418 68, 74
----------------------------------------------------------------------------------------------------
 761 4
----------------------------------------------------------------------------------------------------
 903 9
----------------------------------------------------------------------------------------------------
6 Printed signatures 29 17
----------------------------------------------------------------------------------------------------
 54 22, 34
----------------------------------------------------------------------------------------------------
 354 56
----------------------------------------------------------------------------------------------------
 394 38
----------------------------------------------------------------------------------------------------
7 Missing required 54 78-79
 information
----------------------------------------------------------------------------------------------------
 60 24
----------------------------------------------------------------------------------------------------
 235 32
----------------------------------------------------------------------------------------------------
 250 7
----------------------------------------------------------------------------------------------------
 418 49, 70-73
----------------------------------------------------------------------------------------------------
 675 5
----------------------------------------------------------------------------------------------------
 745 11
----------------------------------------------------------------------------------------------------
 816 13
----------------------------------------------------------------------------------------------------
 865 6
----------------------------------------------------------------------------------------------------
 903 1, 12
----------------------------------------------------------------------------------------------------
 956 3
----------------------------------------------------------------------------------------------------
 962 3
----------------------------------------------------------------------------------------------------
 976 3, 4
----------------------------------------------------------------------------------------------------
 997 2
----------------------------------------------------------------------------------------------------
8 Illegible 418 8, 47
----------------------------------------------------------------------------------------------------
 553 2
----------------------------------------------------------------------------------------------------
 611 1
----------------------------------------------------------------------------------------------------
 962 17

ADDENDUM
LEADBETTER, Judge.
In light of the admonition of Mr. Justice Saylor[1] that we keep account of whether, as to signatures or affidavits stricken because of registration requirements, the signers or affiants otherwise possess the *266 constitutional and legal qualifications of electors set forth in Article VII, Section 1 of our Pennsylvania Constitution and incorporated by reference in Section 102(t) of the Election Code,[2] 25 P.S. § 2602(t), this addendum is attached to my earlier findings and conclusions.
Paragraph 1: No additional findings necessary.
Paragraph 2: All signatures were dated August 1, 2004, or earlier. Therefore, since there was no evidence to suggest that the Montgomery County addresses listed were inaccurate, all signers resided in the state more than 90 days immediately preceding the election. While it would seem unlikely that very many were non-citizens or minors, no evidence was presented as to the age or citizenship of any of them, other than the affiants' affidavits stating that the signers are qualified electors. To the extent that the burden of persuasion lies with objectors to establish that the signers are not qualified electors, they have established only that the signers are not registered to vote, but have failed to establish that they lack the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution. To the extent that lack of registration is deemed to satisfy objectors' prima facie case, candidates have failed to rebut that case with evidence that the signers nonetheless possess the age and citizenship qualifications of Article VII, Section 1.
Paragraph 3: Since these 16 signers were registered to vote in the county, albeit at another address, I find that they possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
Paragraph 4: No additional findings necessary.
Paragraph 5: Since these 13 signers were registered to vote in the county, albeit after the date of signing, I find that they possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
Paragraphs 6-13: No additional findings necessary.
NOTES
[1] Senior Judge McCloskey did not participate in this matter, since he was presiding over an election challenge involving a Congressional race. Judge Leavitt recused, and did not participate in the challenge to the Nader nomination papers.
[2] Senior Judge Mirarchi reviewed signatures that were designated as duplicates. As a result, Judge Leadbetter and Senior Judge Kelley were later assigned portions of the Philadelphia objections. Judge Leadbetter reviewed Volume E. Senior Judge Kelley reviewed Volume F. Senior Judge Mirarchi reviewed pp. 231-257 of Volume B.
[3] This number differs from the Department of State's tally of 52,398.
[4] These "Global" challenges refer to challenges made to all of the signatures contained in one page for a single reason such as a faulty circulator's affidavit.
[1] Volumes A and B were assigned to President Judge James Gardner Colins. Volume E was assigned to Judge Bonnie B. Leadbetter and Volume F to Senior Judge James R. Kelly.
[1] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. §§ 2600-3591.
[2] The challenges made by Petitioners from Western Pennsylvania were divided into six volumes for convenience of the parties and the Court: Volumes A, B, C, D, E, and F. For convenience, this Court has referred to the Philadelphia Nominating Pages in relation to the Volume in which such pages appear. Thus, challenges to pages 514 to 1189 of the Philadelphia Nominating Pages are set forth in Volumes E. and F.
[3] The Volume F pages commence on Philadelphia Nominating Page 686.
[4] Michael Reed, Sr. signed approximately 37 times, and Michael Reed, Jr. signed approximately 30 times. These individuals did not always affix the "Sr." or "Jr." to their signatures, however. They are both registered at the same address, and they are by far our "champion" Serial Signers.
[5] The Page and Line numbers for each of these individuals, together with all other Serial Signers, are set forth in detail in the Notes of Testimony from the hearing before the undersigned occurring September 27  October 4, 2004.
[6] Reference is sometimes made in the Petitioners' challenges to Philadelphia Nominating Page 1033. Evidence deduced at our hearings revealed that there is no Page 1032. Rather, Petitioners' challenges are more accurately to Page 1032. It appeared that when the Candidates were numbering their nominating pages for submission to the Department of State, they inadvertently marked side 2 and side 4 of Page 1032 as "1033" and thereafter marked the immediately following page "1034." Thus, this Court permitted the Petitioners to amend their challenges to Page 1032, transferring those challenges originally lodged against Page 1033. Candidates' counsel agreed to this amendment.
[7] Please refer to the Notes of Testimony of the hearings held before the undersigned on October 4, 5, 7 and 8, 2004 for testimony describing the evidence that certain circulators and others affixed information required on the Philadelphia Nominating Pages to be set forth by the electors pursuant to the Election Code.
[8] On October 4, 2004, the President Judge assigned to the undersigned Philadelphia Nominating Pages found among the nominating pages 231-257 for review and disposition of challenges made thereto.
[9] Ms. Smith signed the following Philadelphia Nominating Pages: P. 99, L. 93; P. 181, L. 2; P. 185, L. 70; P. 198, L. 10; P. 204, L. 55; P. 217, L. 12; P. 218, L. 110; P. 239, L. 17; P. 252, L. 29; P. 348, L. 48; P. 377, L. 58; P. 407, L. 78; P. 409, L. 7; P. 409, L. 101; P. 518, L. 10; P. 523, L. 11; P. 552, L. 68; P. 556, L. 3; P. 556, L. 29; P. 698, L. 42; P. 1033, L. 101; P. 1037, L. 79.
[10] The affiant of a Circulator's Affidavit swears or affirms, among other things, that the affiant is a qualified elector, that he or she has affixed her residence to the affidavit, that the signers of the page all signed with full knowledge of the contents thereof, and that to the best of the affiant's knowledge and belief, the signers are all qualified electors of the district designated in the paper. Form DSBE 210A PB Department of State (rev.1/04), Side 4.
[11] The other Philadelphia Nominating Pages signed by Hector Torres were P. 268, L. 23; P. 356, L. 27; P. 378, L. 20; P. 549, L. 92; P. 694, L. 44; and P. 1034, L. 32.
[12] William Ward signed the following Philadelphia Nominating Pages: P. 34, L. 29; P. 88, L. 62; P. 177, L. 5; P. 177, L. 34; P. 240, L. 41; P. 328, L. 25; P. 356, L. 25; P. 363, L. 8; P. 388, L. 19; P. 393, L. 6; P. 485, L. 12; P. 574, L. 4; P. 587, L. 18; P. 686, L. 15; P. 1000, L. 32; P. 1035, L. 4; and P. 1037, L. 43.
[13] Lines 16, 17, 35, 43, 61, and 79.
[14] The Board of Elections uses the designation "NA/OC" to signify "non-existent address or out of county address."
[15] Evidence established that Page 242 contained three Duplicate Signatures more than set forth in the Interim Adjudication and Order filed October 7, 2004, i.e., Lines 67, 78, and 79.
[16] Line 97 lacked a signature, and the remaining lines were crossed out by the Candidates in ink. One can detect under the crossed-out names, the signatures of a number of Serial Signers.
[17] On Page 256, signature lines were filled from Lines 1-82, and from Lines 101-105 only. Lines 83-100 were left blank, as were Lines 106-110.
[1] In light of the admonition of Mr. Justice Saylor [see In re Nomination Paper of Ralph Nader, (No. 171 MM 2004, filed October 1, 2004) (Saylor, J., concurring)] that we keep account of whether, as to signatures or affidavits stricken because of registration requirements, the signers or affiants otherwise possess the constitutional and legal qualifications of electors set forth in Article VII, Section 1 of our Pennsylvania Constitution and incorporated by reference in Section 102(t) of the Election Code, Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. § 2602(t) findings relevant to this issue appear as footnotes herein.
[2] All signatures were dated August 1, 2004, or earlier. Therefore, since there was no evidence to suggest that the Philadelphia addresses listed were inaccurate, all signers resided in the state more than 90 days immediately preceding the election. While it would seem unlikely that very many were non-citizens or minors, no evidence was presented as to the age or citizenship of any of them, other than the affiants' affidavits stating that the signers are qualified electors. To the extent that the burden of persuasion lies with objectors to establish that the signers are not qualified electors, they have established only that the signers are not registered to vote, but have failed to establish that they lack the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution. To the extent that lack of registration is deemed to satisfy objectors' prima facie case, candidates have failed to rebut that case with evidence that the signers nonetheless possess the age and citizenship qualifications of Article VII, Section 1.
[3] Since these signers were registered to vote in the county, albeit at another address, I find that they possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
[4] In 2002, the legislature enacted a new Voter Registration Act, 25 Pa.C.S. §§ 1101  3302. Section 1501(b) provides for the process to be used where an elector changes address. See 25 Pa.C.S. § 1501.
[5] Since these 13 signers were registered to vote in the county, albeit after the date of signing, I find that they possess the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution.
[6] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. §§ 2600  3591.
[7] Section 951 of the Election Code directs that a qualified elector signing a nomination paper "shall add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...."
[8] All signatures were dated August 1, 2004, or earlier. Although these signers listed addresses purporting to be in Philadelphia, since the addresses did not exist, it is impossible to determine their residency. In addition, no evidence was presented as to the age or citizenship of any of them, other than the affiants' affidavits stating that the signers are qualified electors. To the extent that the burden of persuasion lies with objectors to establish that the signers are not qualified electors, they have established only that the signers are not registered to vote, but have failed to establish that they lack the qualifications enumerated in Article VII, Section 1 of our Pennsylvania Constitution. To the extent that lack of registration is deemed to satisfy objectors' prima facie case, candidates have failed to rebut that case with evidence that the signers nonetheless possess the age and citizenship qualifications of Article VII, Section 1.
[9] Such persons are not qualified voters under our Constitution or the Election Code.
[10] Our Supreme Court has "uniformly held that new substantive objections are barred by the expiration of the seven-day time period [established in Section 977 of the Election Code, 25 P.S. § 2937], despite the timely filing of a challenge based upon substantively distinct grounds to set aside a nomination petition." In re Nomination Petition of Bryant, 578 Pa. 421, 424 n. 4, 852 A.2d 1193, 1195 n. 4 (2004).
[1] This total includes the signatures initially struck by the Secretary of the Commonwealth because, as our Supreme Court in its September 29, 2004 opinion stated, Objectors have assumed the Secretary's burden to prove the invalidity of those signatures. See In re: Nomination Papers of Ralph Nader and Miguel Camejo, ___ Pa. ___, 858 A.2d 1167, 2004 WL 2185351 (No. 154 MAP 2004, filed September 29, 2004). This total does not include duplicate signatures appearing on these petitions which were struck by Senior Judge Charles P. Mirarchi, Jr. in the Interim Adjudication and Order of October 6, 2004.
[2] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. § 2911.
[3] With respect to the use of the term "qualified elector" in Section 951, as the Pennsylvania Supreme Court has noted, "[w]e think the legislature used the word `elector' in both the Liquor Control Act and the Beverage License Act in the sense of one qualified to vote at the election and therefore one who, at the time of signing the petition for the referendum, was a registered voter. The alternative holding might result in a referendum on the demand of persons not qualified to vote, a result which we think would have been expressed, if intended. To the suggestion that non-registered signers of a petition might register before the election, a complete answer is that by requiring registration as a condition of participating in an election, the legislature, by the word `electors', intended petitioners to be persons at that time registered...." Aukamp v. Diehm, 336 Pa. 118, 121, 8 A.2d 400, 401 (1939). As a result, in this Court's September 16, 2004 order that was later amended to September 20, 2004, we stated that signatures must be stricken where the signator was not a registered voter at the time he or she signed the nomination paper. See also In re Nomination Paper of Cooper, 102 Pa.Cmwlth. 133, 516 A.2d 1285, aff'd, 505 Pa. 529, 481 A.2d 1314 (1984) (A signature on a nominating petition must be stricken if the signator is not a registered voter at the time he or she signed the petition.) In their Application for Extraordinary Relief filed in the Supreme Court the Candidates alleged that this Court erred in our interpretation of Section 951 of the Election Code, and in directing that the names of signators who were not registered at the time that they signed the papers be stricken. Specifically, the Candidates cited to Morrill v. Weaver, 224 F.Supp.2d 882 (E.D.Pa.2002), to support the proposition that Section 951's use of "qualified electors" should be interpreted to include those who possess the constitutional and statutory requirements for electors but who have not yet registered to vote. However, the Candidates' reliance on Morrill is misplaced.

As this Court has previously noted:
In [Morrill], the district court considered a constitutional challenge to Section 951(d) ... by Green Party candidates and activists who sought injunctive relief restraining the enforcement of Section 951(d), which requires that election nomination petition affiants be registered voters and residents of the electoral district where the candidate is running for office. The court found that requiring nominating petition affiants to be registered voters of the candidate's electoral district would impose severe burdens on the plaintiffs' constitutional freedoms of political expression and association under the First and Fourteenth Amendments and, as a consequence, that "qualified electors" who serve as nominating petition affiants are not required to be registered voters or to be residents of the district in which the candidate is running for office. This case, while relevant to nomination petition proceedings, is not binding on the Court....
In re Petition for Agenda Initiative, 821 A.2d 203, 211 n. 7 (Pa.Cmwlth.2003). Thus, in Morrill, the court addressed the constitutionality of requiring circulator/affiants to be registered voters at the time nomination papers are circulated.
In contrast, in the instant case, this Court is requiring that the signators be registered at the time that they signed the nomination papers. Such a requirement in no way offends the constitutional guarantees at issue in Morrill. See, e.g., Taxpayers United for Assessment Cuts v. Austin, 994 F.2d 291 (6th Cir.) (Michigan's reasonable, nondiscriminatory procedures for checking signatures on initiative petitions were reasonably related to legitimate government interest of keeping elections fair; requiring full address with signature, warning and correct date on petition and that signatures be dated within six months of filing date helped ensure that false signatures were not put on petition, that unregistered voters did not sign it, that petitions were quickly and accurately processed and that signatories still supported petition at time it was submitted.). Thus, this Court quite properly ordered that signatures must be stricken where the signator was not a registered voter at the time he or she signed the nomination paper. Aukamp; In re Nomination Paper of Cooper.
[4] Although the initial objections filed by Objectors referred to separate Pages numbered 907 and 909, upon examination of the original Nomination Papers submitted to the Secretary, it is clear that Pages 907 and 909 are, in fact, the same page, which will hereinafter be referred to as page "907/909."
[5] See Footnote 3.
[6] See In re Nomination of Flaherty, 564 Pa. 671, 682, 770 A.2d 327, 333 (2001) ("[A] person is required to indicate, under penalty of perjury, his or her place of residence in order to register as an elector. Furthermore, when electors move either within the same county or to another county within the Commonwealth, they must notify the registration commission of their new address by filing a removal notice generally no later than 30 days preceding an election. Indeed, the registration commission must verify the residences of registered electors to insure that the qualified elector actually resides at the address listed on his voter registration card. Thus, absent extraordinary circumstances, electors who declare a residence at an address different than the address listed on their voter registration card are not qualified electors at the time they sign a nomination petition unless they have completed the removal notice required by the Voter Registration Act.") (citations omitted); In re Nomination Petition of Delle Donne, 779 A.2d 1, 11 (Pa.Cmwlth.), aff'd, 565 Pa. 561, 777 A.2d 412 (2001) ("[T]he next group of challenges concerned situations where the signature was alleged not to have been that of a registered elector in the district or as not being that of a registered elector at the address given. [The Director of Elections] generally testified that the addresses of the signers did not provide sufficient information for her to search them, or that there was no registered voter by that name at the address given. The Candidate attempted to establish that allegations that the signers were not registered may have been based upon a misreading of the signatures, but without any rebuttal evidence being submitted by the Candidate, and based on this Court's inspection of the challenged signatures, the Court finds that the following must be struck.").
[7] See In re Nomination Petition of Silcox, 543 Pa. 647, 650, 674 A.2d 224, 225 (1996) ("[S]ection 908 of the Election Code provides, in pertinent part, that in addition to signing the nomination petition each elector `shall add his occupation and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers....' 25 P.S. § 2868 (emphasis added). The language of this statute clearly requires the elector to sign the petition, add his occupation and residence, and also add the date of signing. When the words of a statute are clear and free from ambiguity, the letter of it is not to be disregarded under the pretext of pursuing its spirit. 1 Pa.C.S. § 1921(b). Therefore, until the legislature chooses to amend section 908, we are constrained to find that the elector shall sign the petition as well as add his occupation, residence, and date of signing.").
[8] See In re Nomination Petition of Silcox, 543 Pa. at 650-651, 674 A.2d at 225 ("[A]dditionally, it has been held that section 908 requires that an elector signing a nomination petition also add his occupation, residence, and date of signing and that this information must be written by the elector himself.... Thus, ... we hold that section 908 of the Pennsylvania Election Code requires the elector who signs the nomination petition to add his occupation, residence, and date of signing. The Commonwealth Court therefore correctly invalidated the fifty signatures on page four because the occupation, residence and date of signing were added by someone other than the elector.") (citations omitted).
[9] See In re Nomination Petition of Delle Donne, 779 A.2d at 11-12 ("[T]he next category of signatures were challenged on the basis of illegibility. [The Objector] alleged that five signatures were so illegible as to preclude verification. We agree. As the Candidate did not present any rebuttal evidence by which we would allow an amendment to these signatures, we must strike these also from Candidate's nomination petition.").
[10] See, e.g., In re Nomination Petition of McDermott, 60 Pa.Cmwlth. 486, 431 A.2d 1180, 1182 (1981) wherein this Court stated the following, in pertinent part:

Our study of the [Election] Code has convinced us that `political district', although not expressly defined in the definition section, Section 102, 25 P.S. § 2602, is consistently used by the legislature to refer to the constituency as to which nomination or election is sought, and not as a term synonymous with political subdivision. That meaning is made clear by study of the use of the phrase "political district" in connection with describing the qualifications of the elector signers of petitions. Section 908 of the Code, 25 P.S. § 2868, states that each signer of a nomination petition must
declare therein that he is a qualified elector of the county therein named, and in case the nomination is not to be made or candidates are not to be elected by electors of the State at large, of the political district therein named, in which the nomination is to be made or the election is to be held. (Emphasis added.)
Section 909, the section first quoted above, also uses "political district" with respect to the signers, requiring the circulator to make affidavit that those signers are "qualified electors and duly registered and enrolled members of the designated party of the State, or of the political district, as the case may be." That is the same section which, in item (a), likewise requires the circulator to be a "qualified elector duly registered and enrolled as a member of the designated party of the State, or of the political district, as the case may be...."
Thus, if the effect of the Code's use of "political district" with respect to nomination petition signers is to require them to reside within the constituency as its effect is universally agreed to be then it must have the same effect when the same words are used to describe the necessary qualifications of the circulator.
[11] See, e.g., In re Petition for Agenda Initiative (Voter signatures on initiative petition that used nicknames or initials that differed from the voter registration cards were not valid signatures and were to be stricken from petition.).
[12] We note that, in his Interim Adjudication and Order of October 6, 2004, Senior Judge Charles P. Mirarchi, Jr. has also stricken 199 signatures appearing in the relevant Nomination Papers as duplicate signatures.
[13] See In re Petition to Set Aside the Nomination of Fitzpatrick, 822 A.2d 859, 861 (Pa.Cmwlth.), petition for allowance of appeal denied, 573 Pa. 700, 825 A.2d 1262 (2003) ("[E]ach signer of a nomination petition shall sign one such petition for each office to be filled. Section 908 of the Election Code, 25 P.S. § 2868. If a person shall sign any nomination petitions for a greater number of candidates than permitted under the provisions of this act, and `if said signatures bear the same date, they shall, upon objections filed thereto, not be counted on any petition.' Section 977 of the Election Code, 25 P.S. § 2937. Here, because the signatures on the two petitions bear the same date, they shall not be counted on either petition.").
[14] See In re Nominating of Kloiber, 26 Pa.Cmwlth. 50, 362 A.2d 484 (1976) (Nomination petitions with improperly completed affidavits are amendable at the discretion of the court, and the absence of the required affidavit renders that page of the nomination petition fatally defective.). See also Section 976 of the Election Code, 25 P.S. § 2936 ("[W]hen any ... nomination paper is presented in the office of the Secretary of the Commonwealth ... for filing within the period limited by this act, it shall be the duty of the said officer ... to examine the same. No ... nomination paper ... shall be permitted to be filed if  (a) it contains material errors or defects apparent on the face thereof, or on the face of the appended or accompanying affidavits...."); Section 977 of the Election Code, 25 P.S. § 2937 ("[I]f the court shall find that said nomination ... paper is defective under the provisions of section 976 ... it shall be set aside....").
[15] Page 1126 contained a total of 16 signatures; however one signature was previously stricken as a duplicate as set forth in the Interim Adjudication and Order of October 6, 2004 filed by Senior Judge Charles P. Mirarchi, Jr.
[16] Page 1159 contained a total of 21 signatures; however six signatures were previously stricken as duplicates as set forth in the Interim Adjudication and Order of October 6, 2004 filed by Senior Judge Charles P. Mirarchi, Jr.
[17] See Section 976 of the Election Code, 25 P.S. § 2936 ("[W]hen any ... nomination paper is presented in the office of the Secretary of the Commonwealth ... for filing within the period limited by this act, it shall be the duty of the said officer ... to examine the same. No ... nomination paper ... shall be permitted to be filed if  (a) it contains material errors or defects apparent on the face thereof, or on the face of the appended or accompanying affidavits...."); Section 977 of the Election Code, 25 P.S. § 2937 ("[I]f the court shall find that said nomination ... paper is defective under the provisions of section 976 ... it shall be set aside...."). See also Ochman Appeal, 364 Pa. 525, 528-529, 73 A.2d 34, 36 (1950) ("[T]he court's power is no less under the one statutory provision than under the other. The two sections[, Sections 976 and 977 of the Election Code,] are in pari materia and are to be construed coextensively. The legislative intent to provide a remedy against alleged erroneous action of a county board of elections (or the Secretary of the Commonwealth) is plain. Where such a board (or the Secretary) rejects nominating petitions because of alleged defects therein, the judicial remedy available to those claiming to be aggrieved thereby is under Section 976 of the [Election Code]. On the other hand, when the board (or the Secretary) accepts and files nominating petitions over objections thereto, the judicial relief available to those claiming to be aggrieved thereby is under Sec. 977 of the [Election Code]. The power of the court to amend nominating petitions in amendable respects is the same in the one instance as in the other. And, Sec. 977 expressly authorizes the court's amending, in its discretion after hearing, for material errors or defects appearing on the face of the affidavits accompanying or appended to nominating petitions. Where the court acts under Sec. 976 with respect to the board's or the Secretary's rejection of nominating petitions for alleged defects, its power is no different....").
[1a] On September 26, 2004, the review was conducted from 9:30 A.M. until 7:30 P.M. and from 8:30 A.M. until 9:45 P.M. on September 29, 2004.
[2a] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. §§ 2600-3591.
[3a] Each stricken signature line is indicated by its nomination paper and line number and is located in the Post-Hearing Report, October 7, 2004, Tab No. 11, Summary of Sustained Challenges at 1-244.
[1b] On September 26, 2004, the review was conducted from 9:30 A.M. until 7:30 P.M. and from 8:30 A.M. until 9:45 P.M. on September 29, 2004.
[2b] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. §§ 2600-3591.
[3b] The above tally does not indicate certain signatures that were stricken for multiple reasons. Each stricken signature line is indicated by its nomination paper and line number and all the reasons they were stricken are set forth in the Stipulated Post-Hearing Report, October 7, 2004, Tab No. 11, Summary of Sustained Challenges at 1-244.
[1c] On September 26, 2004, the review was conducted from 9:30 A.M. until 7:30 P.M. and from 8:30 A.M. until 9:45 P.M. on September 29, 2004.
[2c] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. §§ 2600-3591.
[3c] The above tally does not indicate certain signatures that were stricken for multiple reasons. Each stricken signature line is indicated by its nomination paper and line number and all the reasons they were stricken are set forth in the Stipulated Post-Hearing Report, October 7, 2004, Tab No. 11, Summary of Sustained Challenges at 1-244.
[1] This total includes the signatures initially struck by the Secretary of the Commonwealth because, as our Supreme Court in its September 29, 2004 opinion stated, Objectors have assumed the Secretary's burden to prove the invalidity of those signatures. See In re: Nomination Papers of Ralph Nader and Miguel Camejo, ___ Pa. ___, 858 A.2d 1167, 2004 WL 2185351 (No. 154 MAP 2004, filed September 29, 2004).
[2] Section 951 of the Pennsylvania Election Code (Election Code), Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. § 2911, provides, in pertinent part, that "[e]ach person signing a nomination paper shall declare therein that he is a qualified elector of the State or district, as the case may be...." With respect to the use of the term "qualified elector" in Section 951, as the Pennsylvania Supreme Court has noted, "[w]e think the legislature used the word `elector' in both the Liquor Control Act and the Beverage License Act in the sense of one qualified to vote at the election and therefore one who, at the time of signing the petition for the referendum, was a registered voter. The alternative holding might result in a referendum on the demand of persons not qualified to vote, a result which we think would have been expressed, if intended. To the suggestion that non-registered signers of a petition might register before the election, a complete answer is that by requiring registration as a condition of participating in an election, the legislature, by the word `electors', intended petitioners to be persons at that time registered...." Aukamp v. Diehm, 336 Pa. 118, 121, 8 A.2d 400, 401 (1939). As a result, in this Court's September 16, 2004 order that was later amended to September 20, 2004, we stated that signatures must be stricken where the signator was not a registered voter at the time he or she signed the nomination paper. See also In re Nomination Paper of Cooper, 102 Pa.Cmwlth. 133, 516 A.2d 1285, aff'd, 505 Pa. 529, 481 A.2d 1314 (1984) (A signature on a nominating petition must be stricken if the signator is not a registered voter at the time he or she signed the petition.)

In their Application for Extraordinary Relief filed in the Supreme Court, and at the hearing on the objections to the nomination papers, the Candidates alleged that this Court erred in our interpretation of Section 951 of the Election Code, and in directing that the names of signators who were not registered at the time that they signed the papers be stricken. Specifically, the Candidates cited to Morrill v. Weaver, 224 F.Supp.2d 882 (E.D.Pa.2002), to support the proposition that Section 951's use of "qualified electors" should be interpreted to include those who possess the constitutional and statutory requirements for electors but who have not yet registered to vote. However, the Candidates' reliance on Morrill is misplaced.
As this Court has previously noted:
In [Morrill], the district court considered a constitutional challenge to Section 951(d) ... by Green Party candidates and activists who sought injunctive relief restraining the enforcement of Section 951(d), which requires that election nomination petition affiants be registered voters and residents of the electoral district where the candidate is running for office. The court found that requiring nominating petition affiants to be registered voters of the candidate's electoral district would impose severe burdens on the plaintiffs' constitutional freedoms of political expression and association under the First and Fourteenth Amendments and, as a consequence, that "qualified electors" who serve as nominating petition affiants are not required to be registered voters or to be residents of the district in which the candidate is running for office. This case, while relevant to nomination petition proceedings, is not binding on the Court....
In re Petition for Agenda Initiative, 821 A.2d 203, 211 n. 7 (Pa.Cmwlth.2003). Thus, in Morrill, the court addressed the constitutionality of requiring circulator/affiants to be registered voters at the time nomination papers are circulated.
In contrast, in the instant case, this Court is requiring that the signators be registered at the time that they signed the nomination papers. Such a requirement in no way offends the constitutional guarantees at issue in Morrill. See, e.g., Taxpayers United for Assessment Cuts v. Austin, 994 F.2d 291 (6th Cir.) (Michigan's reasonable, nondiscriminatory procedures for checking signatures on initiative petitions were reasonably related to legitimate government interest of keeping elections fair; requiring full address with signature, warning and correct date on petition and that signatures be dated within six months of filing date helped ensure that false signatures were not put on petition, that unregistered voters did not sign it, that petitions were quickly and accurately processed and that signatories still supported petition at time it was submitted.). Thus, this Court quite properly ordered that signatures must be stricken where the signator was not a registered voter at the time he or she signed the nomination paper. Aukamp; In re Nomination Paper of Cooper.
[3] See In re Petition for Agenda Initiative.
[4] See also Ochman Appeal, 364 Pa. 525, 528-529, 73 A.2d 34, 36 (1950) ("[T]he court's power is no less under the one statutory provision than under the other. The two sections[, Sections 976 and 977 of the Election Code,] are in pari materia and are to be construed coextensively. The legislative intent to provide a remedy against alleged erroneous action of a county board of elections (or the Secretary of the Commonwealth) is plain. Where such a board (or the Secretary) rejects nominating petitions because of alleged defects therein, the judicial remedy available to those claiming to be aggrieved thereby is under Section 976 of the [Election Code]. On the other hand, when the board (or the Secretary) accepts and files nominating petitions over objections thereto, the judicial relief available to those claiming to be aggrieved thereby is under Sec. 977 of the [Election Code]. The power of the court to amend nominating petitions in amendable respects is the same in the one instance as in the other. And, Sec. 977 expressly authorizes the court's amending, in its discretion after hearing, for material errors or defects appearing on the face of the affidavits accompanying or appended to nominating petitions. Where the court acts under Sec. 976 with respect to the board's or the Secretary's rejection of nominating petitions for alleged defects, its power is no different....").
[5] See In re Nominating of Kloiber, 26 Pa.Cmwlth. 50, 362 A.2d 484 (1976) (The absence of the required affidavit renders that page of the nomination petition fatally defective.).
[6] At the time that Ms. Mandity testified before the Court in this matter, the original of Page 296 of the Nomination Papers was not available to the Court or the parties. However, the Court had in its possession, a Court provided copy, which the Court believed to be a true and correct copy of the original. While the Court normally would not have proceeded without the original, the Court was expressly aware of our Supreme Court's mandate, as set forth in its September 20, 2004 order in this matter, that this Court proceed immediately with expedited hearings. Therefore, this Court proceeded without the original which was later provided to the Court and to counsel for the Candidates for review albeit after the witness from Beaver County was discharged. The Court notes that counsel for Candidates preserved his objections in the record.
[7] See In re Nomination of Flaherty, 564 Pa. 671, 770 A.2d 327 (2001) (The address stated on the petition must correspond to that on the voter registration card. When an elector changes his address and fails to timely notify authorities of the change, that person is no longer a qualified elector. To the extent that candidates can show that the elector has moved before signing the petition and his or her change of address notice has not yet been recorded, or some similar extraordinary circumstance, they can present such evidence during their case. Absent such evidence, however, an inconsistency between the registration address and that listed on the petition mandates striking of the signature.).
[8] See Footnote 2.
[9] 42 U.S.C. § 1973-gg.
[10] At the time that Mr. Young testified before the Court in this matter, the original of Page 299 of the Nomination Papers was not available to the Court or the parties. However, the Court had in its possession, a Court provided copy, which the Court believed to be a true and correct copy of the original. While the Court normally would not have proceeded without the original, the Court was expressly aware of our Supreme Court's mandate, as set forth in its September 20, 2004 order in this matter, that this Court proceed immediately with expedited hearings. Therefore, this Court proceeded without the original which was later provided to the Court and to counsel for the Candidates for review albeit after the witness from Butler County was discharged. The Court notes that counsel for Candidates preserved his objections in the record.
[11] See Footnote 2.
[12] See Footnote 2.
[13] See Footnote 2.
[14] See Footnote 2.
[1] We note that Candidates' counsel did not appear before this Court at the hearing. Although Candidates' counsel orally requested a continuance minutes before the hearing on Monday, September 27, 2004, because he was representing Candidates in a similar hearing in Greensburg, Westmoreland County, said request was denied by this Court.
[1] We note that Candidates' counsel did not appear before this Court at the hearing. Although Candidates' counsel orally requested a continuance minutes before the hearing on Monday, September 27, 2004, because he was representing Candidates in a similar hearing in Greensburg, Westmoreland County, said request was denied by this Court.
[1] We note that Candidates' counsel did not appear before this Court at the hearing. Although Candidates' counsel orally requested a continuance minutes before the hearing on Monday, September 27, 2004, because he was representing Candidates in a similar hearing in Greensburg, Westmoreland County, said request was denied by this Court.
[1] The Hearing was scheduled to begin at 9:30 a.m. Counsel for Petitioners filed a Motion for Continuance of Hearing Time to allow for the substitution of counsel due to a medical emergency, which was granted by the Court, and the Hearing commenced at 11:30 a.m.
[2] I am indebted to my colleague, Judge Leadbetter, for the legal analysis in her Findings and Conclusions re: Challenges to Montgomery County Nomination Papers, on which I rely.
[1] Of the 364 not registered voters, it should be noted that in accordance with the accompanying line-by-line tabulation, thirty-five (35) voters signed with addresses outside the county indicated on the respective affidavit. Their voter registration was not able to be determined because only the two counties under scrutiny in Trial Court (Delaware and Chester) had officials present in the courtroom with voter records. In addition, however, Trial Court ruled (in accordance with the Election Code, as provided, supra) that out-of-county electors signing on a petition or nomination paper which is not labeled for that county are invalid signatures. See out of county discussion, infra.
[2] The parties stipulated between themselves and Trial Court accepted their stipulation that those electors whose registrations were entered on the books of the registrar of elections within ten (10) days of signing the nomination paper would be counted as valid elector signatures (permitting 10 days for processing). Such stipulations are the equivalent of withdrawing the objections to that line. Electors who registered after the ten day grace period would be counted as invalid. Only one signature was litigated in this regard, and it was stipulated to being invalid by the candidate during the hearing.
[3] Section 976 of the Election Code, 25 P.S. § 2936(a).
[4] Candidate made a global objection on the record as to the veracity of out-of-county electors being valid signatures. That objection is noted and is overruled in accordance with the Election Code provisions as designated herein, supra.
[5] In the past, the Supreme Court has upheld, per curiam, failure to strike signatures where ditto marks were used for the signer's address. See September 29, 2004 slip opinion of Pa. Supreme Court, supra; Flaherty, Silcox, and Thompson. Contra, In re Nomination Petition of Delle Donne, 779 A.2d 1 (Pa.Cmwlth.2001)(single judge opinion affirmed per curiam 565 Pa. 561, 777 A.2d 412 (2001); contra also, In re Nomination Petition of Brown, 846 A.2d 783 (Pa.Cmwlth.2004).
[6] "....Each sheet shall have appended thereto the affidavit of some person, not necessarily a signer, and not necessarily the same person on each sheet, setting forth ... (5) that they all reside in the county named in the affidavit; ...." 25 P.S. § 2911(d)(5).
[7] The Notary Public Law of 1953 is the Act of August 21, 1953, P.L. 1323, as amended, Dec. 9, 2002, P.L. 1269, No. 151 § 6, effective July 1, 2003. Only in the case of electronic instruments is there any exception to using a rubber stamp to notarize a document.
[8] 25 P.S. § 158. (regarding the Notarial Seal) provides:

(a) A notary public shall provide and keep an official seal which shall be used to authenticate all the acts, instruments and attestations of the notary. The seal shall be a rubber stamp and shall show clearly in the following order: the words "Notarial Seal"; the name and surname of the notary and the words "Notary Public"; the name of the municipality and county in which the notary maintains an office; and the date the notary's commission expires.
(b) The seal shall have a maximum height of one (1) inch and width of three and one-half (3 ½) inches, with a plain border. It shall be stamped in a prominent place on the official notarial certificate near the notary's signature in such a manner as to be capable of photographic reproduction.
[1] Section 976 of the Election Code, 25 P.S. § 2936(a).
[2] Candidate made a global objection on the record as to the veracity of out-of-county electors being valid signatures. That objection is noted and is overruled in accordance with the Election Code provisions as designated herein, supra.
[3] In the past, the Supreme Court has upheld, per curiam, failure to strike signatures where ditto marks were used for the signer's address. See September 29, 2004 slip opinion of Pa. Supreme Court, supra; Flaherty, Silcox, and Thompson. Contra, In re Nomination Petition of Delle Donne, 779 A.2d 1 (Pa.Cmwlth.2001)(single judge opinion affirmed per curiam 565 Pa. 561, 777 A.2d 412 (2001); contra also, In re Nomination Petition of Brown, 846 A.2d 783 (Pa.Cmwlth.2004).
[4] "....Each sheet shall have appended thereto the affidavit of some person, not necessarily a signer, and not necessarily the same person on each sheet, setting forth ... (5) that they all reside in the county named in the affidavit; ...." 25 P.S. § 2911(d)(5).
[5] The Notary Public Law of 1953 is the Act of August 21, 1953, P.L. 1323, as amended, Dec. 9, 2002, P.L. 1269, No. 151 § 6, effective July 1, 2003. Only in the case of electronic instruments is there any exception to using a rubber stamp to notarize a document.
[6] 25 P.S. § 158. (regarding the Notarial Seal) provides:

(a) A notary public shall provide and keep an official seal which shall be used to authenticate all the acts, instruments and attestations of the notary. The seal shall be a rubber stamp and shall show clearly in the following order: the words "Notarial Seal"; the name and surname of the notary and the words "Notary Public"; the name of the municipality and county in which the notary maintains an office; and the date the notary's commission expires.
(b) The seal shall have a maximum height of one (1) inch and width of three and one-half (3 1/2 ) inches, with a plain border. It shall be stamped in a prominent place on the official notarial certificate near the notary's signature in such a manner as to be capable of photographic reproduction.
[1] Section 951(a) of the Pennsylvania Election Code (Election Code), Act of June 3, 1937. P.L. 1333, as amended, 25 P.S, § 2911(a), which relates to nominations by political bodies, requires that nomination papers be signed by "qualified electors" of the state. The words "qualified elector" mean "any person [1] who shall possess all of the qualifications for voting [which are] now or hereafter prescribed by the Constitution of this Commonwealth, or [2] who, being otherwise qualified by continued residence in his election district, shall obtain such qualifications before the next ensuing election." Section 102(t) of the Election Code, 25 P.S. § 2602(t) (emphasis added).

The qualifications for voting prescribed by the Constitution of this Commonwealth are set forth in Article VII, Section 1, which states that every citizen twenty-one years of age, possessing the specified citizenship and residency qualifications, shall be entitled to vote "subject ... to such laws requiring and regulating the registration of electors as the General Assembly may enact." Pa. Const., art. VII, § 1 (emphasis added). Thus, to be a "qualified elector" under the Election Code, a person must be registered to vote or must register to vote before the ensuing election pursuant to the Pennsylvania Voter Registration Act (Voter Registration Act), 25 Pa.C.S. §§ 1101-3302.
Although the Election Code appears to allow non-registered persons to sign a nomination paper as long as they register to vote before the next ensuing election, our supreme court has pointed out that, if non-registered persons were permitted to sign a petition based on an assumption that they will eventually register to vote, there would be no way of ascertaining at the time the petition is filed whether the requisite number of signers are electors. Aukamp v. Diehm, 336 Pa. 118, 8 A.2d 400 (1939). Thus, our supreme court has held that the signing of a nomination paper must occur "after or simultaneous with voter registration." In re Nomination Papers of Nader, ___ Pa. ___, ___, 858 A.2d XXXXXXXXX 1182, 2004 WL 2185351 (No. 154 MAP 2004, filed September 29, 2004).
Justice Saylor's concurring and dissenting opinion had not been issued at the time of the hearing. See In re Nomination Papers of Nader, (No. 171 MM 2004, filed October 1, 2004) (Saylor, J., concurring). Thus, the only evidence presented by Objectors was whether, consistent with their challenges, the signers were registered. Because the validity of Morrill v. Weaver, 224 F.Supp.2d 882, (E.D.Pa.2002), as suggested by Justice Saylor, was not before this court, Objectors offered no evidence with respect to whether these signers would otherwise be qualified electors.
[2] In Brumbach v. Weaver, 105 Pa.Cmwlth. 526, 525 A.2d 15 (1987), this court stated that the signer of a nomination petition must be a registered voter at the time he or she signed the petition. Moreover, our supreme court has reaffirmed that requirement in this case. In re Nomination Papers of Nader.
[3] Pursuant to the direction of Justice Saylor in his concurring and dissenting opinion in this case, see In re Nomination Papers of Nader, (Saylor, J., concurring and dissenting), if this court were to accept Morrill as controlling law, these signers would be qualified electors because they are currently registered to vote in Bucks County.
[4] With respect to a residence challenge, our supreme court stated in Flaherty, that, absent extraordinary circumstances, electors who declare a residence at an address different from the address listed on the registration card are not qualified electors at the time they sign a nomination petition, unless they have completed the removal notice required by statute. Flaherty. Moreover, our supreme court has reaffirmed that principle in this case. See In re Nomination Papers of Nader.
[5] We have been additionally directed to consider whether the signatures meet the requirements imposed by law assuming voter registration is not required. In re Nomination Papers of Nader (Saylor, J., concurring and dissenting). We have no evidence that the four (4) persons who signed on page 141, line 91; page 805, line 2; page 1141, line 6; and page 1171, line 13 are registered and, thus, are qualified electors. The remaining eighteen (18) signers reside at addresses within Bucks County and, inasmuch as they had been registered there in the past, they would be qualified electors were it not for the registration requirement.
[6] Section 951(c) of the Election Code states that each signer "shall add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers." 25 P.S. § 2911(c). This language clearly requires the elector to add the information, and when the words of a statute are clear and free from ambiguity, the letter of it is not to be disregarded under the pretext of pursuing its spirit. In re Silcox; section 1921(b) of the Statutory Construction Act of 1972, 1 Pa.C.S. § 1921(b).
[7] Although the parties stipulated that the following forty-two (42) additional signatures should be stricken for missing information, the court did not strike these signatures because Objectors either failed to challenge them with specificity in Exhibits 1 and 3 to their petition or did not raise a challenge based on missing information.

 PAGE # LINE #
 32 17, 34
 33 22
 133 9, 17, 32
 134 5, 41, 64
 136 1, 7, 27, 41
 137 13, 35
 140 54, 77
 141 25, 26, 51, 92, 96
 375 54
 660 3, 5, 15, 22, 26, 30, 48, 50
 672 6
 673 11
 837 9, 16, 21, 22, 29
 852 1
 866 6
 1171 18
 1179 19

[8] Section 951(c) of the Election Code states that each signer "shall add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers." 25 P.S. § 2911(c). Where someone other than the elector adds the residence or date of signing, the signature is invalid. In re Silcox, 543 Pa. 647, 674 A.2d 224 (1996); Petition of Thompson, 102 Pa.Cmwlth. 110, 516 A.2d 1278 (1984). However, if a signer is elderly and disabled and would have difficulty in writing the information, someone other than the signer may add the address and date of signing. Petition to Set Aside Nomination of Fitzpatrick, 822 A.2d 867 (Pa.Cmwlth.2003), appeal denied, 573 Pa. 700, 825 A.2d 1262 (2003).
[9] Signatures which are not sufficiently legible as to be capable of identification and hence cannot be associated with the signatures and/or addresses of a registered voter are invalid. Elliott. The signature must be so illegible as to preclude verification. In re Nomination Petition of Delle Donne, 779 A.2d 1 (Pa.Cmwlth.2001). An address that is so illegible that it cannot be identified with a registered voter also invalidates the signature. Cooper. An illegible signature or address is not an amendable defect. Cooper.
[1] In 2002, the legislature enacted a new Voter Registration Act, 25 Pa.C.S. §§ 1101  3302. Section 1501(b) provides for the process to be used where an elector changes address. See 25 Pa.C.S. § 1501.
[2] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. §§ 2600  3591.
[3] Section 951 of the Election Code directs that a qualified elector signing a nomination paper "shall add to his signature his legibly printed name and residence, giving city, borough or township, with street and number, if any, and shall also add the date of signing, expressed in words or numbers...."
[4] I later discovered that page 418, line 9 appears to have been signed by the affiant on pages 54 and 354.
[5] Our Supreme Court has "uniformly held that new substantive objections are barred by the expiration of the seven-day time period [established in Section 977 of the Election Code, 25 P.S. § 2937], despite the timely filing of a challenge based upon substantively distinct grounds to set aside a nomination petition." In re Nomination Petition of Bryant, 578 Pa. 421, 424 n. 4, 852 A.2d 1193, 1195 n. 4 (2004).
[1] See In re Nomination Paper of Ralph Nader, (No. 171 MM 2004, filed October 1, 2004)(Saylor, J., concurring).
[2] Act of June 3, 1937, P.L. 1333, as amended, 25 P.S. § 2602(t).